# EXHIBIT C



**Bundesamt für Justiz**

POSTAL ADDRESS   Bundesamt für Justiz, 53094 Bonn, Germany

U.S. Department of Justice
Criminal Division
Office of International Affairs

| | |
|---|---|
| STREET ADDRESS | Adenauerallee 99-103, 53113 Bonn, |
| POSTAL ADDRESS | 53094 Bonn |
| CONTACT PERSON | Tatjana Renner-Ernst |
| DIVISION | III 1 |
| PHONE | ▮▮▮▮▮▮▮ |
| FAX: | ▮▮▮▮▮▮▮ |

FILE NO.   **III 1 – 9351 E – A5 – B7 1043/2025**

DATE   Bonn, 29 December 2025

SUBJECT:   **Request for extradition of U.S. citizen Andrew GARRONI from the United States of America to Germany**

Dear Sir or Madam,

in accordance with Article 29 of the 1978 Extradition Treaty between the Federal Republic of Germany and the United States of America in the version of the Supplementary Treaty of 1986 and the Second Supplementary Treaty of 2006 I hereby confirm that the extradition documents sent are certified.

Yours faithfully,
For the Federal Office of Justice

(Tatjana Renner-Ernst)

WEBSITE AND DATA PROTECTION

Information in accordance with Articles 13 and 14 of the General Data Protection Regulation and Section 55 of the *Bundesdatenschutzgesetz* (German Federal Data Protection Act) can be found in the *Datenschutzerklärung* (data protection declaration) on the Federal Office of Justice website.
Website: www.bundesjustizamt.de

UNDERGROUND LINE

🆄 – Bahn 16, 63, 66
stop: Bundesrechnungshof/
Auswärtiges Amt (no step-free access)
stop with elevator access: Museum König

BANK DETAILS

Deutsche Bundesbank
Saarbrücken branch
IBAN: DE 81 5900 0000 0059 0010 20
BIC: MARKDEF1590

EXT-GARRONI-00568



**Rheinland**pfalz

GENERALSTAATSANWALT
KOBLENZ

Attorney General Koblenz | Postfach | 56065 Koblenz

Deinhard Passage 1
D-56068 Koblenz
Telephone: 0261 1307-0
Fax: 0261 1307-38515
lzc@genstako.jm.rlp.de

22.12.2025

United States Department of Justice
Criminal Division,
Office of International Affairs
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

| My File Number | Your letter of | Contact person/e-mail | telephone |
|---|---|---|---|
| 51 Js 1347/22 | | Ms. Schüler | ▇▇▇▇▇ |
| Please always specify! | | lzc@genstako.jm.rlp.de | |

**Extradition relations with the United States of America in criminal matters in the preliminary proceedings of the Attorney General's Office in Koblenz against Andrew Garroni and others on the basis of the Extradition Treaty of 20 June 1978 between the Federal Republic of Germany and the United States of America in conjunction with the Additional Treaty to the Extradition Treaty between the Federal Republic of Germany and the United States of America of 21 October 1986 and in conjunction with the Second Additional Treaty to the Extradition Treaty between the Federal Republic of Germany and the United States of America of 18 April 2006**

**Appendices and Attachments: Appendix 1:** Overview of the corporate structure of FSX and WebOps networks
**Appendix 2:** Comparison FSX phony merchant websites
**Translation of this request**
**Arrest Warrant Local Court Koblenz in international form and translation**
**German law and translation**

Dear ladies and gentlemen,

the Koblenz Prosecutor General's Office – Central Cybercrime Office – is conducting a trial against the accused

**Andrew Garroni**
**born on** ▇▇▇▇▇▇ **1955**
**Nationality: American**
**resident:** ▇▇▇▇▇▇ **Los Angeles, California** ▇▇▇ **United States**

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

a preliminary investigation on the grounds of suspicion of computer fraud on a gang and commercial basis in accordance with Section 263a(1), 263a(2), 263(5) of the Criminal Code, money laundering on a gang and commercial basis in accordance with Section 261(1)(2), 261(5), 261(7) of the Criminal Code and the formation of a criminal organization abroad in accordance with Section 129(1), 129(5) of the Criminal Code, Section 129b(1) of the Criminal Code.

**During an international action day on November 4, 2025, arrest warrants, search warrants and asset seizures were executed against the suspect Andrew Garroni with the participation of American, Canadian, British, Cypriot, Singaporean, and Luxembourgish, and German authorities.**

According to the information available here, the accused, Andrew Garroni, is in the United States of America. It is registered at ███████████████ **Los Angeles, California** ███████ The accused, Andrew Garroni, is an American national, according to information available here.

## Object of the request

On 13 May 2025, the Koblenz District Court issued an arrest warrant against the accused Andrew Garroni (file number: 30 Gs 4123/25) on the grounds of urgent suspicion (a stage in criminal German proceedings, where there are serious, concrete indications and evidence that a person has probably committed a crime) (1) of forming a criminal organization abroad in one case, (2) of computer fraud on a gang and commercial basis in 8,654,041 cases, of which 7,342,080 cases remained in the trial, and (3) of suspicion of money laundering on a gang and commercial basis in 26,109 cases.

I kindly request **the extradition** of the accused Andrew Garroni **for extradition and subsequent extradition** of the accused for prosecution on the basis of the extradition treaty of 20 June 1978 between the Federal Republic of Germany and the United States of America in conjunction with the amendment to the extradition treaty of 21 October 1986 between the Federal Republic of Germany and the United States of America and in conjunction with the second amendment to the extradition treaty of 18 April 2006 between the Federal Republic of Germany and the United States of America.

The request is based on the arrest warrant of the Koblenz District Court mentioned above.

## Presentation of the facts and sworn statement by the prosecutor in charge of the proceedings

The proceedings are based on the following facts. The following statement of facts also constitutes the sworn statement of the competent public prosecutor on the facts and the course of the proceedings in the case.

**Introductory summary:**

EXT-GARRONI-00570

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

A large group operated as a global criminal organization that falsified subscriptions to "services" that were not provided, fraudulently charged debit and credit cards for those nonexistent services through German payment processors, and returned the wrongly charged money to the participants in the global criminal organization. This organization consisted of several networks.

As an initial matter, the United States investigated and prosecuted members of this group for similar activity.[1] As a result of that investigation and prosecution, U.S. authorities gathered evidence and information that they shared with German authorities in response to a request from German authorities. German authorities took that evidence and information, which is referenced in this request, and together with our own investigations discovered the wide-ranging activities of this global criminal organization that are charged in this case.

This case concerns two of those fraudulent networks. The first network is called **WebOps** and specializes in the operation of fictitious Internet sites in the field of pornography and the second network is called **FSX** and specializes in the operation of fictitious Internet sites in the field of dating. Both of those networks operated under a group structure led by an overarching head company.[2]

This summary describes the scheme operated by the FSX network, its criminal activity, its members and how they were identified as engaging in criminal activity, and the German charges faced by the members of the network.

### The FSX network and its Scheme

As explained in the arrest warrant, between 23 March 2016 and 9 July 2021, the accused Andrew Garroni (hereinafter Garroni), together with accused co-perpetrator 1 and co-perpetrator 2 (collectively, the Accused FSX Members) operated an elaborate scheme described below.

The Accused FSX Members and others created phony offshore merchants and fake websites and opened offshore merchant bank accounts. By backstopping phony merchants with legitimate-appearing company ownership information and the like, third-party payment processors (hereinafter, the German payment processers) gave the created phony merchants access to their infrastructure. The German payment processors were convinced to honor fraudulent charges made by the FSX network, thereby ensuring that the phony merchants and the fake websites operated through them were "onboarded" at the German payment processors, which made them seem to be legitimate businesses charging for services rendered. As a result, the fraudulent networks could charge credit card holders.

The Accused FSX Members in the United States and others outside the United States also accused in this case deceived German banks into processing 73.631.688,29 euros in credit and debit card payments for the purchase of "services" that the card holders did not order and often were unaware they were being charged for. The

---

[1] See *United States v. Hamid Akhavan, a/k/a "Ray Akhavan," and Ruben Weigand*, 1:20-cr-00188-JBR (SDNY 2020). See also Southern District of New York | Two Architects Of Fraudulent Scheme Sentenced For Processing Over $150 Million Through U.S. Financial Institutions | United States Department of Justice, dated June 21, 2021.

[2] An overview of the corporate structure is attached in Appendix 1 to this request.

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

charges credit card holders faced were disguised as payments for dating sites.    The Accused FSX Members also attempted to secure another circa 88 million euros of credit and debit card purchases on credit cards, which were ultimately declined by credit card institutions.    Both the completed and the attempted transactions together are "the Scheme".

A total of at least 8,654,041 subscriptions were improperly faked via the FSX network between 23 March 2016 and 9 July 2021. In 1,311,961 cases, the accused succeeded in unlawfully charging the credit cards of the damaged credit card holders and thereby causing a total damage of 73,631,688.29 euros. In addition, in 7,342,080 cases, the accused submitted fictitious subscriptions to the German payment processors amounting to a total of 88,752,968.33 euros. For these transactions, the credit card was not charged because the data used by the accused were either outdated or incorrect or the credit card limit was exhausted. Each transaction nonetheless was tantamount to an "attempt" at commercial or bank fraud.

**The Scheme** worked as follows:



In the first step, the Accused FSX Members created phony merchants, which were essentially parent companies that were the purported owners of fake websites, which the Accused FSX Members also created. In the second step, the fake websites were onboarded with German payment service processors. In the third step, Accused FSX Members charged credit card payments for subscriptions to fake dating sites by going through German payment service processors which were technically needed to perform this function.

Here you can see how a credit card is collected.

EXT-GARRONI-00572

- *Phishing and other methods to obtain credit card information used for dating sites*:

An analysis of the internal communications made available by German payment processors and testimony from credit card holders shows that, from 2014 to 2022, there were several methods that the Accused FSX Members used to obtain credit card data from unsuspecting credit card holders.  First, there were large phishing attacks in which cardholders clicked on banner ads, downloaded Internet games, or registered for sweepstakes and potential fake shops on various occasions, such that their data was appropriated by the Accused FSX Members. Second, they purchased the data on the Darknet.  Third, there were data leaks after a ransomware attack by a hacking community, unrelated to the FSX network.  In this case the hackers publish or auction the stolen files on the darknet. This is often done on dedicated "leak sites" where criminal groups post samples of the stolen data as proof.  As an example of evidence of how this part of the Scheme worked, there is email communication between Nelson Burtnick, who worked at one of the German payment processors (Concardis), and a Cyprus bank.  In this email Burtnick describes that the FSX merchants used phished data from a Cyprus bank for charging credit cards.

- *Shell companies in the UK and elsewhere pretended to be legitimate merchants*:

The FSX network was a part of a complex group-like corporate structure consisting of a large number of letterbox companies in the United Kingdom, Cyprus, Luxembourg, Canada and the United States, through which 486 front companies operated at least 861 Internet pages.  Each phony merchant ran five to seven webpages. The webpages were created and deployed to lend legitimacy to the phony merchants.  The phony merchants typically had web pages suggesting that they were involved in selling legitimate dating services; yet, these companies were actually being used to facilitate the approval and processing of service charges.  No services were ever provided.  The Accused FSX Members' Scheme even involved fake visits to those websites to make it appear as though the websites had real customers and were operating legitimate online businesses. As an example of evidence of how this part of the Scheme worked, German authorities have communications that show that Accused FSX Members lead some phony merchants.

EXT-GARRONI-00573

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

It was noticeable that the websites operated by the phony merchants could not be found on the Internet by means of an ordinary search engine such as "Google" or "Bing". The dating content pages were designed in almost identical ways in terms of their design and menu navigation.

Here are some examples of the fake dating websites for which subscriptions were charged:



Example of www.inmatesfindlove.com



And an example of the payment page:

EXT-GARRONI-00574



- *Phony Merchants charged victims' credit cards, mostly Visa and Mastercard:*

Here you can see how charges to a credit card are collected.

It is apparent, from the interviews law enforcement authorities have carried out with the cardholders concerned, that their credit card data were improperly used to subscribe to the use of dating material on the websites in question -- without the cardholders having used a service. As a result, presumed monthly subscriptions of up to 50 euros were billed via these credit cards, often over a period of several years and often several times per month for various subscriptions. In the course of the investigation, it was possible to determine which of the fake websites operated by the Accused FSX Members collected which amounts via which credit cards. In the majority of cases, the witnesses did not notice that they had been harmed, as their credit card statement contained only cryptic descriptors and no reference to the corresponding website. Credit card holders were affected worldwide, with US injured parties being the largest group.  In fact, the investigation has revealed that there are victims in 194 countries.

Here an example of the customer support site and a cryptic descriptor (NMTSFV.COM). Customer service requests were handled by members of the FSX network. In particular, the defendant Co-perpetrator 2 worked as Head of IT on these requests in order to appease customers.

EXT-GARRONI-00575

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ



The credit card statement provides an example of what the statements looked like. However, the descriptor alone does not reveal which site the customer is supposed to have visited.



An investigation of the phony merchants and the headquarters of their businesses revealed that they had been set up in groups and that their business addresses often led to single-family homes or referred to purely virtual offices. In addition, there are results from "know-your-customer" audits of a German payment processor which show that managers of these businesses were already at retirement age and could not describe the business model or the financial background of the companies purportedly managed by them, underscoring that these managers were not actually managing anything at the merchants.  The merchants were in fact phony and not conducting legitimate business.

- *Online trackers followed victims to the phony merchant sites and otherwise diverted third parties:*

The Scheme also involved the use of online tracking by the Accused FSX Members. Because the descriptors for the charges listed on the customers' credit card statements often were an acronym of the URLs for the phony merchant websites, customers were sometimes confused and did not recognize the transactions on their credit card statements.  The Accused FSX Members were concerned that the confused customers would call the issuing banks (that is, a bank that issues credit cards to the customer /

EXT-GARRONI-00576

RheinlandPfalz
GENERALSTAATSANWALT
KOBLENZ

credit card holder) of their credit cards and inadvertently reveal the Scheme by indicating that they had not purchased dating services or that they had made purchases through the phony merchants. To lessen the risk that customers would be confused, the Accused FSX Members used a number of techniques, including online trackers to track which users had visited the phony merchant websites. If a customer visited the phony merchant website and went to the URL listed on the customer's credit card statement, the customer would automatically be re-routed to a webpage connected to the phony merchant so that the customer would understand what the real purchase had been for. However, to hide the Scheme, the Accused FSX Members ensured that if a third party such as bank or credit card company investigator visited a URL for a phony merchant, they would not be re-routed, and would therefore be unable to discern any connection between the phony merchant website and/or the sale of dating services.

Disguising the websites from standard search engines, coupled with the victims' statements, demonstrates that the websites in question did not sell the services offered on them, but were purely fictitious addresses. Nevertheless, transaction summaries show that the websites generated significant credit card revenues.

- *The issuing banks allowed the phony merchants to set up accounts to process credit and debit card transactions:*

The Accused FSX Members (Co-perpetrator 1, Co-perpetrator 2 and Garroni) worked to create these phony merchant accounts purportedly selling online dating and established Visa and MasterCard merchant processing accounts with one or more offshore acquiring banks. Like his counterpart in the WebOps network, Medhat Mourid, Co-perpetrator 2 was the person who managed the technical aspects of the FSX network. In particular, he was able to cancel subscriptions and had direct access to the website and its structure. Co-perpetrator 1 and Garroni headed the FSX network. They decided which merchants with which "merchant identification numbers" or MIDs were used. Having MID codes allowed the system to assign transactions to a particular website, which in turn allowed for the phony merchants to be onboarded with German payment processors. They then arranged for more than a dozen phony merchants to process debit and credit card purchases of online dating. The investigation has revealed that all three had access to the accounts created at the German payment processors. Each was competent (in other words, had the authority to speak for) FSX merchants and to make decisions on their behalf. Evidence of these roles and authorities is found in communications between and among German payment processors and Garroni, Co-perpetrator 1 and Co-perpetrator 2. In addition, many of the phony merchants claimed to maintain Germany-based customer service numbers---which lent them legitimacy---despite being based outside of Germany.

- *The German payment processors accepted credit card charges, based on trust in the issuing banks:*

According to the current state of investigations, the Accused FSX Members (again, Co-perpetrator 1, Co-perpetrator 2 and Garroni) used various German payment service processors to collect the funds fraudulently obtained. To this end, the Accused FSX Members relied on others, including high-ranking employees of German payment processors, to ensure that the phony merchants FSX operated were accepted as German payment processor customers and could therefore collect the unauthorized

debits.  These individuals are also accused in this case, and they reflect roles in both the WebOps and FSX networks.  They include Nelson Burtnick, who worked for German payment processor Concardis; Jan Marsalek, the former head of German payment processor Wirecard; Jan Marko Hüllemann, formerly with German payment processor Wirecard and now with Unzer; Markus Fuchs [role?]; Concardis' Jan Marcinkowski; and Brigitte Häuser-Axtner [role].  These individuals helped to ensure that the apparently suspicious merchants and their websites were accepted as customers by the German payment processors and were onboarded for the settlement of credit card transactions.

The Scheme involved the deception of virtually all of the participants in the German payment processing network, including issuing banks in Germany and Visa and Mastercard.

- *Profits from credit card charges were funneled back to Accused FSX Network Members, thereby laundering the proceeds of the credit and debit card fraud:*

At the head of the laundering scheme is FSX Holdings Limited Liability (hereinafter FSX Holdings), located in Florida, overseen by the accused Co-perpetrator 1, Garroni and Co-perpetrator 2 in that each of the three had decision-making authority on behalf of the FSX network.   All funds obtained in the FSX Scheme were funneled to FSX Holdings as the headquarters of the network.

The Greenwich Business Solution Limited and its subsidiary, Affiliate Internet Marketing Limited, are the "operating arm" of FSX Holdings. Their operational activity is to generate turnkey products to the phony merchants and to license these products to the phony merchants. Greenwich Business Solution Limited, located in Canada, was also a letter box address and did not carry out any economic activity.  The Greenwich Business Solution was operated by the British citizen and member of the FSX network in Great Britain, the accused Daniel Adam Charles Becker. The FSX Holding was in the end the "master merchant," and the network was therefore named for it. A master merchant is the company, the network used as the head of alle the phony merchants.

## The FSX network

The network of the Accused FSX Members is similar to the establishment of an internationally active corporation.

The Accused FSX Members created a complex company structure and a supposed franchise system under the leadership of the accused Co-perpetrator 1, Co-perpetrator 2 and Garroni.

A franchise system is a contractually defined business model for vertical cooperation between various partners, in which the franchisor leases a business concept to the legally and financially independent franchisees in accordance with his specifications for use for remuneration. In the FSX network, the franchisees were the phony merchants and the franchisors were the leaders of the network.  Thus, the Accused FSX Members faked a franchise system.  The franchise system works as follows. The accused FSX members received the entire turnover of the phony merchants. The

EXT-GARRONI-00578

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

phony merchants only received €5,000 per year and did not receive any share of the sales revenue. However, in order to explain to the outside world that the actual merchants did not receive any sales revenue from the websites, the accused referred to this as a franchise model. This works as follows: all of the phony merchants' income goes to higher-level companies in the FSX group of companies. From an economic point of view, this makes no sense at all from the perspective of the phony merchants, because all of their sales go to someone else and do not remain with them.

It is apparent from a typical contract given to the German payment processors by phony merchants that the FSX network offers its customers, the franchisees, package solutions (hosting, software, traffic provider, customer support). The franchisee pays 90% of its total turnover to the licensor. In contrast to the classic franchise model, which is widespread in the business community, the results of the investigations do not suggest that the alleged franchisees are in any way economically independent. According to the terms of their contracts with the FSX network, the phony merchants received only a fixed amount of 5,000 euros per annum only a fixed 5,000 euros per annum, an amount far removed from their own turnover. Instead, the entire turnover generated by the phony merchants went to the Accused FSX Members (Co-perpetrator 1, Co-perpetrator 2 and Garroni), "the network managers," as demonstrated by the fact that the funds were transferred to bank accounts for different companies but to which the Accused FSX Members had access. From information provided by German payment processor Concardis, it is clear that the Accused FSX Members (Co-perpetrator 1, Co-perpetrator 2 and Garroni) have access to the money fraudulently obtained.  Furthermore, it is apparent from the interviews carried out in the course of "know-your-customer" processes by the German payment processors that the managers of the alleged online retailers (the phony merchants) had to a large extent no knowledge of the actual business object of the company they purportedly ran or in some cases had not even knowledge of being employed as managing directors of a company. This is also reflected in the e-mail correspondence between individual registered directors and the German payment processor Concardis Gesellschaft mit beschränkter Haftung (hereinafter, Concardis). Nor is the content design and thus the orientation of the Internet pages allegedly operated by the phony merchant at any time carried out by the latter itself. Neither the allocation of the URL, i.e. the name of the internet presence, nor the content orientation of the presence is determined by the phony merchant; rather, this task is incumbent on the FSX network operators, in particular the accused Co-perpetrator 2 as technical controller. For example there is communication between Co-perpetrator 2 and Quintus Weigand about a police investigation on 1 June 2020. The credit card holder Gerhard Artmann initiated a police investigation after a subscription of the FSX merchant Liu srls. The witness noticed unauthorized charges on his credit card on 11 January 2020. The accused Quintus Weigand informed Co-perpetrator 2 of this in the above email. The accused Co-perpetrator 2 simply stated that he had taken care of everything for this person. As a rule, the accused then initiated through technical means a chargeback (paying the money back to the card which was fraudulently charged) in order to avoid attracting attention and did not argue with the witness about the legitimacy of the subscription. In addition to this there is communication between Liridon Korcaj and Co-perpetrator 2 on 11 April 2019 about the chargebacks of the FSX merchant Foxy Media. The chargeback rates of 85 chargebacks per month (Visa only) were far too high. Together, the accused Korcaj and Co-perpetrator 2 considered what plausible explanation could be communicated to third parties to explain the rate.

**Rheinland**Pfalz

GENERALSTAATSANWALT
KOBLENZ

**Evidence Gathered**

During the course of the investigation, German authorities learned about how the FSX network worked through evidence gathered from the sources described below.

On 9 March 2020, the US authorities seized two mobile phones and a laptop belonging to the accused Ruben Weigand in US criminal proceedings. The devices were personally handed over to the German authorities in October 2024 following a request for judicial assistance to the competent American authorities and German authorities analyzed the communications on them, specifically e-mail and the messaging services WhatsApp and Telegram. In addition, German authorities seized the e-mail accounts of the accused Ruben Weigand, Quintus Weigand and Liridon Korcaj hosted by a German provider and these authorities analyzed the e-mails in the mailboxes. In addition, German authorities seized the data on the mobile phone of the accused, Quintus Weigand, which also contained e-mails and communications via the messaging services WhatsApp and Telegram. Finally, German authorities secured and evaluated internal company communications of German payment service processors Wirecard Aktiengesellschaft (hereinafter, Wirecard), Concardis  and Unzer E-Com Limited Liability Company (Unzer E-Com). The seized devices of the accused Ruben and Quintus Weigand show that the accused Ruben Weigand and Quintus Weigand did not delete the communications with the Accused FSX Members (again, Co-perpetrator 1, Co-perpetrator 2 and Garroni), but rather that communications still exist, going back more than 10 years. When the accused Ruben Weigand and the accused Quintus Weigand received new devices over time, they transferred the data on the old device to the new device. The communication always focused on issues relating to the onboarding of individual merchants with payment service processors, setting up websites, and dealing with fraud inquiries and information of phishing attacks. On 8 April 2020, the accused Garroni (andy@imerantintl.com <mailto:andy@imerantintl.com>), Co-perpetrator 2, and Liridon exchanged information about the following. Concardis informed Liridon that there had been a phishing attack in Cyprus and that their analysis showed that the same number of FSX merchants had used the stolen credit card data for debits on 27 March 2020. Here, the accused discussed chargebacks and the individual credit card numbers affected. The communication clearly shows that the FSX network used phished credit cards.

On 13 March 2019, there was also a lengthy telephone conversation between the defendant Ruben Weigand and Co-perpetrator 2, whose telephone number is ████████. Corresponding to this conversation, email communication between Ruben Weigand, Co-perpetrator 2, and Garroni reveals that the conversation concerned the settlement of transactions with a German payment service provider and the activation of additional websites.

The evaluation of the encrypted communication and the evaluation of the available accounts shows that the company structure FSX is characterized by a pyramid-shaped structure.

According to an analysis of the phony merchants accounts with Wirecard in Germany, the managing directors of the phony merchants were not entitled to dispose of the business accounts, as is customary in commercial transactions. Instead, phony merchant managers, such as accused Vaida Narmontaite, Jolanta Narmontaite and Daniel Adam Charles Becker were able to manage the accounts.  These are service

processors who procure shell companies and straw directors in Cyprus (Narmontaite) and the UK (Becker) and manage the accounts as a kind of accountant for the networks so that these individuals do not have to appear in public. The lack of any ability to dispose of the assets of the companies owned and allegedly managed by the managing directors underlines their position as mere phony managers.

Special audit reports commissioned by the Federal Financial Supervisory Authority under Section 19 of the Payment Services Supervision Act by the auditing companies KPMG (Unzer E-Com) and FlickGockeSchaumburg (Concardis and Payone Limited Liability Company (Payone)) also came to the conclusion that the network's companies (Limiteds), as described above, were merely phony merchants Following the bankruptcy of Wirecard in July 2020 the disclosure of the allegations of bank fraud against the accused Ruben Weigand in the United States and the brokering of phony merchants, the Federal Financial Supervisory Authority, in the course of its tasks, reviewed the business relations of the German payment service processors with the accused Ruben Weigand and the customers he enlisted.

In the course of that examination, KPMG found that, the phony merchants existed, so they were founded normally and were entered in the commercial register. But in a sample of 70 phony merchant companies, it could be determined, that these were not independent but rather assigned to parent networks. This means the phony merchants could not decide independently. They were much more bound by instructions by a higher network. Furthermore, it was found that the companies are mainly based in Cyprus or the United Kingdom and that there are indications of the use of so-called "Company Builder" (this is a service provider for setting up stock companies).

The documents and data submitted by Concardis after a public prosecutor's request also substantiate the suspicion that the phony merchant mediated by the accused Ruben Weigand are merely shell companies. The documents provided by Concardis are essentially the result of an internal investigation carried out by the HoganLovells Registry on behalf of Concardis. It was found that the phony merchant companies are often based in the United Kingdom and Cyprus. Moreover, senior citizens and housewives in the UK, as well as Cypriot individuals without an online presence, were designated as managing directors of the "one-man societies" (a company, that legally exists as a corporation, but has only one shareholder and managing director), which is particularly remarkable in the context of a digital business model based on digital marketing, according to the accused, Weigand. That these people (without online presence) run such an online merchant without in-depth knowledge of the Internet business is foreign to life. Furthermore, the investigation identified non-resident beneficial owners in the UK and Cyprus whose main activities included, inter alia, Lithuania and Ukraine. It is striking, that a company based in the United Kingdom is run by people from Ukraine, who have no reference to the United Kingdom at all. This makes it clear once again, that the directors are only straw managing directors. It was also possible to collect e-mail correspondence which clearly shows that the data of the managing directors of the phony merchants were also partly stolen and subsequently misused and that they were completely unaware of the company's establishment and takeover of management – unlike in the case of the town of Consett. For example, on 3 November 2020, the witness ████████████, a UK citizen, reported that he was already in contact with the British commercial register that his data had been misused to establish the phony merchant company. The communication was shared from Concardis after the official prosecutor's request.



## I. Social structure

### 1st Level I - FSX Holdings Limited Liability Company

Florida-based FSX Holdings is the head of the FSX network. This is shown in an overview filed with Concardis, which describes that FSX Holding LLC is responsible for the FSX network. FSX Holdings LLC is a Florida-based company. The registered managing directors are accused Co-perpetrator 1 and Garroni. The company was founded on 3 May 2011, by accused Co-perpetrator 1. It is a software company, but its actual business consists of operating a large number of fake dating websites. This is known from the communication secured within Concardis. In addition, Concardis provided an internal list in which individual phony merchants were assigned to the FSX network. Concardis had this information. On 24 September 2015, the accused Co-perpetrator 1 wrote to Ruben Weigand (rw@payment-consultants.com) that he had a large number of companies and that traffic to the websites would continue to grow. Co-perpetrator 1 also reports that they are continuing to work on generating more and more websites. In addition, Co-perpetrator 1 wrote to the accused Liridion Korcaj on 17 June 2020, stating that they would send further merchants from the dating sector to a payment service provider. In addition, Co-perpetrator 1 will also be contacted if there are tax issues with the phony merchants. Andrew Garroni will also be contacted. This is captured in a conversation from 7 June 2017. In addition, there is communication between Korcaj and Co-perpetrator 2 on 11 April 2019 about the chargebacks of the FSX merchant Foxy Media. The chargeback rates of 85 chargebacks per month (Visa only) were far too high. Together, the accused Korcaj and Co-perpetrator 2 consider what plausible explanation could be communicated to third parties to explain the rate.

The Accused FSX members communicate with Concardis officials like Nelson Burtnick and Jan Marcinkowski via FSX Holding email addresses using the fake websites and have access to the fraudulent funds collected via these websites.

### 2nd Level II - Greenwich Business Solution Limited and Affiliate Internet Marketing Limited as management companies

The second level is the Greenwich Business Solution, based in Vancouver in Canada and its subsidiary, Affiliate Internet Marketing Limited, which form the operational arm of the FSX network. An analysis of the Affiliate Internet Marketing Limited and Greenwich Business Solution business accounts in Germany shows that the fraudulently obtained funds are first transferred to the parent accounts of these two companies. This indicates that this is the level above the phony merchants. The Greenwich Business Solution and Affiliate Internet Marketing Limited concluded the contracts with the online phony merchants.

### 3rd Level III - The phony merchants as vehicles

The phony merchants registered in Cyprus, Malta, Spain, the Czech Republic and the United Kingdom are the last link in the illegal chain of companies.

These are only shell companies, that were created solely for the purpose of concealing and manipulating the reversal rates. When working with multiple phony merchants, it became possible to reduce the chargeback rates (reversal rates) for each individual phony merchant account by spreading transactions across them. Instead of processing



RheinlandPfalz
GENERALSTAATSANWALT
KOBLENZ

all sales through one account, they were divided among several. This is one of the main reasons why the FSX network needed – and used – many phony merchants for their criminal Scheme. In order to collect the fraudulent transactions, the Accused FSX Members concluded contracts for the phony merchants with four major German payment processors: Wirecard, Unzer E-Com, Concardis and Payone.

## (a) Mapping of front companies and front websites

The FSX network created 79 front companies, which in turn ran 431 front pages. The identification of the front companies as part of the FSX network is possible, on the one hand, on the basis of the information deposited with the respective German payment service processors and, on the other hand, on the basis of the documentation of the accused Ruben Weigand[3], obtained through judicial assistance with the US authorities, who obtained credit card acceptance from the network's phony merchants for remuneration from the German payment processors.

Here are some examples:





## (b) Classification of phony merchants as front companies

The above-mentioned phony merchants, which are limited companies established under UK and Cypriot law, are, according to the results of the investigation, merely phony companies created, developed and designed by the accused Co-perpetrator 1, Co-perpetrator 2 and Garroni, in accordance with their common previously established schedule. The use of a large number of shell companies was necessary to keep the chargeback rates low. A chargeback rate refers to the percentage of credit card transactions that are disputed by cardholders and reversed by the issuing bank. It

---

[3] His role, which is central to the scheme, is described below in Section 3. Crime-as-a-service – intermediaries (Ruben Weigand, Quintus Weigand, Liridon Korcaj).



measures how often customers request a refund or claim a transaction was unauthorized, and it is used by credit card schemes like Visa or Mastercard to monitor merchant performance and detect potential fraud. Due to the nature of the fraud model, it was to be expected that many credit card holders would demand their money back. The higher these chargebacks are, the higher the probability of discovery. This means that the accused decided to bring all the fake websites to payment service processors via as many merchants as possible, so that the chargeback rates would remain low due to the distribution. This results from the following evidence – in addition to the franchise system already described at the outset and which is not economically comprehensible.

According to the results of the investigation, the registered offices of the companies are located either at private addresses (detached houses or apartment buildings) or at addresses of companies that provide virtual office solutions. Here are some examples:



At the same time, several companies had their registered offices at the same address, but there were no indications that they were operating worldwide companies with a turnover of millions. Furthermore, it could be established that in a large number of cases, which were also founded on the same days at the respective addresses of the online retailers, or a change of registered office to the respective business address took place at the same time. This means, that several phony merchants have moved their residential address in blocks at the same time. This suggests that this has been controlled by a higher network.

In addition, an analysis of the company documents deposited with the respective British and Cypriot commercial registers showed that the large number of persons registered as managing directors were also registered with other phony merchants of the same network at the same time.

Moreover, the directors employed at the respective phony merchants were merely straw men, who provided the Accused FSX Members (Co-perpetrator 1, Co-

EXT-GARRONI-00584

Rheinland Pfalz
GENERALSTAATSANWALT
KOBLENZ

perpetrator 2 and Garroni) with their names for a small fee. This is evident from the statements made by the witness ███████ who declared that he had received only £50 for his name.

For this purpose, the network used the services of so-called phony merchant managers in the UK and Cyprus. A phony merchant manager is a person who procures on behalf of another front company a straw manager and ensures that this company looks reputable to the outside world, although it actually only handles criminal business. The activities of the Narmontaites show a lot of merchants and websites registered at their company addresses.

According to the analysis of the phony merchant accounts with Wirecard in Germany, the managing directors were also not entitled to dispose of the business accounts, as is customary in commercial transactions. Instead, phony merchant managers, such as the accused Vaida and Jolanta Narmontaite, were able to manage the accounts. The lack of any ability to dispose of the assets of the companies owned and allegedly managed by them underlines their position as mere phony managers.

The special audit reports commissioned by the Federal Financial Supervisory Authority under Section 19 of the Payment Services Supervision Act by the auditing companies KPMG (Unzer E-Com) and FlickGockeSchaumburg (Concardis and Payone Haftung) also came to the conclusion that the network, as described above, was comprised of merely phony merchants. Following the bankruptcy of Wirecard and the disclosure of the allegations of bank fraud against the accused Ruben Weigand in the United States and the enlisting of phony merchants to the German payment processors, the Federal Financial Supervisory Authority, in the course of its tasks, reviewed the business relations of the German payment processors with the accused Ruben Weigand and the customers brokered by him.

## 2. Crime-as-a-service – phony merchant managers (John Quirk, Jolanta Narmontaite, Vaida Narmontaite)

A crime-as-a-service is a business model in which criminal services are offered on online platforms, on the Darknet or in a personal conversation. These services are offered in a wide variety of areas and are widely used in the area of cybercrime. According to the results of the investigation, the accused Mr. Quirk is jointly responsible, together with the accused Jolanta Narmontaite and Vaida Narmontaite, for the procurement of the shell companies in Cyprus and the United Kingdom. For this purpose, the Accused FSX Members (Co-perpetrator 1, Co-perpetrator 2 and Garroni) primarily used the services of the Animo Group, consisting of Animo Associates Limited, established in London, Animo Associates (Cyprus) Limited, established in Nicosia, Animo Tax and Accounting Limited, established in London, and Animo Holding Company Limited, each established in London, as well as the WBG Group, consisting of WBG Consultants Limited, established in Lancashire (UK), and WBG (Cyprus) Limited, established in Nicosia. This is evident from communications with Bella from Silverton Systems, who was responsible for submitting the FSX network's know-your-customer documents to the German payment service processors. She received the documents from the Animo Group.

## 3. Crime-as-a-service – intermediaries (Ruben Weigand, Quintus Weigand, Liridon Korcaj)



**RheinlandPfalz**
GENERALSTAATSANWALT
KOBLENZ

A crime-as-a-service is a business model in which criminal services are offered on online platforms, on the Darknet or in a personal conversation. These services are offered in a wide variety of areas and are widely used in the area of cybercrime. The accused Ruben Weigand, together with his employees, the accused Quintus Weigand and the accused Dr. Liridon Korcaj, brokered the 79 phony merchants of the FSX network to the four German payment processors via several companies based in Montabaur and Luxembourg and thus gave them credit card acceptance as a basic prerequisite for being able to collect the fraudulently obtained funds. The task of the accused Ruben Weigand, the accused Quintus Weigand and the accused Liridon Korcaj was to get the network's phony merchants in Germany to accept credit cards. In particular, the Accused FSX-Members. used the following German payment service processors: Unzer E-Com, Concardis and Payone. These phony merchants were introduced by Ruben Weigand. The mediation to Wirecard took place due to the good connections of the former accused, now deceased Ray Akhavan to the former member of the board of directors of Wirecard, the accused Jan Marsalek, directly on the initiative of Ray Akhavan and a company controlled by him, PXP Financial Limited. Nevertheless, the accused Ruben Weigand, together with his employees, acted as a key contact for Wirecard after the creation of credit card acceptance – as with the other service processors. In that regard, it is apparent in particular from the correspondence via the mobile telephone of the accused Ruben Weigand that the former accused, now deceased Ray Akhavan also negotiated with Wirecard commissions paid by the accused Weigand for his services, without him or his companies officially becoming contractual partners of Wirecard. This means that, following negotiations with Ray Akhavan, Wirecard paid commissions to the accused Ruben Weigand even though there was no formal business relationship between them. More specifically, the accused Ruben Weigand operated through the companies Market Advisors Limited Liability Company, Payment Consultants Limited Liability Company, Payment Consultants Société à responsabilité limitée, and LPXperts Limited Liability Company.

The following illustration shows Weigand's companies at the top, the phony merchants being referred in the middle, and the German payment service processors being referred to at the bottom, which then entered into a business relationship with the merchants.



EXT-GARRONI-00586

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

The accused Ruben Weigand and the accused Quintus Weigand as well as the accused Liridon Korcaj acted as a link between the networks and the German payment processors, ensured that risk reports created as part of the onboarding were manipulated. During the ongoing business relationship, the high chargeback rates did not lead to the termination of the payment service contract. The accused Ruben Weigand and Liridon Korcaj achieved this by repeatedly giving the payment service provider flimsy explanations that explain the high chargeback ratio. If the accused Ruben Weigand had not done so, the payment service provider would have had to terminate the business relationship with the phony merchant and in that case the FSX network would have lost a way to collect the fraudulent credit card payments. In addition, the accused Ruben Weigand and the accused Liridon Korcaj ensured that incoming fraud notices and complaints to payment service processors were explained plausibly. To this end, they coordinated with those responsible for the networks. In particular, the accused Quintus Weigand acted as a kind of interface for the monitoring of company documents supplied by the networks.

In addition, the accused Ruben Weigand - as well as the FSX and other networks themselves - had access to the merchant data, transactions and account statements stored at the German payment processors. This is evident from the documents provided by Concardis. Concardis had an internal member area for its customers, which required access data and accreditation to access. The Accused FSX Members had access to this area for merchants belonging to FSX. This meant they could view transactions, settlements, and chargebacks for all FSX merchants. That means, each customer of the payment service provider, in our case the phony merchant, could receive access to billing and details of the business relationship via a specific member. The accused Ruben Weigand also had access to this sensitive data, although he formally had no position within the phony merchant. Ruben Weigand was also able to conduct transactions for the various phony merchants via the "settlement solution". At his initiative, the money laundering software was also programmed and implemented in the Unzer Group in order to provide the networks with a program for money laundering. The program that made money laundering possible was called Settlement Solution. When using this system to make a transfer from one bank account to another bank account, the recipient could not see the true sender of the bank transfer. Rather, the recipient only ever saw the German payment processor Unzer, even though it was actually the money of the FSX network. This is the result of a special audit conducted by the auditing firm KPMG, which examined and evaluated the technical functioning of the settlement solution. Intra-network inbound and outbound invoices from the phony merchants were located on Ruben Weigand's mobile phone transmitted by the American authorities. This is the data that was available on the mobile phone of the accused Ruben Weigand. He thus had an in-depth knowledge of the network's internal distribution and the money flow.

The communication between the accused Ruben Weigand and Andrew Garroni, Jan Marsalek, Jan Mirko Hüllemann and Markus Fuchs, which has been obtained so far, shows that Ruben Weigand was not 'only' a crime-as-a-service provider for the various networks, but rather became a part of them. The accused Garroni was one of the primary contacts for the accused Ruben Weigand and was responsible for resolving issues that would prevent credit card acceptance. This means that Garroni made the key decisions for the network and was consulted by Ruben Weigand as a decision-maker in cases of problems or when a further course of action needed to be discussed. In particular, this included problems with the front companies, websites, or invoicing.

EXT-GARRONI-00587



Ruben Weigand acted for them as an extended arm in Europe and was one of the essential gears without which the fraud model could not function in Germany. The technical conclusion of a fake subscription would have been virtually without consequences without the activity of the payment service processors initiated and supervised by the accused Ruben Weigand. Because a credit card payment via a website can only be collected by the merchant if he works together with a payment service provider, without the accused Ruben Weigand, Liridon Korcaj and Quintus Weigand and thereby the cooperation with the German payment processors the phony merchants would never been able to collect the fraudulent money. In this respect the accused Ruben Weigand and his employees Liridon Korcaj and Quintus Weigand had a central role in the scheme.

The accused Ruben Weigand was involved in the sales of the phony merchants by means of commission and thus directly participates in the proceeds of fraud. In total, the accused Ruben Weigand or the domestic and foreign companies he managed received commissions of at least 40,000,000 euros for his services.

### 6. Crime-as-a-service - Risk analyst Christian Andre Chmiel

The accused Christian Chmiel is a former employee of Wirecard (deputy head of the Compliance Department) and founder and managing director of London-based WebShield Limited and founder and managing director of Leipzig-based WebShield Services Limited. The purpose of the companies is to provide compliance, risk and IT services. The WebShield Group provides solutions for merchant risk assessment and due diligence to payment service processors, acquiring banks and payment intermediaries. The WebShield Group has been certified in recent years by the credit card companies Visa and Mastercard. The accused Christian Chmiel is a global speaker for identifying and exposing fraudulent intentions of online retailers. He is also the author and co-author of several books in the fields of fraud, investigation and accounting, and is a board member of the German Association of Certified Fraud Examiners.

According to the investigation, the accused Christian Chmiel used his long experience to provide his friend, accused Ruben Weigand, with manipulated risk reports for the FSX network. From the email communication that was secured from Ruben Weigand's phone, seized in the U.S. in March 2020, it appears that the accused Ruben Weigand and his staff had access to the WebShield tools. The correspondence also shows that the accused Christian Chmiel influenced the creation of an acceptable report scoring for the phony merchants of the networks. For example, he switched URLs to "non-processing" to remove them completely from the risk analysis (regardless of whether this corresponded to the actual circumstances), asked the accused Ruben Weigand to obtain "clean" addresses for individual merchants and to adapt telephone numbers and currencies. The accused Chmiel wanted to ensure that only addresses and telephone numbers are used, that have not yet been identified as associated with fraud or other illegal schemes. Here, too, it becomes clear, that accused Ruben Weigand wanted to ensure the appearance of a legal merchant.

In addition, the accused Christian Chmiel warned the accused Ruben Weigand that payment service processors and banks are now increasingly using so-called crawlers. By informing the accused Chmiel, the other Accused FSX Members were informed about what they had to pay attention to in future onboarding processes.  This latter

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

point is demonstrated by a communication between Bella from FSX and the accused Quintus Weigand. As an example, two different assessments were found for the retailer Intellitek Limited. Changes to the entries resulted in a report created on 27 October 2016, being corrected on 31 October 2016. This was only possible because the Accused FSX Members knew which parameters to look out for. These are programs that independently search the Internet for content and completely read and index both websites and information.

Ultimately, the accused Christian Chmiel explicitly writes that he has constantly "manipulated" the reports of the merchants brokered by Ruben Weigand and that this is slowly noticeable in the company. For his work, the company received substantial funds from the accused Ruben Weigand. In order to be able to present these reports in the accounts, the accused Christian Chmiel made fake invoices to the the accused Ruben Weigand, for services allegedly rendered.

## II. Allocation of tasks within the FSX network and how each member was identified as a member of the FSX network

The individuals were located in different places, such as in Florida, California and Canada, and each had a different role in the Scheme, but coordinated with one another. The members of the Network FSX were working from an office address in Florida. It is the address of the company FSX Holdings at 102 NE 2nd Street # 386, Boca Raton, Florida 33432.

The accused Co-perpetrator 1 was together with the accused Garroni and Co-perpetrator 2 the head of the FSX network. They were the masterminds, who are responsible for both the phony merchants and for the fake websites through which the fraudulent subscriptions were billed. According to the investigations, German authorities have an excel spread sheet on Ruben Weigand's Laptop (seized in the US) with information as to the location of Garroni and Co-perpetrator 2. In addition to this we have the information from social media investigations.

Based on a review of communications in the possession of the Koblenz prosecutor's office, Accused FSX Members Co-perpetrator 1, Garroni and Co-perpetrator 2 all had contact with the accused Ruben Weigand and his employees, and also had contact with the German payment processors. Emails were exchanged with intermediaries to onboard phony merchants, prepare statements in case of third-party inquiries regarding suspected fraud, and discuss the handling of chargebacks. These Accused FSX Members also emailed with former Wirecard employee the accused Christian Chmiel, who was Wirecard's fraud detection manager, in order to obtain credit card acceptance in Germany. Communication with the accused Chmiel concerned the optimization of their data (telephone numbers, business locations, managing directors) in order to avoid any problems during the review of the know-your-customer documents.

In order to operate the FSX network, the masterminds Co-perpetrator 1, Co-perpetrator 2 and Garroni employed different employees at the Toronto, Canada based company Silverton Systems. Silverton Systems is a Toronto-based company that provides technical services to online retailers. The company is registered at a fictitious address and also has a website that, like the fake websites, cannot be found. In fact, the



**Rheinland Pfalz**
GENERALSTAATSANWALT
KOBLENZ

company is used by the accused of the FSX network to obtain the necessary URLs, telephone numbers, and know-your-customer documents to submit to the service processors. Communication at Concardis reveals that FSX and Silverton System are one and the same.  For Silverton Systems works especially a women named "Bella", who was responsible for the procurement services of FSX network.  She was also the contact point for Ruben Weigand, Quintus Weigand and Liridon Korcaj to obtain "know-your-customer" documentation that supported the onboarding of phony merchants at the German payment processors. This means that Bella was in contact with Quintus, for example, to find out what documents the payment service provider still needed in order to be able to work for the merchant without any problems. In addition, these Accused FSX Members employed the accused Daniel Adam Charles Becker in the United Kingdom, who was responsible for coordinating the bank accounts and funds the network collected. An email from Andy Garroni dated 2 August 2021 to a Concardis employee (Thomas Gregory) reveals that the accused Becker is not only a friend and lawyer of the FSX network, but also its partner. In addition, the accused Becker had access to the FSX merchants' business accounts and also received the company documents of the phony merchants. The accused Becker had access to the accounts and ensured that the funds were transferred abroad to foreign accounts. Because Becker was officially registered with the German banks, the FSX members were able to remain hidden. As shown by the emails between Garroni and Becker, as well as the German payment service provider and bank documents, the accused Becker acted as the network's extended arm in Europe. He was involved in various areas within the network, including the transfer of funds, the establishment of shell companies, the procurement of all documents, and, in his particular case, the procurement of straw managers. By being so active externally, he enabled FSX members living in the USA to remain hidden and not appear in public very often.

In the following, the roles of the individual accused members of the FSX network are described:

**"Inner circle"**



### a) Co-perpetrator 1 - Chief Executive Officer

The accused Co-perpetrator 1 is one of two directors of Florida-based FSX Holdings, along with the accused, Andrew Garroni. He is also the founder of Chief Products Limited, which operates the US payment service provider Bill1st. Bill1st was used as a technical provider, that is a service provider that technically transfers transaction



Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

information from the online shop linked to the phony merchants to the payment processor (also known as a gateway provider) and was upstream of the German payment service processors - in particular Unzer E-Com. The gateway is necessary to deliver the transaction information from the website to the payment processor. The accused Co-perpetrator 1 manages the company and is involved in correspondence with the payment service processors in case of problems, and was involved in generating more and more websites. Co-perpetrator 1 was "involved" in the emails of the accused Co-perpetrator 2 and Garroni in that he is copied in and included for information purposes and is always kept up to date, but is so high up in the network structure as the boss that he does not concern himself with the details and tasks himself.

In addition, the accused Co-perpetrator 1 was regularly involved in communications (most adding in "cc" for reference) with German payment service processors, especially Concardis. The Koblenz public prosecutor's office requested Concardis to hand over its communications with those responsible for the FSX network, which it then forwarded to the Koblenz public prosecutor's office in the form of emails covering the period from 2014 to 2023.

The accused Co-perpetrator 1 initiated the establishment of the fictitious companies and the fictitious websites and arranged for the unauthorized charges to be made to the credit cards as the person primarily responsible for FSX Holding. As head of the network and company FSX Holding, he is responsible for what the network does, how it operates, and how it works.

The following emails, some from the accused Co-perpetrator 1, make clear Co-perpetrator 1's role as head of the FSX network. First, an email from Guy Mizrachi (Head of WebOps Network) to the accused Ruben Weigand dated 3 May 2013 shows that the business relationship between Ruben Weigand and Andrew Garroni and Co-perpetrator 1 was initiated by Mizrachi. It states that Garroni and Co-perpetrator 1—in the same way as WebOps—maintain an "adult program" and use the same packages. The email shows that Garroni and Co-perpetrator 1 were responsible for the FSX network from the outset.

On 24 September 2015, the accused Co-perpetrator 1 wrote to Ruben Weigand (rw@payment-consultants.com) that he had a large number of companies and that traffic to the websites would continue to grow. Co-perpetrator 1 also reports that they are continuing to work on generating more and more websites. On 17 June 2020, Co-perpetrator 1 wrote to the accused Liridion Korcaj, stating that they would send further merchants from the dating sector to a payment service provider. In a conversation from 7 June 2017, Co-perpetrator 1 would also be contacted if there are tax issues with the phony merchants. Andrew Garroni would also be contacted.

German authorities surmise that the accused Co-perpetrator 1, together with the accused Garroni, in their positions as head of FSX, was responsible for giving instructions to the employees like the accused Co-perpetrator 2. This surmise is premised on life experience in how the higher ups of a company typically interact with employees. In addition to this, the accused Co-perpetrator 1 is on emails with the accused Ruben Weigand for onboarding the phony merchants, the fake websites at

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

the German payment processors and the accounting of the network. In these emails, Co-perpetrator 1 is involved, Garroni and Weigand exchanged business ideas about how many fake websites per phony merchant could be accepted by the German payment processors without problems and a low risk of detection.

### b) Andrew Garroni - Chief Executive Officer

The accused, Andrew Garroni, is also a director of Florida-based FSX Holdings. In fact, unlike the accused Co-perpetrator 1 he plays the role of CEO more actively and was the point of contact for the employees of the German payment service processors in the event of problems occurring.

In particular, with the employees of the Concardis, the accused Garroni - in addition to the contact with the intermediary Ruben Weigand - was in close exchange.

The communication shows that the accused Garroni is in particular exchange with the accused Burtnick (a Concardis employee) regarding FSX settlements. On 12 April 2021, the accused Garroni asks the accused Burtnick for a Zoom call to discuss the settlement issues.

In addition, on 15 April 2021, the accused Garroni is involved in the onboarding of the merchant Alete Limited for the procurement of know-your-customer documents. He also ensures that the missing utility bill for the merchant Cookies and Cream Limited is received by Concardis in time for onboarding on 22 April 2021. These are just a few examples of communications with or by Garroni.

The accused Garroni also acted for the Toronto-based Silverton Systems company, also controlled by the FSX network. In fact, the company is used by the Accused FSX Members to obtain the necessary URLs, telephone numbers, and know-your-customer documents to submit to the service processors. The accused Garroni sometimes used an email address from @silvertonsystems and sometimes from @fsx. Specifically, Garroni used a Silverton Systems E-Mail for communication with German payment processors. Communication at Concardis reveals that FSX and Silverton Systems are one and the same. In particular, the know-your-customer documents of the online merchants were transmitted to the German payment service processors via Silverton Systems, at the behest of the accused Garroni. According to the instructions of the accused Garroni, providing know-your-customer documents was primarily carried out by "Bella", an employee of Silverton Systems. For example, from April 2021, there are emails between Bella and Silverton Systems, which coordinated the know-your-customer documentation. According to seized e-mail communication, Bella's main task was to create an orderly and outwardly correct paper situation for the online retailers to be onboarded. In fact, Garroni gave Bella at Silverton Systems instructions.

Garroni's role was to talk to the German payment processors. The communication shows that it was important to the accused Garroni to maintain a good and close relationship with the German payment service processors. He determined on a day-to-day basis which German payment processors to use, which documents to use to meet know-your-customer requirements to show to the German payment processors that the merchants charging the German payment processors were legitimate, and which phony merchant and phony website accounts to show to the German payment

RheinlandPfalz
GENERALSTAATSANWALT
KOBLENZ

processors. So, for example, Andrew Garroni and Ruben Weigand communicated on 10 July 2019 via Ruben's mobilephone OnePlus 5 about the Concardis transactions fees and the phony merchant Gadshill Limited. Gadshill Limited was for example responsible for the dating website www.defendtruelove.com. In addition to this, Ruben Weigand and the accused Andrew Garroni communicated on 15 October about a quote for fraudulent transactions and different ways to reduce these quotes. The communication was seized on the Iphone of Ruben Weigand. With the same Mobilephone the accused Ruben Weigand and Andrew Garroni discussed on 17 January 2020 the coordination of traffic to the different fake sites. In particular, Garroni asked Weigand to ask Chmiel (fraud detection specialist, works for Wirecard) how it would be possible to determine whether a website might not have any real traffic at all. This question was of great importance to FSX in order to minimize the risk of discovery. There is email correspondence in which the accused Andrew Garroni was asked by Concardis to submit further know-your-customer documents for individual merchants (e.g., for Cookie & Cream Limited). The accused Garroni also requested financial calls with Concardis to discuss the payout of fraudulently obtained funds from Concardis accounts.

### c) Co-perpetrator 2 - Chief Operating Officer

The accused Co-perpetrator 2 is President of the American payment service provider Bill1st, which forwarded the transaction information (amount, date of transaction, descriptor) to the German payment service processors. The German investigation has revealed that he acted as one of the technically important persons for the FSX network, beyond his formal position at Bill1st. It is apparent from the email communication obtained from Concardis that the accused Co-perpetrator 2 wished to advance the processes of the FSX merchants within Concardis. In an e-mail dated 10 July 2020, using an email address from the Canadian company Silverton Systems (which was only used for buying shell companies), the accused Co-perpetrator 2 lists a total of 14 phony merchants of the FSX network for which applications to the payment service provider Concardis were still unprocessed.  It says: "I have received a list of the outstanding applications, can you please see what we can do about getting them nudged along or where they are currently in status?".  Co-perpetrator 2 was the person who managed the technical aspects of the FSX network. In particular, he was able to cancel subscriptions and had direct access to the website and its structure. This structure shows that the websites are all just a facade and are not meant to be found. The technical knowledge possessed by the defendant Co-perpetrator 2 also showed him that the merchants and websites were fake. In this respect, he asks for assistance. In the aforementioned e-mail, he also received access to the customer accounts of the FSX phony merchants deposited with Concardis. This gave the accused Co-perpetrator 2 access to transactions, invoices and other customer data of the FSX phony merchants at any time. This access was also confirmed by Concardis. It is also apparent from a further email correspondence that the settlement of invoices of FSX phony merchants was also under the control of the accused Dan Co-perpetrator 2. In an email to the accused Nelson Burtnick, an employee of Concardis, he announced on 20 January 2021 which invoices should be paid by the FSX network in a timely manner. It says, among other things, 'We will be sure to get these invoices paid'. In an email dated 17 February 2021, the accused Nelson Burtnick wrote to the accused Dan Co-perpetrator 2: "Josh mentioned that you have sent wires to Concardis to address outstanding invoices."

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

Another email correspondence showed that he also dealt with technical problems of FSX dealers. In an e-mail dated 19 October 2021, he wrote to an employee of Concardis, cc'ing the accused Garroni and Co-perpetrator 1: "I wanted to reach out directly as we have been dealing with a server issue – technically – which has caused our merchants to pause transactions going to the bank." In addition, on 1 June 2020 there is communication between Co-perpetrator 2 and Quintus Weigand about a police investigation. The credit card holder Gerhard Artmann initiated a police investigation about a subscription to the FSX merchant Liu srls. The witness ████ noticed unauthorized charges on his credit card on 11 January 2020. The accused Quintus Weigand informed Co-perpetrator 2 of this in the above email. The accused Co-perpetrator 2 simply stated that he had taken care of everything for this person. As a rule, the accused then initiated a chargeback in order to avoid attracting attention and did not argue with the witness about the legitimacy of the subscription.

On 11 April 2019, there is communication between Korcaj and Co-perpetrator 2 about the chargebacks of the FSX merchant Foxy Media. The chargeback rates of 85 chargebacks per month (Visa only) were far too high. Together, the accused Korcaj and Co-perpetrator 2 consider what plausible explanation could be communicated to third parties to explain the rate.

On 8 April 2020, the accused Garroni (andy@imerantintl.com <mailto:andy@imerantintl.com>, Co-perpetrator 2 and Liridon exchanged information about the following. Concardis informed Liridon that there had been a phishing attack in Cyprus and that their analysis showed that the same number of FSX merchants had used the stolen credit card data for debits on 27 March 2020. Here, the accused discussed chargebacks and the individual credit card numbers affected. The communication clearly shows that the FSX network used phished credit cards.

On 13 March 2019, there was also a lengthy telephone conversation between the defendant Ruben Weigand and Co-perpetrator 2, whose telephone number is ████████. Corresponding to this conversation, email communication between Ruben, Co-perpetrator 2, and Garroni reveals that the conversation concerned the settlement of transactions with a German payment service provider and the activation of additional websites.

Co-perpetrator 2 was responsible for all the technical tasks of the FSX network.

**Conclusion of sham subscriptions and debts**

According to the results of the investigation, the FSX and WebOps networks operated as a kind of corporation with different areas of focus. The interconnections between the WebOps and FSX networks extend to personnel overlaps, with both networks using the same crime-as-a-service processors to procure the front men (Animo Group) and to refer the front men to the German payment service processors (Ruben Weigand), as well as using the services of the accused Chmiel to manipulate the risk reports. In addition, the fake websites are programmed in the same way. The communications between Ruben Weigand and Andrew Garroni also reveal that, in isolated cases, the Head of IT of the WebOps network also provided services to FSX for detailed questions. Furthermore, direct transactions between the networks were identified and the networks had the same transfer recipients. Finally, the websites are also similar in terms of their visual and graphic design, even though they originate from different



RheinlandPfalz
GENERALSTAATSANWALT
KOBLENZ

industries. The communications also show that joint meetings between those responsible for the networks took place at the WebOps network's business premises, for example between Guy Mizrachi and Andrew Garroni. An email from a front man to the payment service processors also pointed to joint business connections and financial transactions. In addition, individual front men were also used for both networks, such as in the case of Havocean Limited. The communication also reveals that Ray Akhavan (WebOps) was informed about the quarterly figures for the FSX network.

That the FSX and WebOps networks operated as a kind of corporation with different areas of focus is evident from the communications seized from Ruben Weigand's cell phone. These show that the networks had insight into each other's figures, worked together, and used the same structures to maintain business operations. In a Skype conversation between Ruben Weigand and Andrew Garroni on 28 December 2016, Garroni reports on the traffic figures for the WebOps network. He has extensive insight into this. In addition, a joint meeting between Weigand, Garroni, and Akhavan takes place on 20 March 2017, at the WebOps offices in Calabasas. Garroni also confirms to Ruben Weigand in a message dated 18 May 2017, that he is sitting down with Ray. They also exchange information about the tax numbers of FSX Merchants. In addition, a chat between Ruben Weigand, Guy Mizrachi (WebOps), and Andrew Garroni (FSX) can be found in a WhatsApp chat group consisting of these three individuals on Ruben Weigand's cell phone. Here, they discuss the funds held by the German payment service providers. Andrew Garroni is the central figure linking the FSX and WebOps networks.  The programming of the website also suggests that there was ultimately a single operator who, due to the size of the network, simply divided it into different areas.[4]

## 1. Hits in police information systems and fraud alerts on the Internet

The transaction lists made available by Unzer E-Com and Concardis at the request of the Koblenz Public Prosecutor General's Office were analyzed with regard to affected credit card holders who received their credit card through a German credit card issuing institution. In the following, these credit cards were entered into the police information system to check whether the credit card numbers resulting from the transaction list were already the subject of investigations in the Federal Republic of Germany or are up-to-date. Subsequently, the corresponding case files were requested from the various prosecution offices in the federal territory and analyzed.

It is apparent from the bulk of the documents referred to that the proceedings are based on criminal charges relating to suspicion of (computer) fraud and the spying of data. In the majority of cases, the injured credit card holders had noticed the unauthorized debits from their credit card which they had reported. The debits amounted to amounts of generally just under 50.00 euros per month, so that the debits were not noticed by the customers at first.

The existence of the above-mentioned criminal charges in connection with the transactions at issue must be seen above all in the light of the warnings available on the Internet. In this respect, there are a large number of evaluation reports from the auditing company Deloitte commissioned by Concardis– in the course of the closure

---

[4] See Appendix 2 for a comparison of the websites.

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

of the Digital Service Segment. The Digital Service Segment was a separate department within Concardis, which was exclusively responsible for high-risk merchants. This segment was closed after the allegations surrounding the accused Ruben Weigand in connection with the proceedings in the US (the "Eaze" case; see *United States v. Hamid Akhavan, a/k/a "Ray Akhavan," and Ruben Weigand*, 1:20-cr-00188-JBR (SDNY 2020)) became known after an internal audit. In particular, a large number of fraud warnings were detected on the Internet on different platforms, such as "Trustpilot" and "Scamadviser", in relation to the websites investigated.

The accused Ruben Weigand has entered an appearance on behalf of his customers with regard to Unzer E-Com and has stated that these poor ratings and fraud warnings are attempts by competing companies to damage the business model of his customers. In the light of this investigation, this is merely an allegation of protection. The accused Ruben Weigand tries to dismiss any suspicions by making allegations that are not economically understandable and cannot be reconciled with the results of the investigation. In the present case, the fact that the facts described in each of the warnings are unique and that there is no evidence that they originate from the same source militates against a competing undertaking sending out those publicly available fraud warnings. This shows that people have complained online about retailers and/or websites because they noticed unauthorized charges on their credit cards. The linguistic presentation of the warnings is also so different that it is not possible to identify a deliberate steering of a competing undertaking.

The AWK of the Public Prosecutor's Office of the Grand Duchy of Luxembourg also analyzed publicly available reports of fraud. For example, in the course of the analysis of a sample, the AWK found that approximately 50% of the consumer pages (customer service) assigned to the phony merchant websites were listed on the fraud warning page www.stopthatcharge.com. The reported fraud was linked to alleged age verification by entering a credit card number.

## 2. Identification and interrogation of credit card holders in the Federal Republic of Germany

### a) Procedure

Upon receipt of the transaction list sent at the request of the Koblenz Public Prosecutor General's Office by Unzer E-Com, Wirecard and Concardis, the credit card numbers issued in Germany were selected and subjected to a closer examination. Since the information in the transaction list did not yet reveal loadable addresses and (complete) identities of credit card holders, a sample of 130 credit card numbers was assigned to a credit card issuing institution by means of so-called BIN-Checker (software for determining the bank identification number). In a second step, the respective credit card issuing institutions were requested by the Federal Criminal Police Office on behalf of the Koblenz Prosecutor General's Office to provide information on the identity of the credit card holder and to transmit credit card transactions. In a further step, the descriptors (uses) of the proceedings, which are present on the credit card statements, were assigned to individual websites of the merchants and, in a final step, the witnesses were questioned, subject to screenshots of the respective website, as to whether they had used services on this website.

### (b) Testimony from the Federal Republic of Germany

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

In this respect, the witnesses residing in the Federal Republic of Germany are as follows:

All 112 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given.

If the accused Ruben Weigand has regularly communicated to the German payment processors that a possible denial of the services used is common in the area of adult entertainment (dating), since the users are regularly ashamed of the use of the socially often frowned services and would therefore not disclose this, the investigation cannot confirm this information. In particular, the witnesses ████████████████ ████████ disclosed their sexual preferences in the interrogation and explained why they had not been users of the respective website. For example, ██████ a witness, stated that he was gay (and not bisexual) and that he did not visit heterosexual websites. He made this particularly clear by his indignant behavior during the interrogation. Rather, he visited various platforms that were exclusively aimed at homosexuals. Witness ██████████████ is married, father of two minor children and works as a senior student at a high school. He stated that he had not visited the website for which he was given access, but that, despite his marriage to a woman, he was a user of the homosexual website 'Gayromeo'. He contacted other men there. Given his current family circumstances, it was difficult for the witness to provide details of the homosexual Internet sites he had consumed. There is therefore no reason to doubt the witness's statements that the (heterosexually oriented) internet sites he was accused of are unknown to him, since he provided information on other internet sites he had used, despite his apparent sense of shame. Witness ██████████ stated that he did use pornographic websites and named them by name. However, he refused to use the websites at issue. It was also found that the (heterosexually oriented) website allegedly used cannot be reconciled with his sexual orientation (homosexuality).

EXT-GARRONI-00597



GENERALSTAATSANWALT
KOBLENZ

## 4. Identification and interrogation of credit card holders abroad

### a) Procedure

In addition, witnesses were identified and interviewed not only in the Federal Republic of Germany, but also in other European countries. For this purpose, the transaction lists of Concardis and Unzer E-Com, which show each individual transaction processed for the FSX network, were evaluated and the credit card cards with the highest turnover were selected. In a further step, a total of 27 European countries were requested by means of European Investigation Orders or letters rogatory to ask the credit card issuing institutions to provide the credit card statements and to identify the credit card holders. The items transmitted in response, in particular the credit card statements of affected credit card holders, were evaluated with regard to the descriptors and supposedly concluded subscriptions.

As part of the subsequent further judicial assistance, European Investigation Orders or letters rogatory were then sent to Estonia (12 witnesses), Greece (67 witnesses), Croatia (33 witnesses), Latvia (46 witnesses), Lithuania (45 witnesses), Malta (25 witnesses), Norway (35 witnesses), Poland (31 witnesses), Portugal (34 witnesses), Sweden (28 witnesses), Slovakia (20 witnesses), the Czech Republic (57 witnesses) and Hungary (20 witnesses) to question the identified witnesses on credit card transactions. These requests related only to subscriptions resulting from the transaction lists of Concardis.

In addition, in the course of the further investigation, further requests for legal assistance were made for the collection of credit card transactions and the identification of credit card holders whose supposedly concluded subscriptions resulted from the transaction lists of Unzer E-Com. To date, documents have been received from Austria, Belgium, Bulgaria, Croatia, the Czech Republic, Estonia, Hungary, Lithuania, Poland, Portugal, Romania, Slovakia and Spain. Personal questionnaires were prepared for the countries Estonia (15 witnesses), Poland (40 witnesses), Slovakia (21 witnesses) and the Czech Republic (19 witnesses) after evaluating the credit card transactions. In this respect, further European Investigation Orders have been initiated in order to also testify to the identified credit card holders about the credit card transactions. The first interrogation records are also available here in isolated cases.

For the transaction lists of Wirecard, surveys on credit card settlements at home and abroad were also initiated in accordance with the procedure described, which are successively received.

### b) Testimony from other European countries

To summarize, the witnesses interviewed so far stated that they had not used any adult entertainment services on the Internet sites they had been given. However, it is striking that these witnesses in any case partly used other real Internet sites from the field of adult entertainment. The witnesses describe that they clicked on advertising banners in connection with the use of these websites and – as already stated in connection with the presentation of the fraud warnings – had to provide their credit card data as an age verification. In this respect, it is assumed that the accused persons obtained the credit card data of the injured parties at least in part in this way. However, some of the credit

card holders were also victims of cybertrading fraud crime[5]. A uniform "point of compromise" could not (yet) be determined in view of the large number of credit card numbers affected worldwide. Rather, there is a strong suspicion that the accused obtained the credit card data from different sources. In particular, the following witnesses were heard in the various countries.

(aa) Estonia

In the course of judicial assistance, the Estonian authorities questioned the witnesses ███████████████████████████████████████████████████████████ about the subscriptions resulting from the respective credit card statements.

All 16 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. This means that their credit cards have been misused by others to subscribe to these websites. Of these, 31% of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as on gambling sites and only wanted to subscribe there – but not on the Internet sites in question. Seven of the 16 witnesses said they noticed some or all of the debits, and nine witnesses did not notice the debits.

(bb) Greece

In the course of judicial assistance, the Greek authorities have so far questioned the witnesses ████████████████████████████████████ about the subscriptions resulting from the respective credit card statements.

All the Greek witnesses interviewed so far have stated that they have never visited the websites they have been given and have not subscribed to them. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites that were being held. Only one of the witnesses interviewed noticed the debit on his credit card.

(cc) Croatia

In the course of judicial assistance, the Croatian authorities have so far examined the witnesses █████████████████████████████████████████████████████████████ on the subscriptions resulting from the respective credit card statements. Some of the witness interviews were sent in the form of a summary note. In some cases, the witnesses were apparently not asked all the questions requested, so that of the 30 interviewed, only 22 testimonies can be used, since only these relate to the issues at issue in the

---

[5] In my experience, victims sometimes give their data to other criminals (cybertrading fraud actors). Often these actors sell the data in a second way to other criminals, so that they can use them for their own purposes, like fake subscriptions.

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

proceedings and are only fruitful to that extent. All 22 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 47 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites that were being held. Seven of the 16 witnesses stated that they noticed all or part of the debits, while nine witnesses did not notice the debits.

### (dd) Latvia

As part of the judicial assistance, the Latvian authorities have so far provided evidence to



on the subscriptions resulting from the respective credit card statements.

All 36 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 33 percent of the witnesses had previously entered their credit card data on other dating and/or erotic sites or gaming or sweepstakes sites and only wanted to conclude paid services there – but not on the Internet sites that were the subject of the proceedings. 24 of the 36 witnesses stated that they noticed all or part of the debits, 12 witnesses did not notice the debits.

### (ee) Poland

In the course of judicial assistance, the Polish authorities have so far examined the witnesses

credit card statements.

In three cases, the witnesses were not asked all the questions requested, so that of the 45 interviews, only 42 testimonies can be used, since only these relate to the issues at issue in the proceedings and are only fruitful to that extent. All 42 witnesses stated that they had never subscribed to their credit cards and had not used the services of the reserved websites. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe

there – but not on the websites that were being held. Only 10 of the 43 witnesses stated that they noticed some or all of the debits, and 32 witnesses had not noticed the debits.

## ff) Czech Republic

In the course of judicial assistance, the Czech authorities have so far examined the witnesses ████████████████████████████████████████ of the respective credit card statements.

In 20 cases, the credit card was incorrectly assigned to the credit card holder due to a technical error. In seven cases, the witnesses were not asked all the questions requested, so that these statements cannot be used, since only these relate to the issues at issue in the proceedings and are only useful in this respect. For the reasons mentioned above, only 57 witnesses were initially taken into account for the assessment of the urgent suspicion (a stage in criminal German proceedings, where there are serious, concrete indications and evidence that a person has probably committed a crime) of the crime out of the 64 witnesses interviewed. The witness statements that were not considered should not distort the result because they were not asked all the questions.

Of the 57 witnesses, 96.5 percent said that they never subscribed to their credit cards or used the services of their websites. Of these, 61 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites that were being held. Only 27 witnesses said that they noticed some or all of the debits, and 30 witnesses had not noticed the debits. Thirty-five witnesses have testified that they did not enter their credit card on the websites they were presented with, but that they registered on other dating or erotic websites, as well as on gaming, betting, sweepstakes, verification or ordering websites for computer software, or that they entered their credit card data there.

## (gg) Sweden

In the context of judicial assistance, the Swedish authorities have so far questioned the witnesses ████████████████████████████████ on the subscriptions resulting from the respective credit card statements.

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

In one case, the witness denied that he was the holder of the credit card at all, so that he was not asked all the questions he was asked in the aftermath. Of the 21 witnesses interviewed, only a total of 20 testimonies are therefore used, since only these relate to the issues at issue in the proceedings and are only fruitful in this respect. All 20 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 55% of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as investment sites and only wanted to subscribe there – but not on the Internet sites in question. Only two of the 20 witnesses stated that they noticed all or part of the debits, and 18 witnesses had not noticed the debits.

### hh) Summary

As part of judicial assistance, a total of 221 witness interviews have been conducted so far, of which a total of 201 could be used. The analysis of the witnesses interviewed so far in other European countries shows a clear picture.

Of a total of 201 witnesses from Croatia, the Czech Republic, Estonia, Greece, Latvia, Poland and Sweden interviewed, **99 per cent of the witnesses** agreed that they had **not subscribed** to the adult entertainment websites provided to them. They did not want or willfully authorize the debits from their credit cards.

With regard to the outflow of data from the credit cards concerned, it can also be stated that a large number of witnesses had actually registered on pornographic or dating websites and recorded their credit card data there. However, these were websites that are actually active on the Internet and can also be found by Google search. Here, for example, the porn sites "Chaturbate.com", "Pornhub.com" and "redtube.com" were named. This was not only in cases of fake porn sites, also in cases of fake dating sites. The statements of some witnesses to have clicked on advertising banners, downloaded internet games, registered in alleged sweepstakes or on potential fake web shops also reveal different sources of origin of improperly obtained credit card data.

### 5. Abnormalities in the transaction lists

In addition, the transaction lists transmitted by Unzer E-Com were evaluated by Chief Criminal Commissioner Gebhardt. The data base of Unzer E-Com is highly informative, as the company provided technical services for two German payment processors, Concardis and Payone.

In particular, a random check was carried out for the credit card numbers which contain the city of Koblenz in the column "CARD_HOLDER_CITY". In that regard, it should be noted that, according to a query carried out in the population registration system, although the credit card holders were or are actually resident in Koblenz, in a large number of cases the indication of the street name was fictitious and English street names were listed here. Four different street names were found for the credit card holder ████  The witness is said to be resident in Koblenz, Germany, on the streets "1450 Cub Lane, "1896 Lyman Way", 228 Cavalli Street" or "1491 N Totana Dr.". None of these roads exist in Koblenz or in the Federal Republic of Germany. Rather, the witness lives at the address ████████████████ Koblenz. Comparable

EXT-GARRONI-00602

results were found for a large number of other witnesses. The finding shows that, in any event, in some cases, the credit card set used by the Accused FSX Members and illegally obtained did not contain complete address information and fictitious addresses were used to complete it. Corresponding findings for the town of Koblenz can be found in particular with regard to the witnesses ████████████████████.

### 6. Investigations in the dark net and the underground economy

Furthermore, in the course of the investigation, the credit card numbers from the aforementioned transaction lists transmitted by Unzer E-Com were filtered with the issuing country Germany in order to carry out a data comparison with data from the dark net or the so-called underground economy.

The perpetrators of cybercrime are characterized by a great enthusiasm for innovation and an intensive culture of communication with potential co-perpetrators. The platforms used for this communication (forums, Jabber servers) are referred to as the "underground economy", mainly due to the strong economic, illegal orientation of the communication content. This is to be understood as meaning a dynamic landscape, usually of a commercial nature, of similar innovative, service-oriented and competing communication and sales platforms on the Internet, which are generally realized in the form of web interfaces (forum software) controlled by means of the programming language "PHP" in the form of discussion forums. The following research took place in these forums.

For this purpose, the credit card numbers shown at the beginning were compared with the forum data set. Here, the credit card numbers were queried both as a continuous block and in four-block blocks. Some of the credit card numbers could be found in forums or chats of the underground economy on the dark net. Here, some of the credit card data was offered for purchase, some without recognizable consideration. The fact that only part of the credit card data could be successfully verified as an illegal commercial good on the Darknet is due, on the one hand, to the fact that the police database only represents a small subset and, on the other hand, to the fact that a complete credit card set will not be fully visible in his shop by a Darknet vendor. In this case, the vendor's customer would already have direct access to the necessary data and would not have to purchase it for a fee.

In the light of the foregoing, there is an urgent suspicion (a stage in criminal German proceedings, where there are serious, concrete indications and evidence that a person has probably committed a crime) that the FSX network subscriptions at issue in the proceedings were fabricated by the accused's misuse of the credit card data of the injured parties. This is the result of questioning the credit card holders from various countries described above.

### III. Payment process

After the stolen credit card data was imported and a fake subscription was generated, the payment process initiated via the German payment processors began.

### Step 1: Technical processing ("non-collecting")

During technical processing, the transaction data of the merchant websites are technically transmitted to payment gateway processors. This role is held in particular by Unzer E-Com and Computop. The so-called technical processing is also called "non-collecting", because no funds are collected at this level.

The technical processing includes the connection of a dealer to the system of one of the aforementioned technical service processors (Unzer and Computop), which is carried out through an interface provided by the Unzer E-Com or the Computop to the bogus dealer, the so-called payment gateway, which the phony merchant has integrated either himself or with the assistance of a third party in his website or his software solution beforehand. The data or the transaction information of the end customers of the phony merchant are routed to the payment system of the technical service provider via this interface. In the case of the Unzer E-Com, this payment system is located in another group company, the Unzer Limited Liability Company. This therefore functions as a payment service processor. In the case of Computop, such an outsourcing to a third company is not known, so that it is assumed in this respect that the latter also acts as a payment service provider.

The payment (gateway) provider (Unzer or Computop) accepts the transaction-relevant data (amount, credit card number, CVV number and so on) from the online presence of the merchants, processes them and forwards them to - selected by the merchant - providers of payment methods, the so-called acquirer. This is also known as a merchant bank because it collects the money for the online merchants.

In the course of the investigation, it was found that several payment gateway providers were connected in series in some cases and that a foreign payment gateway provider was often upstream of the E-Com Limited Company and the Computop. These are in particular the gateways of the company Bill1st, which is operated according to the result of the previous investigations by the responsible persons of one of the fraudulent networks (FSX network). There is no economic sense in this process. The integration of other technical service providers is not necessary for the execution of the transaction. Considering that each service provider involved includes a commission for the provision of its service, this approach cannot be explained economically.

Step 2: Payment services ("Collecting")

After the technical service provider has received the payment information from the online retailer, it makes this data available to the so-called acquirer via further data processing. Acquirers are acceptance companies, which usually form the head office for the settlement of national and international payments and have contracts with the card organizations - here Visa and Mastercard. The acquirer ultimately collects the payment from the data-transmitted (credit card) account of the end customer and initially collects it - for all its customers (merchants) - on an escrow collection account. Here, the amounts wrongly charged to the credit card holders were transferred for the first time to the account of a third party and collected by third parties.

In the present case, the FSX network used the German acquirer Nexi Germany Limited Liability Company (formerly Concardis) and Payone (formerly B&S Cardservice). In so far as Unzer E-Com has also carried out technical processing for its Luxembourg subsidiary, Unzer Luxembourg S.A., these transactions are - at least at present - not

EXT-GARRONI-00604

the subject of the current investigation procedure, but rather the subject of the investigation procedure conducted in Luxembourg.

In addition to a contract with the technical processor, the online retailer concludes an additional contract with the acquirer. This is a so-called acceptance agreement.

By using the improperly obtained credit card data on the facsimile websites, the Accused FSX Members and the accused Ruben Weigand and the accused Burtnick, Marcinkowski and Hüllemann, who worked for the payment service processor Concardis and Unzer set in motion a data processing process, at the end of which the credit card is charged and which thus has a financial relevance.

If a payment transaction is initiated with a credit card in an online trade, the data entered there of the cardholder who supposedly initiated the payment transaction is forwarded to the acquirer, the merchant bank, via a technical service provider – as described in step 1. This verifies the data with the credit card provider, i.e. in this case with Visa or Mastercard. The authorization points of Visa or Mastercard then check the card data at the card issuing bank, the so-called issuer (the card issuing bank of the card holder, e.g. Sparkasse, Commerzbank and so on). There, a computer of the card issuing institution always checks the following parameters when using the credit card - regardless of the introduction of the 3D secure procedure implemented in accordance with the European Payment Services Directive (PSD2) on 13 January 2018: first and last name, credit card number, the expiration date of the credit card and the three- or four-digit card verification number. The latter has the name "CVV" for "Card Validation Value" in the case of the credit card organization Visa and the name "CVC" for "Card Validation Code" in the case of the credit card organization Mastercard. The security code of the Visa or Mastercard credit card is located on the back of the respective card in the immediate vicinity of the signature field. While the name and the credit card number make it easier to assign an account for the payment process, the card verification number in particular is used for customer authentication, since this number is only on the credit card. The verification code of the credit card thus fulfills a similar purpose in the area of distance transactions as the PIN in face-to-face transactions. Against the background of these payment modalities, the credit card issuing institution - as with payments with the credit card on the Internet - checks not only the name, credit card number and expiration date of the credit card, but also the verification number and thus the authorization of the party who initiated the electronic payment transaction.

Step 3: Distribution via the domestic money laundering network of the accused

After the monthly amounts were received in the acquirer's escrow accounts, they were not, as is customary, paid directly to the respective online traders and supposed operating companies of the websites, but rather divided up via various elaborate financial constructs using a large number of other front companies and (escrow) accounts, recombined and - after deduction of the costs incurred for the operation of the system - ultimately transferred primarily to accounts in Canada and the USA, although the companies had their registered office in Europe. A total of USD 68.1 million was transferred from the bank account, which was effectively controlled by FSX members, with the vast majority going to Canada (USD 49.7 million) and the US (EUR 8.8 million). The largest recipient, which received USD 49.7 million in 668 transactions, is Greenwich Business Solutions Limited, headquartered at a UPS branch in

EXT-GARRONI-00605

Rheinland Pfalz
GENERALSTAATSANWALT
KOBLENZ

Vancouver. According to the results of the investigations to date, the beneficial owners are the people behind the FSX network.

## IV. Infiltration of the financial system of the Federal Republic of Germany

To make the aforementioned payment process for the collection of fraudulent funds possible at all and to give the networks access to the German payment system, the network operators – with the aid of the services of the accused, Mr. Weigand, and his staff – infiltrated the payment service processors established in the Federal Republic of Germany and supervised by the Federal Financial Supervisory Authority. In particular, they installed in each of the payment service processors involved staff in senior positions and/or bodies of the respective institution, which cooperated with them. This allowed the accused Co-perpetrator 1, Garroni and Co-perpetrator 2 to create – according to their agenda and overriding interest – a shadow financial system, in which they used authorized European payment service processors and specially created front companies as vehicles for the collection and transfer of criminal funds. The network managers, together with the accused Ruben Weigand and his employees, created a kind of "bank in the bank" (Concardis Limited Liability Company: "Digital Services Department", Unzer Group: in particular "Settlement Solution") within each payment service processor, which they effectively brought under their control.

As a result, there are **three core allegations**

- the provision of **technical services to collect** fraudulently obtained credit card payments,

- the creation, maintenance and use of a **technical money laundering vehicle** which conceals the sender of a transaction,

- the **making available of pooling accounts located in Germany**, in order to mix up, and disguise the origin of, criminal funds already collected and transferred for the purpose of money laundering.

In particular, the Accused FSX Members colluded with the following persons within the German payment service processors:

## 1. Concardis Limited Liability Company (Jan Marcinkowski, Nelson Burtnik)

During the period between 30 May 2016 to 17 June 2021 , Concardis created a "Digital Services" department, a special department for high-risk-merchants, whose remit was almost exhausted in the onboarding, monitoring and payment processing of the merchants brokered by the accused Ruben Weigand from the high-risk portfolio.

The accused Jan Marcinkowski worked for Concardis in various functions in the Risk Management department from January 2015 to March 2020. Most recently, he was employed in a managerial role at Concardis and worked in the "Digital Services" department as a team manager in risk management / digital services and then worked for quite some time as an external consultant. His core tasks included the implementation and further development of the Risk Client Onboarding Due Diligence

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

reviews as well as the risk assessment of existing and potential customers and the analysis of the risk sectors.

The accused Jan Marcinkowski was one of the primary contacts of the accused Weigand and Korcaj and the FSX network, while working for the Concardis Limited Liability Company. From Bella and Garroni he received the know-your-customer documents and arranged the activation of the phony merchants in the Concardis system. In particular, he pointed out possible sources of error to the accused Ruben Weigand and his staff and completed some information himself using "pdf-Creator". In addition, he was also responsible for the support of the brokered dealers.

In addition, it is apparent from the special audit report under Paragraph 19 of the ZAG, commissioned by the Federal Financial Supervisory Authority and drawn up by the auditing firm Flick Gocke Schaumburg ('the FGS'), that the accused Jan Marcinkowski signed, to a large extent, the phony merchants contracts with the online dealers brokered by the accused Ruben Weigand without, however, having carried out a proper dealer audit. It did not meet the requirements for the know-your-customer process set out in Sections 10 to 17 of the Anti-Money Laundering Act.

Insofar as there were critical inquiries from employees within the Digital Services team or employees pointed out inconsistencies, the accused Nelson Burtnick ensured that these suggestions were not pursued further. He made it clear to employees that these critical demands would destroy the business ("Are we wanting to kill our business?"). It also emerges from a private chat between the accused Ruben Weigand and the accused Jan Marcinkowski that the accused Nelson Burtnick - over and above the payments made by his employer - received money in return for his assistance ("I think he swallows the money").

### 2. Our E-Com Limited Liability Company (Jan Mirko Hüllemann)

The accused Jan Mirko Hüllemann is a former employee of Wirecard, who founded the former Heidelpay Limited Liability Company with headquarters in Heidelberg in 2003, which became the Heidelpay Group in 2016. According to his own statements, the accused Hüllemann has been dealing with payment and platforms for over 20 years and was CEO of the Heidelpay Group until 2021. Since 2020, the group has operated under the name "Unzer", which now includes 13 domestic and foreign companies.

The Unzer Group provided different services to the phony merchants of the FSX network. On the one hand, Unzer E-com provided technical services as a payment gateway provider (non-collecting) for the merchants of both networks. In addition, the accused Ruben Weigand and Mirko Hüllemann established the so-called Settlement Solution, an instrument for digital money laundering, in Unzer.

In addition, Unzer Luxembourg S.A. provided pooling accounts with Hamburg Commercial Bank, which used the merchants of the WebOps and FSX networks to conceal the fraudulent funds collected through Concardis and Payone.

### C. Calculation of damages and identification of subscriptions fake by the FSX network

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

The subscriptions faked by the Accused FSX Members (the accused Co-perpetrator 1, Garroni and Co-perpetrator 2), the credit cards unduly charged and the damage caused in each case were determined on the basis of the transaction lists for the respective bogus traders of the network transmitted by the payment service processors Unzer E-Com, Concardis and Wirecard Aktiengesellschaft.

The flow of funds was as follows:

### I. Acquirer Concardis Limited Liability Company and Payone Limited Liability Company

In a first step, the credit card payments at issue in the proceedings were collected on the escrow account of Concardis Limited Liability Company and Payone Limited Liability Company located in the Federal Republic of Germany. Concardis Limited Liability Company is an account held with Commerzbank AG with IBAN ███████████████ 8301 (with sub-accounts for USD, GBP, EUR) and Payone Limited Liability Company is two accounts also held with Commerzbank AG with IBAN with IBAN ██████████ 0602 and ████████ 68301.

After receipt of the funds in the aforementioned trust accounts of the Concardis Limited Liability Company and the Payone Limited Liability Company by Commerzbank AG, the funds are split into two substantial cash flows by means of further transactions:

### Payment flow - Postbank:

The flow of payments through the Postbank is primarily due to revenues for the FSX network.  This can be seen from the fact that the funds transferred to Postbank accounts were primarily funds collected for 79 FSX merchants. The bank account details have been evaluated for this purpose. Account transactions are available for all of the following accounts from Germany, making it possible to see when each transaction was initiated and for what purpose.

### a) Summary:

### Step 1:

The funds are then transferred from the aforementioned trust collection account of Concardis Limited Liability Company with Commerzbank AG with IBAN ████████████ 8301 to trust collection accounts of Unzer Luxembourg Société anonyme in the Federal Republic of Germany with Postbank, which Unzer Luxembourg S.A. set up for the individual merchants.

### Step 2:

The funds received here are transferred - as also in the payment flow I - on the same day of value date to main or pooling accounts of Unzer Luxemburg S.A. at Postbank AG. In the case of escrow accounts, the following three pooling accounts with the Postbank were identified, with the following activities:

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

| IBAN | cash receipts | cash disbursements | period | |
|---|---|---|---|---|
| ███████████6679 | EUR 47.3 million | EUR 43.1 million | 07.05.2018 | to 09.07.2021 |
| ███████████7669 | USD 70.7 million | USD 68.1 million | 25.06.2018 | to 21.05.2021 |
| ███████████8662 | GBP 10,9 million | GBP 9,7 million | 27.06.2018 | to 17.06.2021 |

## Step 3 - Pooling Account Forwarders

### aa) Pooling account with IBAN ██████████████6679

### (1) Summary

In the period from 7 May 2018 to 9 July 2021, the pooling account with IBAN ████████████6679_received funds amounting to 47.3 million euros. A partial amount of US$ 43.9 million was transferred in 12,045 transactions from the merchant-related escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

A total of 43.1 million euros was transferred from the pooling account. The largest payees are Brooks Produktions Société anonyme (13.4 million euros), based in France, and the UK affiliate Internet Marketing Limited (10.4 million euros).

For 2,230 transactions, no recipient can be assigned to statements of account. According to the results of the investigations carried out so far, the accused Co-perpetrator 1, Co-perpetrator 2 and Garroni used the "settlement solution" established and described by the accused Ruben Weigand in the Unzer E-Com Limited Liability Company, as had already been the case with Hamburg Commerical Bank's pooling accounts.

### (2) Individual cases of money laundering

In the period from 7 May 2018 to 5 July 2021, FSX merchants transferred individual amounts of 0.09 euro to 45,047.00 euros to the ████████████6679 account in **7,312 individual transactions**. In total, these transfers received **18,405,543.70 euros**.

From 29 June 20182018 to 5 July 2021, individual amounts of 2.00 euros to 275,000.00 euros were transferred from the ████████████6679 account in 956 individual transactions. The intended use or offset account holder was an FSX merchant. A total of 7,461,835.86 euros was transferred. The account records show that the money received in the account, which was then forwarded, was only received for FSX Merchants. WebOps used a different account structure.

The account ████████████6679_EUR was used for the period from 7 May 2018 to 9 July 2021. In this time 43,198,458,15 Euro were laundered using this bank account.

### bb) Pooling account with IBAN ██████████████7669

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

## (1) Summary

Between 25 June 2018 and 21 May 2021, the pooling account with IBAN ███████████████7669_received funds amounting to US$ 70.7 million. A partial amount of US$ 66.4 million was transferred in 19,635 transactions from the merchant-related escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

A total of US$ 68.1 million was transferred from the pooling account, with the vast majority going to Canada (US$ 49.7 million) and the USA (8.8 million euros). The largest recipient, receiving US$ 49,7 million in 668 transactions, is Greenwich Business Solutions Limited, headquartered in a UPS branch in Vancouver. According to the results of the investigations so far, the masterminds of the FSX network, the accused Co-perpetrator 1, Garroni and Co-perpetrator 2 are economically justified (like the benefical owner).

## (2) Individual money laundering cases

In the period from 25 June 2018 to 21 May 2021, 79 FSX merchants transferred individual amounts of US$ 0.01 to US$ 230,490.62 to the account ███████████████7669 in **13,408 individual transactions**. In total, these transfers received **US$ 41,470,502.95 (36,286,019.13 euros)**.

From 29 June 2018 to 20 May 2021, individual amounts of US$ 3.34 to US$ 205,748.56 were transferred from the ███████████████7669 account in 1,244 individual transactions. The intended use or offset account holder was an FSX merchant. The merchants were named in an internal Concardis List as FSX-Merchants. A total of US$ 16,013,260.64 (14,069,065.62 euros) was transferred.

In this time US$ 68,152,338.95 were laundered using this bank account.

From there, the funds were transferred in a large number of other transactions to different accounts for which the Accused FSX Members were competent, both at home and abroad.

## cc) Pooling account with IBAN ███████████████8662

## (1) Summary

Between 27 June 2018 and 17 June 2021, the pooling account with IBAN ███████████████8662_received GBP 10.9 million. A tranche of GBP 10.5 million was transferred in 10,962 transactions from the merchant-related trust accounts of Unzer Luxembourg Société anonyme listed in Step 2.

Disbursements amount to GBP 9.7 million and are used in particular to pay merchant costs, such as payments to the bogus managers of the phony merchants. These are remittances to more than 35 individuals with a transaction volume of £240,000.

## (2) Individual money laundering cases GBP account

Rheinland**Pfalz**

GENERALSTAATSANWALT
KOBLENZ

In the period from 27 June 2018 to 17 June 2021 FSX merchants transferred individual amounts of GBP 0.01 to GPB 22,516.70 to the account ███████████8662 in **5,364 individual transactions**. The total amount received through these transfers was **GBP 1,218,718.38 (1,370,993.11 euros)**.

From 29 June 2018 to 21 May 2021, individual amounts ranging from GBP 0.92 to GBP 16,067.53 were transferred from the ████████████8662 account in 836 individual transactions. The intended use or offset account holder was an FSX merchant. The merchants were named in an internal Concardis List as FSX-Merchants. A total of GBP 191,081.43 (214,388.27 euros) was transferred.

The account ████████████8662_GBP was used during the period 27 June 2018 to 17 June 2021 Transfers received in the amount of GBP 10,994,321.11. Expenditure during the same period amounted to GBP 9,736,971.98. From there, the funds were transferred in a large number of other transactions to different accounts for which the Accused FSX Members were competent, both at home and abroad.

### (3) Individual money laundering cases US$ account

In the time of 6 to 8 January 2021, FSX merchants transferred individual amounts ranging from US$ 14,395.09 to US$ 90,000.00 to the account ████████████0662 in **25 individual transactions**. In total, these transfers received **US$ 1,338,473.88 (1,087,299.37 euros)**.

The account ████████████0662 was down on 6 January 2021 with US$ 750,000.00.

The account ████████████0662_USD was used from 28 December 2018 to 30 June 2021 to transfer (that is launder) US$ 2,345,907.25.

### II. Summary

The transfer of the funds from the accounts of the payment processors, which transferred the fraudulent funds to escrow accounts for the first time, took place at the instigation of the network managers and thus at the instigation of the (co-)perpetrators of the predicate offense.

In the present case, the accused network operators, the accused Co-perpetrator 1, Co-perpetrator 2 and Garroni have specific mechanisms for protecting the integrity of the economic and financial circuit, namely the obligation under money laundering law for banks or payment service processors (Paragraph 2 of the Money Laundering Act) to identify their customers (beneficial owners, Paragraph 3(1) of the Money Laundering Act) and to ascertain their business activities (Paragraph 10 et seq. Money Laundering Act), by providing false information about the background to their business activities (alleged establishment of a franchise system) and by using shell or shell companies. Indeed, even the parent companies (such as the Greenwich Business Solution Limited), referred to as Internet Business Service Provider (also called management companies), are merely empty cloaks. Rather, their real business purpose was to collect and transfer funds. According to the results of the investigation, these are financial agents in the mantle of a legal person. In so far as those companies allegedly

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

provided services to the merchants, the underlying invoices are merely bogus invoices. The accused Co-perpetrator 1, Co-perpetrator 2 and Garroni merely built a façade to give the illegal business model a legal franchise façade, and to allow, undetected and under the cover of supposedly proper accounting, a multitude of accounts to divide and pool the criminalized funds.

By transferring the funds from the first account of the collection (trust accounts of the payment service processors) to further accounts of the online merchants, higher-level management companies or also further domestic trust accounts of a foreign payment service provider - several times - they were "put into circulation" in order to conceal their criminal origin.  The accused, Andrew Garroni, is involved in correspondence with Concardis GmbH dated June 23, 2021, in which the funds of 27 merchants from the FSX network were booked to a joint account. Here, Andrew Garroni expressly intervened in the communication in order to clarify the matter.

The marking of the current money on the above-mentioned "second-level accounts" continues through the further transactions, so that the dispositions to the third, fourth-level accounts and so on each represent a renewed placing on the market of assets suitable for money laundering. If the payments - as here - are related to time and purpose, a natural unit of action is assumed in favor of the accused. Although the accounts were paid in over several years, they were paid in on a regular basis, following a settlement method, on the basis of a mere decision to act and were, because of their continuity, linked in time. Figuratively speaking, the same euro has been laundered several times by a large number of transactions. The fragmentation of this process into many individual acts would only artificially break down the willful money laundering process.

**For the benefit of the accused Co-perpetrator 1, Co-perpetrator 2 and Garron it is therefore assumed that in each transaction from the account receiving the fraudulent credit card payment to another account of a third party there is an independent (self-) money laundering. The further transactions are linked to this transaction to form a natural unit of action.**

**The operators of the fraudulent networks, the crime-as-a-service processors and the various bodies and senior staff of the German payment service processors have joined forces over a longer period of time to infiltrate the German financial center and to create a shadow financial system in the Federal Republic of Germany, in addition to the creation of a credit card acceptance for the collection of fraudulent funds and their subsequent concealment, which massively shakes the integrity of the financial center and the economic integrity of the location. During the period in which the offense was committed, the accused promoted the association from the inside – in accordance with its function and with a consensual will – and thus assumed a position within the organization which marks it as belonging to the circle of members. The modus operandi practiced by the accused was, as they were aware, only possible through the individual different contributions of each individual.**

## II. Applicable German legislation

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

The assessment of the above-described facts under German law gives rise to the urgent suspicion of computer fraud on a gang and commercial basis pursuant to Section 263a Paragraph 1, Paragraph 2, 263 Paragraph 5 of the Criminal Code, money laundering on a gang and commercial basis pursuant to Section 261 Paragraph 1 Point 2, Paragraph 5, Paragraph 7 of the Criminal Code and the formation of a criminal organization abroad pursuant to Section 129 Paragraph 1, Paragraph 5 of the Criminal Code, Paragraph 129b Paragraph 1 of the Criminal Code.

The German penal provisions can be found in the attached annex "Applicable Penal Provisions".

### (a) Joint Criminal Liability

For a better understanding, it should first be noted that each individual member of the FSX network, including Garroni, is accused of all the individual acts committed by the network (forming a criminal organization abroad, gang-related and commercial computer fraud, and gang-related and commercial money laundering).

The members of the FSX network worked together on a division of labor basis. The various members took on different tasks. Under German law, the alleged offenses are considered to be jointly committed crimes. According to Section 25 (2) of the Criminal Code, a co-perpetrator is someone who commits a crime together with others, whereby it is not necessary for each person involved to carry out all the individual acts themselves. Rather, the decisive factor is that all those involved consciously and intentionally contribute to the crime on the basis of a joint plan. As already explained in detail with regard to the individual contributions to the crime, Garroni worked with others in a division of labor, as in an international corporation, to commit the alleged offenses. Against this background, Garroni may be found liable for the respective computer fraud and money laundering offenses as well as the formation of a criminal organization, even if he personally did not commit all of the alleged criminal acts.

Withdrawal from the criminal organization may be considered if the contributions made by the accused to the establishment and maintenance of the organization cease. According to the communications seized during the period of the offense, the accused Garroni was the key contact person—both for the German payment service providers and for the accused Weigand as an intermediary.

### D. German Limitations Period

The acts for which extradition is sought are not time-barred under German law. Under the German Criminal Code, all three types of offenses are subject to a limitation period of five years, and the limitation period begins as soon as the act is ended. When offenses are committed by a criminal organization, the limitations period is calculated from the act committed by any member of the organization, even if a coperpetrator did not personally commit the act. That period may be interrupted by the issue of an arrest warrant.



## I. Allegation of the formation of a criminal organization abroad

The formation of a criminal organization abroad is in principle punishable by a custodial sentence of up to five years or a fine, in accordance with § 129 para. 1, 129b para. 1 of the German Criminal Code. It is only in particularly serious cases, as in the present case, that a custodial sentence of up to 10 years may be imposed, since the accused have joined forces to commit very serious offenses, in this case computer fraud on a gang and commercial basis. The limitation period shall be determined, in accordance with Paragraph 78(4) of the German Criminal Code, according to the penalty of the law the offense of which materializes, without regard to any tightening provided for by the provisions for particularly serious cases. In the present case, therefore, according to Paragraph 78(4) of the German Criminal Code, only the constituent element is relevant, but not the sharpening which has occurred here. This means that the offenses are subject to a limitation period of _five years_ in accordance with Section 78 Paragraph 3 Number 4 of the German Criminal Code. The limitation period begins according to Section 76a sentence 1 of the Criminal Code as soon as the act is ended. The criminal organization existed at least until the conclusion of the last subscription noted here on 17 June 2021. Accordingly, the limitation period would not apply until 16 June 2026. In the present case, however, the limitation period was interrupted. In accordance with point 5 of the first sentence of Paragraph 78c(1), that period may be interrupted by the issue of an arrest warrant, which in the present case was effected by the arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025 and annexed to the extradition request. Under the first sentence of Paragraph 78c(3) of the Criminal Code, the limitation period begins anew after each interruption.

**The accused Andrew Garroni is accused of having set up a criminal organization which unlawfully charged credit cards throughout the world and concealed the origin of the criminal funds obtained from them through accounts held in Germany, and of infiltrating the German financial system and creating a shadow financial system in the Federal Republic of Germany. Both German credit card holders were harmed and only German financial instruments were used by the accused for the commission of the crime.**

## II. Allegation of gang and commercial computer fraud

According to Paragraphs 263a (1) and (2) in conjunction with Paragraph 263(6) of the Criminal Code, gang and commercial computer fraud is punishable as a crime with a custodial sentence of one to 15 years. Paragraph 78(2)(2) provides that the limitation period is _20 years_ for offenses punishable, to the maximum extent, by imprisonment of more than 10 years. The limitation period begins according to section 76a sentence 1 of the Penal Code as soon as the act is ended. The last fraudulent act ended at least with the conclusion of the last subscription and its collection on 17 June 2021. The limitation period would therefore not apply until 16 June 2041. In the present case, however, the limitation period was interrupted. In accordance with point 5 of the first sentence of Paragraph 78c(1), that period may be interrupted by the issue of an arrest

EXT-GARRONI-00614

Rheinland Pfalz
GENERALSTAATSANWALT
KOBLENZ

warrant, which in the present case was effected by the arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025 and annexed to the extradition request. Under the first sentence of Paragraph 78c(3) of the Criminal Code, the limitation period begins anew after each interruption.

**The accused Andrew Garroni is accused of having faked credit card subscriptions on bogus websites and of having submitted each individual subscription to one of four German payment service processors and of having used them to charge the credit card. The unlawful debiting of the credit cards was initiated by the accused Mizrachi by the employees of the German payment service processors in the Federal Republic of Germany. In this case, the accused, together with the accused named above, colluded in order to obtain a source of income of some duration and some scope.**

### III. Banknote and commercial money laundering

According to Section 261 of the Criminal Code, money laundering by gangs and businesses is generally punishable by a custodial sentence of up to five years or a fine in accordance with the provisions of both 3 January 2018 and 1 March 2021. Only in particularly serious cases, as in this case, can a prison sentence of up to ten years be imposed, since the accused acts in a commercial and gang-related manner. The limitation period shall be determined, in accordance with Paragraph 78(4) of the German Criminal Code, according to the penalty of the law the offense of which materializes, without regard to any tightening provided for by the provisions for particularly serious cases. In the present case, therefore, according to Paragraph 78(4) of the German Criminal Code, only the constituent element is relevant, but not the sharpening which has occurred here. This means that the offenses are subject to a limitation period of five years in accordance with Section 78 Paragraph 3 Number 4 of the German Criminal Code. The limitation period begins according to Section 76a sentence 1 of the Criminal Code as soon as the act is ended.

Even if the first payments to the accounts of online traders, management companies and the foreign payment service provider set up for the purpose of money laundering were already made in 2016, the prosecution of the money laundering offenses in question is not time-barred. First of all, the limitation period for the predicate offense has no effect on the limitation period for money laundering. This begins with the termination of the money laundering offense, and thus with the material success brought about by the last money laundering act.

Acts which, as in this case, implement the same criminal offense in a direct spatial and temporal context several times in succession and which, from a natural point of view, appear to be a single act (natural unit of action), are ended with the conclusion of the last individual act. For the present constellation, this means that the last individual act was terminated only with the last ascertainable disposition on the above-mentioned accounts. In the present case, those dispositions from the last accounts are at the

EXT-GARRONI-00615

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

earliest in 2021, with the result that the five-year limitation period is still running. In the present case, the limitation period was also interrupted. In accordance with point 5 of the first sentence of Paragraph 78c(1), that period may be interrupted by the issue of an arrest warrant, which in the present case was effected by the arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025 and annexed to the extradition request. Under the first sentence of Paragraph 78c(3) of the Criminal Code, the limitation period begins anew after each interruption.

**The accused Andrew Garroni is accused of having concealed the origin of the criminalized fraudulent funds by forwarding them to accounts located in the Federal Republic of Germany after a first seizure. In this case, the accused, together with the accused mentioned above, colluded in order to obtain a source of income of some duration and some scope.**

### III. Indication of the acts and maximum penalties

#### 1. Formation of a criminal organization abroad (Timeframe: 23 March 2016 until 9 July 2021)

In **one case,** the accused is strongly suspected of forming a criminal organization abroad in accordance with Sections 129 Paragraph 1, Paragraph 5 Sentence 3, 129b Paragraph 1 Sentence 1 of the German Criminal Code. The German penal code provides for the imposition of a custodial sentence of between six months and ten years.

#### 2. Computer fraud involving gangs and businesses (Timeframe: 23 March 2016 until 9 July 2021)

In addition, the accused is strongly suspected in **8,654,041 cases** of committing computer fraud in accordance with Section 263a Paragraph 1, Paragraph 2, 263 Paragraph 5 of the Criminal Code. Of these, the commission of 7,708,879 offenses remained at the experimental stage. The attempt is also punishable under section 263a paragraph 2 in conjunction with section 263 paragraph 2 of the German Criminal Code. The German Criminal Code provides for a prison sentence of between one and 15 years for each of the above cases of computer fraud.

#### 3. Banknote and commercial money laundering (Timeframe: 7 May 2018 to 9 July 2021)

The accused is also strongly suspected in **26,109** cases of the commission of money laundering by gangs and businesses in accordance with sections pursuant to 261 section 1 point 2, section 5, section 7 of the Criminal Code.

The German Criminal Code provides for a prison sentence of between six months and 10 years for each of the above cases of money laundering.

The alleged money laundering activities took place between 27 September 2018 and 30 April 2021. In that regard, it should be pointed out at this point that, in any event,

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

during the period referred to above, there was at times a previous version of Paragraph 261 of the German Criminal Code and that it is only since 18 March 2021 that the money laundering situation has been in the version described above.

The previous version, which was in force from 3 January 2018 to 18 March 2021, is also listed in the Annex to the rules applied.

Under German law, the penalty is determined by the law applicable at the time of the offense (Paragraph 2(1) of the German Criminal Code). Since the threat of punishment has not changed as a result of the amendment to the law, which has remained the same, the aforementioned provision remains unchanged. This means that for all cases of money laundering in which transactions took place between 27 September 2018 and 17 March 2021, Section 261 of the German Criminal Code, as amended on 3 March 2018, applies. However, for cases of money laundering in which the transactions took place between 18 March 2021 and 30 April 2021, Paragraph 261 of the German Criminal Code, as amended on 18 March 2021, applies.

## IV. Declaration of the validity of the relevant legislation

I hereby declare that the provisions of law mentioned in this request and applied are valid in the Federal Republic of Germany or were valid in the case of Section 261 of the Criminal Code as amended on 1 January 2018.

### Pieces of evidence

### I. Arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025

The extradition request is based on an arrest warrant issued by the Koblenz District Court on 13 May 2025 (reference 30 Gs 4123/25). At the request of the Koblenz Public Prosecutor's Office, the arrest warrant was issued as requested by the competent investigating judge of the Koblenz District Court, a judge at the Förger District Court.

### II. Identification

German authorities were able to identify the accused Andrew Garroni without any doubt since there was internal communication. In particular, the work equipment of the accused Ruben Weigand, which was seized by the US authorities on 8 March 2020 and sent to the German authorities by way of judicial assistance, was used for this purpose. There is an Apple-branded laptop and two mobile phones. With these devices, the accused Ruben Raphael Weigand has exchanged information with an "Andy Garroni" about the connection of the phony merchants and the phony Internet sites at German payment service processors to charge credit cards. So, for example, Andrew Garroni and Ruben Weigand communicated on 10 July 2019 via Ruben's mobilephone OnePlus 5 about the Concardis transactions fees of the phony merchant Gadshill Limited. The Gadshill Limited was for example responsible for the dating website www.defendtruelove.com. In addition to this Ruben Weigand and the accused Andrew Garroni communicated on October 15 about a quote for fraudulent transactions and different ways to reduce these quotes. The communication was

seized on the Iphone of Ruben Weigand. With the same Mobilephone the accused Ruben Weigand and Andrew Garroni discussed on 17 January 2020 the coordination of traffic to the different fake sites. In particular, Garroni asked Weigand to ask Chmiel (fraud detection specialist, works for Wirecard) how it would be possible to determine whether a website might not have any real traffic at all. This question was of great importance to FSX in order to minimize the risk of discovery. The telephone number ██████████ is stored in the accused Ruben Weigand's mobilephone One Plus 6 and Iphone for "Andy Garroni", with which the communication via the individual Internet sites, phony merchants and handling of complaints took place. The US authorities in particular the FBI have informed the German police, in the context of a response to a request from German law enforcement authorities pursuant to Article 25, Section 3 of the Mutual Legal Assistance Treaty between the U.S. and Germany and Art. 26 of the Cybercrime Convention, about information that leads to Andrew Garroni, specifically telephone number ████████ in the USA (registered to a person named Andrew Garroni, born on ████████ 1955). That response is referred to here as the "Comprehensive Report."

In addition, an Excel list containing important business partners to whom a Christmas gift was to be sent could be found on the laptop of the accused Ruben Weigand. Andrew Garroni – ██████████ Los Angeles, California ██████, USA. At the same time, there is a chat between the accused Ruben Weigand and the user of the telephone number ██████████ in which the accused Ruben Weigand asks for the private address of Andy Garroni to be sent because he wants to send him a Christmas present.

In addition, the email addresses andy@silvertonsystems.ca and agarroni@fsx.com used by the accused Garroni to communicate with the co-accused were reviewed. As a result, the Instagram account @andrewgarroni as well as a Facebook profile on the same name could be determined. The following photos were found on the Facebook profile:

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ





The friends list on Facebook (dated) shows that the person pictured there is friends with almost all co-accused of the procedure. These include, among others, the crime-as-a-service providers Christian Chmiel, Jolanta and Vaida Narmontaite, Liridon Korcaj and Ruben Weigand, but also the other members of the FSX network, the accused Co-perpetrator 1, Becker and Co-perpetrator 2 as well as across to the WebOps network, the accused Mourid.

By checking the e-mail address, (when and what email address) it could be determined in particular that a profile on LinkedIn is linked to this.



**Rheinland Pfalz**
GENERALSTAATSANWALT
KOBLENZ

**Andrew Garroni**

President at Eureka Multimedia Group Inc.
Los Angeles, Kalifornien, Vereinigte Staaten von Amerika
663 Follower:innen · 500+ Kontakte

On the aforementioned profile of Andrew Garroni were shown posts from other profiles that are "popular" with him. Two key contributions were made to explain and graphically illustrate how credit card companies (VISAs) make money and how disputes and chargebacks are handled, which is central to the business model used by the fraudulent networks.



A comparison of the photographs taken of the attribution of the email addresses used for the acts with the photograph below, which was transmitted by the US authorities as part of the Comprehensive Report and for the person named in the arrest warrant, shows that he is the same person. The German authorities compared the photos from the online sites where the accused Garroni logs in with the email addresses used for

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

the crime with the photo provided to us by the US authorities in the Comprehensive Report on the person named in the arrest warrant. A comparison of these photos from the two sources (online profiles related to the crimes and the official photo from the US) shows that they are of the same person. Notably, these images were found on the social media accounts that the accused Garroni opened using the email address he used to commit the crimes.



Here are some examples of the communication with the email addresses. The communications show that the accused Garroni opened bank accounts for FSX merchants, had access to the merchants' details at the German payment service processors (transaction information, websites, etc.) and opened accounts with Wirecard through which the incriminating funds were laundered. In addition to this on April 8, 2020, the accused Garroni (andy@imerantintl.com), Co-perpetrator 2 and Liridon exchanged information about the following. Concardis informed Liridon that there had been a phishing attack in Cyprus and that their analysis showed that the same number of FSX merchants had used the stolen credit card data for debits on March 27, 2020. Here, the accused discussed chargebacks and the individual credit card numbers affected. The communication clearly shows that the FSX network used phished credit cards. So for example Andrew Garroni and Ruben Weigand communicated on 10 July 2019 via Ruben's mobilephone OnePlus 5 about the Concardis transactions fees and the phony merchant Gadshill Limited. The Gadshill Limited was for example responsible for the dating website www.defendtruelove.com. In addition to this Ruben Weigand and the accused Andrew Garroni communicated on October 15 about a quote for fraudulent transactions and different ways to reduce these quotes. The communication was seized on the Iphone of Ruben Weigand. With the same Mobilephone the accused Ruben Weigand and Andrew Garroni discussed on January 17 in 2020 the coordination of traffic to the different fake sites. In particular, Garroni asked Weigand to ask Chmiel (fraud detection specialist, works for Weigand) how it would be possible to determine whether a website might not have any real traffic at all. This question was of great importance to FSX in order to minimize the risk of discovery.

**RheinlandPfalz**

GENERALSTAATSANWALT
KOBLENZ

E-Mail vom 02.08.2021[163].

From: "andy@silvertonsystems.ca" <andy@silvertonsystems.ca>
Date: Monday, 2 August 2021 at 22:42
To: "tgreg@nets.eu" <tgreg@nets.eu> Daniel Becker <daniel@fgprojects.co.uk>
Subject: Introduction - Banking Circle

Tom,

Please meet Daniel Becker, attorney, friend and partner.

Daniel,

Please meet Thomas Gregory from the Nets Group. I was hoping that Tom could facilitate an introduction to his contacts at Banking Circle for the new SuprFans Limited (FanZen) project. Tom was also a member of the Skrill Group Executive Management team in a previous life. Perhaps he could shed some light on establishing an account with Skrill as well?

Many thanks in advance Tom!

Regards,
Andy

## RE: FSX open invoices

| | |
|---|---|
| **From:** | |
| **To:** | Andy Garroni <agarroni@fsx.com>, Nelson Burtnick <nburt@nets.eu> |
| **Cc:** | Thomas Gregory <tgreg@nets.eu>, Richard Barkley <rbarkley@fsx.com>, |
| **Date:** | Wed, 05 May 2021 16:44:47 +0200 |

Indeed we are working through the logistics of getting this sorted out. The settlement project we are all working through put us back out of our schedule. We are still working on catching up monthly for the previous years.. I believe we are paid from now (excluding april) back through October.. but will confirm with the team.

I do have a breakdown and will resend it to Rosalia for the last wire confirmations

Thanks

**From:** Andy Garroni <
**Sent:** Wednesday, May 5, 2021 9:25 AM
**To:** Nelson Burtnick <NBURT@nets.eu>
**Cc:** Thomas Gregory <tgreg@nets.eu>;                              Richard Barkley <RBarkley@fsx.com>;

**Subject:** RE: FSX open invoices

Nelson,

These are transaction fees, high risk registration fees, chargeback fees? I am looking into this now. Any specifics would be appreciated.

Regards

FSX
Los Angeles, California 90046
E

S: andrewggg

'Obstacles do not block the path. They are the path.' — Zen Proverb

Rheinland Pfalz

GENERALSTAATSANWALT
KOBLENZ

| From: | anay@acctco.com |
| To: | "Meermann Hying, Sandra" <sandra.meermann@wirecard.com> |
| Cc: | "Marsalek, Jan" <jan.marsalek@wirecard.com>, andy@acctco.com, ray.akhavan <rayakhavan@me.com> |
| Date: | Mon, 05 Nov 2012 20:25:23 +0100 |
| Attachments: | WireCardSummary_120201_updated_11052012.xlsx (110,19 kB); Boxtel USD 27 Jan_121105examples.pdf (10,27 kB) |

---

Sandra,

I have a flight from London on Wednesday morning November 14, 2012 to Munich. I trust this works for you? In anticipation of our meeting, I would like to present you the attached reconciliation. My hope is that this will serve to frame the issues we would like to resolve?

In summary:

The simplified Overview is that attached you will find the Summary/Details with some clarifying notes.

I've also enclosed a PDF example of the Wirecard Account summaries that were used to calculate the actual $ that Wirecard remitted from processing activity. This particular example shows Boxtel opening Balance for Jan, 1, 2011, closing balance for January, 2011 and transaction details for January 2011. We have all of the details for all accounts available, if needed.

In Summary Terms:($000)

- Based on Actual Bank Receipt Details, Reserves of $862.5 have not been released.

- There are outstanding Accounts/Receivable (A/R) amounts not received.

   - There is a discrepancy between the Wirecard number of $282.1K and ours of $553.4 ($000)

Items:

Reserves: ($000)

| Our $ | Wirecard $ | Variance $ |
|---|---|---|
| $862.5 | $862.5? | $0.0 |

Settled Amounts Not Released
(Accounts Receivable) Net of Fines, residual CBs: ($000)

| | | |
|---|---|---|
| $553.4 | $282.1 | $271.3 |
| $1,415.9 | $1,154.6 | $261.3 Totals |

Thank you for your anticipated cooperation in resolving these past processing issues. We would like nothing more than to proceed with a future processing relationship, beneficial to both of us!

Kind regards,

Andrew Garroni

**Rheinland⊕falz**

GENERALSTAATSANWALT
KOBLENZ

From:    "Fuchs, Markus" <markus.fuchs@wirecard.com>
To:      Andy Garroni <agarroni@fsx.com>; Guy Mizrachi ███████████████████ "Fattori, Alessandra" <alessandra.fattori@wirecard.com>
Cc:      Ashley <ashley@imerchantintl.com>, Mia <mia@imerchantintl.com>, Megan <megan@imerchantintl.com>, ███████████████ Michael Gelfano <mgelfano@fsx.com>
Date:    Fri, 04 May 2018 14:56:05 +0200

Thank you Guy as always!

Andy, fantastic news, we will send you the bank account opening forms asap

All the best and have a great weekend,
Markus

-----Original Message-----
From: Andy Garroni <AGarroni@fsx.com>
Sent: Mittwoch, 2. Mai 2018 16:17
To: Guy Mizrachi ███████████████>; Fuchs, Markus <markus.fuchs@wirecard.com>; Fattori, Alessandra <alessandra.fatton
Cc: Ashley <ashley@imerchantintl.com>; Mia <mia@imerchantintl.com>; 'Megan' <megan@imerchantintl.com>; ████████ Michael Gelfano <MGelfano@fsx.com>
Subject: RE: New Accounts

Thanks very much!

Markus,

I would like to discuss opening commercial bank accounts in Euros and GBP for the following companies that are currently processing at Wirecard:

1    Fair Internet Marketing Limited
2    Handle Marketing Limited
3    Ridge Marketing Limited
4    Warner Internet Services Limited
5    Way Internet Marketing Limited
6    Capanna Trading Limited
7    Fuson Limited
8    Tod Holding Limited
9    Vagon Trading Limited

These 2 companies have applications that are working their way through the underwriting process

1    Edge Internet Limited        Submitted 5/15/2017
2    Timeline Marketing Limited    Submitted 8/28/2017

Please let me know when you have some time for a discussion? In the meantime, I would like to proceed with the application process. Please provide the necessary requirements to open commercial bank accounts at Wirecard.

Many thanks for your anticipated cooperation !

Regards,

Andrew Garroni
Los Angeles, California 90046
agarroni@fsx.com
Mobile USA: ████████████
Skype: andrewggg

**It is known from the seized cell phones of suspects Ruben and Quintus Weigand that Ruben Weigand, Co-perpetrator 1, Andrew Garroni and Co-perpetrator 2 met in Los Angeles, and that identification is achievable.**

**With excellent respect**

EXT-GARRONI-00624



**GENERALSTAATSANWALT KOBLENZ**

On behalf of

Schüler
(Public Prosecutor)

EXT-GARRONI-00625

# Appendix 1



EXT-GARRONI-00626



RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

**Appendix 2**

**<u>Comparison of websites of FSX Merchants</u>**

A comparison of the websites bluelivesfindlove.com (phony merchant: Amazing People Limited) and inmatesfindlove.com (phony merchant: Cookies & Cream Limited) in particular shows that the websites of various phony merchants in the FSX network all originate from a single source.

Blue Lives Find Love:



Inmates Find Love:



Despite the fact that the two websites are aimed at different target groups, it is striking that they are almost identical in terms of structure and design in many respects.

**<u>1. Home page</u>**

EXT-GARRONI-00627



Both websites have an almost identical structure. The home page displays a large title image at the top that appeals to the respective target group. In addition, the same menu functions are located at the top of both websites.



As can be seen from the two figures above, the names and arrangement of the menu functions are identical.The footer of both websites contains information about the company and links (Privacy Policy, Billing Support, Terms of Use). Here, too, the structure and naming are identical. Only the company names, addresses, and respective website descriptors (cs@...) have been changed.

**Privacy Policy | Billing Support | Terms of Use | cs@buevsf.com**

Amazing People Limited | 7 Ross Crescent, Watford, England, WD25 ODA

Blue Lives Find Love Copyright © 2019

Privacy Policy | Billing Support | Terms of Use | cs@nmtsfv.com

Cookies & Cream Ltd | 28 Parsonage Close, Abbots Langley, Hertfordshire, England, WD5 0BQ

Inmates Find Love Copyright © 2019

EXT-GARRONI-00628



Another similarity was found in the respective registration function. To register, users must enter the same data on both websites, and the two registration functions are also identical in structure. The two websites also have a similar design, with the same fonts and colors used throughout.

 

## 2. Member Search

The Browse menu function on both websites redirects users to the respective member area. There, they are shown supposed member profiles. Here, too, there are clear similarities in the structure and design of the pages.



EXT-GARRONI-00629

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

The menu functions are located at the top of the respective member area.



As can be seen from the two figures above, the naming, positioning, and arrangement of the menu functions are identical.

Furthermore, the login and search functions in the member areas are also identical in their structure.



The profiles displayed on both websites also show similarities in layout, image size, and text placement.

EXT-GARRONI-00630

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ





It should also be noted that contacting the supposed members

of the dating sites is not free of charge. As can be seen from the above illustrations,

EXT-GARRONI-00631

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

users are offered the option of sending "gifts." It can be assumed that this function is subject to a fee. This means that communication, in addition to the monthly subscription fees, is linked to a payment.

Finally, it can be noted that the data provided in the footer of the page is identical in structure, arrangement, and naming. Only the company names, addresses, and the respective website descriptor (cs@...) have been changed.

## 3. Privacy Policy

The "Privacy" menu item at the top of the website or the "Privacy Policy" menu item takes you to the data protection regulations/data protection provisions. Here, too, there are clear similarities in the structure and design of the pages.

Both pages are structured identically and contain the same text, only adapted to the respective website. Here is an example:



**PRIVACY NOTICE**

We collect and process information about you in order to improve your experience of Blue Lives Find Love and what we have to offer. Please read this privacy notice carefully as it contains important information on who we are, how and why we collect, store, use and share personal information, your rights in relation to your personal information and on how to contact us and supervisory authorities in the event you have a complaint.

**Who we are**

Blue Lives Find Love collects, uses and is responsible for certain personal information about you. When we do so we are regulated under the General Data Protection Regulation and we are responsible as the data controller of that personal information for the purposes of those laws.

This privacy notice applies however you provide personal information to us, whether you go online to our website, purchase services or goods from us or whether you telephone, email or write to us.

**What personal data do we collect and use?**

In the course of our relationship with you we may collect the following personal information:

- Information that you provide to us for the purpose of subscribing to our mailing lists or email notifications (including your name and email address)
- Information relating to any purchase you make on our website (including your name, postal address including billing and delivery address, telephone numbers, email address, payment details and product information
- Notes on any purchases, orders or agreements that you make with us
- Information about your interests
- Your correspondence and communications with us

This list is not exhaustive and in specific instances, we may need to collect additional data for the purposes set out in this Privacy Notice.

**Whether information has to be provided by you and why**

The provision of your contact details is required from you to enable us to make subscriptions or agreements with you.

By registering with us via our website or by letter, email or telephone we will keep you informed of information about our website, goods and services that we think will be of interest.

EXT-GARRONI-00632



RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

Home    Browse    Privacy    Join    Login

## PRIVACY NOTICE

We collect and process information about you in order to improve your experience of Inmates Find Love and what we have to offer. Please read this privacy notice carefully as it contains important information on who we are, how and why we collect, store, use and share personal information, your rights in relation to your personal information and on how to contact us and supervisory authorities in the event you have a complaint.

### Who we are

Inmates Find Love collects, uses and is responsible for certain personal information about you. When we do so we are regulated under the General Data Protection Regulation and we are responsible as the data controller of that personal information for the purposes of those laws.

This privacy notice applies however you provide personal information to us, whether you go online to our websites, purchase services or goods from us or whether you telephone, email or write to us.

### What personal data do we collect and use?

In the course of our relationship with you we may collect the following personal information:

- Information that you provide to us for the purpose of subscribing to our mailing lists or email notifications (including your name and email address)
- Information relating to any purchase you make on our websites (including your name, postal address including billing and delivery address, telephone numbers, email address, payment details and product information
- Notes on any purchases, orders or agreements that you make with us
- Information about your interests
- Your correspondence and communications with us

This list is not exhaustive and in specific instances, we may need to collect additional data for the purposes set out in this Privacy Notice.

### Whether information has to be provided by you and why

The provision of your contact details is required from you to enable us to make subscriptions or agreements with you.

By registering with us via our website or by letter, e mail or telephone we will keep you informed of information about our websites, goods and services that we think will be of interest.

## 4. Terms of Use

The "Terms of Use" menu item in the footer of the website takes you to the terms of use. Here, too, there are clear similarities in the structure and design of the pages.

Both pages are structured identically and contain the same text, only adapted to the respective website. Here is an example:

EXT-GARRONI-00633



**RheinlandPfalz**

GENERALSTAATSANWALT
KOBLENZ

**TERMS OF USE / DISCLAIMER:**

**ACCEPTANCE OF TERMS**

*[illegible small text]*



Home    Browse    Privacy    Join    Login

## TERMS OF USE / DISCLAIMER:

### ACCEPTANCE OF TERMS

This use of this Web site ("Site") and any services ("Services") available through this Site are provided conditional upon your acceptance of the terms and conditions of use set out below (the "Agreement").

By using this Site, including without limitation by browsing, viewing, accessing or downloading information, whether or not you register and become a member ("Member") on the Site, you agree to accept and abide by the provisions set out in this Agreement for each visit to the Site or use of the Services. If you do not agree to this Agreement in its entirety then you should not access this Site or use the Services.

This Agreement is entered into between Cookies & Cream Ltd | 28 Personage Close, Abbots Langley, Hertfordshire, England, WD5 0BQ and you.

This Agreement governs your use of any additions or modifications made to the Site or the Services. IF YOU CONTINUE TO ACCESS THIS SITE OR USE THE SERVICES FOLLOWING THE POSTING OF ANY CHANGES OR REVISIONS TO THE BE TERMS OF USE. SUCH CONTINUED ACCESS OR USE WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH CHANGES OR REVISIONS IF YOU DO NOT AGREE TO ANY CHANGES OR REVISIONS TO THESE CONDITIONS OF USE, YOU MAY NOT USE THE SITE AND MUST DISCONTINUE USE OF THE SITE IMMEDIATELY.

You represent and warrant that you have the right, authority and capacity to legally enter into this Agreement and to comply with all of its terms and conditions. You may not use the Site, register as a Member or use any Services unless you can enter into legally binding agreements under applicable law and in any event unless you are at least 18 years of age.

Your use of the Site may be affected by other agreements between you and us or you and third parties and any use of this Site does not modify the terms and provisions of such other agreements.

Charges made to your credit card will appear under "twisdy.com (800)272215)" operated by Cookies & Cream Ltd, an eCommerce Merchant located in the United Kingdom.

Governed by the laws of England and Wales.

## 5. Customer Support

The "Billing Support" menu function in the footer of the website or the "Customer Service" menu function in the member area redirects you to the respective customer service website of the two dating websites. Here, too, there are clear similarities in the structure and design of the pages.

EXT-GARRONI-00634



**RheinlandPfalz**

GENERALSTAATSANWALT
KOBLENZ

**Blue Lives Find Love:**



**Inmates Find Love:**



**The same menu functions are located in the upper section of the website (header).**

EXT-GARRONI-00635





# BUEVSF.COM

## Customer Support



As can be seen from the two figures above, the names and arrangement of the menu functions are identical. Furthermore, the same texts are also present on both sides.

We are here at your service 24/7, around the clock! We can help you with any questions or problems regarding your login information, password problems, billing issues or even content errors

**Chat Now!**

We are here at your service 24/7, around the clock! We can help you with any questions or problems regarding your login information, password problems, billing issues or even content errors

EXT-GARRONI-00636

**Rheinland**Pfalz

GENERALSTAATSANWALT
KOBLENZ

I just looked at my credit card statement, what am I being billed for?

You purchased a membership or subscription from one of our pay sites. You should have received an email receipt at time of purchase. If you do not have your receipt, please email us at cs@buevsf.com

Chargebacks and Cancels

If you have made it to this website, then you should have no reason to charge back a transaction. We are here to assist you, whether you have decided you are unhappy with the product or have concerns over charges on your card.

If you feel that you no longer wish to remain a member, have concerns about charges, or any other inquiry, please don't hesitate to either write an email or pick up the phone now and get the service you deserve. Charging back a transaction takes time, and our service is available to you at no charge, no hassle, 24 hours a day, seven days a week.

If you do choose to charge back any transaction, please understand that it is our policy to prohibit those who do from ever joining any site we own or operate in the future.



## I just looked at my credit card statement, what am I being billed for?

You purchased a membership or subscription from one of our pay sites. You should have received an email receipt at time of purchase. If you do not have your receipt, please email us at cs@nmtsfv.com

## Chargebacks and Cancels

If you have made it to this website, then you should have no reason to charge back a transaction. We are here to assist you, whether you have decided you are unhappy with the product or have concerns over charges on your card

If you feel that you no longer wish to remain a member, have concerns about charges, or any other inquiry, please don't hesitate to either write an email or pick up the phone now and get the service you deserve. Charging back a transaction takes time, and our service is available to you at no charge, no hassle, 24 hours a day, seven days a week.

If you do choose to charge back any transaction, please understand that it is our policy to prohibit those who do from ever joining any site we own or operate in the future.

Finally, it should be noted that the data provided in the footer is identical in structure, layout, and naming. Only the company names and addresses have been changed.

Copyright © buevsf.com

Reset Password | Cancel Membership | E-mail Support

Terms & Conditions | Privacy Policy

Amazing People Limited | 7 Ross Crescent, Watford, England, WD25 0DA

Copyright © nmtsfv.com

Reset Password | Cancel Membership | E-mail Support

Terms & Conditions | Privacy Policy

Cookies & Cream Ltd | 28 Parsonage Close, Abbots Langley, Hertfordshire, England, WD5 0BQ

RheinlandPfalz

GENERALSTAATSANWALT
KOBLENZ

In addition, it was found that the text file "robots.txt" was stored in the root directory of the website domain for both dating sites. The text file "robots.txt" can be used to specify whether and which content on the website may be accessed by Internet search engine bots or not. The User-agent command addresses the respective search engine bot to which the following rules apply. In the example here, the * character is used to address all bots rather than a single bot. The Disallow command specifies which directories or files on the website may not be searched by the bots. The character / means here that all content on the website is excluded from the bot search.

EXT-GARRONI-00638

Local Court
30 Gs 4123/25
51 Js 1347/22

56068 Koblenz, 13 May 2025
Karmeliterstraße 14
Phone:+49 261/102-1057
Fax: +49 261/102-1086

# **A r r e s t   W a r r a n t**



Against the accused

**Andrew Garroni, born on** ███████ **1955,**
**Resident:** ████████████ **Los Angeles, California** ████ **USA,**
**Nationality: American,**

pre-trial detention is ordered pursuant to sections 112 and 162 paragraph 1 of the Code of Criminal Procedure.

There is a strong suspicion against the accused that he,

in the period from 23 March 2016 to 9 July 2021

in Koblenz, Aschheim, Eschborn, Los Angeles and other locations,

**through 8,680,151 legally independent acts**

EXT-GARRONI-00639

I. through **one** legally independent act *(case 1)*,

founded an association abroad where its purpose or activity is aimed at committing criminal offenses punishable by a maximum sentence of imprisonment of at least two years, with the accused Mizrachi having been the ringleader of the association at certain times,

in each case in conjunction with,

II. through **8,654,041** legally independent acts,

*(Cases: 17,577,059 to 17,581,329, 17,581,330 to 17,584,996, 17,584,997 to 17,588,582, 17,588,583 to 17,595,262, 17,595,263 to 17,598,104, 17,598,105 to 17,601,534, 17,601,535 to 17,608,226, 17,608,227 to 17,611,812, 17,611,813 to 17,618,531, 17,618,532 to 17,625,157, 17,625,158 to 17,628,990, 17,628,991 to 17,633,669, 17,633,670 to 17,638,131, 17,638,132 to 17,643,643, 17,643,644 to 17,646,909, 17,646,910 to 17,653,462, 17,653,463 to 17,656,916, 17,656,917 to 17,660,166, 17,660,167 to 17,667,037, 17,667,038 to 17,673,202, 17,673,203 to 17,680,011, 17,680,012 to 17,683,712, 17,683,713 to 17,690,352, 17,690,353 to 17,696,936, 17,696,937 to 17,701,657, 17,701,658 to 17,705,649, 17,705,650 to 17,709,337, 17,709,338 to 17,713,424, 17,713,425 to 17,716,956, 17,716,957 to 17,721,339, 17,721,340 to 17,727,911, 17,727,912 to 17,732,271, 17,732,272 to 17,736,124, 17,736,125 to 17,739,379, 17,739,380 to 17,745,638, 17,745,639 to 17,748,854, 17,748,855 to 17,752,879, 17,752,880 to 17,756,424, 17,756,425 to 17,759,908, 17,759,909 to 17,766,704, 17,766,705 to 17,770,755, 17,770,756 to 17,777,756, 17,777,757 to 17,784,362, 17,784,363 to 17,787,517, 17,787,518 to 17,791,752, 17,791,753 to 17,798,533, 17,798,534 to 17,802,847, 17,802,848 to 17,806,380, 17,806,381 to 17,810,335, 17,810,336 to 17,816,466, 17,816,467 to 17,820,175, 17,820,176 to 17,823,801, 17,823,802 to 17,827,841, 17,827,842 to 17,832,021, 17,832,022 to 17,838,858, 17,838,859 to 17,845,611, 17,845,612 to 17,849,502, 17,849,503 to 17,853,230, 17,853,231 to 17,859,603, 17,859,604 to 17,864,273, 17,864,274 to 17,871,102, 17,871,103 to 17,875,095, 17,875,096 to 17,881,747, 17,881,748 to 17,888,236, 17,888,237 to 17,891,645, 17,891,646 to 17,896,074, 17,896,075 to 17,909,167, 17,909,168 to 17,912,906, 17,912,907 to 17,916,408, 17,916,409 to 17,919,978, 17,919,979 to 17,924,004, 17,924,005 to 17,927,510, 17,927,511 to 17,931,400, 17,931,401 to 17,935,699, 17,935,700 to 17,939,658, 17,939,659 to 17,946,149, 17,946,150 to 17,952,813, 17,952,814 to 17,956,072, 17,956,073 to 17,960,049, 17,960,050 to 17,963,551, 17,963,552 to 17,965,673, 17,965,674 to 17,969,458, 17,969,459 to 17,976,118,*

*17,976,119 to 17,978,676, 17,978,677 to 17,983,235, 17,983,236 to 17,990,028, 17,990,029 to 17,995,528, 17,995,529 to 17,999,296, 17,999,297 to 18,005,416, 18,005,417 to 18,010,330, 18,010,331 to 18,013,983, 18,013,984 to 18,017,959, 18,017,960 to 18,022,633, 18,022,634 to 18,026,081, 18,026,082 to 18,029,464, 18,029,465 to 18,033,777, 18,033,778 to 18,040,332, 18,040,333 to 18,046,388, 18,046,389 to 18,048,946, 18,048,947 to 18,055,638, 18,055,639 to 18,060,407, 18,060,408 to 18,064,156, 18,064,157 to 18,067,800, 18,067,801 to 18,074,475, 18,074,476 to 18,077,724, 18,077,725 to 18,080,933, 18,080,934 to 18,087,341, 18,087,342 to 18,091,729, 18,091,730 to 18,094,419, 18,094,420 to 18,097,584, 18,097,585 to 18,104,449, 18,104,450 to 18,107,474, 18,107,475 to 18,111,430, 18,111,431 to 18,115,785, 18,115,786 to 18,119,689, 18,119,690 to 18,126,473, 18,126,474 to 18,129,915, 18,129,916 to 18,133,114, 18,133,115 to 18,136,425, 18,136,426 to 18,138,875, 18,138,876 to 18,145,364, 18,145,365 to 18,152,364, 18,152,365 to 18,158,998, 18,158,999 to 18,162,014, 18,162,015 to 18,168,517, 18,168,518 to 18,171,999, 18,172,000 to 18,174,426, 18,174,427 to 18,181,086, 18,181,087 to 18,184,305, 18,184,306 to 18,187,796, 18,187,797 to 18,191,359, 18,191,360 to 18,197,295, 18,197,296 to 18,200,945, 18,200,946 to 18,205,019, 18,205,020 to 18,210,935, 18,210,936 to 18,217,818, 18,217,819 to 18,224,650, 18,224,651 to 18,227,922, 18,227,923 to 18,234,568, 18,234,569 to 18,241,502, 18,241,503 to 18,248,268, 18,248,269 to 18,251,530, 18,251,531 to 18,255,282, 18,255,283 to 18,258,639, 18,258,640 to 18,265,133, 18,265,134 to 18,269,442, 18,269,443 to 18,274,057, 18,274,058 to 18,276,742, 18,276,743 to 18,281,467, 18,281,468 to 18,287,203, 18,287,204 to 18,290,482, 18,290,483 to 18,293,932, 18,293,933 to 18,297,163, 18,297,164 to 18,303,983, 18,303,984 to 18,308,702, 18,308,703 to 18,314,192, 18,314,193 to 18,318,358, 18,318,359 to 18,323,001, 18,323,002 to 18,327,042, 18,327,043 to 18,333,945, 18,333,946 to 18,337,806, 18,337,807 to 18,341,462, 18,341,463 to 18,344,939, 18,344,940 to 18,348,566, 18,348,567 to 18,352,338, 18,352,339 to 18,356,234, 18,356,235 to 18,359,512, 18,359,513 to 18,366,254, 18,366,255 to 18,369,959, 18,369,960 to 18,372,434, 18,372,435 to 18,375,731, 18,375,732 to 18,379,373, 18,379,374 to 18,383,053, 18,383,054 to 18,386,944, 18,386,945 to 18,390,560, 18,390,561 to 18,394,486, 18,394,487 to 18,397,651, 18,397,652 to 18,401,444, 18,401,445 to 18,404,177, 18,404,178 to 18,410,932, 18,410,933 to 18,414,645, 18,414,646 to 18,417,871, 18,417,872 to 18,421,183, 18,421,184 to 18,425,187, 18,425,188 to 18,428,844, 18,428,845 to 18,432,511, 18,432,512 to 18,436,125, 18,436,126 to 18,442,863, 18,442,864 to 18,446,653, 18,446,654 to 18,449,749, 18,449,750 to 18,452,995, 18,452,996 to 18,456,388, 18,456,389 to 18,459,558, 18,459,559 to 18,463,321, 18,463,322 to 18,467,292, 18,467,293 to 18,471,070, 18,471,071 to 18,475,097, 18,475,098 to 18,478,594, 18,478,595 to 18,481,793, 18,481,794 to 18,485,758, 18,485,759 to 18,489,615, 18,489,616 to 18,493,089, 18,493,090 to 18,499,018, 18,499,019 to 18,506,095, 18,506,096 to 18,509,924, 18,509,925 to 18,513,155, 18,513,156*

to 18,516,473, 18,516,474 to 18,520,083, 18,520,084 to 18,526,661, 18,526,662 to 18,529,905, 18,529,906 to 18,533,074, 18,533,075 to 18,536,649, 18,536,650 to 18,541,154, 18,541,155 to 18,544,751, 18,544,752 to 18,551,295 18,551,296 to 18,554,891, 18,554,892 to 18,561,459, 18,561,460 to 18,565,076 18,565,077 to 18,568,701, 4,402,837 to 4,405,643, 4,588,380 to 4,590,386, 4,682'613 to 4,685,337, 4,711,056 to 4,713,808, 4,859,063 to 4,862,700, 4,996,358 to 4,998,742, 5,020,487 to 5,024,979, 5,202,721 to 5,207,148, 5,244,044 to 5,248,787, 5,337,533 to 5,339,900, 5,437,994 to 5,442,518, 5,479,640 to 5,484,146, 5,521,016 to 5,523,826, 5,655,766 to 5,660,271, 5,811,861 to 5,816,396, 5,891,346 to 5,894,147, 5,951,014 to 5,955,353, 6,028,716 to 6,033,118, 6,173,684 to 6,178,030, 6,517,994 to 6,521,535, 6,845,265 to 6,847,310, 6,996,044 to 7,000,712, 7,393,380 to 7,396,335, 7,605,138 to 7,608,825, 7,644,001 to 7,645,997, 7,665,456 to 7,669,592, 7,737,912 to 7,741,960, 7,806,634 to 7,810,202, 7,936,480 to 7,940,979, 8,050,762 to 8,053,450, 8,077,135 to 8,081,493, 8,161,048 to 8,163,420, 8,304,600 to 8,308,310, 8,374,651 to 8,378,289, 8,412,905 to 8,415,140, 8,469,043 to 8,473,560, 8,545,371 to 8,549,738, 8,833,544 to 8,835,871, 8,858,040 to 8,861,538, 8,932,512 to 8,937,158, 9,042,567 to 9,043,938, 9,059,515 to 9,063,930, 9,131,507 to 9,135,965, 9,173,387 to 9,177,850, 9,324,666 to 9,326,703, 9,405,625 to 9,408,482, 9,941,853 to 9,944,453, 10,031,948 to 10,035,784, 10,173,098 to 10,176,740, 10,207,366 to 10,211,700, 10,323,553 to 10,328,010, 10,439,536 to 10,443,914, 10,636,760 to 10,640,334, 10,671,239 to 10,674,205, 10,702,019 to 10,706,294, 10,997,197 to 11,000,811, 11,348,140 to 11,352,343, 11,441,954 to 11,446,344, 11,484,916 to 11,488,484, 11,519,777 to 11,524,283, 11,777,434 to 11,780,539, 11,899,576 to 11,902,039, 11,926,025 to 11,930,763, 12,041,045 to 12,044,570, 12,076,795 to 12,078,987, 12,236,645 to 12,240,334, 12,984,512 to 12,987,008, 13,131,881 to 13,134,190, 13,273,604 to 13,276,314, 13,477,565 to 13,481,941, 13,638,419 to 13,642,686, 14,099,104 to 14,101,846, 14,189,478 to 14,192,027, 14,504,307 to 14,508,996, 14,745,518 to 14,750,031, 14,818,783 to 14,823,302, 14,864,294 to 14,868,788, 15,268,894 to 15,271,669, 15,297,662 to 15,302,437, 15,576,188 to 15,580,637, 15,786,637 to 15,789,327, 15,978,947 to 15,983,358, 16,082,111 to 16,084,164, 16,104,716 to 16,109,216, 16,148,287 to 16,150,574, 16,294,671 to 16,299,140, 16,477,591 to 16,479,660, 16,538,205 to 16,541,074, 16,568,966 to 16,571,282, 16,594,131 to 16,596,742, 16,622,232 to 16,624,260, 4,368,553 to 4,402,836, 4,405,644 to 4,433,772, 4,436,851 to 4,467,340, 4,470,367 to 4,499,333, 4,501,428 to 4,522,764, 4,525,615 to 4,554,910, 4,590,387 to 4,610,727, 4,685,338 to 4,711,055, 4,713,809 to 4,740,647, 4,743,957 to 4,774,575, 4,778,782 to 4,818,159, 4,822,083 to 4,859,062, 4,862,701 to 4,896,727, 4,939,801 to 4,965,818, 4,968,709 to 4,996,357, 4,998,743 to 5,020,486, 5,024,980 to 5,063,887, 5,066,548 to 5,093,057, 5,172,096 to 5,202,720, 5,207,149 to 5,244,043, 5,248,788 to 5,298,577, 5,339,901 to 5,361,467, 5,400,913 to 5,437,993, 5,442,519 to

EXT-GARRONI-00642

*5,479,639, 5,484,147 to 5,521,015, 5,523,827 to 5,550,249, 5,624,287 to 5,655,765, 5,660,272 to 5,699,222, 5,782,845 to 5,811,860, 5,816,397 to 5,854,963, 5,858,481 to 5,891,345, 5,894,148 to 5,920,193, 5,923,114 to 5,951,013, 5,955,354 to 5,991,980, 5,995,822 to 6,028,715, 6,033,119 to 6,070,830, 6,178,031 to 6,216,498, 6,220,383 to 6,255,603, 6,258,846 to 6,290,430, 6,293,110 to 6,320,934, 6,394,510 to 6,419,204, 6,485,801 to 6,517,993, 6,521,536 to 6,555,614, 6,672,717 to 6,701,061, 6,703,958 to 6,731,028, 6,734,525 to 6,767,850, 6,847,311 to 6,867,274, 6,899,606 to 6,026,132, 6,929,869 to 6,964,129, 7,000,713 to 7,040,547, 7,044,369 to 7,078,803, 7,120,312 to 7,149,799, 7,153,327 to 7,183,845, 7,228,253 to 7,259,402, 7,292,608 to 7,320,500, 7,323,946 to 7,357,019, 7,360,578 to 7,393,379, 7,396,336 to 7,424,468, 7,497,210 to 7,530,011, 7,533,160 to 7,562,935, 7,567,115 to 7,605,137, 7,608,826 to 7,644,000, 7,645,998 to 7,665,455, 7,669,593 to 7,704,079, 7,707,538 to 7,737,911, 7,741,961 to 7,777,816, 7,810,203 to 7,841,286, 7,940,980 to 7,979,559, 8,024,717 to 8,050,761, 8,053,451 to 8,077,134, 8,081,494 to 8,121,588, 8,125,520 to 8,161,047, 8,163,421 to 8,185,244, 8,308,311 to 8,340,717, 8,343,893 to 8,374,650, 8,378,290 to 8,412,904, 8,415,141 to 8,437,729, 8,440,646 to 8,469,042, 8,473,561 to 8,513,587, 8,516,566 to 8,545,370, 8,549,739 to 8,586,679, 8,590,166 to 8,623,651, 8,702,116 to 8,729,017, 8,801,638 to 8,833,543, 8,835,872 to 8,858,039, 8,861,539 to 8,892,924, 8,896,786 to 8,932,511, 8,937,159 to 8,977,015, 8,980,521 to 9,011,893, 9,043,939 to 9,059,514, 9,063,931 to 9,102,608, 9,135,966 to 9,173,386, 9,177,851 to 9,214,946, 9,217,669 to 9,242,591, 9,246,121 to 9,276,994, 9,279,949 to 9,309,919, 9,311,226 to 9,324,665, 9,326,704 to 9,347,154, 9,350,347 to 9,382,271, 9,384,447 to 9,405,624, 9,408,483 to 9,435,829, 9,439,858 to 9,476,938, 9,480,098 to 9,511,751, 9,622,976 to 9,662,899, 9,666,023 to 9,694,145, 9,799,167 to 9,833,549, 9,837,717 to 9,877,178, 9,913,054 to 9,941,852, 9,944,454 to 9,969,161, 10,035,785 to 10,069,500, 10,073,871 to 10,111,603, 10,113,771 to 10,133,409, 10,176,741 to 10,207,365, 10,211,701 to 10,247,279, 10,251,573 to 10,290,073, 10,293,268 to 10,323,552, 10,328,011 to 10,365,997, 10,410,340 to 10,439,535, 10,443,915 to 10,480,207, 10,542,290 to 10,569,731, 10,610,601 to 10,636,759, 10,640,335 to 10,671,238, 10,674,206 to 10,702,018, 10,706,295 to 10,741,896, 10,745,832 to 10,782,076, 10,784,139 to 10,803,991, 10,806,606 to 10,831,359, 10,871,169 to 10,896,840, 10,967,624 to 10,997,196, 11,000,812 to 11,033,996, 11,116,977 to 11,150,368, 11,253,177 to 11,285,476, 11,288,379 to 11,317,521, 11,320,208 to 11,348,139, 11,352,344 to 11,390,671, 11,393,405 to 11,421,147, 11,423,180 to 11,441,953, 11,446,345 to 11,484,915, 11,488,485 to 11,519,776, 11,524,284 to 11,560,330, 11,562,933 to 11,587,427, 11,693,969 to 11,721,726, 11,756,987 to 11,777,433, 11,780,540 to 11,807,946, 11,810,609 to 11,836,651, 11,839,690 to 11,868,703, 11,871,704 to 11,899,575, 11,902,040 to 11,926,024, 11,930,764 to 11,979,762, 12,044,571 to 12,076,794, 12,078,988 to 12,100,030,*

EXT-GARRONI-00643

*12,240,335 to 12,271,127, 12,306,478 to 12,333,831, 12,375,751 to 12,402,457, 12,405,779 to 12,438,886, 12,441,637 to 12,469,558, 12,744,018 to 12,779,315, 12,783,341 to 12,820,126, 12,822,126 to 12,841,213, 12,845,407 to 12,883,192, 12,987,009 to 13,011,818, 13,014,522 to 13,041,856, 13,134,191 to 13,155,709, 13,276,315 to 13,303,461, 13,306,220 to 13,335,354, 13,338,047 to 13,363,690, 13,481,942 to 13,521,189, 13,525,410 to 13,562,284, 13,565,862 to 13,595,323, 13,599,508 to 13,638,418, 13,642,687 to 13,681,678, 13,685,195 to 13,715,538, 13,718,960 to 13,749,273, 13,752,386 to 13,783,057, 13,786,017 to 13,812,907, 13,896,989 to 13,925,340, 13,928,525 to 13,959,256, 14,004,031 to 14,035,079, 14,037,728 to 14,065,018, 14,068,160 to 14,099,103, 14,101,847 to 14,129,296, 14,170,088 to 14,189,477, 14,192,028 to 14,216,994, 14,282,421 to 14,310,505, 14,377,282 to 14,407,819, 14,411,224 to 14,441,772, 14,444,791 to 14,473,118, 14,508,997 to 14,557,549, 14,561,017 to 14,593,755, 14,632,981 to 14,658,002, 14,690,372 to 14,722,048, 14,724,165 to 14,745,517, 14,750,032 to 14,789,865, 14,823,303 to 14,864,293, 14,868,789 to 14,907,456, 14,946,477 to 14,977,204, 14,979,810 to 15,006,428, 15,009,155 to 15,034,574, 15,076,256 to 15,107,763, 15,110,779 to 15,138,427, 15,141,470 to 15,170,750, 15,173,700 to 15,201,236, 15,271,670 to 15,297,661, 15,302,438 to 15,352,146, 15,355,402 to 15,387,147, 15,389,797 to 15,414,964, 15,417,650 to 15,443,668, 15,446,588 to 15,473,427, 15,518,522 to 15,542,620, 15,545,769 to 15,576,187, 15,580,638 to 15,620,696, 15,624,177 to 15,657,359, 15,660,584 to 15,692,548, 15,696,086 to 15,726,614, 15,729,522 to 15,757,261, 15,759,952 to 15,786,636, 15,789,328 to 15,815,788, 15,819,201 to 15,850,974, 15,854,253 to 15,885,178, 15,888,057 to 15,916,150, 15,919,426 to 15,949,855, 15,952,491 to 15,978,946, 15,983,359 to 16,021,209, 16,023,910 to 16,050,014, 16,053,038 to 16,082,110, 16,084,165 to 16,104,715, 16,109,217 to 16,148,286, 16,150,575 to 16,172,990, 16,175,676 to 16,202,428, 16,205,045 to 16,231,103, 16,265,353 to 16,294,670, 16,299,141 to 16,336,098, 16,339,990 to 16,374,564, 16,416,807 to 16,445,151, 16,448,174 to 16,477,590, 16,479,661 to 16,499,308, 16,541,075 to 16,568,965, 16,571,283 to 16,594,130, 16,596,743 to 16,622,231, 16,624,261 to 16,644,908, 16,647,973 to 16,676,084, 4,287,260 to 4,290,959, 4,325,734 to 4,329,579, 4,554,911 to 4,558,396, 4,610,728 to 4,614,412, 4,650,717 to 4,653,716, 4,896,728 to 4,900,736, 5,093,058 to 5,096,793, 5,129,363 to 5,133,347, 5,298,578 to 5,302,245, 5,361,468 to 5,365,013, 5,550,250 to 5,552,966, 5,580,877 to 5,584,913, 5,699,223 to 5,703,277, 5,741,371 to 5,745,091, 6,070,831 to 6,073,638, 6,098,701 to 6,102,698, 6,140,608 to 6,143,787, 6,320,935 to 6,324,818, 6,361,359 to 6,364,370, 6,419,205 to 6,421,416, 6,442,310 to 6,446,287, 6,555,615 to 6,558,804, 6,587,749 to 6,591,707, 6,629,985 to 6,633,811, 6,767,851 to 6,771,543, 6,805,851 to 6,809,686, 6,867,275 to 6,869,992, 6,964,130 to 6,967,236, 7,078,804 to 7,082,649, 7,183,846 to 7,187,858, 7,259,403 to 7,262,340, 7,424,469 to 7,428,441, 7,463,762 to 7,466,862, 7,777,817 to 7,780,594, 7,841,287 to 7,844,219,*

EXT-GARRONI-00644

*7,872,961 to 7,876,542, 7,909,349 to 7,911,986, 7,979,560 to 7,983,563, 8,185,245 to 8,188,868, 8,221,577 to 8,224,659, 8,253,493 to 8,256,342, 8,281,063 to 8,283,310, 8,623,652 to 8,627,211, 8,659,313 to 8,663,275, 8,729,018 to 8,732,623, 8,764,164 to 8,767,485, 9,011,894 to 9,014,636, 9,102,609 to 9,105,640, 9,511,752 to 9,514,435, 9,539,331 to 9,542,803, 9,577,226 to 9,581,213, 9,694,146 to 9,697,837, 9,733,231 to 9,736,245, 9,764,678 to 9,767,482, 9,877,179 to 9,880,438, 9,969,162 to 9,972,206, 10,001,907 to 10,004,771, 10,133,410 to 10,137,174, 10,365,998 to 10,370,005, 10,480,208 to 10,483,753, 10,515,400 to 10,517,622, 10,569,732 to 10,573,513, 10,831,360 to 10,835,021, 10,896,841 to 10,899,918, 10,927,046 to 10,930,669, 11,033,997 to 11,038,051, 11,073,977 to 11,077,840, 11,150,369 to 11,154,127, 11,188,500 to 11,191,275, 11,216,189 to 11,219,625, 11,587,428 to 11,590,998, 11,624,977 to 11,628,017, 11,656,642 to 11,659,892, 11,721,727 to 11,724,733, 11,979,763 to 11,982,552, 12,009,320 to 12,012,472, 12,100,031 to 12,103,330, 12,132,002 to 12,135,564, 12,168,178 to 12,172,258, 12,208,620 to 12,211,361, 12,271,128 to 12,274,119, 12,333,832 to 12,337,499, 12,469,559 to 12,473,508, 12,509,782 to 12,513,736, 12,549,828 to 12,553,736, 12,589,705 to 12,593,545, 12,628,706 to 12,632,542, 12,667,367 to 12,671,308, 12,707,371 to 12,710,542, 12,883,193 to 12,886,626, 12,917,224 to 12,920,907, 12,954,231 to 12,957,327, 13,041,857 to 13,044,648, 13,072,306 to 13,075,622, 13,106,455 to 13,108,759, 13,155,710 to 13,159,292, 13,193,233 to 13,200,767, 13,363,691 to 13,367,528, 13,402,706 to 13,406,150, 13,437,449 to 13,441,453, 13,812,908 to 13,816,676, 13,852,823 to 13,856,910, 13,959,257 to 13,963,284, 14,129,297 to 14,133,088, 14,216,995 to 14,220,032, 14,250,234 to 14,253,017, 14,310,506 to 14,313,735, 14,343,835 to 14,346,548, 14,473,119 to 14,476,045, 14,593,756 to 14,597,368, 14,658,003 to 14,660,732, 14,789,866 to 14,792,722, 14,907,457 to 14,911,137, 15,034,575 to 15,038,393, 15,201,237 to 15,204,243, 15,233,243 to 15,236,728, 15,473,428 to 15,477,587, 16,231,104 to 16,234,062, 16,374,565 to 16,378,383, 16,499,309 to 16,503,299, 16,676,085 to 16,679,438, 4,290,960 to 4,325,733, 4,329,580 to 4,364,749, 4,558,397 to 4,588,379, 4,614,413 to 4,650,716, 4,653,717 to 4,682,612, 4,900,737 to 4,937,093, 5,096,794 to 5,129,362, 5,133,348 to 5,168,981, 5,302,246 to 5,337,532, 5,365,014 to 5,396,780, 5,552,967 to 5,580,876, 5,584,914 to 5,620,830, 5,703,278 to 5,741,370, 5,745,092 to 5,779,696, 6,073,639 to 6,098,700, 6,102,699 to 6,140,607, 6,143,788 to 6,173,683, 6,324,819 to 6,361,358, 6,364,371 to 6,391,835, 6,421,417 to 6,442,309, 6,446,288 to 6,482,305, 6,558,805 to 6,587,748, 6,591,708 to 6,629,984, 6,633,812 to 6,669,698, 6,771,544 to 6,805,850, 6,809,687 to 6,845,264, 6,869,993 to 6,897,022, 6,967,237 to 6,996,043, 7,082,650 to 7,117,298, 7,187,859 to 7,225,057, 7,262,341 to 7,289,655, 7,428,442 to 7,463,761, 7,466,863 to 7,493,895, 7,780,595 to 7,806,633, 7,844,220 to 7,872,960, 7,876,543 to 7,909,348, 7,911,987 to 7,936,479, 7,983,564 to 8,021,811, 8,188,869 to 8,221,576, 8,224,660 to 8,253,492, 8,256,343 to*

*8,281,062, 8,283,311 to 8,304,599, 8,627,212 to 8,659,312, 8,663,276 to 8,699,146, 8,732,624 to 8,764,163, 8,767,486 to 8,798,178, 9,014,637 to 9,042,566, 9,105,641 to 9,131,506, 9,514,436 to 9,539,330, 9,542,804 to 9,577,225, 9,581,214 to 9,618,592, 9,697,838 to 9,733,230, 9,736,246 to 9,764,677, 9,767,483 to 9,795,729, 9,880,439 to 9,910,123, 9,972,207 to 10,001,906, 10,004,772 to 10,031,947, 10,137,175 to 10,173,097, 10,370,006 to 10,407,310, 10,483,754 to 10,515,399, 10,517,623 to 10,539,645, 10,573,514 to 10,608,045, 10,835,022 to 10,868,581, 10,899,919 to 10,927,045, 10,930,670 to 10,964,255, 11,038,052 to 11,073,976, 11,077,841 to 11,113,094, 11,154,128 to 11,188,499, 11,191,276 to 11,216,188, 11,219,626 to 11,249,776, 11,590,999 to 11,624,976, 11,628,018 to 11,656,641, 11,659,893 to 11,690,968, 11,724,734 to 11,755,244, 11,982,553 to 12,009,319, 12,012,473 to 12,041,044, 12,103,331 to 12,132,001, 12,135,565 to 12,168,177, 12,172,259 to 12,208,619, 12,211,362 to 12,236,644, 12,274,120 to 12,303,785, 12,337,500 to 12,373,088, 12,473,509 to 12,509,781, 12,513,737 to 12,549,827, 12,553,737 to 12,589,704, 12,593,546 to 12,628,705, 12,632,543 to 12,667,366, 12,671,309 to 12,707,370, 12,710,543 to 12,740,176, 12,886,627 to 12,917,223, 12,920,908 to 12,954,230, 12,957,328 to 12,984,511, 13,044,649 to 13,072,305, 13,075,623 to 13,106,454, 13,108,760 to 13,131,880, 13,159,293 to 13,193,232, 13,200,768 to 13,273,603, 13,367,529 to 13,402,705, 13,406,151 to 13,437,448, 13,441,454 to 13,477,564, 13,816,677 to 13,852,822, 13,856,911 to 13,893,982, 13,963,285 to 14,000,708, 14,133,089 to 14,168,093, 14,220,033 to 14,250,233, 14,253,018 to 14:279,386, 14,313,736 to 14,343,834, 14,346,549 to 14,374,101, 14,476,046 to 14,504,306, 14,597,369 to 14,630,477, 14,660,733 to 14,687,099, 14,792,723 to 14,818,782, 14,911,138 to 14,943,312, 15,038,394 to 15,072,811, 15,204,244 to 15,233,242, 15,236,729 to 15,268,893, 15,477,588 to 15,515,933, 16,234,063 to 16,262,290, 16,378,384 to 16,413,830, 16,503,300bis 16,538,204, 16,679,439 to 16,710,647)*

with the intention of obtaining an unlawful financial advantage for himself or a third party, having damaged the property of other persons by influencing the result of a data processing operation through incorrect design of the program, through the use of incorrect or incomplete data, through unauthorized use of data or otherwise through unauthorized interference with the process, whereby he acted commercially and as a member of a gang that had joined together to commit offenses under sections 263 to 264 or 267 to 269 of the Criminal Code on a continuing basis, whereby in 7,342,080 cases they remained at the attempt stage,

*(Cases: 4,368,553 to 4,402,836, 4,405,644 to 4,433,772, 4,436,851 to 4,467,340, 4,4 70,367 to 4,499,333, 4,501,428 to 4,522,764, 4,525,615 to 4,554,910, 4,590,387 to 4,610,727, 4,685,338 to 4,711,055, 4,713,809 to 4,740,647, 4,743,957 to 4,774,575, 4,778,782 to*

EXT-GARRONI-00646

4,818,159, 4,822,083 to 4,859,062, 4,862,701 to 4,896,727, 4,939,801 to 4,965,818, 4,968,709 to 4,996,357, 4,998,743 to 5,020,486, 5,024,980 to 5,063,887, 5,066,548 to 5,093,057, 5,172,096 to 5,202,720, 5,207,149 to 5,244,043, 5,248,788 to 5,298,577, 5,339,901 to 5,361,467, 5,400,913 to 5,437,993, 5,442,519 to 5,479,639, 5,484,147 to 5,521,015, 5,523,827 to 5,550,249, 5,624,287 to 5,655,765, 5,660,272 to 5,699,222, 5,782,845 to 5,811,860, 5,816,397 to 5,854,963, 5,858,481 to 5,891,345, 5,894,148 to 5,920,193, 5,923,114 to 5,951,013, 5,955,354 to 5,991,980, 5,995,822 to 6,028,715, 6,033,119 to 6,070,830, 6,178,031 to 6,216,498, 6,220,383 to 6,255,603, 6,258,846 to 6,290,430, 6,293,110 to 6,320,934, 6,394,510 to 6,419,204, 6,485,801 to 6,517,993, 6,521,536 to 6,555,614, 6,672,717 to 6,701,061, 6,703,958 to 6,731,028, 6,734,525 to 6,767,850, 6,847,311 to 6,867,274, 6,899,606 to 6,926,132, 6,929,869 to 6,964,129, 7,000,713 to 7,040,547, 7,044,369 to 7,078,803, 7,120,312 to 7,149,799, 7,153,327 to 7,183,845, 7,228,253 to 7,259,402, 7,292,608 to 7,320,500, 7,323,946 to 7,357,019, 7,360,578 to 7,393,379, 7,396,336 to 7,424,468, 7,497,210 to 7,530,011, 7,533,160 to 7,562,935, 7,567,115 to 7,605,137, 7,608,826 to 7,644,000, 7,645,998 to 7,665,455, 7,669,593 to 7,704,079, 7,707,538 to 7,737,911, 7,741,961 to 7,777,816, 7,810,203 to 7,841,286, 7,940,980 to 7,979,559, 8,024,717 to 8,050,761, 8,053,451 to 8,077,134, 8,081,494 to 8,121,588, 8,125,520 to 8,161,047, 8,163,421 to 8,185,244, 8,308,311 to 8,340,717, 8,343,893 to 8,374,650, 8,378,290 to 8,412,904, 8,415,141 to 8,437,729, 8,440,646 to 8,469,042, 8,473,561 to 8,513,587, 8,516,566 to 8,545,370, 8,549,739 to 8,586,679, 8,590,166 to 8,623,651, 8,702,116 to 8,729,017, 8,801,638 to 8,833,543, 8,835,872 to 8,858,039, 8,861,539 to 8,892,924, 8,896,786 to 8,932,511, 8,937,159 to 8,977,015, 8,980,521 to 9,011,893, 9,043,939 to 9,059,514, 9,063,931 to 9,102,608, 9,135,966 to 9,173,386, 9,177,851 to 9,214,946, 9,217,669 to 9,242,591, 9,246,121 to 9,276,994, 9,279,949 to 9,309,919, 9,311,226 to 9,324,665, 9,326,704 to 9,347,154, 9,350,347 to 9,382,271, 9,384,447 to 9,405,624, 9,408,483 to 9,435,829, 9,439,858 to 9,476,938, 9,480,098 to 9,511,751, 9,622,976 to 9,662,899, 9,666,023 to 9,694,145, 9,799,167 to 9,833,549, 9,837,717 to 9,877,178, 9,913,054 to 9,941,852, 9,944,454 to 9,969,161, 10,035,785 to 10,069,500, 10,073,871 to 10,111,603, 10,113,771 to 10,133,409, 10,176,741 to 10,207,365, 10,211,701 to 10,247,279, 10,251,573 to 10,290,073, 10,293,268 to 10,323,552, 10,328,011 to 10,365,997, 10,410,340 to 10,439,535, 10,443,915 to 10,480,207, 10,542,290 to 10,569,731, 10,610,601 to 10,636,759, 10,640,335 to 10,671,238, 10,674,206 to 10,702,018, 10,706,295 to 10,741,896, 10,745,832 to 10,782,076, 10,784,139 to 10,803,991, 10,806,606 to 10,831,359, 10,871,169 to 10,896,840, 10,967,624 to 10,997,196, 11,000,812 to 11,033,996, 11,116,977 to 11,150,368, 11,253,177 to 11,285,476, 11,288,379 to 11,317,521, 11,320,208 to 11,348,139, 11,352,344 to 11,390,671, 11,393,405 to 11,421,147, 11,423,180 to 11,441,953, 11,446,345 to 11,484,915, 11,488,485 to

EXT-GARRONI-00647

11,519,776, 11,524,284 to 11,560,330, 11,562,933 to 11,587,427, 11,693,969 to 11,721,726, 11,756,987 to 11,777,433, 11,780,540 to 11,807,946, 11,810,609 to 11,836,651, 11,839,690 to 11,868,703, 11,871,704 to 11,899,575, 11,902,040 to 11,926,024, 11,930,764 to 11,979,762, 12,044,571 to 12,076,794, 12,078,988 to 12,100,030, 12,240,335 to 12,271,127, 12,306,478 to 12,333,831, 12,375,751 to 12,402,457, 12,405,779 to 12,438,886, 12,441,637 to 12,469,558, 12,744,018 to 12,779,315, 12,783,341 to 12,820,126, 12,822,126 to 12,841,213, 12,845,407 to 12,883,192, 12,987,009 to 13,011,818, 13,014,522 to 13,041,856, 13,134,191 to 13,155,709, 13,276,315 to 13,303,461, 13,306,220 to 13,335,354, 13,338,047 to 13,363,690, 13,481,942 to 13,521,189, 13,525,410 to 13,562,284, 13,565,862 to 13,595,323, 13,599,508 to 13,638,418, 13,642,687 to 13,681,678, 13,685,195 to 13,715,538, 13,718,960 to 13,749,273, 13,752,386 to 13,783,057, 13,786,017 to 13,812,907, 13,896,989 to 13,925,340, 13,928,525 to 13,959,256, 14,004,031 to 14,035,079, 14,037,728 to 14,065,018, 14,068,160 to 14,099,103, 14,101,847 to 14,129,296, 14,170,088 to 14,189,477, 14,192,028 to 14,216,994, 14,282,421 to 14,310,505, 14,377,282 to 14,407,819, 14,411,224 to 14,441,772, 14,444,791 to 14,473,118, 14,508,997 to 14,557,549, 14,561,017 to 14,593,755, 14,632,981 to 14,658,002, 14,690,372 to 14,722,048, 14,724,165 to 14,745,517, 14,750,032 to 14,789,865, 14,823,303 to 14,864,293, 14,868,789 to 14,907,456, 14,946,477 to 14,977,204, 14,979,810 to 15,006,428, 15,009,155 to 15,034,574, 15,076,256 to 15,107,763, 15,110,779 to 15,138,427, 15,141,470 to 15,170,750, 15,173,700 to 15,201,236, 15,271,670 to 15,297,661, 15,302,438 to 15,352,146, 15,355,402 to 15,387,147, 15,389,797 to 15,414,964, 15,417,650 to 15,443,668, 15,446,588 to 15,473,427, 15,518,522 to 15,542,620, 15,545,769 to 15,576,187, 15,580,638 to 15,620,696, 15,624,177 to 15,657,359, 15,660,584 to 15,692,548, 15,696,086 to 15,726,614, 15,729,522 to 15,757,261, 15,759,952 to 15,786,636, 15,789,328 to 15,815,788, 15,819,201 to 15,850,974, 15,854,253 to 15,885,178, 15,888,057 to 15,916,150, 15,919,426 to 15,949,855, 15,952,491 to 15,978,946, 15,983,359 to 16,021,209, 16,023,910 to 16,050,014, 16,053,038 to 16,082,110, 16,084,165 to 16,104,715, 16,109,217 to 16,148,286, 16,150,575 to 16,172,990, 16,175,676 to 16,202,428, 16,205,045 to 16,231,103, 16,265,353 to 16,294,670, 16,299,141 to 16,336,098, 16,339,990 to 16,374,564, 16,416,807 to 16,445,151, 16,448,174 to 16,477,590, 16,479,661 to 16,499,308, 16,541,075 to 16,568,965, 16,571,283 to 16,594,130, 16,596,743 to 16,622,231, 16,624,261 to 16,644,908, 16,647,973 to 16,676,084, 4,290,960 to 4,325,733, 4,329,580 to 4,364,749, 4,558,397 to 4,588,379, 4,614,413 to 4,650,716, 4,653,717 to 4,682,612, 4,900,737 to 4,937,093, 5,096,794 to 5,129,362, 5,133,348 to 5,168,981, 5,302,246 to 5,337,532, 5,365,014 to 5,396,780, 5,552,967 to 5,580,876, 5,584,914 to 5,620,830, 5,703,278 to 5,741,370, 5,745,092 to 5,779,696, 6,073,639 to 6,098,700, 6,102,699 to 6,140,607, 6,143,788 to 6,173,683, 6,324,819 to 6,361,358, 6,364,371 to 6,391,835, 6,421,417 to 6,442,309, 6,446,288 to 6,482,305, 6,558,805 to 6,587,748,

EXT-GARRONI-00648

*6,591,708 to 6,629,984, 6,633,812 to 6,669,698, 6,771,544 to 6,805,850, 6,809,687 to 6,845,264, 6,869,993 to 6,897,022, 6,967,237 to 6,996,043, 7,082,650 to 7,117,298, 7,187,859 to 7,225,057, 7,262,341 to 7,289,655, 7,428,442 to 7,463,761, 7,466,863 to 7,493,895, 7,780,595 to 7,806,633, 7,844,220 to 7,872,960, 7,876,543 to 7,909,348, 7,911,987 to 7,936,479, 7,983,564 to 8,021,811, 8,188,869 to 8,221,576, 8,224,660 to 8,253,492, 8,256,343 to 8,281,062, 8,283,311 to 8,304,599, 8,627,212 to 8,659,312, 8,663,276 to 8,699,146, 8,732,624 to 8,764,163, 8,767,486 to 8,798,178, 9,014,637 to 9,042,566, 9,105,641 to 9,131,506, 9,514,436 to 9,539,330, 9,542,804 to 9,577,225, 9,581,214 to 9,618,592, 9,697,838 to 9,733,230, 9,736,246 to 9,764,677, 9,767,483 to 9,795,729, 9,880,439 to 9,910,123, 9,972,207 to 10,001,906, 10,004,772 to 10,031,947, 10,137,175 to 10,173,097, 10,370,006 to 10,407,310, 10,483,754 to 10,515,399, 10,517,623 to 10,539,645, 10,573,514 to 10,608,045, 10,835,022 to 10,868,581, 10,899,919 to 10,927,045, 10,930,670 to 10,964,255, 11,038,052 to 11,073,976, 11,077,841 to 11,113,094, 11,154,128 to 11,188,499, 11,191,276 to 11,216,188, 11,219,626 to 11,249,776, 11,590,999 to 11,624,976, 11,628,018 to 11,656,641, 11,659,893 to 11,690,968, 11,724,734 to 11,755,244, 11,982,553 to 12,009,319, 12,012,473 to 12,041,044, 12,103,331 to 12,132,001, 12,135,565 to 12,168,177, 12,172,259 to 12,208,619, 12,211,362 to 12,236,644, 12,274,120 to 12,303,785, 12,337,500 to 12,373,088, 12,473,509 to 12,509,781, 12,513,737 to 12,549,827, 12,553,737 to 12,589,704, 12,593,546 to 12,628,705, 12,632,543 to 12,667,366, 12,671,309 to 12,707,370, 12,710,543 to 12,740,176, 12,886,627 to 12,917,223, 12,920,908 to 12,954,230, 12,957,328 to 12,984,511, 13,044,649 to 13,072,305, 13,075,623 to 13,106,454, 13,108,760 to 13,131,880, 13,159,293 to 13,193,232, 13,200,768 to 13,273,603, 13,367,529 to 13,402,705, 13,406,151 to 13,437,448, 13,441,454 to 13,477,564, 13,816,677 to 13,852,822, 13,856,911 to 13,893,982, 13,963,285 to 14,000,708, 14,133,089 to 14,168,093, 14,220,033 to 14,250,233, 14,253,018 to 14,279,386, 14,313,736 to 14,343,834, 14,346,549 to 14,374,101, 14,476,046 to 14,504,306, 14,597,369 to 14,630,477, 14,660,733 to 14,687,099, 14,792,723 to 14,818,782, 14,911,138 to 14,943,312, 15,038,394 to 15,072,811, 15,204,244 to 15,233,242, 15,236,729 to 15,268,893, 15,477,588 to 15,515,933, 16,234,063 to 16,262,290, 16,378,384 to 16,413,830, 16,503,300 to 16,538,204, 16,679,439 to 16,710,647),*

III.

through **26,109** legally independent acts *(cases 25,220,014,665 (sic!) to 25,249,159),*

EXT-GARRONI-00649

having placed an object originating from an unlawful act, namely gang-related and commercial computer fraud, into circulation and thereby having concealed its unlawful origin, acting in a gang-related and commercial manner.

**<u>Grounds:</u>**

The accused, ███████████ ███████████ and Andrew Garroni, have been active in adult entertainment for many years and, during the period of the offense, together with other accused persons who are mentioned in more detail below, operated a network through which a large number of bogus companies and bogus websites from the field of adult entertainment and dating were operated. Since at least 2016, they have joined forces with other persons, in particular the accused Daniel Adam Charles Becker, to misuse Master or Visacard credit card data via a digital infrastructure created by them from bogus websites and to burden the cards of the holders with bogus claims.

To this end, together with the above-mentioned accused, he (sic!) built up a complex corporate structure resembling an international conglomerate consisting of a large number of shell companies in the United Kingdom, Cyprus, Luxembourg, Canada and the United States, through which at least 431 websites were operated during the period of the offense and through which alleged subscriptions from the adult entertainment sector – primarily pornographic content – were faked. Each bogus company operated between five and seven bogus websites in the adult entertainment sector.

However, in order to be able to collect the fictitious subscriptions, the accused also needed credit acceptance from a payment service provider. For this purpose, the accused used the services of the accused Ruben Weigand and his staff. They ensured that the bogus merchants operated by the network could be accepted as customers by German payment service providers and that the credit cards could be charged with unauthorized subscriptions.

In the following, the internal structure of the network as well as the role distribution of the various actors will be presented as a first step. In a second step, the modus

operandi for the creation of the bogus website, the generation of subscriptions, their collection and subsequent laundering of the collected criminal funds is then discussed.

The network of the accused, officially called "FSX" but also called "Bill1st", was structured as follows.

## A. The FSX / Bill1st network

The network of the accused persons resembles the structure of an internationally active corporation.

To operate the above-mentioned business model undetected, to be able to process the credit card payments despite high chargeback and fraud rates and to launder the collected funds, the accused built up a complex company structure and a supposed franchise system called "FSX" under the leadership of the accused ███████ and Garroni.

A franchise system is a contractually defined business model for vertical cooperation between various partners, in which the franchisor leaves a business concept to the legally and financially independent franchisees according to his specifications for remunerated use. After the investigation, the network "FSX" offered its customers, the franchisees, package solutions (hosting, software, traffic provider, customer support). The franchisee paid 90% (!) of its total turnover to the licensor. In contrast to the classic franchise model, which is widely used in the business community, the results of the investigations do not suggest that the alleged franchisees are economically independent in any way. According to the terms of the contract established in the course of the investigation, the franchisees received only an amount of EUR 5,000 per annum, which is not even related to their own sales. Furthermore, it is apparent from the interviews carried out in the course of "Know-Your-Customer" processes by involved payment service providers that the directors of the alleged online merchants were, to a large extent, unaware of the actual business object of the company they were running or, in some cases, were not even aware of being appointed as directors of a company. This is also reflected in the e-mail correspondence between individual registered directors and the German payment service provider Concardis Gesellschaft mit beschränkter Haftung.

Furthermore, the content design and thus the layout of the websites allegedly operated by the online merchants have never been carried out by the online merchants themselves. Neither the allocation of the URL nor the content of the website have been determined by the bogus merchant; rather, this task is incumbent on the network operators, in particular the accused Medhat Mourid as technical controller.

The evaluation of the seized communication as well as the evaluation of the available accounts shows that the "FSX" company structure is characterized by a pyramid-type structure.

## I. Company structure

### 1. Level I - FSX Holdings Limited Liability Company

The Florida-based FSX Holdings Limited Liability Company is at the top of the structure. From the communication seized within the Concardis Gesellschaft mit beschränkter Haftung, it follows that the persons responsible for the above-mentioned company are behind the websites operated within the network.

### 2. Level II - Greenwich Business Solution Limited and Affiliate Internet Marketing Limited as management companies

Greenwich Business Solution and its subsidiary, Affiliate Internet Marketing Limited, represent the operational arm of the network and, in the same way as the Internet Business Service Providers in the WebOPS network, concluded the contracts with the online merchants, which they used to transfer the operation of their entire business model, and the revenue generated from there to the higher-level management companies.

### 3. Level III - The bogus merchants as vehicles

The bogus merchants registered in Cyprus, Malta, Spain, the Czech Republic and the United Kingdom are the last link in the illegal chain of companies.

These are only shell jackets that were founded solely for the purpose of concealing and manipulating the chargeback quotas. To be able to collect the fraudulent

transactions, the accused concluded contracts for the bogus merchants with four major German payment service providers, Wirecard Aktiengesellschaft, Unzer E-Com Gesellschaft mit beschränkter Haftung, Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung.

## a) Correlation of bogus companies and bogus websites

Through the WebOps network, at least 486 bogus companies were founded, through which at least 1,066 bogus websites were operated. The identification of the bogus companies in the WebOps network is possible, on the one hand, on the basis of the information deposited with the respective payment service providers and, on the other hand, on the basis of the documentation obtained by judicial assistance with the US authorities from the accused Ruben Weigand, who obtained a credit card acceptance from the network's front dealers for consideration from the German payment service providers.

## (b) Classification of online merchants as bogus companies

According to the results of the investigation, the above-mentioned online merchants, which are limited companies established under British and Cypriot law, are merely shell companies established by the accused, in accordance with their joint previously established schedule. This results from the following evidence, in addition to the franchise system already described above, which is not economically comprehensible.

According to the results of the investigation, the registered offices of the companies are located either at private addresses (single or multi-family homes) or at the addresses of companies that provide virtual office solutions. At the same time, several companies had their registered office at the same address, but there were no indications that companies with a turnover in the millions range were operating worldwide from here. Furthermore, it was found that in the majority of cases, the online merchants based at the relevant addresses had been founded on the same dates, or they had been relocated to the relevant business addresses at the same time.

In addition, an analysis of the company documents provided to the relevant UK and Cypriot business registers showed that the major portion of the persons who were registered as managing directors had also been registered with other online merchants in the same network at the same time.

Furthermore, the directors employed at the relevant limited companies were merely front men who had provided their names to the accused for a small fee.

For this purpose, the network used the services of so-called phony merchant managers in the UK and Cyprus, whose task was to procure bogus companies and straw-man managers.

According to the analysis of the accounts of the bogus merchants at Wirecard Bank Aktiengesellschaft in Germany, the managing directors were likewise not authorized to dispose of the companies' business accounts, as is customary in commercial transactions. Rather, the crime-as-a-service providers used as phony merchant managers, such as the accused Vaida and Jolanta Narmontaite, were authorized to manage the accounts. The lack of any authorization to dispose of the assets of the companies owned and allegedly managed by them further underlines their position as mere bogus managers.

The special audit reports commissioned by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority) under Section 19 of the Payment Services Supervision Act by the auditing companies KPMG (Unzer E-Com Gesellschaft mit beschränkter Haftung) and FlickGockeSchaumburg (Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung) also came to the conclusion that the limited companies within the network, as described above, were merely bogus companies. Following the bankruptcy of Wirecard Aktiengesellschaft and the disclosure of the allegations of bank fraud made against the accused Ruben Weigand in the United States and the brokering of bogus traders, the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority), in the course of its tasks, reviewed the business relationships of the above-mentioned payment service providers with the accused Ruben Weigand and the customers brokered by him.

In the course of this, the auditing firm KPMG found, among other things, that, when a selection of 70 dealers was audited, although the formal legal existence of these companies could be confirmed in all cases on the basis of register extracts, they were related to higher-level clusters and were bound by instructions. It was also found that the companies are mainly based in Cyprus or the UK and that there are indications of the use of so-called "company builders" (service providers for creating shelf companies).

The documents and data submitted by Concardis Gesellschaft mit beschränkter Haftung also support the suspicion that the merchants brokered by the accused Ruben Weigand are merely shell companies. The documents provided by Concardis Gesellschaft mit beschränkter Haftung are essentially the result of an internal investigation carried out by HoganLovells on behalf of Concardis Gesellschaft mit beschränkter Haftung. It was found that the companies are often based in Great Britain and Cyprus. Moreover, senior citizens and housewives in the UK and Cypriot individuals without an online presence have been identified as managing directors of the 'one-person companies', which is particularly remarkable in the context of a digital business model based on affiliate marketing, as it was described by the accused Weigand. The investigation also identified non-resident beneficial owners in the UK and/or Cyprus whose main centers of vital interest were, for example, Lithuania and Ukraine. Furthermore, e-mail correspondence was collected which clearly shows that the data of the managing directors of the companies were partly stolen and subsequently misused, and that these persons were completely unaware of the foundation of the company and assumption of management.

Finally, the classification of online merchants as bogus merchants is likewise confirmed by the reports available from the auditing firm Deloitte, which also examined the online merchants at issue in the proceedings. In that regard, the audit firm Deloitte found, in particular, that 265 merchants used straw men and that 141 merchants had or have virtual business addresses. A total of 912 files with "individual reports" are available, which lead to comparable results.

## 4. Parallel network

The structure and procedure correspond to the procedure of the network "WebOps/CE-Cash", which is operated in particular by the accused Ardeshir

Akhavan, Guy Mizrachi, Medhat Mourid, Katiuska Cruz and Benak Tunde and operates with the FSX network under a uniform umbrella organization. In terms of content, however, this network specializes in the area of pornography.

## II. Distribution of tasks within the network

### 1. "Inner circle"

### a) ▮▮▮▮▮▮▮ - Chief Executive Officer

The accused ▮▮▮▮ is one of two directors of Florida-based FSX Holdings Limited Liability Company, along with the accused Andrew Garroni. He is also the founder of Chief Products Limited, which operates the US payment service provider Bill1st. This was used as a technical provider by the bogus merchants at issue in the proceedings and upstream of the German payment service providers, in particular the Unzer E-Com Gesellschaft mit beschränkter Haftung. The accused ▮▮▮▮ manages the company and is involved in correspondence with the payment service providers in case of problems, but he is not actively involved in the operational business with the German payment service providers.

### b) Andrew Garroni - Chief Executive Officer

The accused Andrew Garroni is also a director of Florida-based FSX Holdings Limited Liability Company. In fact, unlike the accused ▮▮▮▮, he plays the role of CEO more actively and was the contact person for the employees of the German payment service providers in the event of problems.

The accused had a particularly close exchange with the employees of the Concardis Gesellschaft mit beschränkter Haftung, in addition to the contact with the intermediary Ruben Weigand.

The accused Garroni also acted for the Toronto-based company Silverton Systems, likewise controlled by the network. In particular, the KYC documents of the online merchants were transmitted to the payment service providers via the above-mentioned company. This task was primarily performed by the so far unidentified "Bella", an employee of Silverton Systems, according to the instructions given by the accused Garroni. According to the seized e-mail communications, his main task was

to create an orderly and outwardly correct paperwork situation for the online merchants to be onboarded.

### c) ████████████ - Chief Operating Officer

The accused ████████████████ is the president of the American payment service provider Bill1st Limited Liability Company, which conducted the technical forwarding of the transaction information to the German payment service providers. Following the outcome of the investigation, he acted as one of the key players in the FSX network beyond his formal position at the Bill1st Limited Liability Company. It is apparent from the e-mail communication seized at Concardis Gesellschaft mit beschränkter Haftung that the accused ████ tended to advance the processing of the FSX network merchants within Concardis Gesellschaft mit beschränkter Haftung. In an e-mail dated 10 July 2020, the accused ████████ listed a total of 14 merchants of the FSX network for which applications to the payment service provider Concardis Gesellschaft mit beschränkter Haftung were still unprocessed. The e-mail says: "I have received a list of the outstanding applications, can you please see what we can do about getting them nudged along or where they are currently in status?". In this respect, he is asking for support. In the above-mentioned e-mail, he also refers to access to the customer accounts of the FSX merchants which had been provided to Concardis. This gave the accused access to transactions, invoices, billing and other customer data of the FSX merchants at any time. This access was also confirmed by Concardis Gesellschaft mit beschränkter Haftung. It is also apparent from another e-mail correspondence that the settlement of invoices of FSX merchants was likewise under the control of the accused ████████████ In an e-mail to the accused Nelson Burtnick, an employee of Concardis Gesellschaft mit beschränkter Haftung, he announced on 20 January 2021 which invoices should be paid by the network in a timely manner. The e-mail says, among other things, 'We will be sure to get these invoices paid'. In an e-mail dated 17 February 2021, the accused Nelson Burtnick writes to the accused ████████ : "Josh mentioned that you have sent wires to Concardis to address outstanding invoices."

Another e-mail correspondence showed that he was also dealing with technical problems of FSX dealers. In an e-mail dated 19 October 2021, he wrote to an

employee of the Concardis Gesellschaft mit beschränkter Haftung, informing the accused Garroni and ███████

"I wanted to reach out directly as we have been dealing with a server issue – technically – which has caused our merchants to pause transactions going to the bank."

### d) Daniel Adam Charles Becker - Accountant and Phony Merchant Manager

The accused Becker is a UK-registered lawyer and also a managing director of Affiliate Internet Marketing Limited, established in the UK. The shareholder of the above-mentioned company is Greenwich Business Solutions Limited, which is based in Toronto and which, according to the evaluation of the accounts, was one of the main recipients of the fraudulently collected funds. Through the (collective) account structure of Affiliate Internet Marketing Limited, the accused Becker took over a large part of the authorizations to dispose of the fraudulent funds received through the network.

According to the results of the investigation, the accused Becker is to be classified as an accountant of the FSX network. For example, he was authorized to dispose of 224 accounts of FSX dealers at Wirecard Bank AG. The accounts each had three sub-accounts in the contract currencies EUR, GBP and USD. It also had 125 account authorizations in relation to the FSX dealers in the settlement solution operated by the Unzer Group. The analysis of the data from the settlement solution shows that the accused was responsible for payments with a total amount of 27,604,594.32 USD.

In addition, it was found that the accused Daniel Adam Charles Becker was also involved in the procurement of shell companies for the FSX network. In that regard, it should be noted, among other things, that he was or is a partner and director of Brightlife Energy Limited and Timeline Marketing Limited. In some cases, he also used family members as shareholders and managing directors of the FSX dealers. For example, he arranged for his mother-in-law, witness ███ a ███ h █████ll, to become managing director of Uniform Marketing Limited, and appointed his son, witness ███ h █████ y █████ r, as managing director of Way Internet Marketing. It is apparent from the (subsequent) video call with the witness █████ll conducted by the

Concardis Gesellschaft mit beschränkter Haftung in 2022 that only the accused Becker was authorized to speak for the company, while the witness was not even able to explain the business purpose of the company that she was supposedly running. The position of the accused as a phony merchant manager also arises from the fact that, according to the e-mail correspondence seized, he obtained the notarial credentials required for the KYC process for the network from the UK-based notary Navinder Singh.

## 2. Crime-as-a-service - Phony Merchant Manager (Mark Colin John Quirk, Jolanta Narmontaite, Vaida Narmontaite)

According to the results of the investigation, the accused Quirk is jointly responsible for the procurement of the shell companies in Cyprus and Great Britain together with the accused Jolanta and Vaida Narmontaite. For this purpose, the accused Akhavan and Mizrachi used primarily the services of the Animo Group, consisting of Animo Associates Limited, based in London, Animo Associates (Cyprus) Limited, based in Nicosia, Animo Tax and Accountancy Limited, based in London, and Animo Holding Company Limited, each based in London, and the WBG Group, consisting of WBG Consultants Limited, based in Lancashire (GB), and WBG (Cyprus) Limited, based in Nicosia. Together with his colleagues Jolanta and Vaida Narmontaite, the accused Quirk founded the bogus companies of the FSX network in Cyprus and Great Britain, procured the persons employed as straw-men managers, the (virtual) office addresses used and the founding and business documents necessary to justify and maintain the appearance of a proper business operation of an online merchant.

## 3. Crime-as-a-service – Intermediary (Ruben Raphael Weigand, Quintus Weigand, Liridon Korcaj)

The accused Ruben Weigand, together with his employees, the accused Quintus Weigand and Dr. Liridon Korcaj, brokered the above-mentioned bogus merchants of the FSX network to the four German payment service providers via several companies based in Montabaur and Luxembourg and thus provided them with a credit card acceptance as a basic condition for being able to collect the fraudulently obtained funds obtained. The intermediation to the payment service providers Unzer E-Com Gesellschaft mit beschränkter Haftung, Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung took place

EXT-GARRONI-00659

directly through one or more of the companies operated by the accused Weigand. Revenue-based commissions were received for the intermediation. In detail, the accused Weigand acted through the following companies:

a) Market Advisors Gesellschaft mit beschränkter Haftung

In the commercial register of the district court of Montabaur, it is recorded in section B under registration number HRB 23754 that the Market Advisors Gesellschaft mit beschränkter Haftung was founded by a partnership agreement of 18 June 2013 and is entered in the commercial register of the district court of Montabaur. The headquarters is Klostergasse 1 in Montabaur. The object of the company is sales consulting (not advertising consulting), sales training and software consulting (not in conjunction with hardware consulting). The accused Ruben Raphael Weigand was registered managing director of the company from 27 September 2013 to 9 June 2020. Since 7 April 2020, his brother, the accused Quintus Leonard Weigand, is the registered managing director of the Market Advisors Gesellschaft mit beschränkter Haftung.

b) Payment Consultants Gesellschaft mit beschränkter Haftung

In the commercial register of the district court of Montabaur, it is recorded in section B under register number HRB 22984 that the Payment Consultants Gesellschaft mit beschränkter Haftung was founded by a partnership agreement of 27 January 2012 and has its registered office also in Klostergasse 1 in Montabaur. The object of the company is consulting, training, mediation and provision of technical services in electronic payment transactions.

The accused Ruben Weigand was registered managing director of the Payment Consultants Gesellschaft mit beschränkter Haftung from 5 March 2012 to 9 June 2020. On 4 May 2020, the accused Quintus Weigand was appointed managing director of the company, as was the case with the Market Advisors Gesellschaft mit beschränkter Haftung.

c) Payment Consultants Société à responsabilité limitée

In the Register Gazette of the District Court 2080 Luxembourg, it is recorded under the registration number B 186.423 that the Payment Consultants Société à

responsabilité limitée is registered in the Registre de commerce et des sociétés of the District Court 2080 Luxembourg. The object of the company is management consulting with a focus on eCommerce and ePayments. The company has its registered office at 12 Rue Jules Wilhelm, 2728 Luxembourg. The address is the home address of the accused Ruben Weigand. Now, the accused Dr. Liridon Korcaj is a registered director of the company.

d) LPXperts Gesellschaft mit beschränkter Haftung

After the arrest of the accused Ruben Weigand in the USA in March 2020, the accused Quintus Weigand bought a shelf company, which was registered on 2 July 2020 under HRB 27213 in the commercial register of the district court of Montabaur under LPXperts Gesellschaft mit beschränkter Haftung and is also located at Bahnhofstraße 45 in Montabaur. The object of the company is the consulting, training, mediation and provision of technical services in electronic payment transactions. It is apparent from the documents of Concardis Gesellschaft mit beschränkter Haftung that it is a successor company to Payment Consultants Société à responsabilité limitée.

The accused Ruben and Quintus Weigand as well as the accused Dr. Korcaj acted as a link between the networks and the payment service providers, and they ensured that risk reports created as part of the onboarding were manipulated and, during the ongoing business relationship the high chargeback rates, did not lead to any termination of the payment service contract. In addition, the accused Ruben Weigand and Liridon Korcaj ensured that incoming fraud notices and complaints to payment service providers were supposedly explained in a plausible manner. To this end, they coordinated with the network managers. In particular, the accused Quintus Weigand acted as a kind of interface for the monitoring of company documents delivered by the networks.

The accused Ruben Weigand also influenced the design of the websites of the networks and instructed, in particular, the IT manager working for the WebOps network, the accused Medhat Mourid, to cancel occasionally noticed subscriptions in order to minimize the risk of discovery.

In addition, the accused Ruben Weigand, as well as the networks themselves, had access to the merchant data, transactions and account statements provided to the payment service providers. He was also able to carry out transactions for the various merchants via the settlement solution. At his initiative, the latter was also programmed and implemented in the Unzer Group to provide the networks in fact with a program for money laundering. The data provided by the US authorities also revealed intra-network inbound and outbound invoices, which were also sent to the accused Weigand. He thus had an in-depth knowledge of the network's internal distribution and the money flow.

It follows from the communication which has been seized so far between the accused Ruben Weigand and the persons responsible for the networks and payment service providers that he was not 'only' a crime-as-a-service provider for the various networks, but rather became a part of them. He acted for them as an extended arm in Europe and was one of the essential cogs which made the fraud model function in Germany. Without the actions initiated and supervised by the accused Weigand involving the payment service providers, the technical completion of a fake subscription would have had no practical consequences, as it is impossible to dispose of assets without a payment provider when using credit cards on the internet.

The accused Weigand was involved in the sales of online merchants by means of commission and thus directly participated in the proceeds of fraud. In total, the accused Ruben Weigand, or the domestic and foreign companies he ran, received commissions of at least EUR 40,000,000 for his services.

## 6. Crime-as-a-service - Risk analyst Christian Andre Chmiel

The accused Christian Chmiel is a former employee of Wirecard Aktiengesellschaft (deputy head of the Compliance Department) and founder as well as (during the period of the offense) managing director of London-based WebShield Limited and founder and (during the period of the offense) managing director of Leipzig-based WebShield Services Limited. The purpose of the companies is to provide compliance, risk and IT services. The WebShield Group provides payment service providers, acquiring banks and payment intermediaries with solutions for risk assessment and due diligence checks for merchants. The WebShield system has been certified in recent years by the credit card companies Master- and Visacard. The accused

Christian Chmiel is a worldwide speaker for identifying and exposing fraudulent intentions of online merchants. He is also the author and co-author of several books in the fields of fraud, investigation and accounting, as well as a board member of the German Association of Certified Fraud Examiners.

According to the results of the investigation, the accused Chmiel used his many years of experience to provide his friends, the accused Ruben Weigand and Ray Akhavan, with manipulated risk reports. From the e-mail communications that were seized, it appears that the accused Ruben Weigand and his associates had access to the WebShield tools. The correspondence also shows that the accused Michael influenced the creation of an acceptable report scoring for the online retailers of the networks. For example, he changed URLs to "non-processing" to remove them completely from the risk analysis (regardless of whether this corresponded to the actual circumstances), asked the accused Ruben Weigand to obtain "clean" addresses for individual merchants and to adapt telephone numbers and currencies.

In addition, the accused Chmiel warned the accused that payment service providers and banks are increasingly using so-called crawlers. These are programs that independently search the Internet for content and read and index both websites and information completely.

Ultimately, the accused Chmiel explicitly writes that he has constantly "manipulated" the reports of the merchants brokered by the Weigand and this is little by little noticeable in the company. For his work, the company of the accused Chmiel received substantial funds from the accused Weigand. To be able to represent them in his accounting, the accused Chmiel issued bogus invoices to the companies of the accused Ruben Weigand for services allegedly provided.

It is also clear from the correspondence that the accused Chmiel was not only involved in the network's business via the accused Ruben Weigand, but he was also in direct contact with the network managers. Thus, it is apparent from the communication secured at Wirecard Aktiengesellschaft that the accused Chomel met up with the accused Akhavan in Los Angeles. To increase his influence on the accused Chmiel and to use the recognized analysis tools and the reputation of the company WebShield for his own purposes, the accused Akhavan acquired 10% of the shares in WebShield Limited in 2015 for a price of 700,000 euros. The asset deal

EXT-GARRONI-00663

was brokered by the former CEO of Wirecard Aktiengesellschaft, Jan Marsalek, according to the investigation result.

## B. Modus operandi

To be able to charge the credit cards of credit card holders worldwide with technically fictitious claims in the first place and to simulate the conclusion of subscriptions to third parties, the accused required websites that offered goods or services on the market and had an online shop or an option to pay on the Internet. To minimize the risk of discovery, the accused decided, according to their previously jointly formulated crime schedule, to program the websites in such a way that only supposed services and thus no physical goods were offered. This had the crucial advantage that they did not have to devise a merchandise management system in addition to the websites in order to present the manufacture, purchase and sale as well as delivery of the goods to the outside in a plausible manner. Also to minimize the risk of discovery, the accused decided to program adult entertainment websites that reflected special sexual preferences or fetishes according to the URL and website. In that regard, the accused presupposed the shame and possible social constraints of the credit card holders concerned and reckoned on the fact that, in any event, a large number of credit card holders – even if they were able to establish the debits and assign them to a pornographic site – were ashamed of third parties or close relatives who did not report the debits. Ultimately, they also took further precautions to unduly burden credit cards over a long period of time. Thus, for example, the victim's credit card statements did not show the name of the website allegedly visited as purpose of use (so-called descriptor), which would have already caused irritation to the credit card holder on account of its pornographic orientation, but rather merely an internet presence which, without further investigation, does not allow any conclusion to be drawn as to the service allegedly used. For example, the accused used the descriptor "caslfr.com" for the website casualloversmeeting.com or the descriptor "fndsnw.com" for the website findfreshnewlove.com. If the customer entered this descriptor in an Internet browser, he reached a one-pager, which was built as a supposedly serious and innocent customer support page and only then enabled the drawing of further conclusions on the website on which the debit was based. In addition, the accused charged the credit cards per subscription monthly with only small amounts, usually about EUR 50.00. This had the advantage that the booking either did not attract the

attention of the credit card holders or, if it did, did not lead to any further inquiries by the card holder due to the low amount.

## I. Bogus websites

The fact that the websites referred to above and operated by the FSX network were merely created on a fictitious basis and that their sole function was and still is to act as a technical vehicle for the generating fictitious subscriptions can particularly be derived from the following evidence.

In the course of the investigation, the programming of the websites was forensically examined. The so-called HTML code served as the basis for the investigation. This is the source code, i.e. the basis of a website. It ensures that content such as text, images and videos are displayed correctly by the web browser. The analysis of this code first showed that the text file "robots.txt" was stored in the root directory of each website. This text file provides instructions to the computer program that uses search engines such as "google", "yahoo" or "bing" to automatically search the World Wide Web and web pages ("robot", "web crawler"). The operator of a website can use the text file "robots.txt" to determine whether search engine bots may or may not access any and which content of the website. The web pages of the "WebOps" network contained the command "User-agent: * Disallow: /" in the "robots.txt" file. This command was used to address all search engine bots by adding the character "*" and to specify that all contents on the website are excluded from the bot search. This is due to the "Disallow" command and the "/" character used, which determines the totality of the bots. As a result, the contents of the web pages are not indexed due to the instructions provided. This in turn has the result that neither keywords nor image searches using an image or video stored on the website will return search results that lead to one of the websites.

As far as the accused communicate to the payment service providers that the websites cannot be found via search engines simply to enable a clear allocation of traffic and turnover, this is just a protective assertion. The only purpose of this procedure is to minimize the risk of detection. From an economic point of view, it is not understandable why providers should restrict the possibility of a search engine such as "google" or "bing" being able to attract paying customers to the relevant internet presence. There is no doubt that the use of affiliate links in the wake of the

upswing of affiliate marketing, especially in forums or by influencers on social media, is a popular and widely used marketing strategy. However, this does not explain why the possibility of generating search hits is deliberately thwarted, while in companies advertising budgets are usually set up for the placement of "google ads". An analysis of the traffic on the website should also be possible without problems if a search engine is integrated via modules such as "google analytics".

Furthermore, the special audits commissioned by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority) under Section 19 of the Payment Services Supervision Act by the auditing firms KPMG (Unzer) and FlickGockeSchaumburg (Payone, Concardis) show that the websites had a very simple structure and a generic design. That conclusion was reached, in particular, by the Economic Crimes Division of the General Prosecutor's Office of the Grand Duchy of Luxembourg ('the AWK'), which acted independently of that department and made findings in the context of the investigations carried out there (reference number: CRF 889/2020). According to the assessment of the AWK, it is already difficult to understand why anyone should have registered on the websites at all, since they appear to be very arbitrary both in content and in presentation.

In addition, the use of so-called robot meta tags could be found on the dating websites. This is part of the HTML code already mentioned above, which controls the amount of content that a search engine automatically extracts from a website to display as search results. The following robot meta tags were used on the dating webpages.

<meta name ="robots" content="noIndex">

<meta name ="robots" content=nofollow">

<meta name="robots" content="noArchive">.

As a result, the page will not appear in the search results of the bots, links contained on the page cannot be crawled by the search engine and the search engine cannot store a copy of the page in the so-called "cache".

In addition, the analysis of the HTML code revealed that each of the profiles is firmly integrated into the HTML code of the website. No interaction with the user can be

EXT-GARRONI-00666

inferred from the HTML code in connection with the dating profiles visible on the webpage. For example, individual profile details on gender, age and place of residence are not due to a selection decision made by the user, but they are pre-programmed.

The profile pictures could be found in the course of a backward search on the Internet on private accounts on social networks, such as "Facebook".

Furthermore, the documents relating to the mutual legal assistance procedure in Luxembourg made it possible to establish that there was an extreme imbalance between the supposedly concluded subscriptions and the visits to the websites at issue in the proceedings. For this purpose, AWK used the analysis tool of the American service provider Amazon called "Alexa Rank". This is a global ranking system that uses web traffic data to determine the popularity of a website. However, the system was not able to produce conclusive results for the websites considered, which could be reconciled with the significant turnover. In addition, it was found that the dating pages were completely identical.

Finally, a large number of entries on fraud warning pages were identified both by the Luxembourg authorities and by the audit firms Deloitte and KPMG, relating to the descriptors and customer support pages as well as to the pornographic websites of the network. One of these websites temporarily was www.stopthatcharge.com. This was an internet platform where credit card holders could share their experiences with unjustified charges. More than 50 percent of the pornographic websites and customer support sites operated by the network were listed there. The reported entries mostly describe fraud related to alleged age verification on pornographic sites or identity on dating sites by entering the credit card number. An age verification system (Age Verification System) basically refers to a technical solution, which is primarily intended to confirm the age of majority of persons on the Internet. The system is primarily intended to protect young people and children from content that does not correspond to their age. This is mainly – as here – adult entertainment. Similarly, in the context of dating platforms, identity verification is carried out by means of entering credit card information. There is an urgent suspicion that the accused used this system, among other things, for fraudulent purposes and thereby obtained credit card data, which they subsequently used abusively to conclude the fake subscriptions.

EXT-GARRONI-00667

This is also supported by the information provided by the harmed credit card holders surveyed at home and abroad. The statement of the credit card holder David Benes, who is resident in the Czech Republic, is mentioned as an example in this regard. The witness was questioned by the Czech authorities as a potentially harmed credit card holder in the context of judicial assistance. The witness gave very precise details of how he was the victim of a so-called "Get Verified" fraud via a dating platform. He was forced by an Asian-looking woman, with whom he initially communicated through a dating platform via video and who allegedly wanted to get to know him, to enter his credit card details in a "spreadsheet" on the Internet. The lady had claimed to first verify his identity "free of charge" in order to be "assured that nothing would happen to her" before a (promised, personal) meeting. About three hours later, amounts in euros were debited from his account. He had heard nothing more from the lady. He did not visit the websites submitted to him and did not intentionally make use of any services there either.

## II. Concluding fake subscriptions and faking receivables

### 1. Hits in police information systems and fraud alerts on the Internet

The transaction lists made available by Unzer E-Com Gesellschaft mit beschränkter Haftung and Concardis Gesellschaft mit beschränkter Haftung at the request of the District Attorney's Office of Koblenz were analyzed with regard to affected credit card holders who received their credit card from a German credit card issuing institution. In the following, these credit cards were queried in the police information system and checked whether the credit card numbers resulting from the transaction list have been or are already the subject of investigations in the Federal Republic of Germany. Subsequently, the corresponding case files were requested from the various prosecution offices in the federal territory and evaluated.

It is apparent from the majority of the related files that the proceedings are based on criminal charges of suspected (computer) fraud and the spying of data. In the majority of cases, the injured credit card holders had noticed the unauthorized debits from their credit card which they reported. The debits each month amounted to amounts of, as a rule, just under EUR 50.00, so that the debits were not initially noticed by the customers.

EXT-GARRONI-00668

The existence of the above-mentioned criminal charges in connection with the transactions at issue must be seen above all in the light of the warnings available on the Internet. In this respect, there are a large number of evaluation reports from the auditing company Deloitte, which was commissioned by the Concardis Gesellschaft mit beschränkter Haftung in the course of the closure of the Digital Service Segment. In particular, a large number of fraud warnings on the Internet were detected on different platforms, such as "Trustpilot" and "Scamadviser", for the websites examined in each case. For example, there are extensive Deloitte reports on the bogus traders Gradient Limited, Hadleigh Limited, Force Stock Limited, Crownland Limited, Brightlink Services Limited, Centific Limited and Fireway Enterprises Limited, as well as the websites they operate. Reference is made only by way of example to the following entries in fraud forums:

"(...) Dig you get an unknown, unauthorized credit card charge from hlporders.com? More charges are on the way. Someone might be scamming you. You need to act quickly. (...) Did you know you gave your credit card to someone named Androulla in Cyprus? (...) A charge from hlporders.com is a problem. (...) A charge from hlporders.com is a problem. (...) You need to act quickly. Other people have been scammed from hlporders.com (...).' (Deloitte Report on Fireway Enterprises Limited)

"Like other similar scams, there is a rotating set of billing sites. In your case it was csdatacrew.com" (Deloitte Report to Central Limited)

The accused Ruben Weigand has made a statement towards Unzer E-Com Gesellschaft mit beschränkter Haftung on behalf of his customers in this respect, saying that these poor ratings and fraud warnings are attempts by competing companies to damage the business model of his customers. In the light of the established procedures, this is merely an allegation of protection. The accused tries to dismiss any suspicions by economically incomprehensible statements which are inconsistent with the results of the investigation. In the present case, the fact that the facts described in each of the warnings are unique and that there is no evidence that they originate from the same source militates against a competing undertaking's sending off those publicly available fraud warnings. The linguistic presentation of the warnings is also so different that it is not possible to identify a deliberate steering of a competing undertaking.

EXT-GARRONI-00669

The AWK of the Public Prosecutor of the Grand Duchy of Luxembourg also analyzed publicly available fraud reports. For example, in the course of the analysis of a sample, the AWK found that approximately 50% of the consumer pages (customer service) to be assigned to the respective websites were listed on the fraud warning page www.stopthatcharge.com. The reported frauds were linked to alleged age verifications by entering a credit card number.

## 2. Identification and interrogation of credit card holders in the Federal Republic of Germany

### a) Procedure

Upon receipt of the transaction list sent at the request of the District Attorney's Office of Koblenz by Unzer E-Com Gesellschaft mit beschränkter Haftung, Wirecard Aktiengesellschaft and Concardis Gesellschaft mit beschränkter Haftung, the credit card numbers issued in Germany were selected and subjected to closer examination. Since the information in the transaction list did not yet reveal loadable addresses and (complete) identities of credit card holders, a sample of 130 credit card numbers was assigned to a credit card issuing institution by means of so-called BIN-Checker (software for determining the bank identification number). In a second step, the relevant credit card issuing institutions were requested by the Federal Criminal Police Office on behalf of the District Attorney's Office of Koblenz to provide information on the identity of the credit card holder and to transfer credit card transactions. In a further step, the descriptors (purposes) of the proceedings, which were present on the credit card statements, were assigned to individual websites of the merchants and, in a final step, the witnesses were questioned, by being presented with screenshots of the relevant website, as to whether they had used services on this website.

### (b) Witness statements from the Federal Republic of Germany

In this respect, the witnesses residing in the Federal Republic of Germany, █████



112 witnesses stated that they had never concluded the subscriptions presented to them to their credit cards and that they had not used the services of the websites presented to them.

If the accused Weigand regularly communicated to the payment service providers used that a possible denial of the services used is common in the area of adult entertainment, since the users are regularly ashamed of the use of the socially often frowned-upon services and would therefore not disclose this, the previous investigation result cannot confirm this information. In particular, the witnesses █████ ████████████████████████████ revealed their sexual preferences in the interrogation and explained why they had not been users of the relevant website. Witness ██████ for example, declared that he was gay (and not bisexual), and consequently did not visit websites with a heterosexual orientation. He made this particularly clear by his indignant behavior during the interrogation. Rather, he visited various platforms that were exclusively aimed at homosexuals. Witness

████████████ is married, father of two minor children and works as a senior student counselor at a high school. He explained that he had not visited the website presented to him, but that, despite his marriage to a woman, he was a user of the homosexual website 'Gayromeo'. He contacted other men there. Given his current family circumstances, it was difficult for the witness to provide the details of the homosexual-oriented websites he used. Therefore, there is no reason to doubt the witness's assertions that the (heterosexually oriented) websites he was given were unknown to him, since he provided information on other websites he had used, despite his apparent sense of shame. Witness ████████ stated that he did use pornographic websites and indicated their names. However, he denied that he visited the websites at issue in the proceedings. Also in his case, it was found that the (heterosexually oriented) website allegedly used cannot be reconciled with his sexual orientation (homosexuality).

In particular, it was also derived from the information provided by the witnesses that they seldom checked their credit card statements or partially even did not check them at all. This likewise explains, as already set out above, why a large number of the facts at issue in the proceedings have not been reported.

In addition to the above-mentioned witnesses, the information provided by the witness ████████ can also be highlighted. The witness did not recognize the descriptors presented to her. She had not visited any of the websites presented. In particular, she does not speak English, so she could not have understood the content of the pages at all. Also, she would never sign up for dating or erotic sites.

In addition, witness ██████ stated that in 2021 he had noticed debits amounting to approximately EUR 16 each, which had already been ongoing for approximately 1.5 years at that time. He had informed his bank, Deutsche Kreditbank, about this and had received a refund for part of the amounts. The card was subsequently blocked. The descriptors presented to him were those indicated with the debits. The websites presented to him did not appear familiar to him. After a separation, he had visited various dating websites, but he would definitely not have stored his credit card data there. The websites presented to him are also in English, which he does not speak well. In 2019, he registered with "parship" and made a payment there. Before 2019,

EXT-GARRONI-00672

he also visited the websites "C-Date" and "Joyclub" and had made payments there as well. However, he was never a consumer of the websites presented to him.

Witness ███████ stated that the credit card was a credit card of his employer. It was therefore used extensively on business trips for hotels, refueling, restaurant visits. The bank statements were also available to the tax advisor, where the debits made were noticed. The issuing bank was informed, but the bank was likewise unable to trace these debits. The amounts had been derecognized (for tax purposes) as private expenditure. He had not visited the websites presented to him. Witness ██████ also stated that he had been the victim of an investment fraud that had been reported to the Schwabach police in 2021. When he made the report, he also mentioned the debits on the credit card.

Furthermore, the information provided by witness ██████ witness should be emphasized as well. The witness had entered his credit card data on a website 'with sexual content' for the purpose of verifying his age. Thereafter, he noticed debits of about EUR 100. However, he did not bother with it. He was very negligent in monetary matters. He no longer remembered the name of the website. He found this website by himself on the Internet. Everything on the website that he 'clicked on' was free of charge. He had not received any services, and the debits had been made without his consent. "I only age-verified my credit card on this erotic website that I used and then only used free content. I didn't want to subscribe or anything like that, but I just have a look at it." The only thing he wanted to buy was on a gaming page, and the descriptor was "TRAVIANGAMES".

Witness ██████ explained that he had indeed bought "coins" on an erotic site, i.e. "virtual money for sex sites", which could be donated to the models there. However, these were always individual purchases, but no subscription. He was unaware of the websites presented to him and had never visited them.

## 3. Identification and interrogation of credit card holders abroad

### a) Procedure

In addition, witnesses were identified and interviewed not only in the Federal Republic of Germany, but also in other European countries. For this purpose, the

EXT-GARRONI-00673

transaction lists of Concardis Gesellschaft mit beschränkter Haftung and Unzer E-Com Gesellschaft mit Haftung, which show each individual transaction processed for the network, were evaluated and the credit card cards with the highest turnovers were selected. In a further step, a total of 27 European countries were requested through European Investigation Orders or Mutual Assistance Requests to ask the credit card issuing institutions to submit the credit card statements and to identify the credit card holders. The documents in response thereto, in particular the credit card statements of affected credit card holders, were evaluated with regard to the descriptors and supposedly concluded subscriptions.

As part of the subsequent further judicial assistance, European Investigation Orders or Mutual Assistance Requests were then sent to Estonia (12 witnesses), Greece (67 witnesses), Croatia (33 witnesses), Latvia (46 witnesses), Lithuania (45 witnesses), Malta (25 witnesses), Norway (35 witnesses), Poland (31 witnesses), Portugal (34 witnesses), Sweden (28 witnesses), Slovakia (20 witnesses), the Czech Republic (57 witnesses) and Hungary (20 witnesses) to question the identified witnesses on the credit card transactions. These requests related only to subscriptions resulting from the transaction lists of the Concardis Gesellschaft mit beschränkter Haftung.

In addition, in the course of the further progress of the investigation, further requests for legal assistance were made for the collection of credit card transactions and the identification of credit card holders, whose supposedly concluded subscriptions resulted from the transaction lists of the Unzer E-Com Gesellschaft mit beschränkter Haftung. To date, documents have been received from Austria, Belgium, Bulgaria, Croatia, the Czech Republic, Estonia, Hungary, Lithuania, Poland, Portugal, Romania, Slovakia and Spain. After analyzing the credit card transactions, personal questionnaires were created for the countries of Estonia (15 witnesses), Poland (40 witnesses), Slovakia (21 witnesses) and the Czech Republic (19 witnesses). In this respect, further European Investigation Orders have been initiated in order to also question the identified credit card holders as witnesses regarding the credit card transactions. Occasionally, initial interrogation protocols are also available here.

For the transaction lists of Wirecard Aktiengesellschaft, in accordance with the procedure described above, surveys on credit card settlements at home and abroad have also been initiated, which have been received successively.

b) Witness statements from other European countries

In summary, it can be stated at the outset that the witnesses heard so far had consistently said that they had not used any adult entertainment services on the websites presented to them. However, it is striking that these witnesses in any case partially used other actually existing websites from the field of adult entertainment. The witnesses describe that they clicked on advertising banners when using these websites and - as already stated in the presentation of the fraud warning notices - had to provide their credit card data as an age verification, for example. In this respect, it can be assumed that the accused obtained, at least in part, the credit card data of the injured parties in that way. At the same time, some of the credit card holders were also victims of the cybertrading frauds. Given the large amount of credit card numbers affected worldwide, a consistent "point of compromise" could not (yet) be established. Rather, there is a strong suspicion that the accused obtained credit card data from different sources. In particular, the following witnesses were heard in various countries.

aa) Estonia

In the course of judicial assistance, the Estonian authorities questioned the witnesses

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████ about the subscriptions found on the relevant credit card statements.

All 16 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been presented. Of these, 31 % of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as on gambling sites and intended only to subscribe there – but not on the websites in question. Seven of the 16 witnesses stated that they noticed all or at least part of the debits, while nine witnesses did not notice the debits. In that regard, particular mention should be made of the information provided by the witness ███████████████, who noted the debit. She had a good memory of the incident and explained the following. In 2020, she and her daughter 'wanted to buy something online on a foreign website'. However, she had become suspicious and had canceled the purchase, even though she had already entered a lot of data at

that time. According to that report, she noticed suspicious debits of EUR 59,99 each in the period from July to October 2020, where unknown websites were indicated in the subject field. She initially tried to contact those email addresses but did not receive a response from them. She then contacted the bank to stop the transactions. She had never visited the websites presented before the debits, and at the time she had searched for an email address on the website "popvodnow.com" to contact the operators about the unauthorized debits. The e-mail address ████████████████, which was used when the subscription was concluded, was her daughter's, and she had provided this e-mail address (of her daughter) at the time, but her own credit card number on the above-mentioned website. The witness's information makes it clear that her data was stolen during an order process and misused by the accused.

### bb) Greece

In the course of judicial assistance, the Greek authorities have so far questioned the witnesses ████████████████████████████ ████████████████████████████ ████████████████████████ on the subscriptions resulting from the relevant credit card statements.

All Greek witnesses interviewed so far stated that they had never visited the websites which were presented to them, and that they never had concluded subscriptions. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites presented to them, which are at issue in the proceedings. Only one of the witnesses interviewed noticed the debit on his credit card.

### cc) Croatia

In the course of judicial assistance, the Croatian authorities have so far questioned the following witnesses: ████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████

██████████████████████████ on the subscriptions found on the relevant credit card statements. Some of the witness interrogations were sent in the form of a summary note. In some cases, the witnesses were apparently not asked all of the questions requested, so that, of the 30 persons heard in total, only 22 can be used, since only these relate to the issues at issue in the proceedings and are only useful in this respect. All 22 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been presented. Of these, 47 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites provided in the proceedings. Seven of the 16 witnesses stated that they noticed debits in full or in part, and nine witnesses did not notice the debits.

Witness ████████████ explained by way of example that he noticed monthly debits in 2019. Although he visited porn sites and subscribed to them, the amount and frequency of the debits from his credit card were too high. He then had the card blocked. He did not visit the websites presented to him.

Witness ████████ stated that he was contacted by his bank in November 2023 about a suspicious transaction, which was blocked. His son occasionally used the credit card to buy Internet games.

dd) Latvia

In the course of judicial assistance, the Latvian authorities have so far questioned the following witnesses: ██████████████████████████

██████████████████████████

██████████████████████████

██████████████████████████

██████████████████████████

██████████████████████████

██████████████████████████

██████████████████████████ on the subscriptions found on the relevant credit card statements.

All 36 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 33 percent of the witnesses had previously entered their credit card data on other dating and/or erotic sites or gaming or sweepstakes sites and wanted to conclude paid services only there - but not on the websites presented to them. 24 of the 36 witnesses stated that they noticed all or at least part of the debits, 12 witnesses did not notice the debits.

In that regard, particular emphasis must be placed on the statement of the witness █████████████. The witness stated that he had not noticed the debits, had never visited the websites provided to him and had not used any services there. However, in 2019, he was the victim of a cryptocurrency-related phone fraud, loading the remote maintenance software 'Any Desk' onto his computer, which was used by the perpetrators. In the meantime, he had to change his access data for the bank account twice. This means that the witness has become the victim of a so-called cybertrading fraud, in which the operators of the cybertrading platforms receive the customer data – including credit card information – via affiliate networks and make the data available to third parties for remuneration as part of a second use – after they are no longer used for the cybertrading fraud.

In addition, the witness, ████████████, stated that she noticed the payments on her credit card because they were made at night. She reported these payments to the bank and was refunded except for one payment. The descriptors presented to her may refer to the unjustified debits. She never visited the websites provided, but she may have "clicked on ads".

In addition, the questioning of the witness ██████████ should be highlighted. He stated that he had noticed debits from his credit card in approximately 2019/2020 that neither he nor his wife had made. After he notified his bank, they blocked his card. Of the EUR 260 debited, he received a refund of EUR 219 from the bank. The debit could be linked to an alleged profit notification that the witness had received on his laptop at that time, according to which he had won a mobile phone for EUR 1. He said he thought the offer was genuine and entered his bank card details. Immediately afterwards, however, no debit had been made. He did not visit the websites presented to him and did not make any purchases. The data provided by Concardis

Gesellschaft mit beschränkter Haftung also confirm the above-mentioned modus operandi. In this respect, an email from the accused Marcinkowski to the accused Nelson Burtnick of 22 June 2020 was established, in which the winner of a Samsung Galaxy S10 was involved. The subject of the correspondence was a landing page, which was traced back to one of the online retailers brokered by the accused Ruben Weigand, in which all credit card holders allegedly won a Samsung Galaxy S10.

ee) Poland

In the course of judicial assistance, the Polish authorities have so far questioned the following witnesses:  of the respective credit card statements.

In three cases, the witnesses were not asked all of the questions requested, so that of the 45 persons questioned, only 42 witness statements can be used, since only these relate to the questions at issue in the proceedings and are only useful in this respect. All 42 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been given. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites provided in the proceedings. Only ten of the 42 witnesses stated that they noticed debits in full or in part, and 32 witnesses had not noticed the debits.

Among others, the witness ███████ deserves special mention. He stated that he had updated an antivirus software in 2019 and paid EUR 50 for it. Thereafter, several debits of up to EUR 50 were reportedly made. He did not notice the debits presented to him, nor did he visit the websites presented or purchase services there.

The witness ███████ stated that, although he did not have his own credit card in the period from November 2020 to February 2021, he used the credit card of his wife, the witness ████████████. In February 2021, the above-mentioned credit card was blocked by his wife after equal amounts had been debited from her account on several occasions. The witness confirmed the debits of EUR 61.49 presented to him in four cases. In connection with this, the witness also admitted that he had loaded erotic games onto his mobile phone, which then did not work. He did not visit the website submitted.

ff) Czech Republic

In the course of judicial assistance, the Czech authorities have so far questioned the following witnesses: ████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████ about the subscriptions found on the credit card statements.

In 20 cases, the credit card was incorrectly assigned to the credit card holder due to a technical error. In seven cases, the witnesses were not asked all the questions requested, so that those statements cannot be used, since only those statements relate to the questions at issue in the proceedings and are only useful in that regard. For the reasons mentioned above, only 57 witnesses out of the 64 witnesses heard were initially taken into account for the assessment of the urgent suspicion of the crime.

Of the 57 witnesses, 96.5 percent said they never subscribed to their credit cards and did not use the services of the websites they were given. Of these, 61 percent of the

witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites presented to them and at issue in the proceedings. Only 27 witnesses stated that they noticed all or at least part of the debits, 30 witnesses had not noticed the debits. Thirty-five witnesses have stated that they did not enter their credit card on the websites presented to them, but registered on other dating or erotic websites, but also on gaming, betting, gambling, verification or order pages for computer software, or entered their credit card data there.

It is worth emphasizing at this point once again the statement of the witness ███ that has already been mentioned, who according to his own statements was the victim of a so-called "get-verified" fraud, in which he was to enter his credit card data for the alleged identity check before a planned meeting with a woman.

In addition, the witness ███ stated that he had clicked on an advertising banner on the erotic site "redtube.com" to take part in a competition and entered his credit card details there to pay CZK 1. However, nothing was debited. Only 2 to 3 months later did he notice debits amounting to approximately CZK 10,000 – 15,000. He reported those transactions to his bank, Czech mBank, and (initially) received the money back. A few weeks later, the bank reportedly found that there was nothing suspicious about the debits and debited the money again. The payment gateways concerned were 'siteasist.com', 'crewurnittech.com', 'fileusernets.com', 'termspro.com' and 'webkrews.com'. He had not visited the websites presented to him and did not order services there, he only visited the page "redtube.com".

Witness ███ stated that he had detected unauthorized debits from his account in about September / October 2021. When he gave the bank the corresponding transaction codes, he received the majority of the amounts as a refund, a total of about CZK 30,000. He never visited the websites presented to him and did not enter any credit card data there. Since 2021, he has been unintentionally receiving emails from an erotic site "tsdates.com" that offer sexual services. However, he never clicked on links there.

In that regard, the detailed information provided by the witness ███ is likewise noteworthy. He stated that in 2021 he came across a website with pornographic games. In order to open the website, an amount of EUR 48.39 was debited. In order

to cancel the payment, he had to enter his credit card details again. Thereafter, monthly payments of CZK 1,515.98 (EUR 48.39) to "fllvdsj.com" had started. The bank had informed him that blocking his card would not do any good. Some of the descriptors presented to him referred to the websites where he wanted to buy the erotic games, but they did not work. He was shown a pop-up window in the browser, which he clicked on, and then had to enter the credit card data on another website with a pornographic cartoon game, allegedly to unlock the game. He was unaware of the websites presented to him and had neither visited them nor subscribed to them.

Witness ████ explained that when he read his credit card statement, he noticed debits that he could not allocate. He wrongly considered the debit in favor of the descriptor "TSTSKV.COM" to be an Adobe subscription due to the equal amount. He remembered the debit of the descriptor "ADYGMD" and also remembered the website with the "Support Service". From there, he received a refund for the last transaction. He did not visit the websites presented to him and did not buy any services there. He entered his credit card details on porn sites, such as "Pornhub".

Witness ████ stated that he had his credit card blocked in 2021 because he had noticed abusive debits. At the time, he also communicated via chat on a customer support page with the websites that had debited the funds. Some of the money had been refunded. In particular, he recognized the descriptors "SNGNTT.COM, TTCTSG.com, HEDHT.com, MPDFVE.com" presented to him. On the websites presented to him, he always recognized the same "customer service" page, where he had communicated via chat in order to object to the debits. He did not purchase any services on those pages. However, in 2019, he clicked on a link to an erotic game and provided his credit card details there, in order to then allegedly get 30 days free access. However, he did not remember the name of the game.

Furthermore, the witness ████ stated that he had not visited the websites presented to him during the questioning and that he had not used any services there. However, he registered on two dating websites with his e-mail ████████████ According to the transaction lists of the Unzer E-Com Gesellschaft mit beschränkter Haftung, this e-mail address was also used for the subscription in question. Witness ████ also provided his credit card details for (allegedly free) registration on one of the two dating sites he visited. He was

'allocated a number of points free of charge', which he could have used 'for certain services'. He could have bought these points later on via his credit card, but never did so. Several years ago, he also registered on an erotic website with his credit card data to gain access there. Two films could be watched there for free. However, he did not make any payments on that page.

Witness ████ explained that her bank, the "Komercni banka", had blocked her card due to suspicious debits. During a subsequent check, she noticed unauthorized debits in the period 21 February 2021 to 28 March 2022 amounting to CZK 77,051.22. Through complaints together with the bank, she was refunded CZK 13,986.31 (equivalent to EUR 559). She did not know how her card had been misused. She was unaware of the websites presented to her and had not visited them or received any services there. The e-mail address ████████████ ████████ used in the context of the transactions presented to her was the school e-mail address of her youngest daughter from primary school. The witness herself did not use this e-mail, and her children did not have access to her credit card. The witness did not visit any dating or erotic sites and did not enter her credit card details on any advertising banners or e-mail links that she had clicked on.

Witness ████ stated that he received SMS notifications about debits from his account four to five years ago. However, these were small amounts. In addition, the debits were not in Czech. He was refunded CZK 5,000 (equivalent to approximately EUR 200) by the bank. He never visited the websites presented to him and did not make use of any services there. The e-mail address ██████████████ allegedly used for the transactions at issue in the proceedings was created during his primary school or secondary school years and was last used about five to six years ago. When the witness logged back into that e-mail account during the interrogation, he found "approximately 5,000 e-mails received there that contain various erotic links and spam," but no e-mails related to the sites submitted, such as "BlackGirlsEatPussy.com," "latinsoftporn.com," or "asianbeaverlicking.com." He does not know any more whether he signed up for dating or erotic sites. If he did, however, he paid nothing.

gg) Sweden

In the context of mutual legal assistance, the Swedish authorities have so far questioned ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████

on the subscriptions found on their relevant credit card statements.

In one case, the witness denied that he had been the holder of the credit card at all, so that he was not asked all the requested questions as a result. Of the 21 witnesses interviewed, only a total of 20 witness statements are therefore used, since only these relate to the questions at issue in the proceedings and are only useful in this respect. All 20 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been given. Of these, 55 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as investment sites and only wanted to subscribe there – but not on the websites in question. Only two of the 20 witnesses stated that they noticed all or part of the debits, and 18 witnesses had not noticed the debits.

Witness ██████ explained that during the coronavirus pandemic, he noticed unauthorized debits, which were made in both euros and dollars. He suspected that this could be related to the purchase of a "robot vacuum cleaner" and a "glowing globe in different colors". This could have been the website "Sparnet". He then received a new credit card and the bank refunded part of it. He was never present on the websites submitted to him and did not register on other erotic or dating sites.

The information provided by the witness ██████ should also be highlighted. He explained that five years ago his credit card at the Swedish bank "SEB" "suddenly debited" large sums of about SEK 20,000 to 30,000 (equivalent to about 1,800 to 2,700 euros). The payments "went to completely unknown places that I had never heard of". He then filed a complaint, had the card blocked and talked to his bank. He partly recognized the descriptors presented to him. He had not visited the websites presented to him and did not make use of any services there. However, he was on a dating site and had been in contact with a woman named "Bouchard". That woman

sent him links that he clicked on. He then entered his personal data and credit card details on a website to have a video conversation with her or to continue chatting. He continued to write with this lady. The incident was quite close to the time when the high debits took place. The witness also entered his credit card details on other dating sites, such as "Tinder" and "Mötesplatsen".

hh) Summary

In the context of judicial assistance, a total of 221 witness interrogations have been carried out so far, of which a total of 201 can be used. The analysis of witnesses questioned so far in other European countries shows a clear picture.

Of the total of 201 witnesses from Croatia, the Czech Republic, Estonia, Greece, Latvia, Poland and Sweden interviewed, **99 per cent of the witnesses** have agreed that they have **not subscribed** to the adult entertainment websites provided to them. They did not consent and did not willingly approve the debits made by their credit cards.

With regard to the data flow of the credit cards concerned, it can also be stated that a large number of the witnesses had actually registered on pornographic sites or dating websites and had provided their credit card data there. However, these were websites that are actually active on the Internet and can also be found via Google search. Here, for example, the porn sites "Chaturbate.com", "Pornhub.com" and "redtube.com" were named. The statements of some witnesses to have clicked on advertising banners, downloaded internet games, registered in supposed sweepstakes or on potential fake web shops also reveal different sources of origin of improperly obtained credit card data.

**4. Abnormalities in the analysis of transaction lists**

In addition, the transaction lists transmitted by Unzer E-Com Gesellschaft mit beschränkter Haftung were evaluated by Detective Chief Superintendent Gebhardt. The data base of the Unzer E-Com Gesellschaft mit beschränkter Haftung is highly informative, as the company provided technical services for two acquirers, the Concardis Gesellschaft mit beschränkter Haftung and the Payone Gesellschaft mit beschränkter Haftung.

EXT-GARRONI-00685

In particular, a random check was carried out for the credit card numbers which contain the city of Koblenz in the column "CARD_HOLDER_CITY". In that regard, it should be noted that, according to a query in the population registration system, although the credit card holders were or are in fact resident in Koblenz, in a large number of cases the street name was fake and English street names were listed here. Four different street names were found for the credit card holder ▮▮▮▮ The witness is said to be resident in Koblenz, Germany, on the streets "1450 Cub Lane, "1896 Lyman Way", 228 Cavalli Street" or "1491 N Totana Dr." None of these roads exist in Koblenz or in the Federal Republic of Germany. Rather, the witness lives at the address ▮▮▮▮▮▮▮▮▮▮▮▮▮ Comparable results were found for a large number of other witnesses. The finding shows that the credit card set used by the accused and obtained illegally did not contain complete address information in some cases, and fictitious addresses were used to complete the details. Corresponding findings for the city of Koblenz can also be found, in particular, with regard to the witnesses ▮▮▮▮▮▮▮▮ .

## 5. Investigations in the Darknet and the so-called underground economy

Furthermore, in the course of the investigations, the above-mentioned credit card numbers, which were transmitted by the Unzer E-Com Gesellschaft mit beschränkter Haftung, were filtered for the issuing country Germany in order to carry out a data comparison with data from the Darknet or the so-called underground economy.

The perpetrators active in the area of cybercrime are characterized by a great enthusiasm for innovation and an intensive communication culture with potential co-perpetrators. The platforms used for this communication (forums, Jabber servers) are referred to as the "underground economy" mainly due to the strong economic, illegal orientation of the communication content. This is to be understood as meaning a dynamic landscape, which is mostly commercially oriented, of similar innovative, service-oriented and competing communication and sales platforms on the Internet, which are generally realized in the form of web interfaces controlled by means of the programming language "PHP" (forum software) in the form of discussion forums. The following research took place in these forums.

For this purpose, the credit card numbers shown at the beginning were compared with the forum data set. Here, the credit card numbers were queried both as a

contiguous block and in so-called blocks of four. Some of the credit card numbers were found in forums or chats of the so-called underground economy on the Darknet. Here, the credit card data were offered partly for purchase, partly also without recognizable consideration. The fact that only part of the credit card data was successfully verified as an illegal commercial good on the Darknet is due, on the one hand, to the fact that the police database only represents a small subset and, on the other hand, to the fact that a complete credit card set will not be fully visible in a Darknet vendor's shop. In that case, the vendor's customer would already have direct access to the necessary data and would not have to acquire it first for a fee.

In the light of the above considerations, there is an urgent suspicion that the WebOps and FSX network subscriptions at issue in the proceedings were fabricated by the accused' misuse of the credit card data of the injured parties.

### III. Payment process

After importing the data and generating a fictitious subscription, the payment process initiated via the German payment service providers began.

### 1. Step 1: Technical processing ("non-collecting")

During technical processing, the transaction data of the merchant websites are transmitted in a technical process to so-called payment gateway providers. This role is performed in particular by Unzer E-Com Gesellschaft mit beschränkter Haftung and Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung in the present proceedings. The so-called technical processing is also referred to as "non-collecting", since no funds are collected at this level.

The technical processing includes the connection of a merchant to the system of one of the above-mentioned technical service providers, which is carried out through an interface provided by Unzer E-Com Gesellschaft mit beschränkter Haftung or Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung to the bogus merchant, the so-called payment gateway, which the merchant has integrated either themselves or with the assistance of a third party in their website or their software solution beforehand. The data or the transaction information of the end customers of

the merchant is routed to the payment system of the technical service provider via this interface. In the case of the Unzer E-Com Gesellschaft mit beschränkter Haftung, this payment system is located in another group company, Unzer Gesellschaft mit beschränkter Haftung. Consequently, this functions as a payment service provider. In the case of Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung, such outsourcing to a third company is not known of, so that it is assumed in this respect that it also acts as a payment service provider.

The payment service provider (Unzer Gesellschaft mit beschränkter Haftung or Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung) accepts the transaction-relevant data (amount, credit card number, CVV number and so on) from the online presence of the merchant, processes them and forwards them to providers of payment methods, selected by the merchant, the so-called acquirers. The acquirer is also known as a merchant bank because it collects the money for the online merchants.

In the course of the investigation, it was found that several payment gateway providers were connected in series and that a foreign payment gateway provider was often upstream of the Unzer E-Com Limited Company and the Computop Wirtschaftsinformatik Limited Company. These are in particular the gateways of the company Bill1st, which is operated, according to the results of the previous investigations, by the responsible persons of one of the fraudulent networks (FSX network). There is no economic sense in this process. The involvement of other technical service providers is not necessary for the execution of the transaction. Considering that each service provider involved includes a commission for the provision of its service, this approach cannot be explained economically.

2. Step 2: Payment services ("Collecting")

After the technical service provider has received the payment information from the online merchant, they make this data available to the so-called acquirer via further data processing. Acquirers are acceptance companies, which usually form the head office for the settlement of national and international payment transactions and have contracts with the card organizations, here Master and Visacard. The acquirer ultimately collects the payment from the data-transmitted (credit card) account of the end customer and initially collects it, for all his customers (merchants), on an escrow

account. Here, the amounts unduly charged to the credit card holders were transferred for the first time to the account of a third party and collected by third parties.

In the present case, the Web.Ops network used the German acquirers Nexi Germany Gesellschaft mit beschränkter Haftung (formerly Concardis Gesellschaft mit beschränkter Haftung), Payone Gesellschaft mit beschränkter Haftung (formerly B&S Cardservice Gesellschaft mit beschränkter Haftung) and Wirecard Aktiengesellschaft or Wirecard Bank AG (now insolvent or in liquidation). To the extent that Unzer E-Com Gesellschaft mit beschränkter Haftung has also carried out technical processing for its Luxembourg subsidiary, Unzer Luxembourg S.A., these transactions are not, at least at present, the subject of the current investigation, but rather of the investigations conducted in Luxembourg.

In addition to a contract with the technical processor, the merchant retailer concludes an additional contract with the acquirer. This is a so-called acceptance agreement.

By using the improperly obtained credit card data on the bogus websites, the accused initiate a data processing process, at the end of which the credit card is charged and which thus has a financial relevance.

If a payment transaction is initiated with a credit card in online commerce, the data entered there of the cardholder who allegedly initiated the payment transaction is forwarded to the acquirer, the merchant bank, via a technical service provider, as described in step 1. They verify the data with the credit card provider, i.e. in this case with Visa or Mastercard. The authorization points of Visa or Mastercard then check the card data at the so-called issuer (the card-issuing bank of the card holder, e.g. Sparkasse, Commerzbank etc.). There, a computer of the card issuing institution always checks, when the credit card is used, - regardless of the introduction of the 3D Secure procedure by implementation of the European Payment Services Directive (PSD2) on 13 January 2018 - the following parameters: first and last name, credit card number, the expiration date of the credit card and the three-digit or four-digit card verification number. The latter has the name "CVV" for "Card Validation Value" for the credit card organization VISA and the name "CVC" for "Card Verification Code" for the credit card organization Mastercard. The security code of the VISA or Mastercard credit card is located on the back of the card in the immediate vicinity of

the signature field. While the name and the credit card number make it easier to assign an account for the payment process, the card verification number is especially used for customer authentication, since this number is only on the credit card. The verification code of the credit card thus fulfills a similar purpose in the area of distance transactions as the PIN in face-to-face transactions. Against the background of these payment modalities, the credit card issuing institution - as in the case of payments with the credit card on the Internet - checks not only the name, credit card number and expiry date of the credit card, but also the validation number and thus the authorization of the party who initiated the electronic payment transaction.

3. Step 3: Distribution via the domestic money laundering network of the accused

After the monthly amounts were received in the Acquirer's escrow accounts, they were not, as is customary, paid directly to the relevant online merchants and supposed operating companies of the websites, but rather divided up via various elaborate financial constructs using a large number of other bogus companies and (escrow) accounts, recombined and - after deduction of the costs incurred for the operation of the system - ultimately transferred primarily to accounts in Canada and the USA, although the companies had their registered offices in Europe.

**IV. Infiltration of the financial system of the Federal Republic of Germany**

In order to make the above-mentioned payment process for the collection of the fraudulent funds possible at all and to give the networks access to the German payment system, the network operators infiltrated, with the aid of the services of the accused, Mr Weigand and his employees, the payment service providers established in the Federal Republic of Germany and supervised by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority). In each of the payment service providers involved, they installed, in particular, staff in senior positions and/or bodies of the relevant institution, working in collusion with them. As a result, the accused succeeded – according to their plan and overriding interest – in creating a shadow financial system in which they used authorized European payment service providers and specially created bogus companies as vehicles for the collection and transfer of criminal funds. The network managers, together with the accused Ruben Weigand and his employees, created a kind of "bank in the bank" within each payment service provider (Concardis Gesellschaft mit beschränkter

EXT-GARRONI-00690

Haftung: "Digital Services Department", Unzer Group: in particular "settlement solution", Wirecard Aktiengesellschaft: "Sales Digital"), which they effectively brought under their control.

In particular, the suspects colluded with the following persons within the German payment service providers:

## 1. Concardis Gesellschaft mit beschränkter Haftung (Jan Marcinkowski, Nelson Burtnik)

During the period of the offense, Concardis Gesellschaft mit beschränkter Haftung created a "Digital Services" department whose remit almost entirely consisted of the onboarding, monitoring and payment processing of the traders brokered by the accused Ruben Weigand from the high-risk portfolio.

Between January 2015 and March 2020, the accused Marcinkowski worked for Concardis Gesellschaft mit beschränkter Haftung in various functions in the Risk Management department. Most recently, he was employed in a managerial function at the Concardis Gesellschaft mit beschränkter Haftung and acted in the "Digital Services" department as a team manager in Risk Management / Digital Services and then worked for quite some time as an external consultant. His core tasks included the implementation and further development of the Risk Client Onboarding Due Diligence audits as well as the risk assessment of existing and potential customers, and the analysis of the risk sectors.

The accused Marcinkowski, was one of the primary contacts of the accused Weigand and Korcaj, and of the "WebOps" and "FSX" networks during his employment with the Concardis Gesellschaft mit beschränkter Haftung. From these, he received the KYC documents and arranged the activation of the merchants in the Concardis system. In particular, he pointed out possible sources of error to the accused Ruben Weigand and his staff and completed some information himself using "pdf-Creator". In addition, he was also responsible for the care of the brokered dealers.

It is apparent in particular from the correspondence seized within the Concardis Gesellschaft mit beschränkter Haftung that the accused Marcinkowski was aware of the illegality of the transactions during his period of activity. In an internal email, he

EXT-GARRONI-00691

refers to the merchants in the Digital Services portfolio as "scam kind of merchant" and "recurring scammers" and "trial scammers". However, the accused Marcinkowski protected the merchants against third parties and gave the networks advice to minimize the risk of discovery. For example, he advised blocking individual countries, such as the Scandinavian countries. In addition, he advised that payments made by German credit cards should be handled preferably by a foreign payment service provider. This advice was based on his previous experience with German investigative authorities, which carried out investigative acts with the German acquirer in cases where the victim of the e-commerce fraud and the acquirer were based in Germany. He also noticed that there were cases within the networks in which a credit card was used with several merchants in a network. He pointed out that in future it would be better to no longer use a credit card for several merchants, but only for one "legal entity". This shows that the credit cards used to process payments with the Concardis Gesellschaft mit beschränkter Haftung were imported by the operators of the websites themselves. In normal commercial transactions, it is the customer who decides where to use his credit card and not the merchant.

In March 2020, the credit card company Visa Card informed Concardis Gesellschaft mit beschränkter Haftung of a fraud attack by an FSX merchant. Subsequently, the accused Marcinkowski and his colleague Thomas Gregory exchanged views on the question. In the correspondence, the accused Marcinkowski pointed out that there were a number of problems with FSX merchants in relation to fraud reports. The accused, Marcinkowski, stressed that he was not sure how long the FSX business could be protected ("so not sure how long we can protect their business any longer").

Furthermore, it is apparent from the special audit report under section 19 ZAG (Payment Services Supervision Act), commissioned by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority) and drawn up by the auditing firm Flick Gocke Schaumburg (hereinafter FGS), that the accused Marcinkowski largely signed the contracts with the online merchants brokered by the accused Ruben Weigand, without having carried out a proper dealer audit. He did not meet the requirements for the Know-Your-Customer process set out in sections 10 to 17 of the Anti-Money Laundering Act.

The accused Nelson Burtnick was likewise employed by Concardis Gesellschaft mit beschränkter Haftung during the period from February 2019 to at least the end of 2022. He also held a senior position as Commercial Director Digital Service. The employment periods of the accused Nelson Burtnick and Jan Marcinkowski overlapped. In fact, after the departure of the accused Nelson Burtnick became the primary point of contact for the accused Ruben Weigand and his associates. In addition to attracting new customers, his main tasks included checking them and deciding whether to admit them to the Concardis system.

According to the results of the investigation, the accused Burtnick is a criminal already convicted in connection with the processing of credit card transactions in the US. In 2009, for example, the accused Burtnick was employed as head of the payment processing division at the online gambling provider "Full Tilt Poker", which is based on the French (sic!) Channel Island of Alderney. On 13 October 2006, the "Unlawful Internet Gambling Enforcement Act" was passed in the US, which prohibited the above-mentioned online gambling provider from continuing to offer its services in the US. This ban was not followed by "Full Tilt Poker". In the course of his work, the accused Nelson Burtnick developed, in cooperation with the German payment service provider Inatec Solutions Gesellschaft mit beschränkter Haftung, a possibility to collect the credit card payments in connection with "Full Tilt Poker" despite the ban and to conceal their origin. For example, the online gambling provider, with the support of payment service providers, obscured American customers' credit card transactions through a variety of externally legitimate online retailers and their websites. Credit card transactions from illegal gambling were disguised and processed via false websites as an order for golf balls, for example. The procedure developed by the accused Nelson Burtnick is comparable to the modus operandi of the Eaze complex. The accused Burtnick was arrested by the US authorities in August 2012 and he pleaded guilty in September 2012 to charges of conspiracy, money laundering and illegal gambling. The criminal charges against the accused Burtnick show that he has in-depth knowledge of how to create credit card acceptance, which was also of central importance for the networks "WebOps" and "FSX".

From the analysis of the communication seized within the Concardis Gesellschaft mit beschränkter Haftung, it appears that the accused Burtnick significantly promoted the

EXT-GARRONI-00693

growth of the networks ("they need to grow faster"). He also provided for the onboarding of the merchants. In addition, it is clear from the company's internal correspondence that the accused Burtnick was aware of the links between the companies within the networks. He explained to a colleague when asked that FSX, Silverton Systems and Bill1st were ultimately one entity. As already indicated above, he also corresponded with the accused Marcinkowski on minimizing the risk of discovery.

Insofar as there were critical inquiries from employees within the Digital Services team, or employees pointed out inconsistencies, the accused Nelson Burtnick ensured that such information was not pursued further. He made it clear to employees that these critical demands would destroy the business ("Are we wanting to kill our business?"). It also emerges from a private chat between the accused Ruben Weigand and the accused Marcinkowski that the accused Nelson Burtnick - over and above the payments made by his employer - received money in return for his support ("I think he is accepting it, he needs the money").

## 2. Unzer E-Com Gesellschaft mit beschränkter Haftung (Jan Mirko Hüllemann)

The accused Jan Mirko Hüllemann is a former employee of Wirecard Aktiengesellschaft, who founded the former heidelpay Gesellschaft mit beschränkter Haftung with headquarters in Heidelberg in 2003, which became the heidelpay Group in 2016. According to his own statements, the accused Hüllemann has been dealing with payment and platforms for over 20 years and was CEO of the Heidelpay Group until 2021. Since 2020, the group has operated under the name "Unzer", which now includes 13 domestic and foreign companies.

The accused Hüllemann is closely associated with the accused Ruben Weigand both commercially and privately. In 2020, he publicly referred to him as part of his family and offered to provide bail of EUR 800,000.00 in connection with the detention of Weigand in the United States. In addition, the accused Hüllemann has placed the headquarters of his foundation, which after the sale of the shares to the American investor "KKR", manages the family assets of the Hüllemann family, at the residence of the parents of Weigand in Molsberg in the Westerwald and made the accused Quintus Weigand a board member. In addition, the accused Hüllemann and Weigand jointly hold shares in the companies Payinn Gesellschaft mit beschränkter Haftung,

Yuncai Seven Société anonyme and Black Everest AG as shareholders. Finally, the "Blitz deal" between the Market Advisors Gesellschaft mit beschränkter Haftung and the Unzer Group, already described in the opening note, was initiated by the accused Ruben Weigand and Mirko Hüllemann.

The Unzer Group provided different services to the merchants of the "WebOps" and "FSX" networks. On the one hand, Unzer E-com Gesellschaft mit beschränkter Haftung provided technical services as a payment gateway provider (non-collecting) for the merchants of both networks. In addition, the accused Ruben Weigand and Mirko Hüllemann established the so-called settlement solution, an instrument for digital money laundering, in the Unzer Gesellschaft mit beschränkter Haftung.

The settlement solution is a virtual account application for managing transactions and funds. According to the Unzer E-Com Gesellschaft mit beschränkter Haftung towards the special auditors appointed by Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin, Federal Financial Supervisory Authority), it was created for merchants who had always had difficulty finding stable payment and banking solutions due to social conventions. The product was thus used for customers of the "gambling" and "adult entertainment" industries (dating websites, websites with pornographic content). In fact, this led to the merchants brokered by the accused Ruben Weigand to the Unzer E-Com Limited Company being given access to their accounts via a virtual online platform of the Unzer E-Com Limited Company. The merchants were thus able to transfer funds at home and abroad independently via this access option, but the relevant recipient institution did not recognize the online merchant as the payment-initiating company, but rather the German payment service provider Unzer E-Com Gesellschaft mit beschränkter Haftung. There is a suspicion that the accused installed the settlement solution in Unzer E-Com solely for the purpose of creating a technical hub for the brokered merchants to conceal the incriminated amounts. Under the cover of the Unzer Group, those responsible for the networks were thus able to transfer the proceeds of their fraudulent activities to accounts around the world as they liked, without attracting any attention.

In addition, Unzer Luxembourg S.A. provided pooling accounts with Hamburg Commercial Bank, which were used the merchants of the WebOps and FSX networks to conceal the fraudulent funds collected through the Concardis

Gesellschaft mit beschränkter Haftung and the Payone Gesellschaft mit beschränkter Haftung.

As a result, there are **three core allegations**

- the provision of **technical services to collect** fraudulently obtained credit card payments,

- the creation, maintenance and use of a **technical money laundering vehicle** which conceals the sender of a transaction,

- the **making available of pooling accounts located in Germany**, to mix up and disguise the origin of the criminal funds already received and transferred for the purpose of money laundering.

These acts were carried out by the companies of the Unzer Group after the outcome of the investigation at the instigation of the accused Hüllemann. In particular, he ignored a large number of internal warnings from his employees regarding the online retailers brokered by the accused Ruben Weigand. Hüllemann also deliberately ignored the weak points on money laundering prevention identified by an external legal adviser and merely pointed out that the users knew their customers and that further mechanisms for prevention were not necessary.

According to the results of the investigation, the accused Hüllemann established the settlement solution solely at the instigation of the accused Ruben Weigand. On 28 August 2017, a meeting took place between several representatives of the Unzer Group (then still Heidelpay) and the accused Weigand in the so-called "Heid's" in Heidelberg. In this context, the accused Weigand expressed the idea of an account solution for the traders he brokered (the later "settlement solution"). A primary user of this settlement solution would be the merchants brokered under the "WebOps" division.

The fact that the accused Hüllemann was aware of the background and the modus operandi applied with the networks by the accused Ruben Weigand is impressively evident from a conversation monitored in the course of a telephone surveillance in the time context of the seizure of the claim of the Market Advisors Gesellschaft mit beschränkter Haftung in the amount of EUR 19,772,174.00. On 17 October 2022, the

accused Ruben Weigand and Mirko Hüllemann held a telephone conversation via "classical channels", because there were problems with telephony via the messenger service "Telegram". In the course of this conversation, they exchanged views on the allegations underlying the confiscation decision and the state of knowledge of the investigating authorities. Hüllemann tried to play down the information available to the investigating authorities and stressed that there could not really be much in the investigation file about Weigand. He went on to say, "Unless it said, 'Yes... Mr Ruben Weigand himself was the merchants, and paid himself and he laundered the money through the banking solution.'" Immediately after this statement, the accused Ruben Weigand pointed out to the accused Hüllemann that the telephone call was a "quite normal (and thus interceptable) telephone call" and hung up angrily. By his statement, the accused Hüllemann had hit the heart of the investigation so far. Furthermore, it is apparent from the special audit report drawn up by the auditing firm KPMG on behalf of BaFin that the accused Hüllemann removed evidence. For example, individual data carriers of the accused Hüllemann were first inventoried for the purpose of inspection by the IT service provider of the Unzer Group for the appointed auditors and shortly afterwards removed by employees of one of the associated companies. An inspection of the data carriers belonging to the accused Hüllemann and used for business purposes was therefore not possible.

It is true that, according to the results of the investigation, no direct payments from the network operators to the accused Hüllemann have been established so far. However, the sale of the Unzer Group's shares to the American investor "KKR," which is on record and took place during the period in question, demonstrates the monetary significance of the business relationship for the accused Hüllemann personally. It is apparent from the documents submitted by Unzer Gesellschaft mit beschränkter Haftung that the relevant indicator for determining the sale price was the number of transactions carried out by the Unzer Group. Furthermore, it is apparent from private communication on the mobile phone of the accused Ruben Weigand via the 'Telegram' messaging service that the transaction volume of the Unzer Group during the period relevant for determining the value of the company – without KKR's knowledge – increased and thus misled the investor. In fact, the accused Mirko Hüllemann benefited privately from the sale of the shares and received an amount of over EUR 60,000,000.

### 3. Wirecard Aktiengesellschaft v Wirecard Bank AG (Jan Marsalek, Brigitte Häuser-Axtner, Markus Fuchs)

It is apparent from the communication seized from Wirecard Aktiengesellschaft that the WebOps merchants were supervised almost exclusively by the former board of directors of Wirecard Aktiengesellschaft, the accused Jan Marsalek, the former "Vice President Digital Sales of Wirecard Aktiengesellschaft", the accused Brigitte Häuser-Axtner and the senior employee of the "Digital Sales" department, the accused Markus Fuchs. According to an internal e-mail from Wirecard Aktiengesellschaft, contact with the accused Akhavan was "exclusively through Jan, Brigitte and Markus".

The communication between the accused Akhavan and Marsalek shows that they have a long-standing, close and trusting friendship. For example, the accused Marsalek referred to the accused Akhavan as a very good friend to third parties and even regularly addressed him in business emails with the nicknames "Darling" and "Brother". In addition, the initial communication between the accused Akhavan and Marsalek is very open. Here, the accused Marsalek expressly asked the accused Akhavan to send him a first application for one of the fake sites he operated, so that he could already begin the onboarding. In detail, the wording is:

*"Can you send me an application for one of your (fake) sites - I can then start boarding the stuff."*

The accused Marsalek was thus aware that the websites operated by the network of the accused Akhavan existed only on a fake basis. Nevertheless, the accused Marsalek arranged for Wirecard Aktiengesellschaft, which he (co-)managed, to provide payment services over several years for the subscription generated via the Akhavan websites and to make a large number of business accounts available. The statements made by witness ████████ before the German Bundestag's Third Investigation Committee on the "Wirecard scandal" on 4 March 2021, as well as her supplementary statements on 5 March 2021, in proceedings 7500 UJs 425127/20 of the Public Prosecutor's Office of Munich I, also reveal that the accused Marsalek, Akhavan, and Weigand worked closely together and collected criminal funds, which they then laundered via prepaid credit cards, among other methods. Witness ████ referred to "Jan, Ray and Ruben" as "all the same", i.e. as an entity.

The accused Häuser-Axtner acted as the right hand of the accused Marsalek in relation to the WebOps network. So, he asked her to contact the accused Akhavan in problem cases. In addition, she informed the accused about the current status of his online merchants, in particular with regard to the chargeback and fraud rates, answered business-related questions, introduced him to new potential business partners and prepared cash payments as requested. For example, in 2017 she "again" arranged for the payment of a cash amount of EUR 500,000, without further questioning this.

The following is particularly noticeable with regard to the subjective component. Prior to using the services of the Animo and WBG group referred to above to obtain bogus merchants, straw-man managers and KYC documents, Akhavan used, in particular, the services of the UK EMB Management Solutions Limited and Brinken Merchant Incorporations Limited, of which Simon Peter Dowson, a UK national, was the managing director, in 2010. The accused Akhavan ceased to cooperate with the above-mentioned company, in particular because the company's business model became known in the press over the years. Investigative research found that the Dowson companies had appointed over 400 people from the small British town of Consett as managing directors and shareholders. In addition to Simon Dowson, the accused Brigitte Häuser-Axtner was also a shareholder of the above-mentioned Brinken Merchant Incorporations Limited. In addition, this was likewise discussed in public. Nevertheless, the accused Brigitte Häuser-Axtner did not stop her support for the WebOps network, but she rather continued it.

The accused Markus Fuchs was the operative person within Wirecard Aktiengesellschaft for processing payments of the WebOps network. In the report of suspicion dated 9 July 2020 (VMA 2020.008959), which was submitted a few days after the filing of the insolvency proceedings of Wirecard Aktiengesellschaft, the accused Markus Fuchs is described as a contact person to the more than 200 online merchants of the Akhavan network. In the present case, the essential task of the accused Fuchs was the onboarding and the conducting of the so-called underwriting process. To fulfill this task, the accused had direct contact with the various persons in the WebOps network, in addition to the accused Akhavan, in particular with the accused Cruz, who was responsible for obtaining the KYC documents from the service providers Animo and WBG.

EXT-GARRONI-00699

In addition to onboarding, however, the accused Fuchs was also responsible for transaction monitoring. The e-mails seized show that he sometimes also directly approached the accused Mourid directly to technically cancel or reverse transactions. He also took care of opening the accounts for the FSX and WebOps networks, which were subsequently used for money laundering purposes.

The accused *[Fuchs]* is also close friends with the accused Ruben Weigand and - like the co-accused Hüllemann - was one of the persons who offered the accused Ruben Weigand the provision of bail in the six-figure range.

### 4. Payone Gesellschaft mit beschränkter Haftung

The identification of the persons acting within the Payone Gesellschaft mit beschränkter Haftung is still ongoing

### C. Loss calculation and identification of subscriptions faked by the FSX network

The fake subscriptions created by the operators of the FSX network, the credit cards that were wrongfully charged, and the resulting losses were determined based on the transaction lists provided by the payment service provider Unzer E-Com Gesellschaft mit beschränkter Haftung, Concardis Gesellschaft mit beschränkter Haftung and Wirecard Aktiengesellschaft regarding the relevant fake merchants in the network.

In the course of using the service of the above-mentioned payment service providers, a large amount of information on each individual transaction, i.e. on each credit card charge, was collected there. When charging the victims' credit cards and collecting the funds, the service provider recorded not only the credit card number, the relevant monthly amount, the date of the charge, and the website that the customer was supposed to have used, but also, in some cases, additional information about the customer's identity (first name, last name, email address, place of residence). In the course of the investigation, it was thus possible to determine **when and in what amount a subscription was falsely created on a fake website operated by the accused, and which credit card was charged.**

**In favor of the accused, it was assumed that fraud was not committed in relation to each transaction, but rather only in relation to each subscription.**

**From a realistic perspective, the credit card details used fraudulently are actively entered, for taking out the fake subscription, manually via an interface or through the use of an affiliate service on the fake websites that are the subject of the proceedings, and the subscription is taken out for the first time. It cannot be assumed that the perpetrators will repeatedly decide to commit the offense and carry out new acts each month for a fake subscription that already exists. Rather, each additional monthly debit is likely to follow an automated process and merely constitutes a continuation of the wrongdoing, but not a new offense.**

In cases where, for data protection reasons, the payment service provider was only able to provide a masked credit card number, i.e., one that was only partially visible, the visible parts of the card number were checked and, in cases where the digits in the visible first and last digits matched, **it was also assumed in favor of the accused that that this was also merely one credit card number and not different credit card numbers, and thus only one subscription rather than several subscriptions.**

**Insofar as the accused submitted transactions to the payment service provider but these could not be executed because, for example, the credit card number was already out of date or the credit card limit had been exceeded, this constitutes only attempted (computer) fraud, as no debit was ultimately made, but the accused did everything necessary to achieve this.**

In particular, the following websites were used to fake the following subscriptions, unlawfully charge credit cards and collect incriminated funds by the accused of the network.

## I. Loss calculation for subscriptions collected via the acquirer Concardis Gesellschaft mit beschränkter Haftung

**1. absolutesingles.com (cases 4,364,750 to 4,402,836)**

Completion (cases 17,577,059 to 17,581,329)

EXT-GARRONI-00701

The accused operated the website absolutesingles.com via the bogus merchant Terranueva Development Limited. Using this website, they faked a total of 4,271 subscriptions and charged 15,094 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 March 2019 to 25 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.17 up to a maximum of EUR 1,212.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 233,114.18** was incurred via the website absolutesingles.com at the expense of 4,271 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Terranueva Development Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,577,059 to 17,581,329.

Attempt (cases 4,368,553 to 4,402,836)

In addition, the accused submitted a further 34,284 fake subscriptions for the website absolutesingles.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 425,363.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,368,553 to 4,402,836.

**2. adrenalinejunkiesmeet.com (cases 4,433,773 to 4,467,340)**

Completion (cases 4,433,773 to 4,436,850)

The accused operated the website adrenalinejunkiesmeet.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 3,667 subscriptions and charged 12,486 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 6 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,451.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,497.32** was incurred via the website adrenalinejunkiesmeet.com at the expense of 3,667 credit

card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,581,330 to 17,584,996.

Attempt (cases 4,436,851 to 4,467,340)

In addition, the accused submitted a further 30,490 fake subscriptions for the website adrenalinejunkiesmeet.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 348,840.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,436,851 to 4,467,340.

### 3. affectionnow.com (cases 17,584,997 to 17,588,582)

Completion (cases 17,584,997 to 17,588,582)

The accused operated the website affectionnow.com via the bogus merchant Tikbox Limited. Using this website, they faked a total of 3,586 subscriptions and charged 12,960 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 2 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.72 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 204,412.81** was incurred via the website affectionnow.com at the expense of 3,586 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tikbox Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,584,997 to 17,588,582.

Attempt (cases 4,470,367 to 4,499,333)

In addition, the accused submitted a further 28,967 fake subscriptions for the website affectionnow.com in the period from 24 October 2019 to 5 July 2021, which ultimately

did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 358,496.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,470,367 to 4,499,333.

## 4. afteralllovers.com (cases 17,588,583 to 17,595,262)

Completion (cases 17,588,583 to 17,595,262)

The accused operated the website afteralllovers.com via the bogus merchant Warner Internet Services Limited. Using this website, they faked a total of 6,680 subscriptions and charged 29,183 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 22 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,808.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 478,967.82** was incurred via the website afteralllovers.com at the expense of 6,680 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warner Internet Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,588,583 to 17,595,262.

## 5. agoodtimetodate.com (cases 17,595,263 to 17,598,104)

Completion (cases 17,595,263 to 17,598,104)

The accused operated the website agoodtimetodate.com via the bogus merchant Amber Development Sociedad Limitada (SI). Using this website, they faked a total of 2,842 subscriptions and charged 9,322 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 April 2020 to 26 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 927.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,482.80** was incurred via the website agoodtimetodate.com at the expense of 2,842 credit card holders. This

amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amber Development Sociedad Limitada (SI). The individual cases are listed in the table attached to the Arrest Warrant for cases 17,595,263 to 17,598,104.

Attempt (cases 4,501,428 to 4,522,764)

In addition, the accused submitted a further 21,337 fake subscriptions for the website agoodtimetodate.com in the period from 7 April 2020 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 247,532.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,501,428 to 4,522,764.

**6. ahundredtimesyes.com (cases 17,598,105 to 17,601,534)**

Completion (cases 17,598,105 to 17,601,534)

The accused operated the website ahundredtimesyes.com via the bogus merchant Brightlife Energy Limited. Using this website, they faked a total of 3,430 subscriptions and charged 11,280 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 26 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,028.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 179,622.27** was incurred via the website ahundredtimesyes.com at the expense of 3,430 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlife Energy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,598,105 to 17,601,534.

Attempt (cases 4,525,615 to 4,554,910)

In addition, the accused submitted a further 29,296 fake subscriptions for the website ahundredtimesyes.com in the period from 17 December 2019 to 5 July 2021, which

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 341,405.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,525,615 to 4,554,910.

## 7. alluringpersonals.com (cases 17,601,535 to 17,608,226)

Completion (cases 17,601,535 to 17,608,226)

The accused operated the website alluringpersonals.com via the bogus merchant Via Rosa Marketing Limited. Using this website, they faked a total of 6,692 subscriptions and charged 30,998 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,041.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 490,819.26** was incurred via the website alluringpersonals.com at the expense of 6,692 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Via Rosa Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,601,535 to 17,608,226.

## 8. anixiouslyawaitingyourlove.com (cases 17,608,227 to 17,611,812)

Completion (cases 17,608,227 to 17,611,812)

The accused operated the website anixiouslyawaitingyourlove.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 3,586 subscriptions and charged 12,369 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 17 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,088.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,712.16** was incurred via the website anixiouslyawaitingyourlove.com at the expense of 3,586

credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,608,227 to 17,611,812.

Attempt (cases 4,653,717 to 4,682,612)

In addition, the accused submitted a further 28,896 fake subscriptions for the website anixiouslyawaitingyourlove.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 352,763.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,653,717 to 4,682,612.

## 9. artistseeklove.com (cases 17,611,813 to 17,618,531)

Completion (cases 17,611,813 to 17,618,531)

The accused operated the website artistseeklove.com via the bogus merchant Fluffy Bunnies Limited. Using this website, they faked a total of 6,719 subscriptions and charged 29,601 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,893.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 465,943.32** was incurred via the website artistseeklove.com at the expense of 6,719 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fluffy Bunnies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,611,813 to 17,618,531.

## 10. artsypeoplemeet.com (cases 17,618,532 to 17,625,157)

Completion (cases 17,618,532 to 17,625,157)

The accused operated the website artsypeoplemeet.com via the bogus merchant Via Rosa Marketing Limited. Using this website, they faked a total of 6,626 subscriptions and charged 31,214 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,631.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 488,873.67** was incurred via the website artsypeoplemeet.com at the expense of 6,626 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Via Rosa Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,618,532 to 17,625,157.

**11. attractivesinglesdate.com (cases 17,625,158 to 17,628,990)**

Completion (cases 17,625,158 to 17,628,990)

The accused operated the website attractivesinglesdate.com via the bogus merchant Bulb Marketing Limited. Using this website, they faked a total of 3,833 subscriptions and charged 13,611 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 6 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,561.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,431.82** was incurred via the website attractivesinglesdate.com at the expense of 3,833 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bulb Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,625,158 to 17,628,990.

Attempt (cases 4,743,957 to 4,774,575)

In addition, the accused submitted a further 30,619 fake subscriptions for the website attractivesinglesdate.com in the period from 22 August 2019 to 5 July 2021, which

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 372,100.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,743,957 to 4,774,575.

## 12. availablefortruelove.com (cases 17,628,991 to 17,633,669)

Completion (cases 17,628,991 to 17,633,669)

The accused operated the website availablefortruelove.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 4,679 subscriptions and charged 16,739 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,249.29 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 250,128.38** was incurred via the website availablefortruelove.com at the expense of 4,679 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,628,991 to 17,633,669.

## 13. availablelocals.com (cases 17,633,670 to 17,638,131)

Completion (cases 17,633,670 to 17,638,131)

The accused operated the website availablelocals.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 4,462 subscriptions and charged 16,602 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 17 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,268.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 247,651.89** was incurred via the website

availablelocals.com at the expense of 4,462 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,633,670 to 17,638,131.

Attempt (cases 4,778,782 to 4,818,159)

In addition, the accused submitted a further 39,378 fake subscriptions for the website availablelocals.com in the period from 17 May 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 468,441.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,778,782 to 4,818,159.

**14. awakenlovenow.com (cases 17,638,132 to 17,643,643)**

Completion (cases 17,638,132 to 17,643,643)

The accused operated the website awakenlovenow.com via the bogus merchant Bawd Tyre Associates Limited. Using this website, they faked a total of 5,512 subscriptions and charged 25,051 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 February 2018 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 1,887.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 404,825.95** was incurred via the website awakenlovenow.com at the expense of 5,512 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bawd Tyre Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,638,132 to 17,643,643.

**15. bashfullovers.com (cases 17,643,644 to 17,646,909)**

<u>Completion (cases 17,643,644 to 17,646,909)</u>

The accused operated the website bashfullovers.com via the bogus dealer Tatras Marketing Ventures S.R.O. Using this website, they faked a total of 3,266 subscriptions and charged 11,564 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2021 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 956.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,861.24** was incurred via the website bashfullovers.com at the expense of 3,266 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tatras Marketing Ventures S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,643,644 to 17,646,909.

**16. beautifulbeginningsstarthere.com (cases 17,646,910 to 17,653,462)**

<u>Completion (cases 17,646,910 to 17,653,462)</u>

The accused operated the website beautifulbeginningsstarthere.com via the bogus merchant Timeline Marketing Limited. Using this website, they faked a total of 6,553 subscriptions and charged 27,293 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 23 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,139.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 438,330.09** was incurred via the website beautifulbeginningsstarthere.com at the expense of 6,553 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timeline Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,646,910 to 17,653,462.

**17. bemyplusoneforever.com (cases 17,653,463 to 17,656,916)**

Completion (cases 17,653,463 to 17,656,916)

The accused operated the website bemyplusoneforever.com via the bogus merchant Intellijet Limited. Using this website, they faked a total of 3,454 subscriptions and charged 11,619 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 27 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,317.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,356.37** was incurred via the website bemyplusoneforever.com at the expense of 3,454 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intellijet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,653,463 to 17,656,916.

Attempt (cases 4,968,709 to 4,996,357)

In addition, the accused submitted a further 27,649 fake subscriptions for the website bemyplusoneforever.com in the period from 24 October 2019 to 7 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 337,706.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,968,709 to 4,996,357.

## 18. blissfullovers.com (cases 17,656,917 to 17,660,166)

Completion (cases 17,656,917 to 17,660,166)

The accused operated the website blissfullovers.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,250 subscriptions and charged 10,749 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,209.75 were incurred for each fake subscription. In the

above-mentioned period, a total loss of **EUR 159,572.11** was incurred via the website blissfullovers.com at the expense of 3,250 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,656,917 to 17,660,166.

Attempt (cases 5,066,548 to 5,093,057)

In addition, the accused submitted a further 26,510 fake subscriptions for the website blissfullovers.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,491.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,066,548 to 5,093,057.

**19. bluedatingclub.com (cases 17,660,167 to 17,667,037)**

Completion (cases 17,660,167 to 17,667,037)

The accused operated the website bluedatingclub.com via the bogus merchant Seneca Desgins Limited. Using this website, they faked a total of 6,871 subscriptions and charged 30,881 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 September 2016 to 18 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,225.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 490,663.84** was incurred via the website bluedatingclub.com at the expense of 6,871 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seneca Desgins Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,660,167 to 17,667,037.

**20. bluelivesfindlove.com (cases 17,667,038 to 17,673,202)**

<u>Completion (cases 17,667,038 to 17,673,202)</u>

The accused operated the website bluelivesfindlove.com via the bogus merchant Amazing People Limited. Using this website, they faked a total of 6,165 subscriptions and charged 26,653 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 April 2018 to 22 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,057.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 432,543.30** was incurred via the website bluelivesfindlove.com at the expense of 6,165 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amazing People Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,667,038 to 17,673,202.

**21. bodybuilderromance.com (cases 17,673,203 to 17,680,011)**

<u>Completion (cases 17,673,203 to 17,680,011)</u>

The accused operated the website bodybuilderromance.com via the bogus merchant Trezco Limited. Using this website, they faked a total of 6,809 subscriptions and charged 29,931 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 28 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,080.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 487,280.51** was incurred via the website bodybuilderromance.com at the expense of 6,809 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trezco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,673,203 to 17,680,011.

**22. bucketofloveonline.com (cases 17,680,012 to 17,683,712)**

Completion (cases 17,680,012 to 17,683,712)

The accused operated the website bucketofloveonline.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 3,701 subscriptions and charged 13,127 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.02 up to a maximum of EUR 1,343.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,317.84** was incurred via the website bucketofloveonline.com at the expense of 3,701 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,680,012 to 17,683,712.

Attempt (cases 5,172,096 to 5,202,720)

In addition, the accused submitted a further 30,625 fake subscriptions for the website bucketofloveonline.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 365,608.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,172,096 to 5,202,720.

**23. candidlovershangout.com (cases 17,683,713 to 17,690,352)**

Completion (cases 17,683,713 to 17,690,352)

The accused operated the website candidlovershangout.com via the bogus merchant Cookies & Cream Limited. Using this website, they faked a total of 6,640 subscriptions and charged 30,614 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,756.43 were incurred for each fake

subscription. In the above-mentioned period, a total loss of **EUR 504,966.31** was incurred via the website candidlovershangout.com at the expense of 6,640 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cookies & Cream Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,683,713 to 17,690,352.

## 24. cantlivewithoutyounow.com (cases 17,690,353 to 17,696,936)

Completion (cases 17,690,353 to 17,696,936)

The accused operated the website cantlivewithoutyounow.com via the bogus merchant Timeline Marketing Limited. Using this website, they faked a total of 6,584 subscriptions and charged 28,769 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,046.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 461,904.48** was incurred via the website cantlivewithoutyounow.com at the expense of 6,584 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timeline Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,690,353 to 17,696,936.

## 25. caseofthelovebug.com (cases 17,696,937 to 17,701,657)

Completion (cases 17,696,937 to 17,701,657)

The accused operated the website caseofthelovebug.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 4,721 subscriptions and charged 16,501 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2017 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,233.93 were incurred for each fake subscription. In the

above-mentioned period, a total loss of **EUR 244,706.82** was incurred via the website caseofthelovebug.com at the expense of 4,721 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,696,937 to 17,701,657.

Attempt (cases 5,400,913 to 5,437,993)

In addition, the accused submitted a further 37,081 fake subscriptions for the website caseofthelovebug.com in the period from 17 May 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 460,687.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,400,913 to 5,437,993.

## 26. charmedbyyourwit.com (cases 17,701,658 to 17,705,649)

Completion (cases 17,701,658 to 17,705,649)

The accused operated the website charmedbyyourwit.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 3,992 subscriptions and charged 14,176 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 23 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 219,525.67** was incurred via the website charmedbyyourwit.com at the expense of 3,992 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,701,658 to 17,705,649.

Attempt (cases 5,624,287 to 5,655,765)

In addition, the accused submitted a further 31,479 fake subscriptions for the website charmedbyyourwit.com in the period from 28 June 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 393,414.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,624,287 to 5,655,765.

### 27. cherishmyloveforyou.com (cases 17,705,650 to 17,709,337)

Completion (cases 17,705,650 to 17,709,337)

The accused operated the website cherishmyloveforyou.com via the bogus merchant Styx Marketing Limited. Using this website, they faked a total of 3,688 subscriptions and charged 12,834 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 27 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,189.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,639.66** was incurred via the website cherishmyloveforyou.com at the expense of 3,688 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Styx Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,705,650 to 17,709,337.

Attempt (cases 5,782,845 to 5,811,860)

In addition, the accused submitted a further 29,016 fake subscriptions for the website cherishmyloveforyou.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 345,292.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,782,845 to 5,811,860.

## 28. circleoftrustdating.com (cases 17,709,338 to 17,713,424)

Completion (cases 17,709,338 to 17,713,424)

The accused operated the website circleoftrustdating.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 4,087 subscriptions and charged 14,025 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 June 2019 to 14 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,344.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 226,321.94** was incurred via the website circleoftrustdating.com at the expense of 4,087 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,709,338 to 17,713,424.

Attempt (cases 5,858,481 to 5,891,345)

In addition, the accused submitted a further 32,865 fake subscriptions for the website circleoftrustdating.com in the period from 26 June 2019 to 7 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 388,938.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,858,481 to 5,891,345.

## 29. closethebookonloneliness.com (cases 17,713,425 to 17,716,956)

Completion (cases 17,713,425 to 17,716,956)

The accused operated the website closethebookonloneliness.com via the bogus merchant Casca Creations Limited. Using this website, they faked a total of 3,532 subscriptions and charged 12,514 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 26 November

2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,219.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 201,719.11** was incurred via the website closethebookonloneliness.com at the expense of 3,532 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Casca Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,713,425 to 17,716,956.

Attempt (cases 5,923,114 to 5,951,013)

In addition, the accused submitted a further 27,900 fake subscriptions for the website closethebookonloneliness.com in the period from 25 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 350,842.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,923,114 to 5,951,013.

**30. coffeeandbookdating.com (cases 17,716,957 to 17,721,339)**

Completion (cases 17,716,957 to 17,721,339)

The accused operated the website coffeeandbookdating.com via the bogus merchant RBW Associates Limited. Using this website, they faked a total of 4,383 subscriptions and charged 15,108 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 March 2019 to 27 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,548.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 243,378.66** was incurred via the website coffeeandbookdating.com at the expense of 4,383 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RBW Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,716,957 to 17,721,339.

Attempt (cases 5,995,822 to 6,028,715)

In addition, the accused submitted a further 32,894 fake subscriptions for the website coffeeandbookdating.com in the period from 26 March 2023 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 407,092.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,995,822 to 6,028,715.

### 31. comefallinloveagain.com (cases 17,721,340 to 17,727,911)

Completion (cases 17,721,340 to 17,727,911)

The accused operated the website comefallinloveagain.com via the bogus merchant Ridge Marketing Limited/E-Com Limited. Using this website, they faked a total of 6,572 subscriptions and charged 28,807 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 2,032.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 451,265.62** was incurred via the website comefallinloveagain.com at the expense of 6,572 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ridge Marketing Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,721,340 to 17,727,911.

### 32. comicfansfindlove.com (cases 17,727,912 to 17,732,271)

Completion (cases 17,727,912 to 17,732,271)

The accused operated the website comicfansfindlove.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 4,360 subscriptions and charged 14,743 individual monthly transactions to the credit cards of harmed

credit card holders in the period from 4 March 2019 to 14 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,560.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 244,687.54** was incurred via the website comicfansfindlove.com at the expense of 4,360 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,727,912 to 17,732,271.

Attempt (cases 6,220,383 to 6,255,603)

In addition, the accused submitted a further 35,221 fake subscriptions for the website comicfansfindlove.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 429,517.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,220,383 to 6,255,603.

**33. committedtolovingyou.com (cases 17,732,272 to 17,736,124)**

Completion (cases 17,732,272 to 17,736,124)

The accused operated the website committedtolovingyou.com via the bogus merchant Bulb Marketing Limited. Using this website, they faked a total of 3,853 subscriptions and charged 14,938 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 8 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 234,052.57** was incurred via the website committedtolovingyou.com at the expense of 3,853 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bulb Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,732,272 to 17,736,124.

Attempt (cases 6,258,846 to 6,290,430)

In addition, the accused submitted a further 31,585 fake subscriptions for the website committedtolovingyou.com in the period from 22 August 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,556.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,258,846 to 6,290,430.

## 34. confessingallmylovetoyou.com (cases 17,736,125 to 17,739,379)

Completion (cases 17,736,125 to 17,739,379)

The accused operated the website confessingallmylovetoyou.com via the bogus merchant Brightlife Energy Limited. Using this website, they faked a total of 3,255 subscriptions and charged 11,411 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.37 up to a maximum of EUR 1,354.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 185,126.19** was incurred via the website confessingallmylovetoyou.com at the expense of 3,255 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlife Energy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,736,125 to 17,739,379.

Attempt (cases 6,293,110 to 6,320,934)

In addition, the accused submitted a further 27,825 fake subscriptions for the website confessingallmylovetoyou.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 332,873.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,293,110 to 6,320,934.

**35. cornerstonedating.com (cases 17,739,380 to 17,745,638)**

Completion (cases 17,739,380 to 17,745,638)

The accused operated the website cornerstonedating.com via the bogus merchant Amazing People Limited. Using this website, they faked a total of 6,259 subscriptions and charged 27,474 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 April 2018 to 22 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,080.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 448,758.84** was incurred via the website cornerstonedating.com at the expense of 6,259 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amazing People Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,739,380 to 17,745,638.

**36. cravingyourlove.com (cases 17,745,639 to 17,748,854)**

Completion (cases 17,745,639 to 17,748,854)

The accused operated the website cravingyourlove.com via the bogus merchant Liu Societa A Responsabilita Limitata. Using this website, they faked a total of 3,216 subscriptions and charged 11,446 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 5 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,185.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,279.33** was incurred via the website cravingyourlove.com at the expense of 3,216 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liu Societa A

Responsabilita Limitata. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,745,639 to 17,748,854.

Attempt (cases 6,394,510 to 6,419,204)

In addition, the accused submitted a further 24,695 fake subscriptions for the website cravingyourlove.com in the period from 18 December 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 303,183.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,394,510 to 6,419,204.

**37. darlingdaters.com (cases 17,748,855 to 17,752,879)**

Completion (cases 17,748,855 to 17,752,879)

The accused operated the website darlingdaters.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 4,025 subscriptions and charged 13,991 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,185.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 222,269.75** was incurred via the website darlingdaters.com at the expense of 4,025 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,748,855 to 17,752,879.

Attempt (cases 6,485,801 to 6,517,993)

In addition, the accused submitted a further 32,193 fake subscriptions for the website darlingdaters.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being

paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,586.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,485,801 to 6,517,993.

**38. datesthatfeelright.com (cases 17,752,880 to 17,756,424)**

Completion (cases 17,752,880 to 17,756,424)

The accused operated the website datesthatfeelright.com via the bogus merchant Tikbox Limited. Using this website, they faked a total of 3,545 subscriptions and charged 11,937 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 11 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,366.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 194,144.55** was incurred via the website datesthatfeelright.com at the expense of 3,545 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tikbox Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,752,880 to 17,756,424.

Attempt (cases 6,672,717 to 6,701,061)

In addition, the accused submitted a further 28,345 fake subscriptions for the website datesthatfeelright.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 347,716.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,672,717 to 6,701,061.

**39. datingandpicnics.com (cases 17,756,425 to 17,759,908)**

Completion (cases 17,756,425 to 17,759,908)

The accused operated the website datingandpicnics.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 3,484 subscriptions and charged 12,572 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 945.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 191,143.65** was incurred via the website datingandpicnics.com at the expense of 3,484 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,756,425 to 17,759,908.

Attempt (cases 6,703,958 to 6,731,028)

In addition, the accused submitted a further 27,071 fake subscriptions for the website datingandpicnics.com in the period from 17 December 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 319,318.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,703,958 to 6,731,028.

**40. datingbadboys.com (cases 17,759,909 to 17,766,704)**

Completion (cases 17,759,909 to 17,766,704)

The accused operated the website datingbadboys.com via the bogus merchant Seneca Desgins Limited. Using this website, they faked a total of 6,796 subscriptions and charged 30,867 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 September 2016 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,018.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 477,263.74** was incurred via the website

datingbadboys.com at the expense of 6,796 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seneca Desgins Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,759,909 to 17,766,704.

## 41. datingforapurpose.com (cases 17,766,705 to 17,770,755)

Completion (cases 17,766,705 to 17,770,755)

The accused operated the website datingforapurpose.com via the bogus merchant North Internet Limited. Using this website, they faked a total of 4,051 subscriptions and charged 14,388 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,414.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 221,120.74** was incurred via the website datingforapurpose.com at the expense of 4,051 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for North Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,766,705 to 17,770,755.

Attempt (cases 6,734,525 to 6,767,850)

In addition, the accused submitted a further 33,326 fake subscriptions for the website datingforapurpose.com in the period from 2 July 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 403,426.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,734,525 to 6,767,850.

## 42. datingstrong.com (cases 17,770,756 to 17,777,756)

Completion (cases 17,770,756 to 17,777,756)

The accused operated the website datingstrong.com via the bogus merchant Seneca Designs Limited/E-Com. Using this website, they faked a total of 7,001 subscriptions and charged 31,371 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 September 2016 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,177.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 485,963.41** was incurred via the website datingstrong.com at the expense of 7,001 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seneca Designs Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,770,756 to 17,777,756.

## 43. defendtruelove.com (cases 17,777,757 to 17,784,362)

Completion (cases 17,777,757 to 17,784,362)

The accused operated the website defendtruelove.com via the bogus merchant Gadshill Online Marketing Limited. Using this website, they faked a total of 6,606 subscriptions and charged 27,481 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2018 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,274.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 447,924.75** was incurred via the website defendtruelove.com at the expense of 6,606 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gadshill Online Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,777,757 to 17,784,362.

## 44. destinedtofindlove.com (cases 17,784,363 to 17,787,517)

EXT-GARRONI-00729

<u>Completion (cases 17,784,363 to 17,787,517)</u>

The accused operated the website destinedtofindlove.com via the bogus merchant Suregrowth Limited. Using this website, they faked a total of 3,155 subscriptions and charged 11,164 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 27 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 999.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 171,651.21** was incurred via the website destinedtofindlove.com at the expense of 3,155 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suregrowth Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,784,363 to 17,787,517.

<u>Attempt (cases 6,899,606 to 6,926,132)</u>

In addition, the accused submitted a further 26,527 fake subscriptions for the website destinedtofindlove.com in the period from 17 December 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 325,160.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,899,606 to 6,926,132.

**45. deviousencounters.com (cases 17,787,518 to 17,791,752)**

<u>Completion (cases 17,787,518 to 17,791,752)</u>

The accused operated the website deviousencounters.com via the bogus merchant Terranueva Development Limited. Using this website, they faked a total of 4,235 subscriptions and charged 15,430 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 March 2019 to 23 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.82 up to a maximum of EUR 1,174.10 were incurred for each fake subscription. In

the above-mentioned period, a total loss of **EUR 235,037.87** was incurred via the website deviousencounters.com at the expense of 4,235 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Terranueva Development Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,787,518 to 17,791,752.

Attempt (cases 6,929,869 to 6,964,129)

In addition, the accused submitted a further 34,261 fake subscriptions for the website deviousencounters.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 421,380.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,929,869 to 6,964,129.

## 46. devotedtolovingyou.com (cases 17,791,753 to 17,798,533)

Completion (cases 17,791,753 to 17,798,533)

The accused operated the website devotedtolovingyou.com via the bogus merchant Foxy Media B.V.. Using this website, they faked a total of 6,781 subscriptions and charged 29,582 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 12 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,168.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 474,168.39** was incurred via the website devotedtolovingyou.com at the expense of 6,781 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Foxy Media B.V.. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,791,753 to 17,798,533.

## 47. doit4reallove.com (cases 17,798,534 to 17,802,847)

Completion (cases 17,798,534 to 17,802,847)

The accused operated the website doit4reallove.com via the bogus merchant Terranueva Development Limited. Using this website, they faked a total of 4,314 subscriptions and charged 14,072 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 March 2019 to 19 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 220,999.84 was incurred via the website doit4reallove.com at the expense of 4,314 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Terranueva Development Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,798,534 to 17,802,847.

Attempt (cases 7,044,369 to 7,078,803)

In addition, the accused submitted a further 34,435 fake subscriptions for the website doit4reallove.com in the period from 12 March 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 430,405.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,044,369 to 7,078,803.

## 48. dreamingofyoualways.com (cases 17,802,848 to 17,806,380)

Completion (cases 17,802,848 to 17,806,380)

The accused operated the website dreamingofyoualways.com via the bogus merchant Host-It Limited. Using this website, they faked a total of 3,533 subscriptions and charged 12,279 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89

EXT-GARRONI-00732

up to a maximum of EUR 1,176.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 193,969.45** was incurred via the website dreamingofyoualways.com at the expense of 3,533 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Host-It Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,802,848 to 17,806,380.

Attempt (cases 7,120,312 to 7,149,799)

In addition, the accused submitted a further 29,488 fake subscriptions for the website dreamingofyoualways.com in the period from 24 October 2019 to 7 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 342,200.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,120,312 to 7,149,799.

**49. eagerforlove.com (cases 17,806,381 to 17,810,335)**

Completion (cases 17,806,381 to 17,810,335)

The accused operated the website eagerforlove.com via the bogus merchant Russell Trading Sociedad Limitada. Using this website, they faked a total of 3,955 subscriptions and charged 14,195 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 March 2019 to 13 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,199.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 219,144.81** was incurred via the website eagerforlove.com at the expense of 3,955 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Russell Trading Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,806,381 to 17,810,335.

Attempt (cases 7,153,327 to 7,183,845)

In addition, the accused submitted a further 30,519 fake subscriptions for the website eagerforlove.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 375,876.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,153,327 to 7,183,845.

### 50. eagersoulsearch.com (cases 17,810,336 to 17,816,466)

Completion (cases 17,810,336 to 17,816,466)

The accused operated the website eagersoulsearch.com via the bogus merchant Amazing People Limited. Using this website, they faked a total of 6,131 subscriptions and charged 25,690 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 April 2018 to 22 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,719.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 445,487.29** was incurred via the website eagersoulsearch.com at the expense of 6,131 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amazing People Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,810,336 to 17,816,466.

### 51. enamoredwithyou.com (cases 17,816,467 to 17,820,175)

Completion (cases 17,816,467 to 17,820,175)

The accused operated the website enamoredwithyou.com via the bogus merchant Styx Marketing Limited. Using this website, they faked a total of 3,709 subscriptions and charged 12,697 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 25 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.02

up to a maximum of EUR 1,401.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 204,485.24** was incurred via the website enamoredwithyou.com at the expense of 3,709 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Styx Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,816,467 to 17,820,175.

Attempt (cases 7,228,253 to 7,259,402)

In addition, the accused submitted a further 31,150 fake subscriptions for the website enamoredwithyou.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 365,975.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,228,253 to 7,259,402.

**52. endlessgardenoflove.com (cases 17,820,176 to 17,823,801)**

Completion (cases 17,820,176 to 17,823,801)

The accused operated the website endlessgardenoflove.com via the bogus merchant Edge Internet Limited. Using this website, they faked a total of 3,626 subscriptions and charged 12,631 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 October 2019 to 20 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,244.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 202,854.21** was incurred via the website endlessgardenoflove.com at the expense of 3,626 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Edge Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,820,176 to 17,823,801.

Attempt (cases 7,292,608 to 7,320,500)

In addition, the accused submitted a further 27,893 fake subscriptions for the website endlessgardenoflove.com in the period from 14 October 2019 to 17 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 340,294.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,292,608 to 7,320,500.

## 53. endlessloveconnection.com (cases 17,823,802 to 17,827,841)

Completion (cases 17,823,802 to 17,827,841)

The accused operated the website endlessloveconnection.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 4,040 subscriptions and charged 14,289 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,739.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 227,336.05** was incurred via the website endlessloveconnection.com at the expense of 4,040 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,823,802 to 17,827,841.

Attempt (cases 7,323,946 to 7,357,019)

In addition, the accused submitted a further 33,074 fake subscriptions for the website endlessloveconnection.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 392,986.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,323,946 to 7,357,019.

EXT-GARRONI-00736

**54. endlessloveforus.com (cases 17,827,842 to 17,832,021)**

Completion (cases 17,827,842 to 17,832,021)

The accused operated the website endlessloveforus.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 4,180 subscriptions and charged 14,155 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 June 2019 to 25 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,475.29 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 231,812.60** was incurred via the website endlessloveforus.com at the expense of 4,180 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,827,842 to 17,832,021.

Attempt (cases 7,360,578 to 7,393,379)

In addition, the accused submitted a further 32,802 fake subscriptions for the website endlessloveforus.com in the period from 26 June 2019 to 3 August 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 395,679.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,360,578 to 7,393,379.

**55. establishfunrelationships.com (cases 17,832,022 to 17,838,858)**

Completion (cases 17,832,022 to 17,838,858)

The accused operated the website establishfunrelationships.com via the bogus Cookies & Cream Limited. Using this website, they faked a total of 6,837 subscriptions and charged 29,688 individual monthly transactions to the credit cards

EXT-GARRONI-00737

of harmed credit card holders in the period from 23 December 2017 to 26 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,522.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 489,008.28** was incurred via the website establishfunrelationships.com at the expense of 6,837 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cookies & Cream Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,832,022 to 17,838,858.

**56. eternalloversunite.com (cases 17,838,859 to 17,845,611)**

Completion (cases 17,838,859 to 17,845,611)

The accused operated the website eternalloversunite.com via the bogus merchant Plutus Associates Limited. Using this website, they faked a total of 6,753 subscriptions and charged 29,249 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 27 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,787.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 474,417.60** was incurred via the website eternalloversunite.com at the expense of 6,753 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Plutus Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,838,859 to 17,845,611.

**57. excitingtimetolove.com (cases 17,845,612 to 17,849,502)**

Completion (cases 17,845,612 to 17,849,502)

The accused operated the website excitingtimetolove.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 3,891 subscriptions and charged 13,160 individual monthly transactions to the credit cards

of harmed credit card holders in the period from 25 June 2019 to 20 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,620.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 208,256.19** was incurred via the website excitingtimetolove.com at the expense of 3,891 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,845,612 to 17,849,502.

Attempt (cases 7,497,210 to 7,530,011)

In addition, the accused submitted a further 32,802 fake subscriptions for the website excitingtimetolove.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 387,629.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,497,210 to 7,530,011.

**58. explorersmingle.com (cases 17,849,503 to 17,853,230)**

Completion (cases 17,849,503 to 17,853,230)

The accused operated the website explorersmingle.com via the bogus merchant Catch Marketing Limited. Using this website, they faked a total of 3,728 subscriptions and charged 12,385 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 194,821.10** was incurred via the website explorersmingle.com at the expense of 3,728 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Catch Marketing Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 17,849,503 to 17,853,230.

Attempt (cases 7,533,160 to 7,562,935)

In addition, the accused submitted a further 29,776 fake subscriptions for the website explorersmingle.com in the period from 12 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 352,232.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,533,160 to 7,562,935.

## 59. exploringmyloveoptions.com (cases 17,853,231 to 17,859,603)

Completion (cases 17,853,231 to 17,859,603)

The accused operated the website exploringmyloveoptions.com via the bogus merchant Ridge Marketing Limited. Using this website, they faked a total of 6,373 subscriptions and charged 29,968 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,088.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 462,767.06** was incurred via the website exploringmyloveoptions.com at the expense of 6,373 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ridge Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,853,231 to 17,859,603.

## 60. fantasticlovefound.com (cases 17,859,604 to 17,864,273)

Completion (cases 17,859,604 to 17,864,273)

EXT-GARRONI-00740

The accused operated the website fantasticlovefound.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 4,670 subscriptions and charged 16,272 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 9 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 1,500.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 240,645.19** was incurred via the website fantasticlovefound.com at the expense of 4,670 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,859,604 to 17,864,273.

Attempt (cases 7,567,115 to 7,605,137)

In addition, the accused submitted a further 38,023 fake subscriptions for the website fantasticlovefound.com in the period from 16 May 2019 to 14 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 458,610.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,567,115 to 7,605,137.

## 61. fastdatesstarthere.com (cases 17,864,274 to 17,871,102)

Completion (cases 17,864,274 to 17,871,102)

The accused operated the website fastdatesstarthere.com via the bogus merchant Plutus Associates Limited. Using this website, they faked a total of 6,829 subscriptions and charged 29,815 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,141.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 478,332.73** was incurred via the website fastdatesstarthere.com at the expense of 6,829 credit card

holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Plutus Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,864,274 to 17,871,102.

## 62. findcoollove.com (cases 17,871,103 to 17,875,095)

Completion (cases 17,871,103 to 17,875,095)

The accused operated the website findcoollove.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 3,993 subscriptions and charged 14,098 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 13 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.72 up to a maximum of EUR 1,258.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 224,291.63** was incurred via the website findcoollove.com at the expense of 3,993 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,871,103 to 17,875,095.

Attempt (cases 7,707,538 to 7,737,911)

In addition, the accused submitted a further 30,374 fake subscriptions for the website findcoollove.com in the period from 27 June 2019 to 30 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 378,888.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,707,538 to 7,737,911.

## 63. finddeeplovenow.com (cases 17,875,096 to 17,881,747)

Completion (cases 17,875,096 to 17,881,747)

EXT-GARRONI-00742

The accused operated the website finddeeplovenow.com via the bogus merchant Timeline Marketing Limited. Using this website, they faked a total of 6,652 subscriptions and charged 28,683 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.01 up to a maximum of EUR 1,647.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 466,878.15** was incurred via the website finddeeplovenow.com at the expense of 6,652 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timeline Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,875,096 to 17,881,747.

### 64. findloveonlinetoday.com (cases 17,881,748 to 17,888,236)

Completion (cases 17,881,748 to 17,888,236)

The accused operated the website findloveonlinetoday.com via the bogus merchant Gadshill Online Marketing Limited. Using this website, they faked a total of 6,489 subscriptions and charged 27,592 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2018 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,062.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 448,832.33** was incurred via the website findloveonlinetoday.com at the expense of 6,489 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gadshill Online Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,881,748 to 17,888,236.

### 65. findmehonestlove.com (cases 17,888,237 to 17,891,645)

Completion (cases 17,888,237 to 17,891,645)

The accused operated the website findmehonestlove.com via the bogus merchant Liberty Networking Sociedad Limitada. Using this website, they faked a total of 3,409 subscriptions and charged 12,513 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,150.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 189,439.54** was incurred via the website findmehonestlove.com at the expense of 3,409 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liberty Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,888,237 to 17,891,645.

Attempt (cases 8,024,717 to 8,050,761)

In addition, the accused submitted a further 26,045 fake subscriptions for the website findmehonestlove.com in the period from 12 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 309,522.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,024,717 to 8,050,761.

**66. findmylovemystery.com (cases 17,891,646 to 17,896,074)**

Completion (cases 17,891,646 to 17,896,074)

The accused operated the website findmylovemystery.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 4,429 subscriptions and charged 14,731 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 March 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,172.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,809.37** was incurred via the website

EXT-GARRONI-00744

findmylovemystery.com at the expense of 4,429 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,891,646 to 17,896,074.

Attempt (cases 8,125,520 to 8,161,047)

In addition, the accused submitted a further 35,528 fake subscriptions for the website findmylovemystery.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 429,433.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,125,520 to 8,161,047.

### 67. findpremiumdates.com (cases 17,896,075 to 17,909,167)

Completion (cases 17,896,075 to 17,909,167)

The accused operated the website findpremiumdates.com via the bogus merchant Foxy Media B.V. Limited. Using this website, they faked a total of 13,093 subscriptions and charged 59,090 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,186.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 932,603.82** was incurred via the website findpremiumdates.com at the expense of 13,093 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Foxy Media B.V.. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,896,075 to 17,909,167.

### 68. followyourhearttome.com (cases 17,909,168 to 17,912,906)

EXT-GARRONI-00745

<u>Completion (cases 17,909,168 to 17,912,906)</u>

The accused operated the website followyourhearttome.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 3,739 subscriptions and charged 13,053 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,064.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 205,369.88** was incurred via the website followyourhearttome.com at the expense of 3,739 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,909,168 to 17,912,906.

<u>Attempt (cases 8,343,893 to 8,374,650)</u>

In addition, the accused submitted a further 30,758 fake subscriptions for the website followyourhearttome.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 365,920.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,343,893 to 8,374,650.

**69. fuzzyfeelinglove.com (cases 17,912,907 to 17,916,408)**

<u>Completion (cases 17,912,907 to 17,916,408)</u>

The accused operated the websitefuzzyfeelinglove.com via the bogus merchant Host-It Limited. Using this website, they faked a total of 3,502 subscriptions and charged 12,533 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 10 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-

mentioned period, a total loss of **EUR 184,988.10** was incurred via the website fuzzyfeelinglove.com at the expense of 3,502 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Host-It Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,912,907 to 17,916,408.

Attempt (cases 8,440,646 to 8,469,042)

In addition, the accused submitted a further 28,397 fake subscriptions for the website fuzzyfeelinglove.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 353,902.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,440,646 to 8,469,042.

## 70. genuinelovenow.com (cases 17,916,409 to 17,919,978)

Completion (cases 17,916,409 to 17,919,978)

The accused operated the website genuinelovenow.com via the bogus merchant Host-It Limited. Using this website, they faked a total of 3,570 subscriptions and charged 12,630 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.08 up to a maximum of EUR 1,112.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 189,096.42** was incurred via the website genuinelovenow.com at the expense of 3,570 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Host-It Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,916,409 to 17,919,978.

Attempt (cases 8,516,566 to 8,545,370)

In addition, the accused submitted a further 28,805 fake subscriptions for the website genuinelovenow.com in the period from 25 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 340,029.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,516,566 to 8,545,370.

## 71. getawayandfindlove.com (cases 17,919,979 to 17,924,004)

Completion (cases 17,919,979 to 17,924,004)

The accused operated the website getawayandfindlove.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 4,026 subscriptions and charged 13,947 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 15 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 223,488.55** was incurred via the website getawayandfindlove.com at the expense of 4,026 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,919,979 to 17,924,004.

Attempt (cases 8,590,166 to 8,623,651)

In addition, the accused submitted a further 33,486 fake subscriptions for the website getawayandfindlove.com in the period from 27 June 2019 to 2 August 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 405,073.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,590,166 to 8,623,651.

EXT-GARRONI-00748

**72. goldenopportunitytoloveagain.com (cases 17,924,005 to 17,927,510)**

Completion (cases 17,924,005 to 17,927,510)

The accused operated the website goldenopportunitytoloveagain.com via the bogus merchant Liberty Networking Sociedad Limitada. Using this website, they faked a total of 3,506 subscriptions and charged 12,504 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 14 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,427.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,206.48** was incurred via the website goldenopportunitytoloveagain.com at the expense of 3,506 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liberty Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,924,005 to 17,927,510.

Attempt (cases 8,702,116 to 8,729,017)

In addition, the accused submitted a further 26,902 fake subscriptions for the website goldenopportunitytoloveagain.com in the period from 12 September 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 320,355.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,702,116 to 8,729,017.

**73. goodlookingpeoplelove.com (cases 17,927,511 to 17,931,400)**

Completion (cases 17,927,511 to 17,931,400)

The accused operated the website goodlookingpeoplelove.com via the bogus merchant Blink Internet Limited. Using this website, they faked a total of 3,890 subscriptions and charged 14,247 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 14 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR

2.22 up to a maximum of EUR 1,332.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 213,945.62** was incurred via the website goodlookingpeoplelove.com at the expense of 3,890 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blink Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,927,511 to 17,931,400.

Attempt (cases 8,801,638 to 8,833,543)

In addition, the accused submitted a further 31,906 fake subscriptions for the website goodlookingpeoplelove.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 390,415.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,801,638 to 8,833,543.

**74. happyhourmatch.com (cases 17,931,401 to 17,935,699)**

Completion (cases 17,931,401 to 17,935,699)

The accused operated the website happyhourmatch.com via the bogus merchant Terranueva Development Limited. Using this website, they faked a total of 4,299 subscriptions and charged 14,040 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 March 2019 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.82 up to a maximum of EUR 1,760.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 226,164.54** was incurred via the website happyhourmatch.com at the expense of 4,299 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Terranueva Development Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,931,401 to 17,935,699.

Attempt (cases 8,896,786 to 8,932,511)

In addition, the accused submitted a further 35,726 fake subscriptions for the website happyhourmatch.com in the period from 12 March 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 437,421.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,896,786 to 8,932,511.

## 75. healmewithlove.com (cases 17,935,700 to 17,939,658)

Completion (cases 17,935,700 to 17,939,658)

The accused operated the website healmewithlove.com via the bogus merchant Blink Internet Limited. Using this website, they faked a total of 3,959 subscriptions and charged 13,876 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,329.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 216,587.66** was incurred via the website healmewithlove.com at the expense of 3,959 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blink Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,935,700 to 17,939,658.

Attempt (cases 8,980,521 to 9,011,893)

In addition, the accused submitted a further 31,373 fake subscriptions for the website healmewithlove.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 377,841.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,980,521 to 9,011,893.

**76. here4reallove.com (cases 17,939,659 to 17,946,149)**

Completion (cases 17,939,659 to 17,946,149)

The accused operated the website here4reallove.com via the bogus merchant Warner Internet Services Limited. Using this website, they faked a total of 6,491 subscriptions and charged 26,275 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 12 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,337.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 448,064.75** was incurred via the website here4reallove.com at the expense of 6,491 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warner Internet Services. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,939,659 to 17,946,149.

**77. hopingforaffection.com (cases 17,946,150 to 17,952,813)**

Completion (cases 17,946,150 to 17,952,813)

The accused operated the website hopingforaffection.com via the bogus merchant Gadshill Online Marketing Limited. Using this website, they faked a total of 6,664 subscriptions and charged 28,466 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2018 to 17 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,225.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 451,451.64** was incurred via the website hopingforaffection.com at the expense of 6,664 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gadshill Online Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,946,150 to 17,952,813.

**78. hopskipandjumpforlove.com (cases 17,952,814 to 17,956,072)**

Completion (cases 17,952,814 to 17,956,072)

The accused operated the website hopskipandjumpforlove.com via the bogus merchant Liu Societa A Responsabilita Limitata. Using this website, they faked a total of 3,259 subscriptions and charged 11,582 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.37 up to a maximum of EUR 1,040.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,924.28** was incurred via the website hopskipandjumpforlove.com at the expense of 3,259 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liu Societa A Responsabilita Limitata. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,952,814 to 17,956,072.

Attempt (cases 9,217,669 to 9,242,591)

In addition, the accused submitted a further 24,923 fake subscriptions for the website hopskipandjumpforlove.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 318,137.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,217,669 to 9,242,591.

**79. hugsandthugs.com (cases 17,956,073 to 17,960,049)**

Completion (cases 17,956,073 to 17,960,049)

The accused operated the website hugsandthugs.com via the bogus merchant Russell Trading Sociedad Limitada. Using this website, they faked a total of 3,977 subscriptions and charged 13,834 individual monthly transactions to the credit cards

EXT-GARRONI-00753

of harmed credit card holders in the period from 18 December 2019 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,427.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 212,886.94** was incurred via the website hugsandthugs.com at the expense of 3,977 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Russell Trading Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,956,073 to 17,960,049.

Attempt (cases 9,246,121 to 9,276,994)

In addition, the accused submitted a further 30,874 fake subscriptions for the website hugsandthugs.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 374,627.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,246,121 to 9,276,994.

## 80. hunguponyourlove.com (cases 17,960,050 to 17,963,551)

Completion (cases 17,960,050 to 17,963,551)

The accused operated the website hunguponyourlove.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 3,502 subscriptions and charged 12,240 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 9 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,112.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 198,716.94** was incurred via the website hunguponyourlove.com at the expense of 3,502 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 17,960,050 to 17,963,551.

Attempt (cases 9,279,949 to 9,309,919)

In addition, the accused submitted a further 29,971 fake subscriptions for the website hunguponyourlove.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 354,177.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,279,949 to 9,309,919.

## 81. iambrokenwithoutyou.com (cases 17,963,552 to 17,965,673)

Completion (cases 17,963,552 to 17,965,673)

The accused operated the website iambrokenwithoutyou.com via the bogus merchant Trc Trading Limited. Using this website, they faked a total of 2,122 subscriptions and charged 4,379 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 4 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.21 up to a maximum of EUR 580.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 72,475.06** was incurred via the website iambrokenwithoutyou.com at the expense of 2,122 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trc Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,963,552 to 17,965,673.

Attempt (cases 9,311,226 to 9,324,665)

In addition, the accused submitted a further 13,440 fake subscriptions for the website iambrokenwithoutyou.com in the period from 23 October 2019 to 28 January 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to

unlawfully obtain a total amount of **EUR 136,593.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,311,226 to 9,324,665.

### 82. imcompletewhenimwithyou.com (cases 17,965,674 to 17,969,458)

Completion (cases 17,965,674 to 17,969,458)

The accused operated the website imcompletewhenimwithyou.com via the bogus merchant Suitespot Limited. Using this website, they faked a total of 3,785 subscriptions and charged 12,529 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 18 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.02 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 202,577.67** was incurred via the website imcompletewhenimwithyou.com at the expense of 3,785 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suitespot Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,965,674 to 17,969,458.

Attempt (cases 9,350,347 to 9,382,271)

In addition, the accused submitted a further 31,925 fake subscriptions for the website imcompletewhenimwithyou.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 373,971.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,350,347 to 9,382,271.

### 83. ineedyoursweetlove.com (cases 17,969,459 to 17,976,118)

Completion (cases 17,969,459 to 17,976,118)

The accused operated the website ineedyoursweetlove.com via the bogus merchant Timeline Marketing Limited. Using this website, they faked a total of 6,660 subscriptions and charged 29,426 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 24 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,367.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 462,014.08** was incurred via the website ineedyoursweetlove.com at the expense of 6,660 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timeline Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,969,459 to 17,976,118.

### 84. infatuateddaters.com (cases 17,976,119 to 17,978,676)

Completion (cases 17,976,119 to 17,978,676)

The accused operated the website infatuateddaters.com via the bogus merchant Ezequiel Networking Sl Limited. Using this website, they faked a total of 2,558 subscriptions and charged 6,829 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 July 2020 to 5 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 808.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 106,211.68** was incurred via the website infatuateddaters.com at the expense of 2,558 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ezequiel Networking Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,976,119 to 17,978,676.

Attempt (cases 9,384,447 to 9,405,624)

In addition, the accused submitted a further 21,178 fake subscriptions for the website infatuateddaters.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being

paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 252,895.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,384,447 to 9,405,624.

## 85. intenseconnections.com (cases 17,978,677 to 17,983,235)

Completion (cases 17,978,677 to 17,983,235)

The accused operated the website intenseconnections.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 4,559 subscriptions and charged 16,815 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 14 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 248,710.72** was incurred via the website intenseconnections.com at the expense of 4,559 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,978,677 to 17,983,235.

Attempt (cases 9,439,858 to 9,476,938)

In addition, the accused submitted a further 37,081 fake subscriptions for the website intenseconnections.com in the period from 17 May 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 446,322.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,439,858 to 9,476,938.

## 86. intergalacticloversforum.com (cases 17,983,236 to 17,990,028)

Completion (cases 17,983,236 to 17,990,028)

The accused operated the website intergalacticloversforum.com via the bogus merchant Cookies & Cream Limited. Using this website, they faked a total of 6,793 subscriptions and charged 29,801 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.00 up to a maximum of EUR 2,160.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 472,663.47** was incurred via the website intergalacticloversforum.com at the expense of 6,793 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cookies & Cream Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,983,236 to 17,990,028.

### 87. internationallovegroup.com (cases 17,990,029 to 17,995,528)

Completion (cases 17,990,029 to 17,995,528)

The accused operated the website internationallovegroup.com via the bogus merchant Bawd Tyre Associates Limited. Using this website, they faked a total of 5,500 subscriptions and charged 24,663 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 February 2018 to 26 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 1,552.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 392,326.96** was incurred via the website internationallovegroup.com at the expense of 5,500 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bawd Tyre Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,990,029 to 17,995,528.

### 88. investintruelove.com (cases 17,995,529 to 17,999,296)

Completion (cases 17,995,529 to 17,999,296)

The accused operated the website investintruelove.com via the bogus merchant Chanabellas Limited. Using this website, they faked a total of 3,768 subscriptions and charged 13,348 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.82 up to a maximum of EUR 1,548.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 208,499.45** was incurred via the website investintruelove.com at the expense of 3,768 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chanabellas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,995,529 to 17,999,296.

Attempt (cases 9,480,098 to 9,511,751)

In addition, the accused submitted a further 31,654 fake subscriptions for the website investintruelove.com in the period from 12 September 2019 to 3 August 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 381,505.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,480,098 to 9,511,751.

**89. iwanttobewithyounow.com (cases 17,999,297 to 18,005,416)**

Completion (cases 17,999,297 to 18,005,416)

The accused operated the website iwanttobewithyounow.com via the bogus merchant Zephyrus Marketing Limited. Using this website, they faked a total of 6,120 subscriptions and charged 25,692 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 May 2018 to 14 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 3,053.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 391,735.30** was incurred via the website iwanttobewithyounow.com at the expense of 6,120 credit card holders. This

EXT-GARRONI-00760

amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zephyrus Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,999,297 to 18,005,416.

Attempt (cases 9,514,436 to 9,539,330)

In addition, the accused submitted a further 24,895 fake subscriptions for the website iwanttobewithyounow.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,055.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,514,436 to 9,539,330.

## 90. joincluboflove.com (cases 18,005,417 to 18,010,330)

Completion (cases 18,005,417 to 18,010,330)

The accused operated the website joincluboflove.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 4,914 subscriptions and charged 17,190 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 23 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,366.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 253,471.46** was incurred via the website joincluboflove.com at the expense of 4,914 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,005,417 to 18,010,330.

Attempt (cases 9,622,976 to 9,662,899)

In addition, the accused submitted a further 39,924 fake subscriptions for the website joincluboflove.com in the period from 16 May 2019 to 5 July 2021, which ultimately

did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 473,752.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,622,976 to 9,662,899.

## 91. joinloveclubonline.com (cases 18,010,331 to 18,013,983)

Completion (cases 18,010,331 to 18,013,983)

The accused operated the website joinloveclubonline.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 3,653 subscriptions and charged 13,207 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.25 up to a maximum of EUR 1,367.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 212,344.88** was incurred via the website joinloveclubonline.com at the expense of 3,653 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,010,331 to 18,013,983.

Attempt (cases 9,666,023 to 9,694,145)

In addition, the accused submitted a further 28,123 fake subscriptions for the website joinloveclubonline.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 348,129.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,666,023 to 9,694,145.

## 92. jointhelovegetaway.com (cases 18,013,984 to 18,017,959)

EXT-GARRONI-00762

Completion (cases 18,013,984 to 18,017,959)

The accused operated the website jointhelovegetaway.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 3,976 subscriptions and charged 13,863 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 12 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,451.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,923.41** was incurred via the website jointhelovegetaway.com at the expense of 3,976 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,013,984 to 18,017,959.

Attempt (cases 9,799,167 to 9,833,549)

In addition, the accused submitted a further 34,383 fake subscriptions for the website jointhelovegetaway.com in the period from 27 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 409,117.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,799,167 to 9,833,549.

## 93. jointherealloveclub.com (cases 18,017,960 to 18,022,633)

Completion (cases 18,017,960 to 18,022,633)

The accused operated the website jointherealloveclub.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 4,674 subscriptions and charged 16,524 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 11 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,258.14 were incurred for each fake subscription. In the above-

EXT-GARRONI-00763

mentioned period, a total loss of **EUR 252,882.16** was incurred via the website jointherealloveclub.com at the expense of 4,674 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,017,960 to 18,022,633.

Attempt (cases 9,837,717 to 9,877,178)

In addition, the accused submitted a further 39,462 fake subscriptions for the website jointherealloveclub.com in the period from 17 May 2019 to 19 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 462,806.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,837,717 to 9,877,178.

## 94. jumpingforjoysingles.com (cases 18,022,634 to 18,026,081)

Completion (cases 18,022,634 to 18,026,081)

The accused operated the website jumpingforjoysingles.com via the bogus merchant Intellijet Limited. Using this website, they faked a total of 3,448 subscriptions and charged 12,076 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 23 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,112.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,016.41** was incurred via the website jumpingforjoysingles.com at the expense of 3,448 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intellijet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,022,634 to 18,026,081.

Attempt (cases 9,913,054 to 9,941,852)

EXT-GARRONI-00764

In addition, the accused submitted a further 28,799 fake subscriptions for the website jumpingforjoysingles.com in the period from 24 October 2019 to 23 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 350,896.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,913,054 to 9,941,852.

## 95. kneedeepinlove.com (cases 18,026,082 to 18,029,464)

Completion (cases 18,026,082 to 18,029,464)

The accused operated the website kneedeepinlove.com via the bogus merchant Liberty Networking Sociedad Limitada. Using this website, they faked a total of 3,383 subscriptions and charged 11,970 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.17 up to a maximum of EUR 1,030.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,374.19** was incurred via the website kneedeepinlove.com at the expense of 3,383 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liberty Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,026,082 to 18,029,464.

Attempt (cases 10,004,772 to 10,031,947)

In addition, the accused submitted a further 27,176 fake subscriptions for the website kneedeepinlove.com in the period from 12 September 2019 to 20 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,982.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,004,772 to 10,031,947.

## 96. latteloversdating.com (cases 18,029,465 to 18,033,777)

EXT-GARRONI-00765

Completion (cases 18,029,465 to 18,033,777)

The accused operated the website latteloversdating.com via the bogus merchant RBW Associates Limited. Using this website, they faked a total of 4,313 subscriptions and charged 14,929 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 March 2019 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 232,584.97** was incurred via the website latteloversdating.com at the expense of 4,313 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RBW Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,029,465 to 18,033,777.

Attempt (cases 10,035,785 to 10,069,500)

In addition, the accused submitted a further 33,716 fake subscriptions for the website latteloversdating.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 404,079.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,035,785 to 10,069,500.

**97. lavishdating.com (cases 18,033,778 to 18,040,332)**

Completion (cases 18,033,778 to 18,040,332)

The accused operated the website lavishdating.com via the bogus merchant Fluffy Bunnies Limited. Using this website, they faked a total of 6,555 subscriptions and charged 27,598 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88

up to a maximum of EUR 1,723.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 453,382.18** was incurred via the website lavishdating.com at the expense of 6,555 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fluffy Bunnies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,033,778 to 18,040,332.

## 98. lawful4love.com (cases 18,040,333 to 18,046,388)

Completion (cases 18,040,333 to 18,046,388)

The accused operated the website lawful4love.com via the bogus merchant Amazing People Limited. Using this website, they faked a total of 6,056 subscriptions and charged 25,177 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 April 2018 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,080.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 423,672.60** was incurred via the website lawful4love.com at the expense of 6,056 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amazing People Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,040,333 to 18,046,388.

## 99. letourlovecollide.com (cases 18,046,389 to 18,048,946)

Completion (cases 18,046,389 to 18,048,946)

The accused operated the website letourlovecollide.com via the bogus merchant Ezequiel Networking Sociedad Limitada. Using this website, they faked a total of 2,558 subscriptions and charged 6,983 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 July 2020 to 15 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.17 up to a maximum of EUR 832.16 were incurred for each fake subscription.

In the above-mentioned period, a total loss of **EUR 106,529.37** was incurred via the website letourlovecollide.com at the expense of 2,558 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ezequiel Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,046,389 to 18,048,946.

Attempt (cases 10,113,771 to 10,133,409)

In addition, the accused submitted a further 19,639 fake subscriptions for the website letourlovecollide.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 242,872.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,113,771 to 10,133,409.

**100. lifetimeofaffection.com (cases 18,048,947 to 18,055,638)**

Completion (cases 18,048,947 to 18,055,638)

The accused operated the website lifetimeofaffection.com via the bogus merchant Trezco Limited. Using this website, they faked a total of 6,692 subscriptions and charged 29,388 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.99 up to a maximum of EUR 1,856.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 474,004.52** was incurred via the website lifetimeofaffection.com at the expense of 6,692 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trezco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,048,947 to 18,055,638.

**101. lineuptofindlove.com (cases 18,055,639 to 18,060,407)**

EXT-GARRONI-00768

Completion (cases 18,055,639 to 18,060,407)

The accused operated the website lineuptofindlove.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 4,769 subscriptions and charged 16,275 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 10 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,618.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 244,116.49** was incurred via the website lineuptofindlove.com at the expense of 4,769 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,055,639 to 18,060,407.

Attempt (cases 10,251,573 to 10,290,073)

In addition, the accused submitted a further 38,501 fake subscriptions for the website lineuptofindlove.com in the period from 16 May 2019 to 27 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 469,607.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,251,573 to 10,290,073.

## 102. logicaldating.com (cases 18,060,408 to 18,064,156)

Completion (cases 18,060,408 to 18,064,156)

The accused operated the website logicaldating.com via the bogus merchant Styx Marketing Limited. Using this website, they faked a total of 3,749 subscriptions and charged 12,838 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a

maximum of EUR 1,142.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 195,554.59** was incurred via the website logicaldating.com at the expense of 3,749 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Styx Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,060,408 to 18,064,156.

Attempt (cases 10,293,268 to 10,323,552)

In addition, the accused submitted a further 30,285 fake subscriptions for the website logicaldating.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 354,637.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,293,268 to 10,323,552.

**103. lookingformysoulmate.com (cases 18,064,157 to 18,067,800)**

Completion (cases 18,064,157 to 18,067,800)

The accused operated the website lookingformysoulmate.com via the bogus merchant Suitespot Limited. Using this website, they faked a total of 3,644 subscriptions and charged 12,753 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 209,736.14** was incurred via the website lookingformysoulmate.com at the expense of 3,644 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suitespot Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,064,157 to 18,067,800.

Attempt (cases 10,410,340 to 10,439,535)

In addition, the accused submitted a further 29,196 fake subscriptions for the website lookingformysoulmate.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 364,545.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,410,340 to 10,439,535.

## 104. lovebonanza.com (cases 18,067,801 to 18,074,475)

Completion (cases 18,067,801 to 18,074,475)

The accused operated the website lovebonanza.com via the bogus merchant Ridge Marketing Limited/E-Com. Using this website, they faked a total of 6,675 subscriptions and charged 31,381 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,114.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 472,045.62** was incurred via the website lovebonanza.com at the expense of 6,675 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ridge Marketing Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,067,801 to 18,074,475.

## 105. loveinthefastlane.com (cases 18,074,476 to 18,077,724)

Completion (cases 18,074,476 to 18,077,724)

The accused operated the website loveinthefastlane.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 3,249 subscriptions and charged 10,946 individual monthly transactions to the credit cards of harmed credit

card holders in the period from 16 January 2020 to 9 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,341.48** was incurred via the website loveinthefastlane.com at the expense of 3,249 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,074,476 to 18,077,724.

Attempt (cases 10,542,290 to 10,569,731)

In addition, the accused submitted a further 27,442 fake subscriptions for the website loveinthefastlane.com in the period from 17 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 315,222.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,542,290 to 10,569,731.

**106. lovemehonestly.com (cases 18,077,725 to 18,080,933)**

Completion (cases 18,077,725 to 18,080,933)

The accused operated the website lovemehonestly.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 3,209 subscriptions and charged 10,860 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 January 2020 to 2 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,161.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 170,475.01** was incurred via the website lovemehonestly.com at the expense of 3,209 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual

cases are listed in the table attached to the Arrest Warrant for cases 18,077,725 to 18,080,933.

## 107. loveparadisetoday.com (cases 18,080,934 to 18,087,341)

Completion (cases 18,080,934 to 18,087,341)

The accused operated the website loveparadisetoday.com via the bogus merchant Gadshill Online Marketing Limited. Using this website, they faked a total of 6,408 subscriptions and charged 27,208 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2018 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,294.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 440,147.97** was incurred via the website loveparadisetoday.com at the expense of 6,408 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gadshill Online Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,080,934 to 18,087,341.

Attempt (cases 10,610,601 to 10,636,759)

In addition, the accused submitted a further 26,159 fake subscriptions for the website loveparadisetoday.com in the period from 17 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,292.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,610,601 to 10,636,759.

## 108. lovethatsalive.com (cases 18,087,342 to 18,091,729)

Completion (cases 18,087,342 to 18,091,729)

The accused operated the website lovethatsalive.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 4,388 subscriptions and charged 15,443 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 March 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,522.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 239,550.85** was incurred via the website lovethatsalive.com at the expense of 4,388 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,087,342 to 18,091,729.

Attempt (cases 10,745,832 to 10,782,076)

In addition, the accused submitted a further 36,245 fake subscriptions for the website lovethatsalive.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 433,360.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,745,832 to 10,782,076.

**109. lovethatsideal.com (cases 18,091,730 to 18,094,419)**

Completion (cases 18,091,730 to 18,094,419)

The accused operated the website lovethatsideal.com via the bogus merchant Amber Development Sociedad Limitada. Using this website, they faked a total of 2,690 subscriptions and charged 9,355 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 April 2020 to 27 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,046.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 135,314.18** was incurred via the website lovethatsideal.com at the expense of 2,690 credit card holders. This amount was

EXT-GARRONI-00774

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amber Development Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,091,730 to 18,094,419.

Attempt (cases 10,784,139 to 10,803,991)

In addition, the accused submitted a further 19,853 fake subscriptions for the website lovethatsideal.com in the period from 7 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 236,357.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,784,139 to 10,803,991.

## 110. lovethatssublime.com (cases 18,094,420 to 18,097,584)

Completion (cases 18,094,420 to 18,097,584)

The accused operated the website lovethatssublime.com via the bogus dealer Tatras Marketing Ventures S.R.O. Using this website, they faked a total of 3,165 subscriptions and charged 11,081 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 January 2020 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.51 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 179,533.66** was incurred via the website lovethatssublime.com at the expense of 3,165 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tatras Marketing Ventures S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,094,420 to 18,097,584.

Attempt (cases 10,806,606 to 10,831,359)

In addition, the accused submitted a further 24,754 fake subscriptions for the website lovethatssublime.com in the period from 21 January 2020 to 18 June 2021, which

EXT-GARRONI-00775

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 307,562.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,806,606 to 10,831,359.

## 111. magicalloversdating.com (cases 18,097,585 to 18,104,449)

Completion (cases 18,097,585 to 18,104,449)

The accused operated the website magicalloversdating.com via the bogus merchant Fair Internet Marketing Limited. Using this website, they faked a total of 6,865 subscriptions and charged 31,667 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,903.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 492,016.30** was incurred via the website magicalloversdating.com at the expense of 6,865 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fair Internet Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,097,585 to 18,104,449.

## 112. magicalmomentswithyou.com (cases 18,104,450 to 18,107,474)

Completion (cases 18,104,450 to 18,107,474)

The accused operated the website magicalmomentswithyou.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,025 subscriptions and charged 9,704 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 12 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 809.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 148,467.19** was incurred via the

website magicalmomentswithyou.com at the expense of 3,025 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,104,450 to 18,107,474.

Attempt (cases 10,871,169 to 10,896,840)

In addition, the accused submitted a further 25,672 fake subscriptions for the website magicalmomentswithyou.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 319,604.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,871,169 to 10,896,840.

## 113. meetyourtruelovenow.com (cases 18,107,475 to 18,111,430)

Completion (cases 18,107,475 to 18,111,430)

The accused operated the website meetyourtruelovenow.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 3,956 subscriptions and charged 13,164 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 June 2019 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,094.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 216,973.87** was incurred via the website meetyourtruelovenow.com at the expense of 3,956 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,107,475 to 18,111,430.

Attempt (cases 10,967,624 to 10,997,196)

In addition, the accused submitted a further 29,573 fake subscriptions for the website meetyourtruelovenow.com in the period from 26 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 367,825.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,967,624 to 10,997,196.

### 114. milesawayfromlove.com (cases 18,111,431 to 18,115,785)

Completion (cases 18,111,431 to 18,115,785)

The accused operated the website milesawayfromlove.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 4,355 subscriptions and charged 15,701 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 March 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,308.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 250,703.73** was incurred via the website milesawayfromlove.com at the expense of 4,355 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,111,431 to 18,115,785.

Attempt (cases 11,116,977 to 11,150,368)

In addition, the accused submitted a further 33,392 fake subscriptions for the website milesawayfromlove.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 408,975.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,116,977 to 11,150,368.

### 115. mycommitmenttoyouhere.com (cases 18,115,786 to 18,119,689)

EXT-GARRONI-00778

Completion (cases 18,115,786 to 18,119,689)

The accused operated the website mycommitmenttoyouhere.com via the bogus merchant North Internet Limited. Using this website, they faked a total of 3,904 subscriptions and charged 13,373 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 5 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,142.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 208,504.48** was incurred via the website mycommitmenttoyouhere.com at the expense of 3,904 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for North Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,115,786 to 18,119,689.

Attempt (cases 11,253,177 to 11,285,476)

In addition, the accused submitted a further 32,300 fake subscriptions for the website mycommitmenttoyouhere.com in the period from 2 July 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 378,860.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,253,177 to 11,285,476.

**116. myfavoritedatingsite.com (cases 18,119,690 to 18,126,473)**

Completion (cases 18,119,690 to 18,126,473)

The accused operated the website myfavoritedatingsite.com via the bogus merchant Plutus Associates Limited. Using this website, they faked a total of 6,784 subscriptions and charged 29,278 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least

EUR 0.88 up to a maximum of EUR 2,032.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 484,420.33** was incurred via the website myfavoritedatingsite.com at the expense of 6,784 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Plutus Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,119,690 to 18,126,473.

**117. myheartisyoursforever.com (cases 18,126,474 to 18,129,915)**

Completion (cases 18,126,474 to 18,129,915)

The accused operated the website myheartisyoursforever.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,442 subscriptions and charged 11,773 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,706.95** was incurred via the website myheartisyoursforever.com at the expense of 3,442 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,126,474 to 18,129,915.

Attempt (cases 11,288,379 to 11,317,521)

In addition, the accused submitted a further 29,143 fake subscriptions for the website myheartisyoursforever.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,341.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,288,379 to 11,317,521.

EXT-GARRONI-00780

**118. myheartsendsyoulove.com (cases 18,129,916 to 18,133,114)**

Completion (cases 18,129,916 to 18,133,114)

The accused operated the website myheartsendsyoulove.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,199 subscriptions and charged 9,444 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 914.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 150,115.85** was incurred via the website myheartsendsyoulove.com at the expense of 3,199 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,129,916 to 18,133,114.

Attempt (cases 11,320,208 to 11,348,139)

In addition, the accused submitted a further 27,932 fake subscriptions for the website myheartsendsyoulove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 334,743.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,320,208 to 11,348,139.

**119. myloveforyouneverends.com (cases 18,133,115 to 18,136,425)**

Completion (cases 18,133,115 to 18,136,425)

The accused operated the website myloveforyouneverends.com via the bogus merchant Topscale Limited. Using this website, they faked a total of 3,311 subscriptions and charged 11,145 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least

EUR 0.88 up to a maximum of EUR 1,332.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,317.56** was incurred via the website myloveforyouneverends.com at the expense of 3,311 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topscale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,133,115 to 18,136,425.

Attempt (cases 11,393,405 to 11,421,147)

In addition, the accused submitted a further 27,743 fake subscriptions for the website myloveforyouneverends.com in the period from 17 December 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 322,427.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,393,405 to 11,421,147.

**120. mylovesongtoyou.com (cases 18,136,426 to 18,138,875)**

Completion (cases 18,136,426 to 18,138,875)

The accused operated the website mylovesongtoyou.com via the bogus merchant Ezequiel Networking Sl Limited. Using this website, they faked a total of 2,450 subscriptions and charged 6,927 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 July 2020 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 761.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 104,938.26** was incurred via the website mylovesongtoyou.com at the expense of 2,450 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ezequiel Networking Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,136,426 to 18,138,875.

Attempt (cases 11,423,180 to 11,441,953)

In addition, the accused submitted a further 18,774 fake subscriptions for the website mylovesongtoyou.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 232,064.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,423,180 to 11,441,953.

## 121. nerdydaters.com (cases 18,138,876 to 18,145,364)

Completion (cases 18,138,876 to 18,145,364)

The accused operated the website nerdydaters.com via the bogus merchant Warner Internet Services Limited. Using this website, they faked a total of 6,489 subscriptions and charged 27,295 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 15 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,983.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 446,020.50** was incurred via the website nerdydaters.com at the expense of 6,489 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warner Internet Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,138,876 to 18,145,364.

## 122. nevergivinguponlove.com (cases 18,145,365 to 18,152,364)

Completion (cases 18,145,365 to 18,152,364)

The accused operated the website nevergivinguponlove.com via the bogus merchant Trezco Limited. Using this website, they faked a total of 7,000 subscriptions and charged 29,293 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 11 December 2021 in

accordance with their previously agreed plan of action. Losses of at least EUR 2.00 up to a maximum of EUR 1,935.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 486,142.58** was incurred via the website nevergivinguponlove.com at the expense of 7,000 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trezco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,145,365 to 18,152,364.

### 123. newthirtydating.com (cases 18,152,365 to 18,158,998)

Completion (cases 18,152,365 to 18,158,998)

The accused operated the website newthirtydating.com via the bogus merchant Plutus Associates Limited. Using this website, they faked a total of 6,634 subscriptions and charged 30,250 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.00 up to a maximum of EUR 1,677.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 501,503.67** was incurred via the website newthirtydating.com at the expense of 6,634 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Plutus Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,152,365 to 18,158,998.

### 124. nothingcanspoilourlove.com (cases 18,158,999 to 18,162,014)

Completion (cases 18,158,999 to 18,162,014)

The accused operated the website nothingcanspoilourlove.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,016 subscriptions and charged 10,293 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 24 November

2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.95 up to a maximum of EUR 1,181.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 159,794.93** was incurred via the website nothingcanspoilourlove.com at the expense of 3,016 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,158,999 to 18,162,014.

Attempt (cases 11,562,933 to 11,587,427)

In addition, the accused submitted a further 24,495 fake subscriptions for the website nothingcanspoilourlove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 314,229.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,562,933 to 11,587,427.

**125. oddballsconnect.com (cases 18,162,015 to 18,168,517)**

Completion (cases 18,162,015 to 18,168,517)

The accused operated the website oddballsconnect.com via the bogus merchant Handle Marketing Limited. Using this website, they faked a total of 6,503 subscriptions and charged 30,474 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2016 to 15 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,665.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 478,574.97** was incurred via the website oddballsconnect.com at the expense of 6,503 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Handle Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,162,015 to 18,168,517.

EXT-GARRONI-00785

**126. oldschooldaters.com (cases 18,168,518 to 18,171,999)**

Completion (cases 18,168,518 to 18,171,999)

The accused operated the website oldschooldaters.com via the bogus merchant Alkonost Strategie S.R.O. Using this website, they faked a total of 3,482 subscriptions and charged 12,369 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,237.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 191,721.57** was incurred via the website oldschooldaters.com at the expense of 3,482 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alkonost Strategie S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,168,518 to 18,171,999.

Attempt (cases 11,693,969 to 11,721,726)

In addition, the accused submitted a further 27,758 fake subscriptions for the website oldschooldaters.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 330,620.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,693,969 to 11,721,726.

**127. onedayatatimeloving.com (cases 18,172,000 to 18,174,426)**

Completion (cases 18,172,000 to 18,174,426)

The accused operated the website onedayatatimeloving.com via the bogus merchant Casca Creations Limited. Using this website, they faked a total of 2,427 subscriptions and charged 6,350 individual monthly transactions to the credit cards of harmed

credit card holders in the period from 22 October 2019 to 2 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 580.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 108,520.22** was incurred via the website onedayatatimeloving.com at the expense of 2,427 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Casca Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,172,000 to 18,174,426.

Attempt (cases 11,756,987 to 11,777,433)

In addition, the accused submitted a further 20,447 fake subscriptions for the website onedayatatimeloving.com in the period from 25 October 2019 to 8 January 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 219,058.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,756,987 to 11,777,433.

**128. ontargetdating.com (cases 18,174,427 to 18,181,086)**

Completion (cases 18,174,427 to 18,181,086)

The accused operated the website ontargetdating.com via the bogus merchant Via Rosa Marketing Limited. Using this website, they faked a total of 6,660 subscriptions and charged 31,565 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.00 up to a maximum of EUR 2,110.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 494,501.71** was incurred via the website ontargetdating.com at the expense of 6,660 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Via Rosa Marketing Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 18,174,427 to 18,181,086.

## 129. openmindforlove.com (cases 18,181,087 to 18,184,305)

Completion (cases 18,181,087 to 18,184,305)

The accused operated the website openmindforlove.com via the bogus merchant Suregrowth Marketing Limited. Using this website, they faked a total of 3,219 subscriptions and charged 11,562 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,091.66** was incurred via the website openmindforlove.com at the expense of 3,219 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suregrowth Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,181,087 to 18,184,305.

Attempt (cases 11,810,609 to 11,836,651)

In addition, the accused submitted a further 26,043 fake subscriptions for the website openmindforlove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 316,224.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,810,609 to 11,836,651.

## 130. ourlovehoroscope.com (cases 18,184,306 to 18,187,796)

Completion (cases 18,184,306 to 18,187,796)

EXT-GARRONI-00788

The accused operated the website ourlovehoroscope.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 3,491 subscriptions and charged 11,982 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 193,644.60** was incurred via the website ourlovehoroscope.com at the expense of 3,491 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,184,306 to 18,187,796.

Attempt (cases 11,839,690 to 11,868,703)

In addition, the accused submitted a further 29,014 fake subscriptions for the website ourlovehoroscope.com in the period from 23 October 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 347,128.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,839,690 to 11,868,703.

### 131. ourlovestorythusfar.com (cases 18,187,797 to 18,191,359)

Completion (cases 18,187,797 to 18,191,359)

The accused operated the website ourlovestorythusfar.com via the bogus merchant Host-It Limited. Using this website, they faked a total of 3,563 subscriptions and charged 12,210 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 7 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,122.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,386.43** was incurred via the website ourlovestorythusfar.com at the expense of 3,563 credit card holders. This amount

was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Host-It Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,187,797 to 18,191,359.

Attempt (cases 11,871,704 to 11,899,575)

In addition, the accused submitted a further 27,872 fake subscriptions for the website ourlovestorythusfar.com in the period from 25 October 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,207.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,871,704 to 11,899,575.

## 132. overfakelove.com (cases 18,191,360 to 18,197,295)

Completion (cases 18,191,360 to 18,197,295)

The accused operated the website overfakelove.com via the bogus merchant Zephyrus Marketing Limited. Using this website, they faked a total of 5,936 subscriptions and charged 25,769 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 May 2018 to 20 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 2,887.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 415,336.35** was incurred via the website overfakelove.com at the expense of 5,936 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zephyrus Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,191,360 to 18,197,295.

## 133. pamperedforlove.com (cases 18,197,296 to 18,200,945)

Completion (cases 18,197,296 to 18,200,945)

The accused operated the website pamperedforlove.com via the bogus merchant Bulb Marketing Limited. Using this website, they faked a total of 3,650 subscriptions and charged 12,637 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,904.54** was incurred via the website pamperedforlove.com at the expense of 3,650 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bulb Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,197,296 to 18,200,945.

Attempt (cases 12,012,473 to 12,041,044)

In addition, the accused submitted a further 28,572 fake subscriptions for the website pamperedforlove.com in the period from 25 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 353,541.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,012,473 to 12,041,044.

**134. paradiesdatingplace.com (cases 18,200,946 to 18,205,019)**

Completion (cases 18,200,946 to 18,205,019)

The accused operated the website paradiesdatingplace.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 4,074 subscriptions and charged 13,814 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,380.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 229,913.33** was incurred via the website

paradiesdatingplace.com at the expense of 4,074 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,200,946 to 18,205,019.

Attempt (cases 12,044,571 to 12,076,794)

In addition, the accused submitted a further 32,224 fake subscriptions for the website paradiesdatingplace.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,660.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,044,571 to 12,076,794.

## 135. passionateforyou.com (cases 18,205,020 to 18,210,935)

Completion (cases 18,205,020 to 18,210,935)

The accused operated the website passionateforyou.com via the bogus merchant Zephyrus Marketing Limited. Using this website, they faked a total of 5,916 subscriptions and charged 25,546 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 May 2018 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 1,935.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 375,947.15** was incurred via the website passionateforyou.com at the expense of 5,916 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zephyrus Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,205,020 to 18,210,935.

## 136. passionatelatinasmeet.com (cases 18,210,936 to 18,217,818)

Completion (cases 18,210,936 to 18,217,818)

The accused operated the website passionatelatinasmeet.com via the bogus merchant Cookies & Cream Limited. Using this website, they faked a total of 6,883 subscriptions and charged 30,420 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 24 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,631.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 493,702.30** was incurred via the website passionatelatinasmeet.com at the expense of 6,883 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cookies & Cream Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,210,936 to 18,217,818.

### 137. plottingforlove.com (cases 18,217,819 to 18,224,650)

Completion (cases 18,217,819 to 18,224,650)

The accused operated the website plottingforlove.com via the bogus merchant Fluffy Bunnies Limited. Using this website, they faked a total of 6,832 subscriptions and charged 28,672 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 24 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,188.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 468,707.60** was incurred via the website plottingforlove.com at the expense of 6,832 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fluffy Bunnies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,217,819 to 18,224,650.

### 138. primetimetolove.com (cases 18,224,651 to 18,227,922)

Completion (cases 18,224,651 to 18,227,922)

The accused operated the website primetimetolove.com via the bogus merchant Brightlife Energy Limited. Using this website, they faked a total of 3,272 subscriptions and charged 10,790 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 17 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.32 up to a maximum of EUR 1,237.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 172,409.24** was incurred via the website primetimetolove.com at the expense of 3,272 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlife Energy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,224,651 to 18,227,922.

Attempt (cases 12,306,478 to 12,333,831)

In addition, the accused submitted a further 27,354 fake subscriptions for the website primetimetolove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 325,914.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,306,478 to 12,333,831.

**139. protectmyheartlovers.com (cases 18,227,923 to 18,234,568)**

Completion (cases 18,227,923 to 18,234,568)

The accused operated the website protectmyheartlovers.com via the bogus merchant Via Rosa Marketing Limited. Using this website, they faked a total of 6,646 subscriptions and charged 31,131 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,236.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 492,725.34** was

incurred via the website protectmyheartlovers.com at the expense of 6,646 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Via Rosa Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,227,923 to 18,234,568.

## 140. pureandgentlelove.com (cases 18,234,569 to 18,241,502)

Completion (cases 18,234,569 to 18,241,502)

The accused operated the website pureandgentlelove.com via the bogus dealer Fair Internet Marketing Limited/E-Com. Using this website, they faked a total of 6,934 subscriptions and charged 32,423 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,033.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 531,055.45** was incurred via the website pureandgentlelove.com at the expense of 6,934 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fair Internet Marketing Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,234,569 to 18,241,502.

## 141. pushbacklove.com (cases 18,241,503 to 18,248,268)

Completion (cases 18,241,503 to 18,248,268)

The accused operated the website pushbacklove.com via the bogus merchant Warner Internet Services Limited. Using this website, they faked a total of 6,766 subscriptions and charged 29,793 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,964.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 490,725.69** was

incurred via the website pushbacklove.com at the expense of 6,766 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warner Internet Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,241,503 to 18,248,268.

## 142. racingtofindtheone.com (cases 18,248,269 to 18,251,530)

Completion (cases 18,248,269 to 18,251,530)

The accused operated the website racingtofindtheone.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 3,262 subscriptions and charged 11,514 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 January 2020 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,475.87 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,246.32** was incurred via the website racingtofindtheone.com at the expense of 3,262 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,248,269 to 18,251,530.

Attempt (cases 12,375,751 to 12,402,457)

In addition, the accused submitted a further 26,707 fake subscriptions for the website racingtofindtheone.com in the period from 17 January 2020 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 318,386.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,375,751 to 12,402,457.

## 143. racingtoyourheart.com (cases 18,251,531 to 18,255,282)

Completion (cases 18,251,531 to 18,255,282)

EXT-GARRONI-00796

The accused operated the website racingtoyourheart.com via the bogus merchant Blink Internet Limited. Using this website, they faked a total of 3,752 subscriptions and charged 13,449 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 9 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 209,410.14** was incurred via the website racingtoyourheart.com at the expense of 3,752 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blink Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,251,531 to 18,255,282.

Attempt (cases 12,405,779 to 12,438,886)

In addition, the accused submitted a further 33,108 fake subscriptions for the website racingtoyourheart.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 385,432.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,405,779 to 12,438,886.

**144. reachingforyourlove.com (cases 18,255,283 to 18,258,639)**

Completion (cases 18,255,283 to 18,258,639)

The accused operated the website reachingforyourlove.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 3,357 subscriptions and charged 11,584 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 13 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,009.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 182,296.52** was

EXT-GARRONI-00797

incurred via the website reachingforyourlove.com at the expense of 3,357 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,255,283 to 18,258,639.

Attempt (cases 12,441,637 to 12,469,558)

In addition, the accused submitted a further 27,922 fake subscriptions for the website reachingforyourlove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 328,980.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,441,637 to 12,469,558.

## 145. readytofallinlove.com (cases 18,258,640 to 18,265,133)

Completion (cases 18,258,640 to 18,265,133)

The accused operated the website readytofallinlove.com via the bogus merchant Seneca Desgins Limited. Using this website, they faked a total of 6,494 subscriptions and charged 30,705 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,705.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 476,287.24** was incurred via the website readytofallinlove.com at the expense of 6,494 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seneca Desgins Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,258,640 to 18,265,133.

## 146. realaffairsnow.com (cases 18,265,134 to 18,269,442)

EXT-GARRONI-00798

Completion (cases 18,265,134 to 18,269,442)

The accused operated the website realaffairsnow.com via the bogus merchant RBW Associates Limited. Using this website, they faked a total of 4,309 subscriptions and charged 15,146 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 March 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,332.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 240,862.94** was incurred via the website realaffairsnow.com at the expense of 4,309 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RBW Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,265,134 to 18,269,442.

Attempt (cases 12,744,018 to 12,779,315)

In addition, the accused submitted a further 35,298 fake subscriptions for the website realaffairsnow.com in the period from 26 March 2019 to 23 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 421,837.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,744,018 to 12,779,315.

**147. realloveawaits.com (cases 18,269,443 to 18,274,057)**

Completion (cases 18,269,443 to 18,274,057)

The accused operated the website realloveawaits.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 4,615 subscriptions and charged 16,221 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,500.09 were incurred for each fake subscription. In the above-mentioned

period, a total loss of **EUR 252,587.94** was incurred via the website realloveawaits.com at the expense of 4,615 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,269,443 to 18,274,057.

Attempt (cases 12,783,341 to 12,820,126)

In addition, the accused submitted a further 36,786 fake subscriptions for the website realloveawaits.com in the period from 17 May 2019 to 16 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 450,083.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,783,341 to 12,820,126.

### 148. refreshinglove.com (cases 18,274,058 to 18,276,742)

Completion (cases 18,274,058 to 18,276,742)

The accused operated the website refreshinglove.com via the bogus merchant Amber Development Sociedad Limitada. Using this website, they faked a total of 2,685 subscriptions and charged 9,319 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 April 2020 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 986.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,906.38** was incurred via the website refreshinglove.com at the expense of 2,685 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amber Development Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,274,058 to 18,276,742.

Attempt (cases 12,822,126 to 12,841,213)

In addition, the accused submitted a further 19,088 fake subscriptions for the website refreshinglove.com in the period from 7 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 229,628.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,822,126 to 12,841,213.

## 149. religiousfolksfindlove.com (cases 18,276,743 to 18,281,467)

Completion (cases 18,276,743 to 18,281,467)

The accused operated the website religiousfolksfindlove.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 4,725 subscriptions and charged 17,113 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,451.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 266,378.99** was incurred via the website religiousfolksfindlove.com at the expense of 4,725 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,276,743 to 18,281,467.

Attempt (cases 12,845,407 to 12,883,192)

In addition, the accused submitted a further 37,786 fake subscriptions for the website religiousfolksfindlove.com in the period from 17 May 2019 to 7 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 473,072.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,845,407 to 12,883,192.

**150. remembertruelove.com (cases 18,281,468 to 18,287,203)**

Completion (cases 18,281,468 to 18,287,203)

The accused operated the website remembertruelove.com via the bogus merchant Bawd Tyre Associates Limited. Using this website, they faked a total of 5,736 subscriptions and charged 25,308 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 February 2018 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 2,225.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 407,252.61** was incurred via the website remembertruelove.com at the expense of 5,736 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bawd Tyre Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,281,468 to 18,287,203.

**151. risingtideoflove.com (cases 18,287,204 to 18,290,482)**

Completion (cases 18,287,204 to 18,290,482)

The accused operated the website risingtideoflove.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,279 subscriptions and charged 10,993 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 20 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 1,094.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,047.06** was incurred via the website risingtideoflove.com at the expense of 3,279 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,287,204 to 18,290,482.

Attempt (cases 13,014,522 to 13,041,856)

In addition, the accused submitted a further 27,335 fake subscriptions for the website risingtideoflove.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 324,336.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,014,522 to 13,041,856.

## 152. romanticsinglesmingle.com (cases 18,290,483 to 18,293,932)

Completion (cases 18,290,483 to 18,293,932)

The accused operated the website romanticsinglesmingle.com via the bogus merchant Brightlife Energy Limited. Using this website, they faked a total of 3,450 subscriptions and charged 11,793 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 13 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,487.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,731.71** was incurred via the website romanticsinglesmingle.com at the expense of 3,450 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlife Energy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,290,483 to 18,293,932.

Attempt (cases 13,306,220 to 13,335,354)

In addition, the accused submitted a further 29,135 fake subscriptions for the website romanticsinglesmingle.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 338,871.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,306,220 to 13,335,354.

## 153. roundandroundforlove.com (cases 18,293,933 to 18,297,163)

Completion (cases 18,293,933 to 18,297,163)

The accused operated the website roundandroundforlove.com via the bogus dealer Tatras Marketing Ventures S.R.O. Using this website, they faked a total of 3,231 subscriptions and charged 11,135 individual monthly transactions to the credit cards of harmed credit card holders in the period from 15 January 2020 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,040.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,596.26** was incurred via the website roundandroundforlove.com at the expense of 3,231 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tatras Marketing Ventures S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,293,933 to 18,297,163.

Attempt (cases 13,338,047 to 13,363,690)

In addition, the accused submitted a further 25,644 fake subscriptions for the website roundandroundforlove.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 308,037.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,338,047 to 13,363,690.

## 154. seekingacompanion.com (cases 18,297,164 to 18,303,983)

Completion (cases 18,297,164 to 18,303,983)

The accused operated the website seekingacompanion.com via the bogus merchant Handle Marketing Limited. Using this website, they faked a total of 6,820 subscriptions and charged 31,734 individual monthly transactions to the credit cards

of harmed credit card holders in the period from 10 December 2016 to 13 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.99 up to a maximum of EUR 2,146.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 485,907.55** was incurred via the website seekingacompanion.com at the expense of 6,820 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Handle Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,297,164 to 18,303,983.

### 155. seekinglastinglove.com (cases 18,303,984 to 18,308,702)

Completion (cases 18,303,984 to 18,308,702)

The accused operated the website seekinglastinglove.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 4,719 subscriptions and charged 16,610 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 249,070.67** was incurred via the website seekinglastinglove.com at the expense of 4,719 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,303,984 to 18,308,702.

Attempt (cases 13,525,410 to 13,562,284)

In addition, the accused submitted a further 36,875 fake subscriptions for the website seekinglastinglove.com in the period from 16 May 2019 to 29 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 447,312.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,525,410 to 13,562,284.

**156. seekinternationalsweethearts.com (cases 18,308,703 to 18,314,192)**

Completion (cases 18,308,703 to 18,314,192)

The accused operated the website seekinternationalsweethearts.com via the bogus merchant Bawd Tyre Associates Limited. Using this website, they faked a total of 5,490 subscriptions and charged 23,776 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 February 2018 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.81 up to a maximum of EUR 1,541.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 386,847.05** was incurred via the website seekinternationalsweethearts.com at the expense of 5,490 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bawd Tyre Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,308,703 to 18,314,192.

**157. sensibleloversmeet.com (cases 18,314,193 to 18,318,358)**

Completion (cases 18,314,193 to 18,318,358)

The accused operated the website sensibleloversmeet.com via the bogus merchant Russell Trading Sociedad Limitada. Using this website, they faked a total of 4,166 subscriptions and charged 14,412 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 March 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,610.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 224,310.30** was incurred via the website sensibleloversmeet.com at the expense of 4,166 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Russell Trading Sociedad

Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,314,193 to 18,318,358.

**158. sharelovewithme.com (cases 18,318,359 to 18,323,001)**

Completion (cases 18,318,359 to 18,323,001)

The accused operated the website sharelovewithme.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 4,643 subscriptions and charged 15,946 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 April 2019 to 14 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,196.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 235,699.70** was incurred via the website sharelovewithme.com at the expense of 4,643 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,318,359 to 18,323,001.

Attempt (cases 13,599,508 to 13,638,418)

In addition, the accused submitted a further 38,911 fake subscriptions for the website sharelovewithme.com in the period from 17 May 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 468,506.92.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,599,508 to 13,638,418.

**159. signupandlove.com (cases 18,323,002 to 18,327,042)**

Completion (cases 18,323,002 to 18,327,042)

The accused operated the website signupandlove.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 4,041 subscriptions and charged 13,853 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.20 up to a maximum of EUR 1,427.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 219,963.50** was incurred via the website signupandlove.com at the expense of 4,041 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,323,002 to 18,327,042.

Attempt (cases 13,685,195 to 13,715,538)

In addition, the accused submitted a further 30,344 fake subscriptions for the website signupandlove.com in the period from 27 June 2019 to 12 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 375,238.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,685,195 to 13,715,538.

**160. signupforlovenow.com (cases 18,327,043 to 18,333,945)**

Completion (cases 18,327,043 to 18,333,945)

The accused operated the website signupforlovenow.com via the bogus dealer Fair Internet Marketing Limited/E-Com. Using this website, they faked a total of 6,903 subscriptions and charged 32,328 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 12 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,080.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 518,572.00** was incurred via the website signupforlovenow.com at the expense of 6,903 credit card

holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fair Internet Marketing Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,327,043 to 18,333,945.

## 161. signuptofindlove.com (cases 18,333,946 to 18,337,806)

Completion (cases 18,333,946 to 18,337,806)

The accused operated the website signuptofindlove.com via the bogus merchant Blink Internet Limited. Using this website, they faked a total of 3,861 subscriptions and charged 14,324 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 15 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.71 up to a maximum of EUR 1,548.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 227,657.67** was incurred via the website signuptofindlove.com at the expense of 3,861 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blink Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,333,946 to 18,337,806.

## 162. simpleloveforall.com (cases 18,337,807 to 18,341,462)

Completion (cases 18,337,807 to 18,341,462)

The accused operated the website simpleloveforall.com via the bogus merchant Chanabellas Limited. Using this website, they faked a total of 3,656 subscriptions and charged 13,017 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.17 up to a maximum of EUR 1,298.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 203,975.23** was incurred via the website simpleloveforall.com at the expense of 3,656 credit card holders. This amount was

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chanabellas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,337,807 to 18,341,462.

Attempt (cases 13,752,386 to 13,783,057)

In addition, the accused submitted a further 30,672 fake subscriptions for the website simpleloveforall.com in the period from 12 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 363,440.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,752,386 to 13,783,057.

## 163. simpleplanoflove.com (cases 18,341,463 to 18,344,939)

Completion (cases 18,341,463 to 18,344,939)

The accused operated the website simpleplanoflove.com via the bogus merchant Alkonost Strategie S.R.O. Using this website, they faked a total of 3,477 subscriptions and charged 11,828 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.44 up to a maximum of EUR 1,185.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,219.45** was incurred via the website simpleplanoflove.com at the expense of 3,477 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alkonost Strategie S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,341,463 to 18,344,939.

Attempt (cases 13,786,017 to 13,812,907)

In addition, the accused submitted a further 26,891 fake subscriptions for the website simpleplanoflove.com in the period from 24 October 2019 to 5 July 2021, which

EXT-GARRONI-00810

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 328,675.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,786,017 to 13,812,907.

## 164. singleinthecitynow.com (cases 18,344,940 to 18,348,566)

Completion (cases 18,344,940 to 18,348,566)

The accused operated the website singleinthecitynow.com via the bogus merchant Trc Trading Limited. Using this website, they faked a total of 3,627 subscriptions and charged 13,325 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,099.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 208,697.26** was incurred via the website singleinthecitynow.com at the expense of 3,627 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trc Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,344,940 to 18,348,566.

Attempt (cases 13,896,989 to 13,925,340)

In addition, the accused submitted a further 28,352 fake subscriptions for the website singleinthecitynow.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 333,645.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,896,989 to 13,925,340.

## 165. singlelovenetwork.com (cases 18,348,567 to 18,352,338)

Completion (cases 18,348,567 to 18,352,338)

The accused operated the website singlelovenetwork.com via the bogus merchant Suitespot Limited. Using this website, they faked a total of 3,772 subscriptions and charged 13,133 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,332.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 211,053.78** was incurred via the website singlelovenetwork.com at the expense of 3,772 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suitespot Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,348,567 to 18,352,338.

Attempt (cases 13,928,525 to 13,959,256)

In addition, the accused submitted a further 30,732 fake subscriptions for the website singlelovenetwork.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 385,609.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,928,525 to 13,959,256.

**166. singlescultivatingdates.com (cases 18,352,339 to 18,356,234)**

Completion (cases 18,352,339 to 18,356,234)

The accused operated the website singlescultivatingdates.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 3,896 subscriptions and charged 13,718 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 13 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.32 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In

the above-mentioned period, a total loss of **EUR 223,279.05** was incurred via the website singlescultivatingdates.com at the expense of 3,896 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,352,339 to 18,356,234.

Attempt (cases 14,004,031 to 14,035,079)

In addition, the accused submitted a further 31,049 fake subscriptions for the website singlescultivatingdates.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 388,277.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,004,031 to 14,035,079.

**167. singlesloveart.com (cases 18,356,235 to 18,359,512)**

Completion (cases 18,356,235 to 18,359,512)

The accused operated the website singlesloveart.com via the bogus merchant Topscale Limited. Using this website, they faked a total of 3,278 subscriptions and charged 11,157 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,139.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,332.99** was incurred via the website singlesloveart.com at the expense of 3,278 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topscale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,356,235 to 18,359,512.

Attempt (cases 14,037,728 to 14,065,018)

In addition, the accused submitted a further 27,291 fake subscriptions for the website singlesloveart.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 319,560.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,037,728 to 14,065,018.

**168. singlesonparade.com (cases 18,359,513 to 18,366,254)**

Completion (cases 18,359,513 to 18,366,254)

The accused operated the website singlesonparade.com via the bogus merchant Ridge Marketing Limited/E-Com. Using this website, they faked a total of 6,742 subscriptions and charged 31,385 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 17 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,903.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 474,352.52** was incurred via the website singlesonparade.com at the expense of 6,742 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ridge Marketing Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,359,513 to 18,366,254.

**169. snowangelsandlove.com (cases 18,366,255 to 18,369,959)**

Completion (cases 18,366,255 to 18,369,959)

The accused operated the website snowangelsandlove.com via the bogus merchant Tikbox Limited. Using this website, they faked a total of 3,705 subscriptions and charged 12,792 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 10 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a

maximum of EUR 1,500.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,719.58** was incurred via the website snowangelsandlove.com at the expense of 3,705 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tikbox Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,366,255 to 18,369,959.

Attempt (cases 14,068,160 to 14,099,103)

In addition, the accused submitted a further 30,944 fake subscriptions for the website snowangelsandlove.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 372,530.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,068,160 to 14,099,103.

**170. softspotforlove.com (cases 18,369,960 to 18,372,434)**

Completion (cases 18,369,960 to 18,372,434)

The accused operated the website softspotforlove.com via the bogus merchant Ezequiel Networking Sociedad Limitada. Using this website, they faked a total of 2,475 subscriptions and charged 6,895 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 July 2020 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 891.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 103,751.56** was incurred via the website softspotforlove.com at the expense of 2,475 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ezequiel Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,369,960 to 18,372,434.

Attempt (cases 14,170,088 to 14,189,477)

In addition, the accused submitted a further 19,390 fake subscriptions for the website softspotforlove.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 233,903.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,170,088 to 14,189,477.

## 171. spendalifetimewithyou.com (cases 18,372,435 to 18,375,731)

Completion (cases 18,372,435 to 18,375,731)

The accused operated the website spendalifetimewithyou.com via the bogus merchant Liu Societa A Responsabilita Limitata. Using this website, they faked a total of 3,297 subscriptions and charged 11,350 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 13 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,237.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,354.83** was incurred via the website spendalifetimewithyou.com at the expense of 3,297 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liu Societa A Responsabilita Limitata. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,372,435 to 18,375,731.

Attempt (cases 14,253,018 to 14,279,386)

In addition, the accused submitted a further 26,369 fake subscriptions for the website spendalifetimewithyou.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 311,092.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,253,018 to 14,279,386.

**172. spendeveryminutewithyou.com (cases 18,375,732 to 18,379,373)**

Completion (cases 18,375,732 to 18,379,373)

The accused operated the website spendeveryminutewithyou.com via the bogus merchant Trc Trading Limited. Using this website, they faked a total of 3,642 subscriptions and charged 12,202 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 10 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,284.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 201,690.41** was incurred via the website spendeveryminutewithyou.com at the expense of 3,642 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trc Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,375,732 to 18,379,373.

Attempt (cases 14,282,421 to 14,310,505)

In addition, the accused submitted a further 28,085 fake subscriptions for the website spendeveryminutewithyou.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 341,923.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,282,421 to 14,310,505.

**173. standstilllove.com (cases 18,379,374 to 18,383,053)**

Completion (cases 18,379,374 to 18,383,053)

The accused operated the website standstilllove.com via the bogus merchant Styx Marketing Limited. Using this website, they faked a total of 3,680 subscriptions and

charged 13,025 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 24 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,463.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 209,899.68** was incurred via the website standstilllove.com at the expense of 3,680 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Styx Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,379,374 to 18,383,053.

Attempt (cases 14,377,282 to 14,407,819)

In addition, the accused submitted a further 30,538 fake subscriptions for the website standstilllove.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 376,069.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,377,282 to 14,407,819.

**174. staringintotruelove.com (cases 18,383,054 to 18,386,944)**

Completion (cases 18,383,054 to 18,386,944)

The accused operated the website staringintotruelove.com via the bogus merchant Bulb Marketing Limited. Using this website, they faked a total of 3,891 subscriptions and charged 12,760 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,258.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 206,483.32** was incurred via the website staringintotruelove.com at the expense of 3,891 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bulb Marketing Limited. The

EXT-GARRONI-00818

individual cases are listed in the table attached to the Arrest Warrant for cases 18,383,054 to 18,386,944.

Attempt (cases 14,411,224 to 14,441,772)

In addition, the accused submitted a further 30,549 fake subscriptions for the website staringintotruelove.com in the period from 22 August 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 362,285.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,411,224 to 14,441,772.

## 175. stealmyhearttoday.com (cases 18,386,945 to 18,390,560)

Completion (cases 18,386,945 to 18,390,560)

The accused operated the website stealmyhearttoday.com via the bogus merchant Edge Internet Limited. Using this website, they faked a total of 3,616 subscriptions and charged 12,030 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 October 2019 to 18 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.02 up to a maximum of EUR 1,209.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 194,620.52** was incurred via the website stealmyhearttoday.com at the expense of 3,616 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Edge Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,386,945 to 18,390,560.

Attempt (cases 14,444,791 to 14,473,118)

In addition, the accused submitted a further 28,328 fake subscriptions for the website stealmyhearttoday.com in the period from 14 October 2019 to 7 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 341,581.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,444,791 to 14,473,118.

## 176. stuckonyourlove.com (cases 18,390,561 to 18,394,486)

Completion (cases 18,390,561 to 18,394,486)

The accused operated the website stuckonyourlove.com via the bogus merchant North Internet Limited. Using this website, they faked a total of 3,926 subscriptions and charged 13,256 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,189.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,150.96** was incurred via the website stuckonyourlove.com at the expense of 3,926 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for North Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,390,561 to 18,394,486.

Attempt (cases 14,561,017 to 14,593,755)

In addition, the accused submitted a further 32,739 fake subscriptions for the website stuckonyourlove.com in the period from 2 July 2019 to 27 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 384,026.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,561,017 to 14,593,755.

## 177. superchargeyourlove.com (cases 18,394,487 to 18,397,651)

Completion (cases 18,394,487 to 18,397,651)

The accused operated the website superchargeyourlove.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 3,165 subscriptions and charged 10,434 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 January 2020 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,094.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 171,868.45** was incurred via the website superchargeyourlove.com at the expense of 3,165 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,394,487 to 18,397,651.

Attempt (cases 14,632,981 to 14,658,002)

In addition, the accused submitted a further 25,022 fake subscriptions for the website superchargeyourlove.com in the period from 17 January 2020 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 301,590.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,632,981 to 14,658,002.

**178. surgeoflove.com (cases 18,397,652 to 18,401,444)**

Completion (cases 18,397,652 to 18,401,444)

The accused operated the website surgeoflove.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 3,793 subscriptions and charged 13,367 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,380.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 216,494.41** was incurred via the website

surgeoflove.com at the expense of 3,793 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,397,652 to 18,401,444.

Attempt (cases 14,690,372 to 14,722,048)

In addition, the accused submitted a further 31,677 fake subscriptions for the website surgeoflove.com in the period from 17 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 366,201.92.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,690,372 to 14,722,048.

## 179. sweetheartsinlove.com (cases 18,401,445 to 18,404,177)

Completion (cases 18,401,445 to 18,404,177)

The accused operated the website sweetheartsinlove.com via the bogus merchant Amber Development Sociedad Limitada (SI). Using this website, they faked a total of 2,733 subscriptions and charged 9,558 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 April 2020 to 18 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,010.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 133,968.99** was incurred via the website sweetheartsinlove.com at the expense of 2,733 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Amber Development Sociedad Limitada (SI). The individual cases are listed in the table attached to the Arrest Warrant for cases 18,401,445 to 18,404,177.

Attempt (cases 14,724,165 to 14,745,517)

In addition, the accused submitted a further 21,353 fake subscriptions for the website sweetheartsinlove.com in the period from 7 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 244,084.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,724,165 to 14,745,517.

**180. techydates.com (cases 18,404,178 to 18,410,932)**

Completion (cases 18,404,178 to 18,410,932)

The accused operated the website techydates.com via the bogus merchant Trezco Limited. Using this website, they faked a total of 6,755 subscriptions and charged 29,338 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 24 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.00 up to a maximum of EUR 2,476.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 485,976.24** was incurred via the website techydates.com at the expense of 6,755 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trezco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,404,178 to 18,410,932.

**181. thebesttimetolove.com (cases 18,410,933 to 18,414,645)**

Completion (cases 18,410,933 to 18,414,645)

The accused operated the website thebesttimetolove.com via the bogus merchant Catch Marketing Limited. Using this website, they faked a total of 3,713 subscriptions and charged 12,787 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 1 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89

up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 196,738.87** was incurred via the website thebesttimetolove.com at the expense of 3,713 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Catch Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,410,933 to 18,414,645.

**182. Thebookofhonestlove.com (cases 18,414,646 to 18,417,871)**

Completion (cases 18,414,646 to 18,417,871)

The accused operated the website thebookofhonestlove.com via the bogus merchant Topscale Limited. Using this website, they faked a total of 3,226 subscriptions and charged 11,159 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 24 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 176,536.23** was incurred via the website thebookofhonestlove.com at the expense of 3,226 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topscale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,414,646 to 18,417,871.

Attempt (cases 14,979,810 to 15,006,428)

In addition, the accused submitted a further 26,619 fake subscriptions for the website thebookofhonestlove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 325,522.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,979,810 to 15,006,428.

**183. thecenterofourlove.com (cases 18,417,872 to 18,421,183)**

Completion (cases 18,417,872 to 18,421,183)

The accused operated the website thecenterofourlove.com via the bogus merchant Liu Societa A Responsabilita Limitata. Using this website, they faked a total of 3,312 subscriptions and charged 11,873 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.11 up to a maximum of EUR 1,016.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,589.71** was incurred via the website thecenterofourlove.com at the expense of 3,312 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liu Societa A Responsabilita Limitata. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,417,872 to 18,421,183.

Attempt (cases 15,009,155 to 15,034,574)

In addition, the accused submitted a further 25,420 fake subscriptions for the website thecenterofourlove.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 310,318.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,009,155 to 15,034,574.

**184. thedesiretolove.com (cases 18,421,184 to 18,425,187)**

Completion (cases 18,421,184 to 18,425,187)

The accused operated the website thedesiretolove.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 4,004 subscriptions and charged 14,225 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 24 November 2021

in accordance with their previously agreed plan of action. Losses of at least EUR 1.72 up to a maximum of EUR 1,354.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 225,700.40** was incurred via the website thedesiretolove.com at the expense of 4,004 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,421,184 to 18,425,187.

Attempt (cases 15,076,256 to 15,107,763)

In addition, the accused submitted a further 31,508 fake subscriptions for the website thedesiretolove.com in the period from 28 June 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 387,792.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,076,256 to 15,107,763.

**185. thedetailsofourlove.com (cases 18,425,188 to 18,428,844)**

Completion (cases 18,425,188 to 18,428,844)

The accused operated the website thedetailsofourlove.com via the bogus merchant Tikbox Limited. Using this website, they faked a total of 3,657 subscriptions and charged 13,036 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 15 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.24 up to a maximum of EUR 1,016.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 206,559.91** was incurred via the website thedetailsofourlove.com at the expense of 3,657 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tikbox Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,425,188 to 18,428,844.

EXT-GARRONI-00826

## 186. theevolutionoflovenow.com (cases 18,428,845 to 18,432,511)

Completion (cases 18,428,845 to 18,432,511)

The accused operated the website theevolutionoflovenow.com via the bogus merchant Edge Internet Limited. Using this website, they faked a total of 3,667 subscriptions and charged 13,041 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 October 2019 to 19 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 991.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 206,008.96** was incurred via the website theevolutionoflovenow.com at the expense of 3,667 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Edge Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,428,845 to 18,432,511.

Attempt (cases 15,141,470 to 15,170,750)

In addition, the accused submitted a further 29,281 fake subscriptions for the website theevolutionoflovenow.com in the period from 14 October 2019 to 17 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 354,147.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,141,470 to 15,170,750.

## 187. thefootprintoflove.com (cases 18,432,512 to 18,436,125)

Completion (cases 18,432,512 to 18,436,125)

The accused operated the website thefootprintoflove.com via the bogus merchant TRC Trading Limited. Using this website, they faked a total of 3,614 subscriptions and charged 12,225 individual monthly transactions to the credit cards of harmed

credit card holders in the period from 23 October 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,161.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,770.49** was incurred via the website thefootprintoflove.com at the expense of 3,614 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TRC Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,432,512 to 18,436,125.

<u>Attempt (cases 15,173,700 to 15,201,236)</u>

In addition, the accused submitted a further 27,537 fake subscriptions for the website thefootprintoflove.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 332,996.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,173,700 to 15,201,236.

**188. theneedforlove.com (cases 18,436,126 to 18,442,863)**

<u>Completion (cases 18,436,126 to 18,442,863)</u>

The accused operated the website theneedforlove.com via the bogus merchant Handle Marketing Limited. Using this website, they faked a total of 6,738 subscriptions and charged 30,849 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2016 to 18 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,935.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 476,707.86** was incurred via the website theneedforlove.com at the expense of 6,738 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Handle Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,436,126 to 18,442,863.

**189. thepotionoflove.com (cases 18,442,864 to 18,446,653)**

Completion (cases 18,442,864 to 18,446,653)

The accused operated the website thepotionoflove.com via the bogus merchant Catch Marketing Limited. Using this website, they faked a total of 3,790 subscriptions and charged 12,978 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 14 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,500.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 205,459.93** was incurred via the website thepotionoflove.com at the expense of 3,790 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Catch Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,442,864 to 18,446,653.

**190. therealpoweroflove.com (cases 18,446,654 to 18,449,749)**

Completion (cases 18,446,654 to 18,449,749)

The accused operated the website therealpoweroflove.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,096 subscriptions and charged 9,808 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 12 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 951.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 151,430.34** was incurred via the website therealpoweroflove.com at the expense of 3,096 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,446,654 to 18,449,749.

**191. theserenadeoflove.com (cases 18,449,750 to 18,452,995)**

Completion (cases 18,449,750 to 18,452,995)

The accused operated the website theserenadeoflove.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 3,246 subscriptions and charged 11,031 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,112.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,890.04** was incurred via the website theserenadeoflove.com at the expense of 3,246 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,449,750 to 18,452,995.

Attempt (cases 15,417,650 to 15,443,668)

In addition, the accused submitted a further 26,019 fake subscriptions for the website theserenadeoflove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 306,803.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,417,650 to 15,443,668.

**192. thesignaloftruelove.com (cases 18,452,996 to 18,456,388)**

Completion (cases 18,452,996 to 18,456,388)

The accused operated the website thesignaloftruelove.com via the bogus merchant Liberty Networking Sociedad Limitada. Using this website, they faked a total of 3,393 subscriptions and charged 12,335 individual monthly transactions to the credit cards

of harmed credit card holders in the period from 21 September 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,090.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,435.05** was incurred via the website thesignaloftruelove.com at the expense of 3,393 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liberty Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,452,996 to 18,456,388.

Attempt (cases 15,446,588 to 15,473,427)

In addition, the accused submitted a further 26,840 fake subscriptions for the website thesignaloftruelove.com in the period from 12 September 2019 to 8 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 317,107.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,446,588 to 15,473,427.

## 193. thesoundofourlove.com (cases 18,456,389 to 18,459,558)

Completion (cases 18,456,389 to 18,459,558)

The accused operated the website thesoundofourlove.com via the bogus dealer Tatras Marketing Ventures S.R.O. Using this website, they faked a total of 3,170 subscriptions and charged 10,872 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 12 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,046.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 172,859.83** was incurred via the website thesoundofourlove.com at the expense of 3,170 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tatras

Marketing Ventures S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,456,389 to 18,459,558.

Attempt (cases 15,518,522 to 15,542,620)

In addition, the accused submitted a further 24,099 fake subscriptions for the website thesoundofourlove.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 292,270.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,518,522 to 15,542,620.

**194. thespelloflove.com (cases 18,459,559 to 18,463,321)**

Completion (cases 18,459,559 to 18,463,321)

The accused operated the website thespelloflove.com via the bogus merchant Catch Marketing Limited. Using this website, they faked a total of 3,763 subscriptions and charged 13,531 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 August 2019 to 9 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,342.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,329.79** was incurred via the website thespelloflove.com at the expense of 3,763 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Catch Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,459,559 to 18,463,321.

Attempt (cases 15,545,769 to 15,576,187)

In addition, the accused submitted a further 30,419 fake subscriptions for the website thespelloflove.com in the period from 12 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 359,086.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,545,769 to 15,576,187.

**195. thestrongestloveofall.com (cases 18,463,322 to 18,467,292)**

Completion (cases 18,463,322 to 18,467,292)

The accused operated the website thestrongestloveofall.com via the bogus merchant North Internet Limited. Using this website, they faked a total of 3,971 subscriptions and charged 13,638 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,246.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 221,403.59** was incurred via the website thestrongestloveofall.com at the expense of 3,971 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for North Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,463,322 to 18,467,292.

Attempt (cases 15,624,177 to 15,657,359)

In addition, the accused submitted a further 33,183 fake subscriptions for the website thestrongestloveofall.com in the period from 2 July 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 402,920.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,624,177 to 15,657,359.

**196. thisfairytaleexists.com (cases 18,467,293 to 18,471,070)**

Completion (cases 18,467,293 to 18,471,070)

The accused operated the website thisfairytaleexists.com via the bogus merchant Chanabellas Limited. Using this website, they faked a total of 3,778 subscriptions and charged 13,086 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,131.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 202,672.66** was incurred via the website thisfairytaleexists.com at the expense of 3,778 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chanabellas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,467,293 to 18,471,070.

Attempt (cases 15,660,584 to 15,692,548)

In addition, the accused submitted a further 31,965 fake subscriptions for the website thisfairytaleexists.com in the period from 12 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 373,470.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,660,584 to 15,692,548.

**197. thugzneedhugz2.com (cases 18,471,071 to 18,475,097)**

Completion (cases 18,471,071 to 18,475,097)

The accused operated the website thugzneedhugz2.com via the bogus merchant Russell Trading Sociedad Limitada. Using this website, they faked a total of 4,027 subscriptions and charged 13,528 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 March 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,380.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 209,803.45** was incurred via the website thugzneedhugz2.com at the expense of 4,027 credit card holders. This

amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Russell Trading Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,471,071 to 18,475,097.

Attempt (cases 15,696,086 to 15,726,614)

In addition, the accused submitted a further 30,529 fake subscriptions for the website thugzneedhugz2.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 368,682.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,696,086 to 15,726,614.

### 198. tiptoeingtolove.com (cases 18,475,098 to 18,478,594)

Completion (cases 18,475,098 to 18,478,594)

The accused operated the website tiptoeingtolove.com via the bogus merchant Alkonost Strategie S.R.O. Using this website, they faked a total of 3,497 subscriptions and charged 12,358 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 4 October 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,898.49** was incurred via the website tiptoeingtolove.com at the expense of 3,497 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alkonost Strategie S.R.O. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,475,098 to 18,478,594.

Attempt (cases 15,729,522 to 15,757,261)

In addition, the accused submitted a further 27,740 fake subscriptions for the website tiptoeingtolove.com in the period from 24 October 2019 to 5 July 2021, which

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 338,576.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,729,522 to 15,757,261.

### 199. Tiredoflosinglove.com (cases 18,478,595 to 18,481,793)

Completion (cases 18,478,595 to 18,481,793)

The accused operated the website tiredoflosinglove.com via the bogus merchant Suregrowth Limited. Using this website, they faked a total of 3,199 subscriptions and charged 10,920 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 30 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.72 up to a maximum of EUR 967.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 173,235.58** was incurred via the website tiredoflosinglove.com at the expense of 3,199 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suregrowth Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,478,595 to 18,481,793.

Attempt (cases 15,759,952 to 15,786,636)

In addition, the accused submitted a further 26,685 fake subscriptions for the website tiredoflosinglove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,660.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,759,952 to 15,786,636.

### 200. totallyinlovewithyou.com (cases 18,481,794 to 18,485,758)

EXT-GARRONI-00836

<u>Completion (cases 18,481,794 to 18,485,758)</u>

The accused operated the website totallyinlovewithyou.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 3,965 subscriptions and charged 13,949 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 June 2019 to 5 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,343.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 216,482.18** was incurred via the website totallyinlovewithyou.com at the expense of 3,965 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,481,794 to 18,485,758.

<u>Attempt (cases 15,819,201 to 15,850,974)</u>

In addition, the accused submitted a further 31,774 fake subscriptions for the website totallyinlovewithyou.com in the period from 26 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 384,068.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,819,201 to 15,850,974.

**201. trailblazingtolove.com (cases 18,485,759 to 18,489,615)**

<u>Completion (cases 18,485,759 to 18,489,615)</u>

The accused operated the website trailblazingtolove.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 3,857 subscriptions and charged 14,069 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 June 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.02 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the

above-mentioned period, a total loss of **EUR 231,773.29** was incurred via the website trailblazingtolove.com at the expense of 3,857 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,485,759 to 18,489,615.

Attempt (cases 15,854,253 to 15,885,178)

In addition, the accused submitted a further 30,926 fake subscriptions for the website trailblazingtolove.com in the period from 28 June 2019 to 29 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 401,197.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,854,253 to 15,885,178.

## 202. troublelessdating.com (cases 18,489,616 to 18,493,089)

Completion (cases 18,489,616 to 18,493,089)

The accused operated the website troublelessdating.com via the bogus merchant Intellijet Limited. Using this website, they faked a total of 3,474 subscriptions and charged 11,912 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 23 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,189.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 189,833.52** was incurred via the website troublelessdating.com at the expense of 3,474 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intellijet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,489,616 to 18,493,089.

Attempt (cases 15,888,057 to 15,916,150)

In addition, the accused submitted a further 28,094 fake subscriptions for the website troublelessdating.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 335,922.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,888,057 to 15,916,150.

### 203. truefeelingsforyou.com (cases 18,493,090 to 18,499,018)

Completion (cases 18,493,090 to 18,499,018)

The accused operated the website truefeelingsforyou.com via the bogus merchant Zephyrus Marketing Limited. Using this website, they faked a total of 5,929 subscriptions and charged 25,726 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 May 2018 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.15 up to a maximum of EUR 2,379.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 404,180.63** was incurred via the website truefeelingsforyou.com at the expense of 5,929 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zephyrus Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,493,090 to 18,499,018.

### 204. trueloveandtenderness.com (cases 18,499,019 to 18,506,095)

Completion (cases 18,499,019 to 18,506,095)

The accused operated the website trueloveandtenderness.com via the bogus dealer Fair Internet Marketing Limited/E-Com. Using this website, they faked a total of 7,077 subscriptions and charged 33,680 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 October 2016 to 19 November 2021 in accordance with their previously agreed plan of action. Losses of at least

EUR 1.80 up to a maximum of EUR 2,080.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 535,178.74** was incurred via the website trueloveandtenderness.com at the expense of 7,077 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fair Internet Marketing Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,499,019 to 18,506,095.

**205. trueloveconnectionsnow.com (cases 18,506,096 to 18,509,924)**

Completion (cases 18,506,096 to 18,509,924)

The accused operated the website trueloveconnectionsnow.com via the bogus merchant Chanabellas Limited. Using this website, they faked a total of 3,829 subscriptions and charged 12,918 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2019 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.82 up to a maximum of EUR 1,094.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 201,771.71** was incurred via the website trueloveconnectionsnow.com at the expense of 3,829 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chanabellas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,506,096 to 18,509,924.

Attempt (cases 15,919,426 to 15,949,855)

In addition, the accused submitted a further 30,430 fake subscriptions for the website trueloveconnectionsnow.com in the period from 12 September 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 363,666.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,919,426 to 15,949,855.

**206. trueloveisneverblind.com (cases 18,509,925 to 18,513,155)**

Completion (cases 18,509,925 to 18,513,155)

The accused operated the website trueloveisneverblind.com via the bogus merchant Topscale Limited. Using this website, they faked a total of 3,231 subscriptions and charged 11,142 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 999.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,913.05** was incurred via the website trueloveisneverblind.com at the expense of 3,231 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topscale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,509,925 to 18,513,155.

Attempt (cases 15,952,491 to 15,978,946)

In addition, the accused submitted a further 26,456 fake subscriptions for the website trueloveisneverblind.com in the period from 17 December 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 316,864.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,952,491 to 15,978,946.

**207. trustinourlove.com (cases 18,513,156 to 18,516,473)**

Completion (cases 18,513,156 to 18,516,473)

The accused operated the website trustinourlove.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,318 subscriptions and charged 11,112 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 30 November 2021 in

accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,180.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 172,066.46** was incurred via the website trustinourlove.com at the expense of 3,318 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,513,156 to 18,516,473.

### 208. turningthepagetolove.com (cases 18,516,474 to 18,520,083)

Completion (cases 18,516,474 to 18,520,083)

The accused operated the website turningthepagetolove.com via the bogus merchant Casca Creations Limited. Using this website, they faked a total of 3,610 subscriptions and charged 12,383 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 11 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,246.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 195,498.45** was incurred via the website turningthepagetolove.com at the expense of 3,610 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Casca Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,516,474 to 18,520,083.

Attempt (cases 16,053,038 to 16,082,110)

In addition, the accused submitted a further 29,073 fake subscriptions for the website turningthepagetolove.com in the period from 25 October 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 355,093.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,053,038 to 16,082,110.

**209. voyagetofindlove.com (cases 18,520,084 to 18,526,661)**

Completion (cases 18,520,084 to 18,526,661)

The accused operated the website voyagetofindlove.com via the bogus merchant Handle Marketing Limited. Using this website, they faked a total of 6,578 subscriptions and charged 30,564 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2016 to 17 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.01 up to a maximum of EUR 1,983.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 493,788.32** was incurred via the website voyagetofindlove.com at the expense of 6,578 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Handle Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,520,084 to 18,526,661.

**210. walkingdowntheaisleoflove.com (cases 18,526,662 to 18,529,905)**

Completion (cases 18,526,662 to 18,529,905)

The accused operated the website walkingdowntheaisleoflove.com via the bogus merchant Suregrowth Limited. Using this website, they faked a total of 3,244 subscriptions and charged 11,265 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 6 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,282.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,044.88** was incurred via the website walkingdowntheaisleoflove.com at the expense of 3,244 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suregrowth Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,526,662 to 18,529,905.

Attempt (cases 16,175,676 to 16,202,428)

In addition, the accused submitted a further 26,753 fake subscriptions for the website walkingdowntheaisleoflove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 332,156.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,175,676 to 16,202,428.

## 211. walkingtothegatesoflove.com (cases 18,529,906 to 18,533,074)

Completion (cases 18,529,906 to 18,533,074)

The accused operated the website walkingtothegatesoflove.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 3,169 subscriptions and charged 10,887 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2019 to 3 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.37 up to a maximum of EUR 1,122.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,959.52** was incurred via the website walkingtothegatesoflove.com at the expense of 3,169 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,529,906 to 18,533,074.

Attempt (cases 16,205,045 to 16,231,103)

In addition, the accused submitted a further 26,059 fake subscriptions for the website walkingtothegatesoflove.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 314,932.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,205,045 to 16,231,103.

**212. willingtoloveagain.com (cases 18,533,075 to 18,536,649)**

Completion (cases 18,533,075 to 18,536,649)

The accused operated the website willingtoloveagain.com via the bogus merchant Suitespot Limited. Using this website, they faked a total of 3,575 subscriptions and charged 12,353 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 4 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.24 up to a maximum of EUR 1,401.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,713.57** was incurred via the website willingtoloveagain.com at the expense of 3,575 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Suitespot Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,533,075 to 18,536,649.

Attempt (cases 16,265,353 to 16,294,670)

In addition, the accused submitted a further 29,318 fake subscriptions for the website willingtoloveagain.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 358,192.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,265,353 to 16,294,670.

**213. wineandbooklovers.com (cases 18,536,650 to 18,541,154)**

Completion (cases 18,536,650 to 18,541,154)

The accused operated the website wineandbooklovers.com via the bogus merchant RBW Associates Limited. Using this website, they faked a total of 4,505 subscriptions and charged 15,159 individual monthly transactions to the credit cards of harmed

credit card holders in the period from 18 March 2013 to 8 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 1,242.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 244,001.47** was incurred via the website wineandbooklovers.com at the expense of 4,505 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RBW Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,536,650 to 18,541,154.

Attempt (cases 16,339,990 to 16,374,564)

In addition, the accused submitted a further 34,575 fake subscriptions for the website wineandbooklovers.com in the period from 26 March 2019 to 28 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 426,494.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,339,990 to 16,374,564.

**214. wipemytearsaway.com (cases 18,541,155 to 18,544,751)**

Completion (cases 18,541,155 to 18,544,751)

The accused operated the website wipemytearsaway.com via the bogus merchant Casca Creations Limited. Using this website, they faked a total of 3,597 subscriptions and charged 12,218 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 5 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,237.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 190,575.00** was incurred via the website wipemytearsaway.com at the expense of 3,597 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Casca Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,541,155 to 18,544,751.

Attempt (cases 16,416,807 to 16,445,151)

In addition, the accused submitted a further 28,345 fake subscriptions for the website wipemytearsaway.com in the period from 25 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 338,851.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,416,807 to 16,445,151.

## 215. wishingforlove.com.com (cases 18,544,752 to 18,551,295)

Completion (cases 18,544,752 to 18,551,295)

The accused operated the website wishingforlove.com.com via the bogus merchant Foxy Media B.V. Limited. Using this website, they faked a total of 6,544 subscriptions and charged 28,962 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 3 March 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.00 up to a maximum of EUR 2,000.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 442,349.43** was incurred via the website wishingforlove.com.com at the expense of 6,544 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Foxy Media B.V. Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,544,752 to 18,551,295.

## 216. wonderfullyinlove.com (cases 18,551,296 to 18,554,891)

Completion (cases 18,551,296 to 18,554,891)

The accused operated the website wonderfullyinlove.com via the bogus merchant Edge Internet Limited. Using this website, they faked a total of 3,596 subscriptions and charged 12,335 individual monthly transactions to the credit cards of harmed

credit card holders in the period from 10 October 2019 to 22 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 200,034.02** was incurred via the website wonderfullyinlove.com at the expense of 3,596 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Edge Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,551,296 to 18,554,891.

Attempt (cases 16,448,174 to 16,477,590)

In addition, the accused submitted a further 29,417 fake subscriptions for the website wonderfullyinlove.com in the period from 14 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 352,419.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,448,174 to 16,477,590.

**217. youcancountonmylove.com (cases 18,554,892 to 18,561,459)**

Completion (cases 18,554,892 to 18,561,459)

The accused operated the website youcancountonmylove.com via the bogus merchant Fluffy Bunnies Limited. Using this website, they faked a total of 6,568 subscriptions and charged 28,103 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 21 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,467.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 460,239.62** was incurred via the website youcancountonmylove.com at the expense of 6,568 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fluffy

Bunnies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,554,892 to 18,561,459.

**218. youremywishcometrue.com (cases 18,561,460 to 18,565,076)**

Completion (cases 18,561,460 to 18,565,076)

The accused operated the website youremywishcometrue.com via the bogus merchant Alkonost Strategie S.R.O.. Using this website, they faked a total of 3,617 subscriptions and charged 12,499 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 7 December 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,130.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,031.76** was incurred via the website youremywishcometrue.com at the expense of 3,617 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alkonost Strategie S.R.O.. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,561,460 to 18,565,076.

Attempt (cases 16,647,973 to 16,676,084)

In addition, the accused submitted a further 28,112 fake subscriptions for the website youremywishcometrue.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 338,430.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,647,973 to 16,676,084.

**219. zanycouplesmeet.com (cases 18,565,077 to 18,568,701)**

Completion (cases 18,565,077 to 18,568,701)

The accused operated the website zanycouplesmeet.com via the bogus merchant Intellijet Limited. Using this website, they faked a total of 3,625 subscriptions and charged 12,375 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 October 2019 to 29 November 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,165.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,635.18** was incurred via the website zanycouplesmeet.com at the expense of 3,625 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intellijet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,565,077 to 18,568,701.

Attempt (cases 16,713,694 to 16,741,488)

In addition, the accused submitted a further 27,795 fake subscriptions for the website zanycouplesmeet.com in the period from 24 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 337,226.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,713,694 to 16,741,488.

**220. achingforlove.com (cases 4,402,837 to 4,433,772)**

Completion (cases 4,402,837 to 4,405,643)

The accused operated the website achingforlove.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 2,807 subscriptions and charged 6,433 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 780.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,431.11** was incurred via the website achingforlove.com at the expense of 2,807 credit card holders. This amount was

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,402,837 to 4,405,643.

Attempt (cases 4,405,644 to 4,433,772)

In addition, the accused submitted a further 28,129 fake subscriptions for the website achingforlove.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 328,622.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,405,644 to 4,433,772.

**221. anexampleoftruelove.com (cases 4,588,380 to 4,610,727)**

Completion (cases 4,588,380 to 4,590,386)

The accused operated the website anexampleoftruelove.com via the fictitious trader Freedom Creations Sociedad Limitada. Using this website, they faked a total of 2,007 subscriptions and charged 4,527 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April 2020 to 18 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 409.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 65,149.30** was incurred via the website anexampleoftruelove.com at the expense of 2,007 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Freedom Creations Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,588,380 to 4,590,386.

Attempt (cases 4,590,387 to 4,610,727)

In addition, the accused submitted a further 20,341 fake subscriptions for the website anexampleoftruelove.com in the period from 8 April 2020 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 236,686.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,590,387 to 4,610,727.

**222. anxioustofindlove.com (cases 4,682,613 to 4,711,055)**

Completion (cases 4,682,613 to 4,685,337)

The accused operated the website anxioustofindlove.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 2,725 subscriptions and charged 7,304 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,708.28** was incurred via the website anxioustofindlove.com at the expense of 2,725 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,682,613 to 4,685,337.

Attempt (cases 4,685,338 to 4,711,055)

In addition, the accused submitted a further 25,718 fake subscriptions for the website anxioustofindlove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 310,233.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,685,338 to 4,711,055.

**223. atruewaytolove.com (cases 4,711,056 to 4,740,647)**

Completion (cases 4,711,056 to 4,713,808)

The accused operated the website atruewaytolove.com via the bogus merchant Jubilee Advisors Sociedad Limitada. Using this website, they faked a total of 2,753 subscriptions and charged 6,670 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 927.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 104,127.36** was incurred via the website atruewaytolove.com at the expense of 2,753 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jubilee Advisors Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,711,056 to 4,713,808.

Attempt (cases 4,713,809 to 4,740,647)

In addition, the accused submitted a further 26,839 fake subscriptions for the website atruewaytolove.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 318,589.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,713,809 to 4,740,647.

**224. availableromance.com (cases 4,859,063 to 4,896,727)**

Completion (cases 4,859,063 to 4,862,700)

The accused operated the website availableromance.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,638 subscriptions and charged 9,411 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 June 2019 to 10 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89

up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 154,735.87** was incurred via the website availableromance.com at the expense of 3,638 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,859,063 to 4,862,700.

Attempt (cases 4,862,701 to 4,896,727)

In addition, the accused submitted a further 34,027 fake subscriptions for the website availableromance.com in the period from 12 June 2019 to 10 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 405,114.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,862,701 to 4,896,727.

**225. beyondsoulmates.com (cases 4,996,358 to 5,020,486)**

Completion (cases 4,996,358 to 4,998,742)

The accused operated the website beyondsoulmates.com via the bogus merchant Anvil Networking Sl. Using this website, they faked a total of 2,385 subscriptions and charged 5,859 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 666.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 93,246.39** was incurred via the website beyondsoulmates.com at the expense of 2,385 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Anvil Networking Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,996,358 to 4,998,742.

Attempt (cases 4,998,743 to 5,020,486)

EXT-GARRONI-00854

In addition, the accused submitted a further 21,744 fake subscriptions for the website beyondsoulmates.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 270,304.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,998,743 to 5,020,486.

### 226. blindhookups.com (cases 5,020,487 to 5,063,887)

Completion (cases 5,020,487 to 5,024,979)

The accused operated the website blindhookups.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 4,493 subscriptions and charged 12,269 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,306.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 192,698.12** was incurred via the website blindhookups.com at the expense of 4,493 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,020,487 to 5,024,979.

Attempt (cases 5,024,980 to 5,063,887)

In addition, the accused submitted a further 38,908 fake subscriptions for the website blindhookups.com in the period from 6 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 479,145.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,024,980 to 5,063,887.

**227. bythebookslove.com (cases 5,202,721 to 5,244,043)**

Completion (cases 5,202,721 to 5,207,148)

The accused operated the website bythebookslove.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 4,428 subscriptions and charged 11,355 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,089.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 191,638.95** was incurred via the website bythebookslove.com at the expense of 4,428 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,202,721 to 5,207,148.

Attempt (cases 5,207,149 to 5,244,043)

In addition, the accused submitted a further 36,895 fake subscriptions for the website bythebookslove.com in the period from 6 December 2018 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 459,098.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,207,149 to 5,244,043.

**228. callingoutforlove.com (cases 5,244,044 to 5,298,577)**

Completion (cases 5,244,044 to 5,248,787)

The accused operated the website callingoutforlove.com via the bogus merchant Columbus Creations Sociedad Limitada. Using this website, they faked a total of 4,744 subscriptions and charged 13,319 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 April 2020 to 5 July 2021 in

EXT-GARRONI-00856

accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 671.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,543.90** was incurred via the website callingoutforlove.com at the expense of 4,744 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Columbus Creations Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,244,044 to 5,248,787.

Attempt (cases 5,248,788 to 5,298,577)

In addition, the accused submitted a further 49,790 fake subscriptions for the website callingoutforlove.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 568,548.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,248,788 to 5,298,577.

**229. carloversunite.com (cases 5,337,533 to 5,361,467)**

Completion (cases 5,337,533 to 5,339,900)

The accused operated the website carloversunite.com via the bogus merchant Royal Marketing Sl. Using this website, they faked a total of 2,368 subscriptions and charged 5,438 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 761.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 93,024.70** was incurred via the website carloversunite.com at the expense of 2,368 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,337,533 to 5,339,900.

Attempt (cases 5,339,901 to 5,361,467)

In addition, the accused submitted a further 21,567 fake subscriptions for the website carloversunite.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 270,587.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,339,901 to 5,361,467.

### 230. casualaffairsnow.com (cases 5,437,994 to 5,479,639)

Completion (cases 5,437,994 to 5,442,518)

The accused operated the website casualaffairsnow.com via the bogus merchant Alete Limited. Using this website, they faked a total of 4,525 subscriptions and charged 12,169 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 December 2018 to 12 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,237.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 206,174.04** was incurred via the website casualaffairsnow.com at the expense of 4,525 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,437,994 to 5,442,518.

Attempt (cases 5,442,519 to 5,479,639)

In addition, the accused submitted a further 37,121 fake subscriptions for the website casualaffairsnow.com in the period from 14 December 2018 to 12 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 470,577.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,442,519 to 5,479,639.

**231. casualloversmeeting.com (cases 5,479,640 to 5,521,015)**

Completion (cases 5,479,640 to 5,484,146)

The accused operated the website casualloversmeeting.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 4,507 subscriptions and charged 12,118 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,008.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 201,717.82** was incurred via the website casualloversmeeting.com at the expense of 4,507 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,479,640 to 5,484,146.

Attempt (cases 5,484,147 to 5,521,015)

In addition, the accused submitted a further 36,869 fake subscriptions for the website casualloversmeeting.com in the period from 6 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 463,269.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,484,147 to 5,521,015.

**232. catchingfeelingsforyou.com (cases 5,521,016 to 5,550,249)**

Completion (cases 5,521,016 to 5,523,826)

The accused operated the website catchingfeelingsforyou.com via the bogus merchant Jubilee Advisors Sociedad Limitada. Using this website, they faked a total of 2,811 subscriptions and charged 6,838 individual monthly transactions to the credit

cards of harmed credit card holders in the period from 23 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 780.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,275.07** was incurred via the website catchingfeelingsforyou.com at the expense of 2,811 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jubilee Advisors Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,521,016 to 5,523,826.

Attempt (cases 5,523,827 to 5,550,249)

In addition, the accused submitted a further 26,423 fake subscriptions for the website catchingfeelingsforyou.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 305,640.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,523,827 to 5,550,249.

**233. chasteconnections.com (cases 5,655,766 to 5,699,222)**

Completion (cases 5,655,766 to 5,660,271)

The accused operated the website chasteconnections.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 4,506 subscriptions and charged 12,217 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,091.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 204,300.56** was incurred via the website chasteconnections.com at the expense of 4,506 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The

EXT-GARRONI-00860

individual cases are listed in the table attached to the Arrest Warrant for cases 5,655,766 to 5,660,271.

Attempt (cases 5,660,272 to 5,699,222)

In addition, the accused submitted a further 38,951 fake subscriptions for the website chasteconnections.com in the period from 13 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 488,150.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,660,272 to 5,699,222.

**234. cinematicsoulmates.com (cases 5,811,861 to 5,854,963)**

Completion (cases 5,811,861 to 5,816,396)

The accused operated the website cinematicsoulmates.com via the bogus merchant Alete Limited. Using this website, they faked a total of 4,536 subscriptions and charged 11,952 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 December 2018 to 16 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,038.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 191,249.36** was incurred via the website cinematicsoulmates.com at the expense of 4,536 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,811,861 to 5,816,396.

Attempt (cases 5,816,397 to 5,854,963)

In addition, the accused submitted a further 38,567 fake subscriptions for the website cinematicsoulmates.com in the period from 14 December 2018 to 16 July 2021, which ultimately did not lead to the credit cards being charged and the amount

submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 474,095.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,816,397 to 5,854,963.

**235. civillovers.com (cases 5,891,346 to 5,920,193)**

Completion (cases 5,891,346 to 5,894,147)

The accused operated the website civillovers.com via the bogus merchant Pames Investments Sociedad Limitada. Using this website, they faked a total of 2,802 subscriptions and charged 7,265 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 October 2019 to 18 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 869.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 111,004.66** was incurred via the website civillovers.com at the expense of 2,802 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pames Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,891,346 to 5,894,147.

Attempt (cases 5,894,148 to 5,920,193)

In addition, the accused submitted a further 26,046 fake subscriptions for the website civillovers.com in the period from 28 October 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 305,211.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,894,148 to 5,920,193.

**236. cocktailloversunite.com (cases 5,951,014 to 5,991,980)**

Completion (cases 5,951,014 to 5,955,353)

The accused operated the website cocktailloversunite.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 4,340 subscriptions and charged 11,345 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,284.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 191,647.15** was incurred via the website cocktailloversunite.com at the expense of 4,340 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,951,014 to 5,955,353.

Attempt (cases 5,955,354 to 5,991,980)

In addition, the accused submitted a further 36,627 fake subscriptions for the website cocktailloversunite.com in the period from 5 December 2018 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 466,337.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,955,354 to 5,991,980.

**237. coffeeandbooklovers.com (cases 6,028,716 to 6,070,830)**

Completion (cases 6,028,716 to 6,033,118)

The accused operated the website coffeeandbooklovers.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 4,403 subscriptions and charged 11,866 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.20 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 198,443.33** was incurred via the website coffeeandbooklovers.com at the expense of 4,403 credit card holders. This amount

was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,028,716 to 6,033,118.

Attempt (cases 6,033,119 to 6,070,830)

In addition, the accused submitted a further 37,712 fake subscriptions for the website coffeeandbooklovers.com in the period from 6 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 464,936.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,033,119 to 6,070,830.

### 238. comehometoyourlove.com (cases 6,173,684 to 6,216,498)

Completion (cases 6,173,684 to 6,178,030)

The accused operated the website comehometoyourlove.com via the bogus merchant Qu-T Design Limited. Using this website, they faked a total of 4,347 subscriptions and charged 11,462 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,007.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,187.68** was incurred via the website comehometoyourlove.com at the expense of 4,347 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,173,684 to 6,178,030.

Attempt (cases 6,178,031 to 6,216,498)

In addition, the accused submitted a further 38,468 fake subscriptions for the website comehometoyourlove.com in the period from 5 December 2018 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 495,950.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,178,031 to 6,216,498.

**239. datelocalstuds.com (cases 6,517,994 to 6,555,614)**

Completion (cases 6,517,994 to 6,521,535)

The accused operated the website datelocalstuds.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,542 subscriptions and charged 9,084 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 June 2019 to 19 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,016.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 149,463.84** was incurred via the website datelocalstuds.com at the expense of 3,542 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,517,994 to 6,521,535.

Attempt (cases 6,521,536 to 6,555,614)

In addition, the accused submitted a further 34,079 fake subscriptions for the website datelocalstuds.com in the period from 12 June 2019 to 19 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 408,871.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,521,536 to 6,555,614.

**240. deepinlovewithyou.com (cases 6,845,265 to 6,867,274)**

Completion (cases 6,845,265 to 6,847,310)

The accused operated the website deepinlovewithyou.com via the bogus merchant Saxony Investments Sociedad Limitada. Using this website, they faked a total of 2,046 subscriptions and charged 4,475 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 523.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 67,983.74** was incurred via the website deepinlovewithyou.com at the expense of 2,046 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Saxony Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,845,265 to 6,847,310.

Attempt (cases 6,847,311 to 6,867,274)

In addition, the accused submitted a further 19,964 fake subscriptions for the website deepinlovewithyou.com in the period from 8 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 240,706.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,847,311 to 6,867,274.

**241. dipintolove.com (cases 6,996,044 to 7,040,547)**

Completion (cases 6,996,044 to 7,000,712)

The accused operated the website dipintolove.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 4,669 subscriptions and charged 11,373 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum

of EUR 916.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,499.20** was incurred via the website dipintolove.com at the expense of 4,669 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,996,044 to 7,000,712.

Attempt (cases 7,000,713 to 7,040,547)

In addition, the accused submitted a further 39,835 fake subscriptions for the website dipintolove.com in the period from 10 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 507,227.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,000,713 to 7,040,547.

**242. envisionourlove.com (cases 7,393,380 to 7,424,468)**

Completion (cases 7,393,380 to 7,396,335)

The accused operated the website envisionourlove.com via the bogus merchant Hot-Offer Limited. Using this website, they faked a total of 2,956 subscriptions and charged 7,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 713.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 114,946.28** was incurred via the website envisionourlove.com at the expense of 2,956 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hot-Offer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,393,380 to 7,396,335.

Attempt (cases 7,396,336 to 7,424,468)

In addition, the accused submitted a further 28,133 fake subscriptions for the website envisionourlove.com in the period from 25 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 335,621.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,396,336 to 7,424,468.

**243. feelloveagain.com (cases 7,605,138 to 7,644,000)**

Completion (cases 7,605,138 to 7,608,825)

The accused operated the website feelloveagain.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,688 subscriptions and charged 9,082 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 June 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 677.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 148,855.55** was incurred via the website feelloveagain.com at the expense of 3,688 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,605,138 to 7,608,825.

Attempt (cases 7,608,826 to 7,644,000)

In addition, the accused submitted a further 35,175 fake subscriptions for the website feelloveagain.com in the period from 12 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 407,707.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,608,826 to 7,644,000.

**244. fillingmyemptyheart.com (cases 7,644,001 to 7,665,455)**

Completion (cases 7,644,001 to 7,645,997)

The accused operated the website fillingmyemptyheart.com via the bogus dealer Freedom Creations Sociedad Limitada. Using this website, they faked a total of 1,997 subscriptions and charged 4,879 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.15 up to a maximum of EUR 479.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 69,518.26** was incurred via the website fillingmyemptyheart.com at the expense of 1,997 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Freedom Creations Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,644,001 to 7,645,997.

Attempt (cases 7,645,998 to 7,665,455)

In addition, the accused submitted a further 19,458 fake subscriptions for the website fillingmyemptyheart.com in the period from 8 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 229,597.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,645,998 to 7,665,455.

**245. findaloveagain.com (cases 7,665,456 to 7,704,079)**

Completion (cases 7,665,456 to 7,669,592)

The accused operated the website findaloveagain.com via the bogus dealer L.E.C. Solutions Limited. Using this website, they faked a total of 4,137 subscriptions and charged 10,955 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with

EXT-GARRONI-00869

their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,041.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 182,832.86** was incurred via the website findaloveagain.com at the expense of 4,137 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for L.E.C. Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,665,456 to 7,669,592.

<u>Attempt (cases 7,669,593 to 7,704,079)</u>

In addition, the accused submitted a further 34,487 fake subscriptions for the website findaloveagain.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 426,145.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,669,593 to 7,704,079.

**246. findeverlastingpassion.com (cases 7,737,912 to 7,777,816)**

<u>Completion (cases 7,737,912 to 7,741,960)</u>

The accused operated the website findeverlastingpassion.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 4,049 subscriptions and charged 11,364 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 863.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,546.88** was incurred via the website findeverlastingpassion.com at the expense of 4,049 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,737,912 to 7,741,960.

Attempt (cases 7,741,961 to 7,777,816)

In addition, the accused submitted a further 35,856 fake subscriptions for the website findeverlastingpassion.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 427,530.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,741,961 to 7,777,816.

**247. findhonestlove.com (cases 7,806,634 to 7,841,286)**

Completion (cases 7,806,634 to 7,810,202)

The accused operated the website findhonestlove.com via the bogus merchant Kings Media Sl. Using this website, they faked a total of 3,569 subscriptions and charged 9,106 individual monthly transactions to the credit cards of harmed credit card holders in the period from 26 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 892.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 142,457.13** was incurred via the website findhonestlove.com at the expense of 3,569 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,806,634 to 7,810,202.

Attempt (cases 7,810,203 to 7,841,286)

In addition, the accused submitted a further 31,084 fake subscriptions for the website findhonestlove.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total

EXT-GARRONI-00871

amount of **EUR 379,443.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,810,203 to 7,841,286.

**248. findlovethisweek.com (cases 7,936,480 to 7,979,559)**

Completion (cases 7,936,480 to 7,940,979)

The accused operated the website findlovethisweek.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 4,500 subscriptions and charged 12,249 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 November 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 931.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 205,105.69** was incurred via the website findlovethisweek.com at the expense of 4,500 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,936,480 to 7,940,979.

Attempt (cases 7,940,980 to 7,979,559)

In addition, the accused submitted a further 38,580 fake subscriptions for the website findlovethisweek.com in the period from 29 November 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 483,770.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,940,980 to 7,979,559.

**249. findmelovethatideserve.com (cases 8,050,762 to 8,077,134)**

Completion (cases 8,050,762 to 8,053,450)

EXT-GARRONI-00872

The accused operated the website findmelovethatideserve.com via the bogus merchant Jubilee Advisors Sociedad Limitada. Using this website, they faked a total of 2,689 subscriptions and charged 6,629 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 October 2019 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 109,121.02** was incurred via the website findmelovethatideserve.com at the expense of 2,689 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jubilee Advisors Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,050,762 to 8,053,450.

Attempt (cases 8,053,451 to 8,077,134)

In addition, the accused submitted a further 23,684 fake subscriptions for the website findmelovethatideserve.com in the period from 23 October 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,568.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,053,451 to 8,077,134.

**250. findmybrilliantsoulmate.com (cases 8,077,135 to 8,121,588)**

Completion (cases 8,077,135 to 8,081,493)

The accused operated the website findmybrilliantsoulmate.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 4,359 subscriptions and charged 10,772 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 927.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,394.13** was incurred via the website findmybrilliantsoulmate.com at the expense of 4,359 credit card holders. This amount

EXT-GARRONI-00873

was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,077,135 to 8,081,493.

<u>Attempt (cases 8,081,494 to 8,121,588)</u>

In addition, the accused submitted a further 40,095 fake subscriptions for the website findmybrilliantsoulmate.com in the period from 30 January 2019 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 474,613.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,081,494 to 8,121,588.

**251. findpeaceinlove.com (cases 8,161,048 to 8,185,244)**

<u>Completion (cases 8,161,048 to 8,163,420)</u>

The accused operated the website findpeaceinlove.com via the bogus merchant Royal Marketing Sl. Using this website, they faked a total of 2,373 subscriptions and charged 5,450 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 713.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 84,391.19** was incurred via the website findpeaceinlove.com at the expense of 2,373 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,161,048 to 8,163,420.

<u>Attempt (cases 8,163,421 to 8,185,244)</u>

EXT-GARRONI-00874

In addition, the accused submitted a further 21,824 fake subscriptions for the website findpeaceinlove.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 266,470.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,163,421 to 8,185,244.

### 252. flex4love.com (cases 8,304,600 to 8,340,717)

Completion (cases 8,304,600 to 8,308,310)

The accused operated the website flex4love.com via the bogus merchant Milano Productions Sociedad Limitada. Using this website, they faked a total of 3,711 subscriptions and charged 9,150 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,122.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,989.60** was incurred via the website flex4love.com at the expense of 3,711 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Milano Productions Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,304,600 to 8,308,310.

Attempt (cases 8,308,311 to 8,340,717)

In addition, the accused submitted a further 32,407 fake subscriptions for the website flex4love.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 387,950.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,308,311 to 8,340,717.

### 253. footballsweethearts.com (cases 8,374,651 to 8,412,904)

Completion (cases 8,374,651 to 8,378,289)

The accused operated the website footballsweethearts.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,639 subscriptions and charged 9,187 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 June 2019 to 15 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 713.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 148,257.47** was incurred via the website footballsweethearts.com at the expense of 3,639 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,374,651 to 8,378,289.

Attempt (cases 8,378,290 to 8,412,904)

In addition, the accused submitted a further 34,615 fake subscriptions for the website footballsweethearts.com in the period from 12 June 2019 to 15 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 418,699.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,378,290 to 8,412,904.

**254. foreverfaithfultoyou.com (cases 8,412,905 to 8,437,729)**

Completion (cases 8,412,905 to 8,415,140)

The accused operated the website foreverfaithfultoyou.com via the bogus merchant Saxony Investments Sl. Using this website, they faked a total of 2,236 subscriptions and charged 4,821 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April 2020 to 18 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a

maximum of EUR 479.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 62,611.23** was incurred via the website foreverfaithfultoyou.com at the expense of 2,236 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Saxony Investments Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,412,905 to 8,415,140.

Attempt (cases 8,415,141 to 8,437,729)

In addition, the accused submitted a further 22,589 fake subscriptions for the website foreverfaithfultoyou.com in the period from 8 April 2020 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 243,488.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,415,141 to 8,437,729.

**255. gamersweethearts.com (cases 8,469,043 to 8,513,587)**

Completion (cases 8,469,043 to 8,473,560)

The accused operated the website gamersweethearts.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 4,518 subscriptions and charged 11,374 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 839.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,632.62** was incurred via the website gamersweethearts.com at the expense of 4,518 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,469,043 to 8,473,560.

EXT-GARRONI-00877

Attempt (cases 8,473,561 to 8,513,587)

In addition, the accused submitted a further 40,027 fake subscriptions for the website gamersweethearts.com in the period from 13 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 487,987.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,473,561 to 8,513,587.

**256. genuineloversmeet.com (cases 8,545,371 to 8,586,679)**

Completion (cases 8,545,371 to 8,549,738)

The accused operated the website genuineloversmeet.com via the bogus merchant Alete Limited. Using this website, they faked a total of 4,368 subscriptions and charged 11,926 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 December 2018 to 10 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 967.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 190,090.43** was incurred via the website genuineloversmeet.com at the expense of 4,368 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,545,371 to 8,549,738.

Attempt (cases 8,549,739 to 8,586,679)

In addition, the accused submitted a further 36,941 fake subscriptions for the website genuineloversmeet.com in the period from 14 December 2018 to 10 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 466,967.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,549,739 to 8,586,679.

**257. greenlighttoloveagain.com (cases 8,833,544 to 8,858,039)**

Completion (cases 8,833,544 to 8,835,871)

The accused operated the website greenlighttoloveagain.com via the bogus merchant Anvil Networking Sociedad Limitada. Using this website, they faked a total of 2,328 subscriptions and charged 5,721 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 618.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 89,117.32** was incurred via the website greenlighttoloveagain.com at the expense of 2,328 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Anvil Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,833,544 to 8,835,871.

Attempt (cases 8,835,872 to 8,858,039)

In addition, the accused submitted a further 22,168 fake subscriptions for the website greenlighttoloveagain.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 274,286.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,835,872 to 8,858,039.

**258. groupiesfindlove.com (cases 8,858,040 to 8,892,924)**

Completion (cases 8,858,040 to 8,861,538)

The accused operated the website groupiesfindlove.com via the bogus merchant Kings Media Sl. Using this website, they faked a total of 3,499 subscriptions and charged 8,984 individual monthly transactions to the credit cards of harmed credit

card holders in the period from 26 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 911.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,722.13** was incurred via the website groupiesfindlove.com at the expense of 3,499 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,858,040 to 8,861,538.

Attempt (cases 8,861,539 to 8,892,924)

In addition, the accused submitted a further 31,386 fake subscriptions for the website groupiesfindlove.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 386,593.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,861,539 to 8,892,924.

**259. hatefreelove.com (cases 8,932,512 to 8,977,015)**

Completion (cases 8,932,512 to 8,937,158)

The accused operated the website hatefreelove.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 4,647 subscriptions and charged 12,031 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 977.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 192,375.41** was incurred via the website hatefreelove.com at the expense of 4,647 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,932,512 to 8,937,158.

Attempt (cases 8,937,159 to 8,977,015)

In addition, the accused submitted a further 39,857 fake subscriptions for the website hatefreelove.com in the period from 10 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 479,947.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,937,159 to 8,977,015.

**260. heretostaylove.com (cases 9,042,567 to 9,059,514)**

Completion (cases 9,042,567 to 9,043,938)

The accused operated the website heretostaylove.com via the bogus merchant Pames Investments Sociedad Limitada. Using this website, they faked a total of 1,372 subscriptions and charged 2,743 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 October 2019 to 30 October 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 491.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,458.56** was incurred via the website heretostaylove.com at the expense of 1,372 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pames Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,042,567 to 9,043,938.

Attempt (cases 9,043,939 to 9,059,514)

In addition, the accused submitted a further 15,576 fake subscriptions for the website heretostaylove.com in the period from 28 October 2019 to 30 October 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

EXT-GARRONI-00881

obtain a total amount of **EUR 167,053.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,043,939 to 9,059,514.

**261. highontruelove.com (cases 9,059,515 to 9,102,608)**

Completion (cases 9,059,515 to 9,063,930)

The accused operated the website highontruelove.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 4,416 subscriptions and charged 12,051 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,049.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 201,900.88** was incurred via the website highontruelove.com at the expense of 4,416 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,059,515 to 9,063,930.

Attempt (cases 9,063,931 to 9,102,608)

In addition, the accused submitted a further 38,678 fake subscriptions for the website highontruelove.com in the period from 13 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 472,120.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,063,931 to 9,102,608.

**262. holdmyhandtoday.com (cases 9,131,507 to 9,173,386)**

Completion (cases 9,131,507 to 9,135,965)

The accused operated the website holdmyhandtoday.com via the bogus merchant Qu-T Design Limited. Using this website, they faked a total of 4,459 subscriptions and charged 12,075 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 980.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,869.70** was incurred via the website holdmyhandtoday.com at the expense of 4,459 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,131,507 to 9,135,965.

Attempt (cases 9,135,966 to 9,173,386)

In addition, the accused submitted a further 37,421 fake subscriptions for the website holdmyhandtoday.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 484,071.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,135,966 to 9,173,386.

**263. honestandtruelove.com (cases 9,173,387 to 9,214,946)**

Completion (cases 9,173,387 to 9,177,850)

The accused operated the website honestandtruelove.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 4,464 subscriptions and charged 11,525 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,050.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 193,775.72** was incurred via the website honestandtruelove.com at the expense of 4,464 credit card holders. This amount was

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,173,387 to 9,177,850.

Attempt (cases 9,177,851 to 9,214,946)

In addition, the accused submitted a further 37,096 fake subscriptions for the website honestandtruelove.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 474,370.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,177,851 to 9,214,946.

**264. illalwayssayyes.com (cases 9,324,666 to 9,347,154)**

Completion (cases 9,324,666 to 9,326,703)

The accused operated the website illalwayssayyes.com via the bogus merchant Freedom Creations Sociedad Limitada. Using this website, they faked a total of 2,038 subscriptions and charged 4,629 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 534.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 64,495.45** was incurred via the website illalwayssayyes.com at the expense of 2,038 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Freedom Creations Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,324,666 to 9,326,703.

Attempt (cases 9,326,704 to 9,347,154)

In addition, the accused submitted a further 20,451 fake subscriptions for the website illalwayssayyes.com in the period from 8 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 235,333.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,326,704 to 9,347,154.

**265. inloverightnow.com (cases 9,405,625 to 9,435,829)**

Completion (cases 9,405,625 to 9,408,482)

The accused operated the website inloverightnow.com via the bogus merchant Hot-Offer Limited. Using this website, they faked a total of 2,858 subscriptions and charged 6,619 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 October 2019 to 17 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 580.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 104,455.14** was incurred via the website inloverightnow.com at the expense of 2,858 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hot-Offer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,405,625 to 9,408,482.

Attempt (cases 9,408,483 to 9,435,829)

In addition, the accused submitted a further 27,347 fake subscriptions for the website inloverightnow.com in the period from 25 October 2019 to 17 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 324,897.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,408,483 to 9,435,829.

**266. justoneforeverlove.com (cases 9,941,853 to 9,969,161)**

EXT-GARRONI-00885

Completion (cases 9,941,853 to 9,944,453)

The accused operated the website justoneforeverlove.com via the bogus merchant Pames Investments Sociedad Limitada. Using this website, they faked a total of 2,601 subscriptions and charged 6,816 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 921.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 106,332.18** was incurred via the website justoneforeverlove.com at the expense of 2,601 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pames Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,941,853 to 9,944,453.

Attempt (cases 9,944,454 to 9,969,161)

In addition, the accused submitted a further 24,708 fake subscriptions for the website justoneforeverlove.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 301,847.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,944,454 to 9,969,161.

**267. latteloversmeet.com (cases 10,069,501 to 10,111,603)**

Completion (cases 10,069,501 to 10,073,870)

The accused operated the website latteloversmeet.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 3,837 subscriptions and charged 11,340 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum

of EUR 952.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,395.27** was incurred via the website latteloversmeet.com at the expense of 3,837 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,069,501 to 10,073,870.

Attempt (cases 10,073,871 to 10,111,603)

In addition, the accused submitted a further 37,733 fake subscriptions for the website latteloversmeet.com in the period from 6 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 475,688.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,073,871 to 10,111,603.

**268. liftedlovers.com (cases 10,173,098 to 10,207,365)**

Completion (cases 10,173,098 to 10,176,740)

The accused operated the website liftedlovers.com via the bogus merchant Milano Productions Sociedad Limitada. Using this website, they faked a total of 3,643 subscriptions and charged 8,957 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 967.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,903.96** was incurred via the website liftedlovers.com at the expense of 3,643 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Milano Productions Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,173,098 to 10,176,740.

EXT-GARRONI-00887

Attempt (cases 10,176,741 to 10,207,365)

In addition, the accused submitted a further 30,625 fake subscriptions for the website liftedlovers.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 375,501.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,176,741 to 10,207,365.

**269. lightsaverslover.com (cases 10,207,366 to 10,247,279)**

Completion (cases 10,207,366 to 10,211,700)

The accused operated the website lightsaverslover.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 4,335 subscriptions and charged 11,734 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,016.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 198,209.60** was incurred via the website lightsaverslover.com at the expense of 4,335 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,207,366 to 10,211,700.

Attempt (cases 10,211,701 to 10,247,279)

In addition, the accused submitted a further 35,579 fake subscriptions for the website lightsaverslover.com in the period from 6 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 455,970.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,211,701 to 10,247,279.

**270. lonelyloversinlove.com (cases 10,323,553 to 10,365,997)**

Completion (cases 10,323,553 to 10,328,010)

The accused operated the website lonelyloversinlove.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 4,458 subscriptions and charged 11,402 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 984.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 190,860.20** was incurred via the website lonelyloversinlove.com at the expense of 4,458 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,323,553 to 10,328,010.

Attempt (cases 10,328,011 to 10,365,997)

In addition, the accused submitted a further 37,987 fake subscriptions for the website lonelyloversinlove.com in the period from 6 December 2018 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 481,778.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,328,011 to 10,365,997.

**271. loveawaitsforyou.com (cases 10,439,536 to 10,480,207)**

Completion (cases 10,439,536 to 10,443,914)

The accused operated the website loveawaitsforyou.com via the bogus merchant Qu-T Design Limited. Using this website, they faked a total of 4,379 subscriptions and charged 12,055 individual monthly transactions to the credit cards of harmed credit

EXT-GARRONI-00889

card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,052.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,342.19** was incurred via the website loveawaitsforyou.com at the expense of 4,379 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,439,536 to 10,443,914.

Attempt (cases 10,443,915 to 10,480,207)

In addition, the accused submitted a further 36,293 fake subscriptions for the website loveawaitsforyou.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 459,549.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,443,915 to 10,480,207.

**272. lovesofly.com (cases 10,636,760 to 10,671,238)**

Completion (cases 10,636,760 to 10,640,334)

The accused operated the website lovesofly.com via the bogus merchant Milano Productions Sociedad Limitada. Using this website, they faked a total of 3,575 subscriptions and charged 8,920 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,016.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,742.60** was incurred via the website lovesofly.com at the expense of 3,575 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Milano Productions Sociedad Limitada.

The individual cases are listed in the table attached to the Arrest Warrant for cases 10,636,760 to 10,640,334.

Attempt (cases 10,640,335 to 10,671,238)

In addition, the accused submitted a further 30,904 fake subscriptions for the website lovesofly.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 379,667.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,640,335 to 10,671,238.

**273. lovesopure.com (cases 10,671,239 to 10,702,018)**

Completion (cases 10,671,239 to 10,674,205)

The accused operated the website lovesopure.com via the bogus merchant Hot-Offer Limited. Using this website, they faked a total of 2,967 subscriptions and charged 7,045 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 114,531.55** was incurred via the website lovesopure.com at the expense of 2,967 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hot-Offer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,671,239 to 10,674,205.

Attempt (cases 10,674,206 to 10,702,018)

In addition, the accused submitted a further 27,813 fake subscriptions for the website lovesopure.com in the period from 25 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total

amount of **EUR 341,368.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,674,206 to 10,702,018.

## 274. lovethatneverdisappears.com (cases 10,702,019 to 10,741,896)

Completion (cases 10,702,019 to 10,706,294)

The accused operated the website lovethatneverdisappears.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 4,276 subscriptions and charged 10,857 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 811.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 176,842.97** was incurred via the website lovethatneverdisappears.com at the expense of 4,276 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,702,019 to 10,706,294.

Attempt (cases 10,706,295 to 10,741,896)

In addition, the accused submitted a further 35,602 fake subscriptions for the website lovethatneverdisappears.com in the period from 30 January 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 447,906.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,706,295 to 10,741,896.

## 275. meltmycoldheart.com (cases 10,997,197 to 11,033,996)

Completion (cases 10,997,197 to 11,000,811)

The accused operated the website meltmycoldheart.com via the bogus merchant Kings Media Sl Limited. Using this website, they faked a total of 3,615 subscriptions and charged 9,229 individual monthly transactions to the credit cards of harmed credit card holders in the period from 26 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,094.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,284.58** was incurred via the website meltmycoldheart.com at the expense of 3,615 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,997,197 to 11,000,811.

Attempt (cases 11,000,812 to 11,033,996)

In addition, the accused submitted a further 33,185 fake subscriptions for the website meltmycoldheart.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,798.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,000,812 to 11,033,996.

**276. myheartskipsabeat.com (cases 11,348,140 to 11,390,671)**

Completion (cases 11,348,140 to 11,352,343)

The accused operated the website myheartskipsabeat.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 4,204 subscriptions and charged 11,070 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 877.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,009.90** was incurred via the website myheartskipsabeat.com at the expense of 4,204 credit card holders. This amount

was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,348,140 to 11,352,343.

Attempt (cases 11,352,344 to 11,390,671)

In addition, the accused submitted a further 38,328 fake subscriptions for the website myheartskipsabeat.com in the period from 30 January 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 471,802.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,352,344 to 11,390,671.

**277. neverleavelovebehind.com (cases 11,441,954 to 11,484,915)**

Completion (cases 11,441,954 to 11,446,344)

The accused operated the website neverleavelovebehind.com via the bogus merchant L.E.C. Solutions Limited. Using this website, they faked a total of 4,391 subscriptions and charged 11,702 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,244.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 185,305.07** was incurred via the website neverleavelovebehind.com at the expense of 4,391 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for L.E.C. Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,441,954 to 11,446,344.

Attempt (cases 11,446,345 to 11,484,915)

In addition, the accused submitted a further 38,571 fake subscriptions for the website neverleavelovebehind.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 473,197.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,446,345 to 11,484,915.

**278. newlovewhodis.com (cases 11,484,916 to 11,519,776)**

Completion (cases 11,484,916 to 11,488,484)

The accused operated the website newlovewhodis.com via the bogus merchant Milano Productions Sociedad Limitada. Using this website, they faked a total of 3,569 subscriptions and charged 9,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 909.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,524.64** was incurred via the website newlovewhodis.com at the expense of 3,569 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Milano Productions Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,484,916 to 11,488,484.

Attempt (cases 11,488,485 to 11,519,776)

In addition, the accused submitted a further 31,292 fake subscriptions for the website newlovewhodis.com in the period from 12 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 375,540.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,488,485 to 11,519,776.

**279. newworldlovers.com (cases 11,519,777 to 11,560,330)**

<u>Completion (cases 11,519,777 to 11,524,283)</u>

The accused operated the website newworldlovers.com via the bogus merchant Alete Limited. Using this website, they faked a total of 4,507 subscriptions and charged 11,391 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 December 2018 to 26 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 842.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,807.62** was incurred via the website newworldlovers.com at the expense of 4,507 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,519,777 to 11,524,283.

<u>Attempt (cases 11,524,284 to 11,560,330)</u>

In addition, the accused submitted a further 36,047 fake subscriptions for the website newworldlovers.com in the period from 14 December 2018 to 26 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 463,043.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,524,284 to 11,560,330.

**280. openheartsunite.com (cases 11,777,434 to 11,807,946)**

<u>Completion (cases 11,777,434 to 11,780,539)</u>

The accused operated the website openheartsunite.com via the bogus merchant Cardinal Networking Sociedad Limitada. Using this website, they faked a total of 3,106 subscriptions and charged 8,235 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 April 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89

up to a maximum of EUR 849.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 128,980.59** was incurred via the website openheartsunite.com at the expense of 3,106 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cardinal Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,777,434 to 11,780,539.

Attempt (cases 11,780,540 to 11,807,946)

In addition, the accused submitted a further 27,407 fake subscriptions for the website openheartsunite.com in the period from 3 April 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 320,078.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,780,540 to 11,807,946.

**281. ourtimeforlove.com (cases 11,899,576 to 11,926,024)**

Completion (cases 11,899,576 to 11,902,039)

The accused operated the website ourtimeforlove.com via the bogus merchant Anvil Networking Sl Limited. Using this website, they faked a total of 2,464 subscriptions and charged 6,012 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 642.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 88,619.27** was incurred via the website ourtimeforlove.com at the expense of 2,464 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Anvil Networking Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,899,576 to 11,902,039.

Attempt (cases 11,902,040 to 11,926,024)

In addition, the accused submitted a further 23,985 fake subscriptions for the website ourtimeforlove.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 276,032.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,902,040 to 11,926,024.

**282. outgoingcouplesfindlove.com (cases 11,926,025 to 11,979,762)**

Completion (cases 11,926,025 to 11,930,763)

The accused operated the website outgoingcouplesfindlove.com via the bogus merchant Columbus Creations Sl. Using this website, they faked a total of 4,739 subscriptions and charged 13,411 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 580.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 159,460.99** was incurred via the website outgoingcouplesfindlove.com at the expense of 4,739 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Columbus Creations Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,926,025 to 11,930,763.

Attempt (cases 11,930,764 to 11,979,762)

In addition, the accused submitted a further 48,999 fake subscriptions for the website outgoingcouplesfindlove.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 565,350.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,930,764 to 11,979,762.

**283. paradisedatingplace.com (cases 12,041,045 to 12,076,794)**

Completion (cases 12,041,045 to 12,044,570)

The accused operated the website paradisedatingplace.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 3,526 subscriptions and charged 8,731 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 June 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 878.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 149,350.28** was incurred via the website paradisedatingplace.com at the expense of 3,526 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,041,045 to 12,044,570.

Attempt (cases 12,044,571 to 12,076,794)

In addition, the accused submitted a further 32,224 fake subscriptions for the website paradisedatingplace.com in the period from 28 June 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,660.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,044,571 to 12,076,794.

**284. patientlywaitforyou.com (cases 12,076,795 to 12,100,030)**

Completion (cases 12,076,795 to 12,078,987)

The accused operated the website patientlywaitforyou.com via the bogus merchant Colonial Productions SI Limited. Using this website, they faked a total of 2,193 subscriptions and charged 5,166 individual monthly transactions to the credit cards of

harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 629.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 77,427.03** was incurred via the website patientlywaitforyou.com at the expense of 2,193 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Colonial Productions Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,076,795 to 12,078,987.

Attempt (cases 12,078,988 to 12,100,030)

In addition, the accused submitted a further 21,043 fake subscriptions for the website patientlywaitforyou.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 254,205.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,078,988 to 12,100,030.

**285. preparetoloveme.com (cases 12,236,645 to 12,271,127)**

Completion (cases 12,236,645 to 12,240,334)

The accused operated the website preparetoloveme.com via the bogus merchant Kings Media Sl Limited. Using this website, they faked a total of 3,690 subscriptions and charged 9,086 individual monthly transactions to the credit cards of harmed credit card holders in the period from 26 March 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 138,311.86** was incurred via the website preparetoloveme.com at the expense of 3,690 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl Limited. The

EXT-GARRONI-00900

individual cases are listed in the table attached to the Arrest Warrant for cases 12,236,645 to 12,240,334.

Attempt (cases 12,240,335 to 12,271,127)

In addition, the accused submitted a further 30,793 fake subscriptions for the website preparetoloveme.com in the period from 26 March 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 367,019.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,240,335 to 12,271,127.

### 286. riseandshinelovers.com (cases 12,984,512 to 13,011,818)

Completion (cases 12,984,512 to 12,987,008)

The accused operated the website riseandshinelovers.com via the bogus merchant Anvil Networking Sl Limited. Using this website, they faked a total of 2,497 subscriptions and charged 5,887 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 809.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 89,345.75** was incurred via the website riseandshinelovers.com at the expense of 2,497 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Anvil Networking Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,984,512 to 12,987,008.

Attempt (cases 12,987,009 to 13,011,818)

In addition, the accused submitted a further 24,810 fake subscriptions for the website riseandshinelovers.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted

not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 279,847.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,987,009 to 13,011,818.

**287. rodeosinglesmeet.com (cases 13,131,881 to 13,155,709)**

Completion (cases 13,131,881 to 13,134,190)

The accused operated the website rodeosinglesmeet.com via the bogus merchant Colonial Productions SI Limited. Using this website, they faked a total of 2,310 subscriptions and charged 5,560 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2010 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 869.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 83,645.42** was incurred via the website rodeosinglesmeet.com at the expense of 2,310 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Colonial Productions SI Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,131,881 to 13,134,190.

Attempt (cases 13,134,191 to 13,155,709)

In addition, the accused submitted a further 21,519 fake subscriptions for the website rodeosinglesmeet.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 262,097.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,134,191 to 13,155,709.

**288. romanticpeopleunite.com (cases 13,273,604 to 13,303,461)**

Completion (cases 13,273,604 to 13,276,314)

The accused operated the website romanticpeopleunite.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 2,711 subscriptions and charged 6,386 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 761.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,028.91** was incurred via the website romanticpeopleunite.com at the expense of 2,711 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,273,604 to 13,276,314.

<u>Attempt (cases 13,276,315 to 13,303,461)</u>

In addition, the accused submitted a further 27,147 fake subscriptions for the website romanticpeopleunite.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 317,320.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,276,315 to 13,303,461.

**289. seekhealinglove.com (cases 13,477,565 to 13,521,189)**

<u>Completion (cases 13,477,565 to 13,481,941)</u>

The accused operated the website seekhealinglove.com via the bogus merchant L.E.C. Solutions Limited. Using this website, they faked a total of 4,377 subscriptions and charged 11,795 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,112.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 185,970.54** was incurred via the website seekhealinglove.com at the expense of 4,377 credit card holders. This amount was

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for L.E.C. Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,477,565 to 13,481,941.

Attempt (cases 13,481,942 to 13,521,189)

In addition, the accused submitted a further 39,248 fake subscriptions for the website seekhealinglove.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 493,223.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,481,942 to 13,521,189.

**290. sickoffakelove.com (cases 13,638,419 to 13,681,678)**

Completion (cases 13,638,419 to 13,642,686)

The accused operated the website sickoffakelove.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 4,268 subscriptions and charged 11,072 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 810.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 182,226.45** was incurred via the website sickoffakelove.com at the expense of 4,268 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,638,419 to 13,642,686.

Attempt (cases 13,642,687 to 13,681,678)

In addition, the accused submitted a further 38,992 fake subscriptions for the website sickoffakelove.com in the period from 30 January 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 466,931.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,642,687 to 13,681,678.

### 291. soarintomyheart.com (cases 14,099,104 to 14,129,296)

Completion (cases 14,099,104 to 14,101,846)

The accused operated the website soarintomyheart.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 2,743 subscriptions and charged 6,087 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.19 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 103,918.35** was incurred via the website soarintomyheart.com at the expense of 2,743 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,099,104 to 14,101,846.

Attempt (cases 14,101,847 to 14,129,296)

In addition, the accused submitted a further 27,450 fake subscriptions for the website soarintomyheart.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 323,865.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,101,847 to 14,129,296.

### 292. soulmatesfoundhere.com (cases 14,189,478 to 14,216,994)

Completion (cases 14,189,478 to 14,192,027)

The accused operated the website soulmatesfoundhere.com via the bogus merchant Royal Marketing Sl. Using this website, they faked a total of 2,550 subscriptions and charged 5,916 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 671.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 91,076.27** was incurred via the website soulmatesfoundhere.com at the expense of 2,550 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,189,478 to 14,192,027.

Attempt (cases 14,192,028 to 14,216,994)

In addition, the accused submitted a further 24,967 fake subscriptions for the website soulmatesfoundhere.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 278,652.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,192,028 to 14,216,994.

**293. storiesofourlove.com (cases 14,504,307 to 14,557,549)**

Completion (cases 14,504,307 to 14,508,996)

The accused operated the website storiesofourlove.com via the bogus merchant Columbus Creations Sl Limited. Using this website, they faked a total of 4,690 subscriptions and charged 13,323 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90

up to a maximum of EUR 523.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,725.17** was incurred via the website storiesofourlove.com at the expense of 4,690 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Columbus Creations Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,504,307 to 14,508,996.

Attempt (cases 14,508,997 to 14,557,549)

In addition, the accused submitted a further 48,553 fake subscriptions for the website storiesofourlove.com in the period from 1 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 557,321.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,508,997 to 14,557,549.

**294. swiftlyinlove.com (cases 14,745,518 to 14,789,865)**

Completion (cases 14,745,518 to 14,750,031)

The accused operated the website swiftlyinlove.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 4,514 subscriptions and charged 11,750 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,379.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 192,334.07** was incurred via the website swiftlyinlove.com at the expense of 4,514 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,745,518 to 14,750,031.

Attempt (cases 14,750,032 to 14,789,865)

EXT-GARRONI-00907

In addition, the accused submitted a further 39,834 fake subscriptions for the website swiftlyinlove.com in the period from 10 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 497,411.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,750,032 to 14,789,865.

### 295. tellmeyoulovemeforever.com (cases 14,818,783 to 14,864,293)

Completion (cases 14,818,783 to 14,823,302)

The accused operated the website tellmeyoulovemeforever.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 4,520 subscriptions and charged 11,231 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2018 to 26 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,122.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,953.55** was incurred via the website tellmeyoulovemeforever.com at the expense of 4,520 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,818,783 to 14,823,302.

Attempt (cases 14,823,303 to 14,864,293)

In addition, the accused submitted a further 40,991 fake subscriptions for the website tellmeyoulovemeforever.com in the period from 10 December 2018 to 26 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 497,393.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,823,303 to 14,864,293.

**296. tellmeyoulovemetoo.com (cases 14,864,294 to 14,907,456)**

Completion (cases 14,864,294 to 14,868,788)

The accused operated the website tellmeyoulovemetoo.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 4,495 subscriptions and charged 11,998 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 981.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 196,815.83** was incurred via the website tellmeyoulovemetoo.com at the expense of 4,495 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,864,294 to 14,868,788.

Attempt (cases 14,868,789 to 14,907,456)

In addition, the accused submitted a further 38,668 fake subscriptions for the website tellmeyoulovemetoo.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 477,629.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,868,789 to 14,907,456.

**297. themagicofreallove.com (cases 15,268,894 to 15,297,661)**

Completion (cases 15,268,894 to 15,271,669)

The accused operated the website themagicofreallove.com via the bogus merchant Jubilee Advisors Sociedad Limitada. Using this website, they faked a total of 2,776 subscriptions and charged 6,686 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 October 2019 to 18 June 2021 in

EXT-GARRONI-00909

accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 107,722.90** was incurred via the website themagicofreallove.com at the expense of 2,776 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jubilee Advisors Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,268,894 to 15,271,669.

Attempt (cases 15,271,670 to 15,297,661)

In addition, the accused submitted a further 25,992 fake subscriptions for the website themagicofreallove.com in the period from 23 October 2019 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 314,384.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,271,670 to 15,297,661.

**298. themakingofthetruelove.com (cases 15,297,662 to 15,352,146)**

Completion (cases 15,297,662 to 15,302,437)

The accused operated the website themakingofthetruelove.com via the bogus dealer Columbus Creations Sociedad Limitada. Using this website, they faked a total of 4,776 subscriptions and charged 13,431 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 April 2020 to 18 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 820.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 165,398.57** was incurred via the website themakingofthetruelove.com at the expense of 4,776 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Columbus Creations Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,297,662 to 15,302,437.

Attempt (cases 15,302,438 to 15,352,146)

In addition, the accused submitted a further 49,709 fake subscriptions for the website themakingofthetruelove.com in the period from 1 April 2020 to 18 June 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 572,752.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,302,438 to 15,352,146.

**299. thestoryofusbeginshere.com (cases 15,576,188 to 15,620,696)**

Completion (cases 15,576,188 to 15,580,637)

The accused operated the website thestoryofusbeginshere.com via the bogus merchant Qu-T Design Limited. Using this website, they faked a total of 4,450 subscriptions and charged 11,417 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 839.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,277.96** was incurred via the website thestoryofusbeginshere.com at the expense of 4,450 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,576,188 to 15,580,637.

Attempt (cases 15,580,638 to 15,620,696)

In addition, the accused submitted a further 40,059 fake subscriptions for the website thestoryofusbeginshere.com in the period from 5 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to

unlawfully obtain a total amount of **EUR 485,979.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,580,638 to 15,620,696.

**300. topnotchdaters.com (cases 15,786,637 to 15,815,788)**

Completion (cases 15,786,637 to 15,789,327)

The accused operated the website topnotchdaters.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 2,691 subscriptions and charged 6,617 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 861.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 106,584.72** was incurred via the website topnotchdaters.com at the expense of 2,691 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,786,637 to 15,789,327.

Attempt (cases 15,789,328 to 15,815,788)

In addition, the accused submitted a further 26,461 fake subscriptions for the website topnotchdaters.com in the period from 18 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 319,680.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,789,328 to 15,815,788.

**301. truelovethatheals.com (cases 15,978,947 to 16,021,209)**

Completion (cases 15,978,947 to 15,983,358)

EXT-GARRONI-00912

The accused operated the website truelovethatheals.com via the bogus merchant L.E.C. Solutions Limited. Using this website, they faked a total of 4,412 subscriptions and charged 11,778 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 28 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 967.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 193,907.69** was incurred via the website truelovethatheals.com at the expense of 4,412 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for L.E.C. Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,978,947 to 15,983,358.

Attempt (cases 15,983,359 to 16,021,209)

In addition, the accused submitted a further 37,851 fake subscriptions for the website truelovethatheals.com in the period from 5 December 2018 to 28 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 489,304.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,983,359 to 16,021,209.

**302. understandingwhattrueloveis.com (cases 16,082,111 to 16,104,715)**

Completion (cases 16,082,111 to 16,084,164)

The accused operated the website understandingwhattrueloveis.com via the bogus merchant Saxony Investments Sociedad Limitada. Using this website, they faked a total of 2,054 subscriptions and charged 4,410 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 594.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 63,436.50** was incurred via the website understandingwhattrueloveis.com at the expense of 2,054 credit card

holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Saxony Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,082,111 to 16,084,164.

Attempt (cases 16,084,165 to 16,104,715)

In addition, the accused submitted a further 20,551 fake subscriptions for the website understandingwhattrueloveis.com in the period from 8 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 239,940.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,084,165 to 16,104,715.

**303. urbanitesdating.com (cases 16,104,716 to 16,148,286)**

Completion (cases 16,104,716 to 16,109,216)

The accused operated the website urbanitesdating.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 4,501 subscriptions and charged 11,353 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 1,092.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,375.08** was incurred via the website urbanitesdating.com at the expense of 4,501 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,104,716 to 16,109,216.

Attempt (cases 16,109,217 to 16,148,286)

In addition, the accused submitted a further 39,070 fake subscriptions for the website urbanitesdating.com in the period from 13 December 2018 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 485,772.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,109,217 to 16,148,286.

**304. waitingformylove.com (cases 16,148,287 to 16,172,990)**

Completion (cases 16,148,287 to 16,150,574)

The accused operated the website waitingformylove.com via the bogus merchant Colonial Productions Sl. Using this website, they faked a total of 2,288 subscriptions and charged 5,372 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 922.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 79,146.38** was incurred via the website waitingformylove.com at the expense of 2,288 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Colonial Productions Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,148,287 to 16,150,574.

Attempt (cases 16,150,575 to 16,172,990)

In addition, the accused submitted a further 22,416 fake subscriptions for the website waitingformylove.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 261,871.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,150,575 to 16,172,990.

**305. windowtomylove.com (cases 16,294,671 to 16,336,098)**

Completion (cases 16,294,671 to 16,299,140)

The accused operated the website windowtomylove.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 4,470 subscriptions and charged 12,327 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 6 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,159.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,022.74** was incurred via the website windowtomylove.com at the expense of 4,470 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,294,671 to 16,299,140.

Attempt (cases 16,299,141 to 16,336,098)

In addition, the accused submitted a further 36,958 fake subscriptions for the website windowtomylove.com in the period from 6 December 2018 to 6 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 479,639.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,299,141 to 16,336,098.

**306. wonderfulworldoflove.com (cases 16,477,591 to 16,499,308)**

Completion (cases 16,477,591 to 16,479,660)

The accused operated the website wonderfulworldoflove.com via the bogus merchant Saxony Investments Sociedad Limitada. Using this website, they faked a total of 2,070 subscriptions and charged 4,842 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 April to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88

up to a maximum of EUR 594.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 69,237.94** was incurred via the website wonderfulworldoflove.com at the expense of 2,070 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Saxony Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,477,591 to 16,479,660.

Attempt (cases 16,479,661 to 16,499,308)

In addition, the accused submitted a further 19,648 fake subscriptions for the website wonderfulworldoflove.com in the period from 8 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 233,377.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,479,661 to 16,499,308.

**307. yougivelifeanewmeaning.com (cases 16,538,205 to 16,568,965)**

Completion (cases 16,538,205 to 16,541,074)

The accused operated the website yougivelifeanewmeaning.com via the bogus merchant Hot-Offer Limited. Using this website, they faked a total of 2,870 subscriptions and charged 7,030 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 725.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 115,095.91** was incurred via the website yougivelifeanewmeaning.com at the expense of 2,870 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hot-Offer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,538,205 to 16,541,074.

Attempt (cases 16,541,075 to 16,568,965)

In addition, the accused submitted a further 27,891 fake subscriptions for the website yougivelifeanewmeaning.com in the period from 25 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 341,886.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,541,075 to 16,568,965.

### 308. youngadultsfindlove.com (cases 16,568,966 to 16,594,130)

Completion (cases 16,568,966 to 16,571,282)

The accused operated the website youngadultsfindlove.com via the bogus merchant Colonial Productions SI Limited. Using this website, they faked a total of 2,317 subscriptions and charged 5,482 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 483.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 81,555.66** was incurred via the website youngadultsfindlove.com at the expense of 2,317 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Colonial Productions SI. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,568,966 to 16,571,282.

Attempt (cases 16,571,283 to 16,594,130)

In addition, the accused submitted a further 22,848 fake subscriptions for the website youngadultsfindlove.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 261,382.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,571,283 to 16,594,130.

**309. youngloversconnect.com (cases 16,594,131 to 16,622,231)**

Completion (cases 16,594,131 to 16,596,742)

The accused operated the website youngloversconnect.com via the bogus merchant Royal Marketing Sl Limited. Using this website, they faked a total of 2,612 subscriptions and charged 5,754 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 618.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 90,311.95** was incurred via the website youngloversconnect.com at the expense of 2,612 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,594,131 to 16,596,742.

Attempt (cases 16,596,743 to 16,622,231)

In addition, the accused submitted a further 25,489 fake subscriptions for the website youngloversconnect.com in the period from 21 January 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 284,716.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,596,743 to 16,622,231.

**310. youremyoneandonly.com (cases 16,622,232 to 16,644,908)**

Completion (cases 16,622,232 to 16,624,260)

The accused operated the website youremyoneandonly.com via the bogus merchant Freedom Creations Sociedad Limitada. Using this website, they faked a total of 2,029 subscriptions and charged 4,741 individual monthly transactions to the credit cards of

EXT-GARRONI-00919

harmed credit card holders in the period from 8 April 2020 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 475.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 65,094.02** was incurred via the website youremyoneandonly.com at the expense of 2,029 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Freedom Creations Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,622,232 to 16,624,260.

Attempt (cases 16,624,261 to 16,644,908)

In addition, the accused submitted a further 20,648 fake subscriptions for the website youremyoneandonly.com in the period from 8 April 2020 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 235,901.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,624,261 to 16,644,908.

## II. Loss calculation for subscriptions collected via the acquirer Payone Gesellschaft mit beschränkter Haftung

**1. 80sbabiesmeet.com (cases 4,287,260 to 4,325,733)**

Completion (cases 4,287,260 to 4,290,959)

The accused operated the website 80sbabiesmeet.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 3,700 subscriptions and charged 10,283 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,084.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 169,358.55** was incurred via the website

EXT-GARRONI-00920

80sbabiesmeet.com at the expense of 3,700 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,287,260 to 4,290,959.

Attempt (cases 4,290,960 to 4,325,733)

In addition, the accused submitted a further 34,774 fake subscriptions for the website 80sbabiesmeet.com in the period from 30 January 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 404,061.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,290,960 to 4,325,733.

**2. abovethesinglelife.com (cases 4,325,734 to 4,364,749)**

Completion (cases 4,325,734 to 4,329,579)

The accused operated the website abovethesinglelife.com via the bogus merchant TRC Limited. Using this website, they faked a total of 3,846 subscriptions and charged 10,448 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.16 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 165,533.70** was incurred via the website abovethesinglelife.com at the expense of 3,846 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TRC Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,325,734 to 4,329,579.

Attempt (cases 4,329,580 to 4,364,749)

In addition, the accused submitted a further 35,170 fake subscriptions for the website abovethesinglelife.com in the period from 30 January 2019 to 30 April 2021, which

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 410,679.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,329,580 to 4,364,749.

**3. anewlovehascome.com (cases 4,554,911 to 4,588,379)**

Completion (cases 4,554,911 to 4,558,396)

The accused operated the website anewlovehascome.com via the bogus merchant South Pointe Advertising Sl. Using this website, they faked a total of 3,486 subscriptions and charged 10,101 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,366.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 148,745.68** was incurred via the website anewlovehascome.com at the expense of 3,486 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for South Pointe Advertising Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,554,911 to 4,558,396.

Attempt (cases 4,558,397 to 4,588,379)

In addition, the accused submitted a further 29,983 fake subscriptions for the website anewlovehascome.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 353,228.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,558,397 to 4,588,379.

**4. animeloversunite.com (cases 4,610,728 to 4,650,716)**

Completion (cases 4,610,728 to 4,614,412)

EXT-GARRONI-00922

The accused operated the website animeloversunite.com via the bogus merchant FDS Solutions Limited. Using this website, they faked a total of 3,685 subscriptions and charged 9,763 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,246.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 159,687.63** was incurred via the website animeloversunite.com at the expense of 3,685 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FDS Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,610,728 to 4,614,412.

Attempt (cases 4,614,413 to 4,650,716)

In addition, the accused submitted a further 36,304 fake subscriptions for the website animeloversunite.com in the period from 18 February 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 423,793.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,614,413 to 4,650,716.

**5. anxiouslyawaitingyourlove.com (cases 4,650,717 to 4,682,612)**

Completion (cases 4,650,717 to 4,653,716)

The accused operated the website anxiouslyawaitingyourlove.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 3,000 subscriptions and charged 7,357 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 774.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 120,777.29** was incurred via the website anxiouslyawaitingyourlove.com at the expense of 3,000 credit card holders. This

amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo MarketingLimited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,650,717 to 4,653,716.

Attempt (cases 4,653,717 to 4,682,612)

In addition, the accused submitted a further 28,896 fake subscriptions for the website anxiouslyawaitingyourlove.com in the period from 23 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 352,763.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,653,717 to 4,682,612.

**6. baseballloversmeet.com (cases 4,896,728 to 4,937,093)**

Completion (cases 4,896,728 to 4,900,736)

The accused operated the website baseballloversmeet.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 4,009 subscriptions and charged 10,944 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 845.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,400.75** was incurred via the website baseballloversmeet.com at the expense of 4,009 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,896,728 to 4,900,736.

Attempt (cases 4,900,737 to 4,937,093)

In addition, the accused submitted a further 36,357 fake subscriptions for the website baseballloversmeet.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount

submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 423,263.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,900,737 to 4,937,093.

## 7. bloomingsweethearts.com (cases 5,093,058 to 5,129,362)

Completion (cases 5,093,058 to 5,096,793)

The accused operated the website bloomingsweethearts.com via the bogus merchant South Pointe Advertising Sl. Using this website, they faked a total of 3,736 subscriptions and charged 10,669 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,194.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,099.40** was incurred via the website bloomingsweethearts.com at the expense of 3,736 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for South Pointe Advertising Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,093,058 to 5,096,793.

Attempt (cases 5,096,794 to 5,129,362)

In addition, the accused submitted a further 32,569 fake subscriptions for the website bloomingsweethearts.com in the period from 3 January 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 376,746.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,096,794 to 5,129,362.

## 8. bluesloversunite.com (cases 5,129,363 to 5,168,981)

Completion (cases 5,129,363 to 5,133,347)

EXT-GARRONI-00925

The accused operated the website bluesloversunite.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,985 subscriptions and charged 10,611 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,170.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 170,791.48** was incurred via the website bluesloversunite.com at the expense of 3,985 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,129,363 to 5,133,347.

Attempt (cases 5,133,348 to 5,168,981)

In addition, the accused submitted a further 35,634 fake subscriptions for the website bluesloversunite.com in the period from 4 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 418,961.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,133,348 to 5,168,981.

**9. carloversmeet.com (cases 5,298,578 to 5,337,532)**

Completion (cases 5,298,578 to 5,302,245)

The accused operated the website carloversmeet.com via the bogus merchant DMT Towbars Limited. Using this website, they faked a total of 3,668 subscriptions and charged 10,024 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 951.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,790.86** was incurred via the website carloversmeet.com at the expense of 3,668 credit card holders. This amount was

EXT-GARRONI-00926

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DMT Towbars Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,298,578 to 5,302,245.

Attempt (cases 5,302,246 to 5,337,532)

In addition, the accused submitted a further 35,287 fake subscriptions for the website carloversmeet.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 407,701.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,302,246 to 5,337,532.

## 10. cartoonfansfindlove.com (cases 5,361,468 to 5,396,780)

Completion (cases 5,361,468 to 5,365,013)

The accused operated the website cartoonfansfindlove.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 3,546 subscriptions and charged 10,016 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 1,137.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 161,108.68** was incurred via the website cartoonfansfindlove.com at the expense of 3,546 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,361,468 to 5,365,013.

Attempt (cases 5,365,014 to 5,396,780)

In addition, the accused submitted a further 31,767 fake subscriptions for the website cartoonfansfindlove.com in the period from 18 February 2019 to 30 April 2021, which

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 392,590.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,365,014 to 5,396,780.

### 11. championsofaffection.com (cases 5,550,250 to 5,580,876)

Completion (cases 5,550,250 to 5,552,966)

The accused operated the website championsofaffection.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 2,717 subscriptions and charged 7,461 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 628.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,313.85** was incurred via the website championsofaffection.com at the expense of 2,717 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,550,250 to 5,552,966.

Attempt (cases 5,552,967 to 5,580,876)

In addition, the accused submitted a further 27,910 fake subscriptions for the website championsofaffection.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 322,748.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,552,967 to 5,580,876.

### 12. chancedaters.com (cases 5,580,877 to 5,620,830)

Completion (cases 5,580,877 to 5,584,913)

EXT-GARRONI-00928

The accused operated the website chancedaters.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 4,037 subscriptions and charged 11,442 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 855.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,447.14** was incurred via the website chancedaters.com at the expense of 4,037 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,580,877 to 5,584,913.

Attempt (cases 5,584,914 to 5,620,830)

In addition, the accused submitted a further 35,917 fake subscriptions for the website chancedaters.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 426,889.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,584,914 to 5,620,830.

**13. chatandfindlove.com (cases 5,699,223 to 5,741,370)**

Completion (cases 5,699,223 to 5,703,277)

The accused operated the website chatandfindlove.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 4,055 subscriptions and charged 10,951 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 812.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 172,971.20** was incurred via the website chatandfindlove.com at the expense of 4,055 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,699,223 to 5,703,277.

## Attempt (cases 5,703,278 to 5,741,370)

In addition, the accused submitted a further 38,093 fake subscriptions for the website chatandfindlove.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 431,835.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,703,278 to 5,741,370.

## 14. cherishmyheart.com (cases 5,741,371 to 5,779,696)

## Completion (cases 5,741,371 to 5,745,091)

The accused operated the website cherishmyheart.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,721 subscriptions and charged 10,827 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 876.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 167,598.41** was incurred via the website cherishmyheart.com at the expense of 3,721 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 5,741,371 to 5,745,091.

## Attempt (cases 5,745,092 to 5,779,696)

In addition, the accused submitted a further 34,605 fake subscriptions for the website cherishmyheart.com in the period from 4 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 411,284.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 5,745,092 to 5,779,696.

### 15. coffeeandconversationsdating.com (cases 6,070,831 to 6,098,700)

Completion (cases 6,070,831 to 6,073,638)

The accused operated the website coffeeandconversationsdating.com via the bogus merchant Royal Marketing Sl Limited. Using this website, they faked a total of 2,808 subscriptions and charged 7,706 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,372.61** was incurred via the website coffeeandconversationsdating.com at the expense of 2,808 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,070,831 to 6,073,638.

Attempt (cases 6,073,639 to 6,098,700)

In addition, the accused submitted a further 25,062 fake subscriptions for the website coffeeandconversationsdating.com in the period from 18 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 303,474.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,073,639 to 6,098,700.

### 16. coffeeloversdating.com (cases 6,098,701 to 6,140,607)

Completion (cases 6,098,701 to 6,102,698)

The accused operated the website coffeeloversdating.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 3,998 subscriptions and

charged 11,295 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 879.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,984.52** was incurred via the website coffeeloversdating.com at the expense of 3,998 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,098,701 to 6,102,698.

Attempt (cases 6,102,699 to 6,140,607)

In addition, the accused submitted a further 37,909 fake subscriptions for the website coffeeloversdating.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 440,633.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,102,699 to 6,140,607.

**17. coffeeloversinlove.com (cases 6,140,608 to 6,173,683)**

Completion (cases 6,140,608 to 6,143,787)

The accused operated the website coffeeloversinlove.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 3,180 subscriptions and charged 8,455 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 803.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 135,227.45** was incurred via the website coffeeloversinlove.com at the expense of 3,180 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The

EXT-GARRONI-00932

individual cases are listed in the table attached to the Arrest Warrant for cases 6,140,608 to 6,143,787.

<u>Attempt (cases 6,143,788 to 6,173,683)</u>

In addition, the accused submitted a further 29,896 fake subscriptions for the coffeeloversinlove.com website in the period from 7 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 343,516.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,143,788 to 6,173,683.

**18. conservativelovers.com (cases 6,320,935 to 6,361,358)**

<u>Completion (cases 6,320,935 to 6,324,818)</u>

The accused operated the website conservativelovers.com via the bogus merchant Qu-T Design Limited. Using this website, they faked a total of 3,884 subscriptions and charged 11,286 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,015.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,895.60** was incurred via the website conservativelovers.com at the expense of 3,884 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,320,935 to 6,324,818.

<u>Attempt (cases 6,324,819 to 6,361,358)</u>

In addition, the accused submitted a further 36,540 fake subscriptions for the website conservativelovers.com in the period from 13 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

EXT-GARRONI-00933

obtain a total amount of **EUR 439,426.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,324,819 to 6,361,358.

## 19. continuouslove.com (cases 6,361,359 to 6,391,835)

Completion (cases 6,361,359 to 6,364,370)

The accused operated the website continuouslove.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 3,012 subscriptions and charged 7,836 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 927.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,910.47** was incurred via the website continuouslove.com at the expense of 3,012 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,361,359 to 6,364,370.

Attempt (cases 6,364,371 to 6,391,835)

In addition, the accused submitted a further 27,465 fake subscriptions for the website continuouslove.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 332,635.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,364,371 to 6,391,835.

## 20. crosscountryloversmeet.com (cases 6,419,205 to 6,442,309)

Completion (cases 6,419,205 to 6,421,416)

The accused operated the website crosscountryloversmeet.com via the bogus merchant Kings Media SI Limited. Using this website, they faked a total of 2,212

EXT-GARRONI-00934

subscriptions and charged 6,271 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 October 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 91,844.57** was incurred via the website crosscountryloversmeet.com at the expense of 2,212 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,419,205 to 6,421,416.

Attempt (cases 6,421,417 to 6,442,309)

In addition, the accused submitted a further 20,893 fake subscriptions for the website crosscountryloversmeet.com in the period from 3 October 2021 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 248,791.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,421,417 to 6,442,309.

**21. crossroadsoflove.com (cases 6,442,310 to 6,482,305)**

Completion (cases 6,442,310 to 6,446,287)

The accused operated the website crossroadsoflove.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 3,978 subscriptions and charged 11,522 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,228.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,298.04** was incurred via the website crossroadsoflove.com at the expense of 3,978 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 6,442,310 to 6,446,287.

Attempt (cases 6,446,288 to 6,482,305)

In addition, the accused submitted a further 36,018 fake subscriptions for the website crossroadsoflove.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 432,137.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,446,288 to 6,482,305.

## 22. datelovelypeople.com (cases 6,555,615 to 6,587,748)

Completion (cases 6,555,615 to 6,558,804)

The accused operated the website datelovelypeople.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 3,190 subscriptions and charged 8,868 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 April 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,032.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,078.03** was incurred via the website datelovelypeople.com at the expense of 3,190 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,555,615 to 6,558,804.

Attempt (cases 6,558,805 to 6,587,748)

In addition, the accused submitted a further 28,944 fake subscriptions for the website datelovelypeople.com in the period from 29 April 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

EXT-GARRONI-00936

obtain a total amount of **EUR 340,586.76.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,558,805 to 6,587,748.

**23. datersconnecting.com (cases 6,587,749 to 6,629,984)**

Completion (cases 6,587,749 to 6,591,707)

The accused operated the website datersconnecting.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 3,959 subscriptions and charged 10,882 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 1,403.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,431.84** was incurred via the website datersconnecting.com at the expense of 3,959 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,587,749 to 6,591,707.

Attempt (cases 6,591,708 to 6,629,984)

In addition, the accused submitted a further 38,277 fake subscriptions for the website datersconnecting.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 440,436.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,591,708 to 6,629,984.

**24. datersunitedinlove.com (cases 6,629,985 to 6,669,698)**

Completion (cases 6,629,985 to 6,633,811)

The accused operated the website datersunitedinlove.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 3,827 subscriptions and

EXT-GARRONI-00937

charged 10,897 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 770.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 176,491.46** was incurred via the website datersunitedinlove.com at the expense of 3,827 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,629,985 to 6,633,811.

Attempt (cases 6,633,812 to 6,669,698)

In addition, the accused submitted a further 35,887 fake subscriptions for the website datersunitedinlove.com in the period from 7 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 423,533.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,633,812 to 6,669,698.

**25. datinglifewanted.com (cases 6,767,851 to 6,805,850)**

Completion (cases 6,767,851 to 6,771,543)

The accused operated the website datinglifewanted.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 3,693 subscriptions and charged 9,885 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 1,033.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 160,412.35** was incurred via the website datinglifewanted.com at the expense of 3,693 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The

EXT-GARRONI-00938

individual cases are listed in the table attached to the Arrest Warrant for cases 6,767,851 to 6,771,543.

<u>Attempt (cases 6,771,544 to 6,805,850)</u>

In addition, the accused submitted a further 34,307 fake subscriptions for the website datinglifewanted.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 395,005.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,771,544 to 6,805,850.

**26. datingsomeonelikeme.com (cases 6,805,851 to 6,845,264)**

<u>Completion (cases 6,805,851 to 6,809,686)</u>

The accused operated the website datingsomeonelikeme.com via the bogus merchant Alete Limited. Using this website, they faked a total of 3,836 subscriptions and charged 10,676 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,189.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 170,351.88** was incurred via the website datingsomeonelikeme.com at the expense of 3,836 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,805,851 to 6,809,686.

<u>Attempt (cases 6,809,687 to 6,845,264)</u>

In addition, the accused submitted a further 35,578 fake subscriptions for the website datingsomeonelikeme.com in the period from 7 January 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 418,107.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,809,687 to 6,845,264.

## 27. defendingourlove.com (cases 6,867,275 to 6,897,022)

Completion (cases 6,867,275 to 6,869,992)

The accused operated the website defendingourlove.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 2,718 subscriptions and charged 7,711 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 677.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,786.21** was incurred via the website defendingourlove.com at the expense of 2,718 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,867,275 to 6,869,992.

Attempt (cases 6,869,993 to 6,897,022)

In addition, the accused submitted a further 27,030 fake subscriptions for the website defendingourlove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 317,266.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,869,993 to 6,897,022.

## 28. devotedtoyourlove.com (cases 6,964,130 to 6,996,043)

Completion (cases 6,964,130 to 6,967,236)

The accused operated the website devotedtoyourlove.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 3,107 subscriptions and charged 7,954 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 911.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,110.79** was incurred via the website devotedtoyourlove.com at the expense of 3,107 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 6,964,130 to 6,967,236.

Attempt (cases 6,967,237 to 6,996,043)

In addition, the accused submitted a further 28,807 fake subscriptions for the website devotedtoyourlove.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 335,642.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 6,967,237 to 6,996,043.

**29. dontgiveuponlove.com (cases 7,078,804 to 7,117,298)**

Completion (cases 7,078,804 to 7,082,649)

The accused operated the website dontgiveuponlove.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 3,846 subscriptions and charged 10,759 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,225.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 170,285.43** was incurred via the website dontgiveuponlove.com at the expense of 3,846 credit card holders. This amount was

EXT-GARRONI-00941

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,078,804 to 7,082,649.

Attempt (cases 7,082,650 to 7,117,298)

In addition, the accused submitted a further 34,649 fake subscriptions for the website dontgiveuponlove.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 410,874.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,082,650 to 7,117,298.

**30. emosinglesreunite.com (cases 7,183,846 to 7,225,057)**

Completion (cases 7,183,846 to 7,187,858)

The accused operated the website emosinglesreunite.com via the bogus retailer Qu-T Design Limited/Heath International Limited. Using this website, they faked a total of 4,013 subscriptions and charged 11,361 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 1,018.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,627.22** was incurred via the website emosinglesreunite.com at the expense of 4,013 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design Limited/Heath International Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,183,846 to 7,187,858.

Attempt (cases 7,187,859 to 7,225,057)

In addition, the accused submitted a further 37,199 fake subscriptions for the website emosinglesreunite.com in the period from 13 December 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted

not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 428,294.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,187,859 to 7,225,057.

## 31. enchantingsinglesdate.com (cases 7,259,403 to 7,289,655)

Completion (cases 7,259,403 to 7,262,340)

The accused operated the website enchantingsinglesdate.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 2,938 subscriptions and charged 7,920 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 774.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 128,283.88** was incurred via the website enchantingsinglesdate.com at the expense of 2,938 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,259,403 to 7,262,340.

Attempt (cases 7,262,341 to 7,289,655)

In addition, the accused submitted a further 27,315 fake subscriptions for the website enchantingsinglesdate.com in the period from 28 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 331,355.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,262,341 to 7,289,655.

## 32. everlastingfriendship.com (cases 7,424,469 to 7,463,761)

Completion (cases 7,424,469 to 7,428,441)

The accused operated the website everlastingfriendship.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,973 subscriptions and charged 11,026 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 904.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 169,927.02** was incurred via the website everlastingfriendship.com at the expense of 3,973 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,424,469 to 7,428,441.

Attempt (cases 7,428,442 to 7,463,761)

In addition, the accused submitted a further 35,320 fake subscriptions for the website everlastingfriendship.com in the period from 4 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 417,422.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,428,442 to 7,463,761.

**33. everyonewantslove.com (cases 7,463,762 to 7,493,895)**

Completion (cases 7,463,762 to 7,466,862)

The accused operated the website everyonewantslove.com via the bogus merchant Cardinal Networking Sociedad Limitada. Using this website, they faked a total of 3,101 subscriptions and charged 7,906 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 April 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,014.12** was incurred via the website everyonewantslove.com at the expense of 3,101 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

EXT-GARRONI-00944

payment service provider's escrow account held for Cardinal Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,463,762 to 7,466,862.

Attempt (cases 7,466,863 to 7,493,895)

In addition, the accused submitted a further 27,033 fake subscriptions for the website everyonewantslove.com in the period from 3 April 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 316,344.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,466,863 to 7,493,895.

**34. findfreshnewlove.com (cases 7,777,817 to 7,806,633)**

Completion (cases 7,777,817 to 7,780,594)

The accused operated the website findfreshnewlove.com via the bogus merchant Delta Interne Limited. Using this website, they faked a total of 2,778 subscriptions and charged 7,154 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 767.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,626.43** was incurred via the website findfreshnewlove.com at the expense of 2,778 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Interne Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,777,817 to 7,780,594.

Attempt (cases 7,780,595 to 7,806,633)

In addition, the accused submitted a further 26,039 fake subscriptions for the website findfreshnewlove.com in the period from 23 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 313,049.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,780,595 to 7,806,633.

## 35. findlifetimelove.com (cases 7,841,287 to 7,872,960)

Completion (cases 7,841,287 to 7,844,219)

The accused operated the website findlifetimelove.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 2,933 subscriptions and charged 7,867 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 125,782.40** was incurred via the website findlifetimelove.com at the expense of 2,933 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,841,287 to 7,844,219.

Attempt (cases 7,844,220 to 7,872,960)

In addition, the accused submitted a further 28,741 fake subscriptions for the website findlifetimelove.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 333,446.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,844,220 to 7,872,960.

## 36. findlovethatsworthit.com (cases 7,872,961 to 7,909,348)

Completion (cases 7,872,961 to 7,876,542)

The accused operated the website findlovethatsworthit.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 3,582 subscriptions

EXT-GARRONI-00946

and charged 9,613 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 951.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 159,992.92** was incurred via the website findlovethatsworthit.com at the expense of 3,582 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,872,961 to 7,876,542.

Attempt (cases 7,876,543 to 7,909,348)

In addition, the accused submitted a further 32,806 fake subscriptions for the website findlovethatsworthit.com in the period from 18 February 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 396,737.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,876,543 to 7,909,348.

### 37. findlovethenhappiness.com (cases 7,909,349 to 7,936,479)

Completion (cases 7,909,349 to 7,911,986)

The accused operated the website findlovethenhappiness.com via the bogus merchant Royal Marketing Sl Limited. Using this website, they faked a total of 2,638 subscriptions and charged 7,125 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 691.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 109,756.29** was incurred via the website findlovethenhappiness.com at the expense of 2,638 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl Limited. The

EXT-GARRONI-00947

individual cases are listed in the table attached to the Arrest Warrant for cases 7,909,349 to 7,911,986.

<u>Attempt (cases 7,911,987 to 7,936,479)</u>

In addition, the accused submitted a further 24,493 fake subscriptions for the website findlovethenhappiness.com in the period from 18 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 284,584.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,911,987 to 7,936,479.

### 38. findmeandlove.com (cases 7,979,560 to 8,021,811)

<u>Completion (cases 7,979,560 to 7,983,563)</u>

The accused operated the website findmeandlove.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 4,004 subscriptions and charged 10,624 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 904.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 174,612.29** was incurred via the website findmeandlove.com at the expense of 4,004 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 7,979,560 to 7,983,563.

<u>Attempt (cases 7,983,564 to 8,021,811)</u>

In addition, the accused submitted a further 38,248 fake subscriptions for the website findmeandlove.com in the period from 12 December 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 445,472.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 7,983,564 to 8,021,811.

**39. findtruecompanionship.com (cases 8,185,245 to 8,221,576)**

Completion (cases 8,185,245 to 8,188,868)

The accused operated the website findtruecompanionship.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,624 subscriptions and charged 9,810 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 983.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 156,308.86** was incurred via the website findtruecompanionship.com at the expense of 3,624 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,185,245 to 8,188,868.

Attempt (cases 8,188,869 to 8,221,576)

In addition, the accused submitted a further 32,708 fake subscriptions for the website findtruecompanionship.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 395,875.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,188,869 to 8,221,576.

**40. findtruefriendship.com (cases 8,221,577 to 8,253,492)**

Completion (cases 8,221,577 to 8,224,659)

The accused operated the website findtruefriendship.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,083 subscriptions and

charged 8,645 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 982.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 136,912.04** was incurred via the website findtruefriendship.com at the expense of 3,083 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,221,577 to 8,224,659.

Attempt (cases 8,224,660 to 8,253,492)

In addition, the accused submitted a further 28,833 fake subscriptions for the website findtruefriendship.com in the period from 8 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 346,998.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,224,660 to 8,253,492.

**41. fishingformylove.com (cases 8,253,493 to 8,281,062)**

Completion (cases 8,253,493 to 8,256,342)

The accused operated the website fishingformylove.com via the bogus merchant Royal Marketing Sl Limited. Using this website, they faked a total of 2,850 subscriptions and charged 7,658 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,103.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 117,413.29** was incurred via the website fishingformylove.com at the expense of 2,850 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 8,253,493 to 8,256,342.

Attempt (cases 8,256,343 to 8,281,062)

In addition, the accused submitted a further 24,720 fake subscriptions for the website fishingformylove.com in the period from 18 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 290,087.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,256,343 to 8,281,062.

**42. fishingloversmeet.com (cases 8,281,063 to 8,304,599)**

Completion (cases 8,281,063 to 8,283,310)

The accused operated the website fishingloversmeet.com via the bogus merchant Kings Media Sl Limited. Using this website, they faked a total of 2,248 subscriptions and charged 5,930 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 October 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 91,154.84** was incurred via the website fishingloversmeet.com at the expense of 2,248 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,281,063 to 8,283,310.

Attempt (cases 8,283,311 to 8,304,599)

In addition, the accused submitted a further 21,289 fake subscriptions for the website fishingloversmeet.com in the period from 3 October 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 254,534.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,283,311 to 8,304,599.

**43. getoverthesinglelife.com (cases 8,623,652 to 8,659,312)**

Completion (cases 8,623,652 to 8,627,211)

The accused operated the website getoverthesinglelife.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 3,560 subscriptions and charged 10,228 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 927.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,137.66** was incurred via the website getoverthesinglelife.com at the expense of 3,560 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,623,652 to 8,627,211.

Attempt (cases 8,627,212 to 8,659,312)

In addition, the accused submitted a further 32,101 fake subscriptions for the website getoverthesinglelife.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,722.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,627,212 to 8,659,312.

**44. goingthedistance4love.com (cases 8,659,313 to 8,699,146)**

Completion (cases 8,659,313 to 8,663,275)

The accused operated the website goingthedistance4love.com via the bogus merchant Pvw Associates Limited. Using this website, they faked a total of 3,963

EXT-GARRONI-00952

subscriptions and charged 10,855 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 947.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,357.19** was incurred via the website goingthedistance4love.com at the expense of 3,963 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pvw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,659,313 to 8,663,275.

Attempt (cases 8,663,276 to 8,699,146)

In addition, the accused submitted a further 35,871 fake subscriptions for the website goingthedistance4love.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 427,950.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,663,276 to 8,699,146.

**45. goodbyelonelynights.com (cases 8,729,018 to 8,764,163)**

Completion (cases 8,729,018 to 8,732,623)

The accused operated the website goodbyelonelynights.com via the bogus merchant South Pointe Advertising Sl. Using this website, they faked a total of 3,606 subscriptions and charged 10,153 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,112.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 151,911.93** was incurred via the website goodbyelonelynights.com at the expense of 3,606 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for South Pointe Advertising Sl. The

individual cases are listed in the table attached to the Arrest Warrant for cases 8,729,018 to 8,732,623.

Attempt (cases 8,732,624 to 8,764,163)

In addition, the accused submitted a further 31,540 fake subscriptions for the website goodbyelonelynights.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 360,757.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,732,624 to 8,764,163.

**46. gooddaylovers.com (cases 8,764,164 to 8,798,178)**

Completion (cases 8,764,164 to 8,767,485)

The accused operated the website gooddaylovers.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 3,322 subscriptions and charged 9,050 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 April 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 146,654.69** was incurred via the website gooddaylovers.com at the expense of 3,322 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 8,764,164 to 8,767,485.

Attempt (cases 8,767,486 to 8,798,178)

In addition, the accused submitted a further 30,693 fake subscriptions for the website gooddaylovers.com in the period from 29 April 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total

EXT-GARRONI-00954

amount of **EUR 352,340.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,767,486 to 8,798,178.

## 47. heartfeltemotionsoflove.com (cases 9,011,894 to 9,042,566)

Completion (cases 9,011,894 to 9,014,636)

The accused operated the website heartfeltemotionsoflove.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 2,743 subscriptions and charged 7,180 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 117,322.58** was incurred via the website heartfeltemotionsoflove.com at the expense of 2,743 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,011,894 to 9,014,636.

Attempt (cases 9,014,637 to 9,042,566)

In addition, the accused submitted a further 27,930 fake subscriptions for the website heartfeltemotionsoflove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 322,989.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,014,637 to 9,042,566.

## 48. historybuffsdate.com (cases 9,102,609 to 9,131,506)

Completion (cases 9,102,609 to 9,105,640)

The accused operated the website historybuffsdate.com via the bogus merchant Cardinal Networking Sociedad Limita. Using this website, they faked a total of 3,032 subscriptions and charged 7,961 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 April 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 904.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,802.64** was incurred via the website historybuffsdate.com at the expense of 3,032 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cardinal Networking Sociedad Limita. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,102,609 to 9,105,640.

Attempt (cases 9,105,641 to 9,131,506)

In addition, the accused submitted a further 25,866 fake subscriptions for the website historybuffsdate.com in the period from 3 April 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 311,821.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,105,641 to 9,131,506.

## 49. iwanttoloveyouforever.com (cases 9,511,752 to 9,539,330)

Completion (cases 9,511,752 to 9,514,435)

The accused operated the website iwanttoloveyouforever.com via the bogus merchant Pames Investments Sociedad Limitada. Using this website, they faked a total of 2,684 subscriptions and charged 6,796 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 October 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 809.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 108,842.49** was incurred via the website iwanttoloveyouforever.com at the expense of 2,684 credit card holders. This amount was debited from the account of the harmed credit card holder and credited

to the payment service provider's escrow account held for Pames Investments Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,511,752 to 9,514,435.

Attempt (cases 9,514,436 to 9,539,330)

In addition, the accused submitted a further 24,895 fake subscriptions for the website iwanttoloveyouforever.com in the period from 28 October 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,055.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,514,436 to 9,539,330.

**50. iwantyourlovenow.com (cases 9,539,331 to 9,577,225)**

Completion (cases 9,539,331 to 9,542,803)

The accused operated the website iwantyourlovenow.com via the bogus merchant Rbw Associates Limited. Using this website, they faked a total of 3,473 subscriptions and charged 8,981 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 147,453.23** was incurred via the website iwantyourlovenow.com at the expense of 3,473 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rbw Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,539,331 to 9,542,803.

Attempt (cases 9,542,804 to 9,577,225)

In addition, the accused submitted a further 34,422 fake subscriptions for the website iwantyourlovenow.com in the period from 18 February 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 392,779.76.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,542,804 to 9,577,225.

**51. jazzloversfindlove.com (cases 9,577,226 to 9,618,592)**

Completion (cases 9,577,226 to 9,581,213)

The accused operated the website jazzloversfindlove.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 3,988 subscriptions and charged 11,208 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 946.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 179,126.36** was incurred via the website jazzloversfindlove.com at the expense of 3,988 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,577,226 to 9,581,213.

Attempt (cases 9,581,214 to 9,618,592)

In addition, the accused submitted a further 37,379 fake subscriptions for the website jazzloversfindlove.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 433,663.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,581,214 to 9,618,592.

**52. joinlovenow.com (cases 9,694,146 to 9,733,230)**

Completion (cases 9,694,146 to 9,697,837)

The accused operated the website joinlovenow.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,692 subscriptions and

charged 10,115 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 831.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,283.85** was incurred via the website joinlovenow.com at the expense of 3,692 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,694,146 to 9,697,837.

Attempt (cases 9,697,838 to 9,733,230)

In addition, the accused submitted a further 35,393 fake subscriptions for the website joinlovenow.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 415,057.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,697,838 to 9,733,230.

## 53. joinprestigelove.com (cases 9,733,231 to 9,764,677)

Completion (cases 9,733,231 to 9,736,245)

The accused operated the website joinprestigelove.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 3,015 subscriptions and charged 7,468 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 677.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,478.63** was incurred via the website joinprestigelove.com at the expense of 3,015 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,733,231 to 9,736,245.

Attempt (cases 9,736,246 to 9,764,677)

In addition, the accused submitted a further 28,432 fake subscriptions for the website joinprestigelove.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 332,546.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,736,246 to 9,764,677.

**54. joinroyallove.com (cases 9,764,678 to 9,795,729)**

Completion (cases 9,764,678 to 9,767,482)

The accused operated the website joinroyallove.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 2,805 subscriptions and charged 7,463 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 975.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 133,319.06** was incurred via the website joinroyallove.com at the expense of 2,805 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,764,678 to 9,767,482.

Attempt (cases 9,767,483 to 9,795,729)

In addition, the accused submitted a further 28,247 fake subscriptions for the website joinroyallove.com in the period from 23 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 330,090.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,767,483 to 9,795,729.

**55. joinyoursoulmate.com (cases 9,877,179 to 9,910,123)**

Completion (cases 9,877,179 to 9,880,438)

The accused operated the website joinyoursoulmate.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,260 subscriptions and charged 8,238 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,088.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 139,564.70** was incurred via the website joinyoursoulmate.com at the expense of 3,260 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,877,179 to 9,880,438.

Attempt (cases 9,880,439 to 9,910,123)

In addition, the accused submitted a further 29,685 fake subscriptions for the website joinyoursoulmate.com in the period from 8 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 339,068.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,880,439 to 9,910,123.

**56. keytomyheartdating.com (cases 9,969,162 to 10,001,906)**

Completion (cases 9,969,162 to 9,972,206)

The accused operated the website keytomyheartdating.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 3,045 subscriptions and charged 7,897 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88

up to a maximum of EUR 983.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,982.68** was incurred via the website keytomyheartdating.com at the expense of 3,045 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 9,969,162 to 9,972,206.

Attempt (cases 9,972,207 to 10,001,906)

In addition, the accused submitted a further 29,700 fake subscriptions for the website keytomyheartdating.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 339,648.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 9,972,207 to 10,001,906.

**57. kneedeepinlove.com (cases 10,001,907 to 10,031,947)**

Completion (cases 10,001,907 to 10,004,771)

The accused operated the website kneedeepinlove.com via the bogus merchant Liberty Networking Sociedad Limitada. Using this website, they faked a total of 2,865 subscriptions and charged 7,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 September 2019 to 20 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 761.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 113,126.91** was incurred via the website kneedeepinlove.com at the expense of 2,865 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liberty Networking Sociedad Limitada. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,001,907 to 10,004,771.

Attempt (cases 10,004,772 to 10,031,947)

In addition, the accused submitted a further 27,176 fake subscriptions for the website kneedeepinlove.com in the period from 12 September 2019 to 20 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,982.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,004,772 to 10,031,947.

## 58. liberalslove.com (cases 10,133,410 to 10,173,097)

Completion (cases 10,133,410 to 10,137,174)

The accused operated the website liberalslove.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,765 subscriptions and charged 9,800 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 980.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,666.17** was incurred via the website liberalslove.com at the expense of 3,765 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,133,410 to 10,137,174.

Attempt (cases 10,137,175 to 10,173,097)

In addition, the accused submitted a further 35,923 fake subscriptions for the website liberalslove.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 422,386.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,137,175 to 10,173,097.

## 59. lonelypeopleunited.com (cases 10,365,998 to 10,407,310)

Completion (cases 10,365,998 to 10,370,005)

EXT-GARRONI-00963

The accused operated the website lonelypeopleunited.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 4,008 subscriptions and charged 10,770 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 913.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 172,996.84** was incurred via the website lonelypeopleunited.com at the expense of 4,008 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,365,998 to 10,370,005.

Attempt (cases 10,370,006 to 10,407,310)

In addition, the accused submitted a further 37,305 fake subscriptions for the website lonelypeopleunited.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 445,390.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,370,006 to 10,407,310.

**60. loveconnectionsstarthere.com (cases 10,480,208 to 10,515,399)**

Completion (cases 10,480,208 to 10,483,753)

The accused operated the website loveconnectionsstarthere.com via the bogus merchant South Pointe Advertising Sl. Using this website, they faked a total of 3,546 subscriptions and charged 9,921 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,094.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 150,850.19** was incurred via the website loveconnectionsstarthere.com at the expense of 3,546 credit card holders. This

amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for South Pointe Advertising Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,480,208 to 10,483,753.

Attempt (cases 10,483,754 to 10,515,399)

In addition, the accused submitted a further 31,646 fake subscriptions for the website loveconnectionsstarthere.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 371,144.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,483,754 to 10,515,399.

**61. lovefreelyzone.com (cases 10,515,400 to 10,539,645)**

Completion (cases 10,515,400 to 10,517,622)

The accused operated the website lovefreelyzone.com via the bogus merchant Kings Media Sl Limited. Using this website, they faked a total of 2,223 subscriptions and charged 6,137 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 October 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 94,191.73** was incurred via the website lovefreelyzone.com at the expense of 2,223 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,515,400 to 10,517,622.

Attempt (cases 10,517,623 to 10,539,645)

In addition, the accused submitted a further 22,023 fake subscriptions for the website lovefreelyzone.com in the period from 3 October 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted

not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 255,879.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,517,623 to 10,539,645.

## 62. lovelifewanted.com (cases 10,569,732 to 10,608,045)

Completion (cases 10,569,732 to 10,573,513)

The accused operated the website lovelifewanted.com via the bogus merchant Trc Trading Limited. Using this website, they faked a total of 3,782 subscriptions and charged 10,126 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,932.93** was incurred via the website lovelifewanted.com at the expense of 3,782 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trc Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,569,732 to 10,573,513.

Attempt (cases 10,573,514 to 10,608,045)

In addition, the accused submitted a further 34,532 fake subscriptions for the website lovelifewanted.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 412,598.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,573,514 to 10,608,045.

## 63. lovingpeopleunited.com (cases 10,831,360 to 10,868,581)

Completion (cases 10,831,360 to 10,835,021)

The accused operated the website lovingpeopleunited.com via the bogus merchant Ste Projects Limited. Using this website, they faked a total of 3,662 subscriptions and charged 10,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,090.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 159,115.73** was incurred via the website lovingpeopleunited.com at the expense of 3,662 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ste Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,831,360 to 10,835,021.

Attempt (cases 10,835,022 to 10,868,581)

In addition, the accused submitted a further 33,560 fake subscriptions for the website lovingpeopleunited.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 393,797.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,835,022 to 10,868,581.

**64. marriagematerialsingles.com (cases 10,896,841 to 10,927,045)**

Completion (cases 10,896,841 to 10,899,918)

The accused operated the website marriagematerialsingles.com via the bogus merchant Cardinal Networking Sociedad Limita. Using this website, they faked a total of 3,078 subscriptions and charged 8,474 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 April 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,050.93** was incurred via the website marriagematerialsingles.com at the expense of 3,078 credit card holders. This amount was debited from the account of the harmed credit card holder and credited

to the payment service provider's escrow account held for Cardinal Networking Sociedad Limita. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,896,841 to 10,899,918.

Attempt (cases 10,899,919 to 10,927,045)

In addition, the accused submitted a further 27,127 fake subscriptions for the website marriagematerialsingles.com in the period from 3 April 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 333,560.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,899,919 to 10,927,045.

**65. meetyourlovertoday.com (cases 10,927,046 to 10,964,255)**

Completion (cases 10,927,046 to 10,930,669)

The accused operated the website meetyourlovertoday.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 3,624 subscriptions and charged 10,538 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 878.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 173,787.93** was incurred via the website meetyourlovertoday.com at the expense of 3,624 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 10,927,046 to 10,930,669.

Attempt (cases 10,930,670 to 10,964,255)

In addition, the accused submitted a further 33,586 fake subscriptions for the website meetyourlovertoday.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

EXT-GARRONI-00968

obtain a total amount of **EUR 408,537.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 10,930,670 to 10,964,255.

## 66. memeloversdate.com (cases 11,033,997 to 11,073,976)

Completion (cases 11,033,997 to 11,038,051)

The accused operated the website memeloversdate.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 4,055 subscriptions and charged 11,631 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 875.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 189,904.60** was incurred via the website memeloversdate.com at the expense of 4,055 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,033,997 to 11,038,051.

Attempt (cases 11,038,052 to 11,073,976)

In addition, the accused submitted a further 35,925 fake subscriptions for the website memeloversdate.com in the period from 12 December 2018 to 30 April 20210, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 430,181.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,038,052 to 11,073,976.

## 67. messagemenow4love.com (cases 11,073,977 to 11,113,094)

Completion (cases 11,073,977 to 11,077,840)

The accused operated the website messagemenow4love.com via the bogus merchant Alete Limited. Using this website, they faked a total of 3,864 subscriptions

EXT-GARRONI-00969

and charged 11,166 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 177,427.80** was incurred via the website messagemenow4love.com at the expense of 3,864 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,073,977 to 11,077,840.

Attempt (cases 11,077,841 to 11,113,094)

In addition, the accused submitted a further 35,254 fake subscriptions for the website messagemenow4love.com in the period from 7 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 422,961.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,077,841 to 11,113,094.

**68. moneyhungrysingles.com (cases 11,150,369 to 11,188,499)**

Completion (cases 11,150,369 to 11,154,127)

The accused operated the website moneyhungrysingles.com via the bogus merchant Trc Trading Limited. Using this website, they faked a total of 3,759 subscriptions and charged 10,359 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,513.97** was incurred via the website moneyhungrysingles.com at the expense of 3,759 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trc Trading Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 11,150,369 to 11,154,127.

<u>Attempt (cases 11,154,128 to 11,188,499)</u>

In addition, the accused submitted a further 34,372 fake subscriptions for the website moneyhungrysingles.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 405,939.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,154,128 to 11,188,499.

### 69. moonlitloverscollide.com (cases 11,188,500 to 11,216,188)

<u>Completion (cases 11,188,500 to 11,191,275)</u>

The accused operated the website moonlitloverscollide.com via the bogus merchant Royal Marketing Sl Limited. Using this website, they faked a total of 2,776 subscriptions and charged 7,285 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 883.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 115,173.18** was incurred via the website moonlitloverscollide.com at the expense of 2,776 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Royal Marketing Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,188,500 to 11,191,275.

<u>Attempt (cases 11,191,276 to 11,216,188)</u>

In addition, the accused submitted a further 24,913 fake subscriptions for the website moonlitloverscollide.com in the period from 18 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 291,330.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,191,276 to 11,216,188.

## 70. musicloversunite.com (cases 11,216,189 to 11,249,776)

Completion (cases 11,216,189 to 11,219,625)

The accused operated the website musicloversunite.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 3,437 subscriptions and charged 9,292 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 March 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,126.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 143,144.58** was incurred via the website musicloversunite.com at the expense of 3,437 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,216,189 to 11,219,625.

Attempt (cases 11,219,626 to 11,249,776)

In addition, the accused submitted a further 30,151 fake subscriptions for the website musicloversunite.com in the period from 27 March 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 374,359.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,219,626 to 11,249,776.

## 71. oldfashiondaters.com (cases 11,587,428 to 11,624,976)

Completion (cases 11,587,428 to 11,590,998)

The accused operated the website oldfashiondaters.com via the bogus merchant Alete Limited. Using this website, they faked a total of 3,571 subscriptions and

charged 9,875 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 875.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 153,852.69** was incurred via the website oldfashiondaters.com at the expense of 3,571 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,587,428 to 11,590,998.

<u>Attempt (cases 11,590,999 to 11,624,976)</u>

In addition, the accused submitted a further 33,978 fake subscriptions for the website oldfashiondaters.com in the period from 7 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 404,866.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,590,999 to 11,624,976.

**72. oldfashionlovers.com (cases 11,624,977 to 11,656,641)**

<u>Completion (cases 11,624,977 to 11,628,017)</u>

The accused operated the website oldfashionlovers.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,041 subscriptions and charged 7,904 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,091.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 136,486.22** was incurred via the website oldfashionlovers.com at the expense of 3,041 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual

EXT-GARRONI-00973

cases are listed in the table attached to the Arrest Warrant for cases 11,624,977 to 11,628,017.

Attempt (cases 11,628,018 to 11,656,641)

In addition, the accused submitted a further 28,624 fake subscriptions for the website oldfashionlovers.com in the period from 8 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 337,949.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,628,018 to 11,656,641.

## 73. oldfashionloversmeet.com (cases 11,656,642 to 11,690,968)

Completion (cases 11,656,642 to 11,659,892)

The accused operated the website oldfashionloversmeet.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 3,251 subscriptions and charged 8,950 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,090.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 144,082.21** was incurred via the website oldfashionloversmeet.com at the expense of 3,251 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,656,642 to 11,659,892.

Attempt (cases 11,659,893 to 11,690,968)

In addition, the accused submitted a further 31,076 fake subscriptions for the oldfashionloversmeet.com website in the period from 7 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to

unlawfully obtain a total amount of **EUR 369,271.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,659,893 to 11,690,968.

## 74. onceuponatimeforlove.com (cases 11,721,727 to 11,755,244)

Completion (cases 11,721,727 to 11,724,733)

The accused operated the website onceuponatimeforlove.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 3,007 subscriptions and charged 7,691 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,097.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,458.12** was incurred via the website onceuponatimeforlove.com at the expense of 3,007 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,721,727 to 11,724,733.

Attempt (cases 11,724,734 to 11,755,244)

In addition, the accused submitted a further 30,511 fake subscriptions for the website onceuponatimeforlove.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 340,840.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,724,734 to 11,755,244.

## 75. overbeinglonely.com (cases 11,979,763 to 12,009,319)

Completion (cases 11,979,763 to 11,982,552)

EXT-GARRONI-00975

The accused operated the website overbeinglonely.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 2,790 subscriptions and charged 7,521 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 August 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 125,276.85** was incurred via the website overbeinglonely.com at the expense of 2,790 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 11,979,763 to 11,982,552.

Attempt (cases 11,982,553 to 12,009,319)

In addition, the accused submitted a further 26,767 fake subscriptions for the website overbeinglonely.com in the period from 23 August 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 312,058.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 11,982,553 to 12,009,319.

**76. pamperedforlove.com (cases 12,009,320 to 12,041,044)**

Completion (cases 12,009,320 to 12,012,472)

The accused operated the website pamperedforlove.com via the bogus merchant Bulb Marketing Limited. Using this website, they faked a total of 3,153 subscriptions and charged 7,743 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 125,490.02** was incurred via the website pamperedforlove.com at the expense of 3,153 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

EXT-GARRONI-00976

payment service provider's escrow account held for Bulb Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,009,320 to 12,012,472.

Attempt (cases 12,012,473 to 12,041,044)

In addition, the accused submitted a further 28,572 fake subscriptions for the website pamperedforlove.com in the period from 22 August 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 353,541.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,012,473 to 12,041,044.

## 77. peopleuniteinlove.com (cases 12,100,031 to 12,132,001)

Completion (cases 12,100,031 to 12,103,330)

The accused operated the website peopleuniteinlove.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 3,300 subscriptions and charged 8,440 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 April 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.17 up to a maximum of EUR 725.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,328.65** was incurred via the website peopleuniteinlove.com at the expense of 3,300 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,100,031 to 12,103,330.

Attempt (cases 12,103,331 to 12,132,001)

In addition, the accused submitted a further 28,671 fake subscriptions for the website peopleuniteinlove.com in the period from 29 April 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 348,676.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,103,331 to 12,132,001.

## 78. pizzafansfindlove.com (cases 12,132,002 to 12,168,177)

Completion (cases 12,132,002 to 12,135,564)

The accused operated the website pizzafansfindlove.com via the bogus merchant Fds Solutions Limited. Using this website, they faked a total of 3,563 subscriptions and charged 9,898 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,024.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 161,840.45** was incurred via the website pizzafansfindlove.com at the expense of 3,563 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fds Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,132,002 to 12,135,564.

Attempt (cases 12,135,565 to 12,168,177)

In addition, the accused submitted a further 32,613 fake subscriptions for the website pizzafansfindlove.com in the period from 18 February 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 406,757.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,135,565 to 12,168,177.

## 79. politicalgurusmeet.com (cases 12,168,178 to 12,208,619)

Completion (cases 12,168,178 to 12,172,258)

The accused operated the website politicalgurusmeet.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 4,081 subscriptions

EXT-GARRONI-00978

and charged 11,693 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,302.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,089.54** was incurred via the website politicalgurusmeet.com at the expense of 4,081 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,168,178 to 12,172,258.

<u>Attempt (cases 12,172,259 to 12,208,619)</u>

In addition, the accused submitted a further 36,361 fake subscriptions for the website politicalgurusmeet.com in the period from 11 December 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 432,777.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,172,259 to 12,208,619.

**80. pouryourlovehere.com (cases 12,208,620 to 12,236,644)**

<u>Completion (cases 12,208,620 to 12,211,361)</u>

The accused operated the website pouryourlovehere.com via the bogus merchant Delta Internet Limited. Using this website, they faked a total of 2,742 subscriptions and charged 7,322 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,021.66** was incurred via the website pouryourlovehere.com at the expense of 2,742 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Delta Internet Limited. The

EXT-GARRONI-00979

individual cases are listed in the table attached to the Arrest Warrant for cases 12,208,620 to 12,211,361.

Attempt (cases 12,211,362 to 12,236,644)

In addition, the accused submitted a further 25,283 fake subscriptions for the website pouryourlovehere.com in the period from 23 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 307,954.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,211,362 to 12,236,644.

## 81. preserveourloveforever.com (cases 12,271,128 to 12,303,785)

Completion (cases 12,271,128 to 12,274,119)

The accused operated the website preserveourloveforever.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 2,992 subscriptions and charged 7,818 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,519.16** was incurred via the website preserveourloveforever.com at the expense of 2,992 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,271,128 to 12,274,119.

Attempt (cases 12,274,120 to 12,303,785)

In addition, the accused submitted a further 29,666 fake subscriptions for the website preserveourloveforever.com in the period from 28 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 335,084.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,274,120 to 12,303,785.

### 82. racingloversmeet.com (cases 12,333,832 to 12,373,088)

Completion (cases 12,333,832 to 12,337,499)

The accused operated the website racingloversmeet.com via the bogus merchant Trc Trading Limited. Using this website, they faked a total of 39,257 subscriptions and charged 10,368 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,237.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,319.21** was incurred via the website racingloversmeet.com at the expense of 3,668 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Trc Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,333,832 to 12,337,499.

Attempt (cases 12,337,500 to 12,373,088)

In addition, the accused submitted a further 35,589 fake subscriptions for the website racingloversmeet.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 427,479.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,337,500 to 12,373,088.

### 83. ready4my1truelove.com (cases 12,469,559 to 12,509,781)

Completion (cases 12,469,559 to 12,473,508)

The accused operated the website ready4my1truelove.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 3,950 subscriptions and charged 11,313 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 948.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,576.59** was incurred via the website ready4my1truelove.com at the expense of 3,950 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,469,559 to 12,473,508.

<u>Attempt (cases 12,473,509 to 12,509,781)</u>

In addition, the accused submitted a further 36,273 fake subscriptions for the website ready4my1truelove.com in the period from 11 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 425,689.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,473,509 to 12,509,781.

**84. ready4myfairytale.com (cases 12,509,782 to 12,549,827)**

<u>Completion (cases 12,509,782 to 12,513,736)</u>

The accused operated the website ready4myfairytale.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 3,955 subscriptions and charged 10,998 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 815.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 177,456.73** was incurred via the website ready4myfairytale.com at the expense of 3,955 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

EXT-GARRONI-00982

payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,509,782 to 12,513,736.

Attempt (cases 12,513,737 to 12,549,827)

In addition, the accused submitted a further 36,091 fake subscriptions for the website ready4myfairytale.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 431,695.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,513,737 to 12,549,827.

## 85. ready4mypartner.com (cases 12,549,828 to 12,589,704)

Completion (cases 12,549,828 to 12,553,736)

The accused operated the website ready4mypartner.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 3,909 subscriptions and charged 10,884 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 880.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 179,028.57** was incurred via the website ready4mypartner.com at the expense of 3,909 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,549,828 to 12,553,736.

Attempt (cases 12,553,737 to 12,589,704)

In addition, the accused submitted a further 35,968 fake subscriptions for the website ready4mypartner.com in the period from 7 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 427,374.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,553,737 to 12,589,704.

**86. ready4myprince.com (cases 12,589,705 to 12,628,705)**

Completion (cases 12,589,705 to 12,593,545)

The accused operated the website ready4myprince.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 3,841 subscriptions and charged 11,076 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,142.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,387.71** was incurred via the website ready4myprince.com at the expense of 3,841 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,589,705 to 12,593,545.

Attempt (cases 12,593,546 to 12,628,705)

In addition, the accused submitted a further 35,160 fake subscriptions for the website ready4myprince.com in the period from 12 December 2028 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 423,098.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,593,546 to 12,628,705.

**87. ready4myprincess.com (cases 12,628,706 to 12,667,366)**

Completion (cases 12,628,706 to 12,632,542)

The accused operated the website ready4myprincess.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 3,837 subscriptions and

charged 10,847 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 169,519.33** was incurred via the website ready4myprincess.com at the expense of 3,837 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,628,706 to 12,632,542.

Attempt (cases 12,632,543 to 12,667,366)

In addition, the accused submitted a further 34,824 fake subscriptions for the website ready4myprincess.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 420,835.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,632,543 to 12,667,366.

**88. ready4mytruelove.com (cases 12,667,367 to 12,707,370)**

Completion (cases 12,667,367 to 12,671,308)

The accused operated the website ready4mytruelove.com via the bogus retailer Qu-T Design Limited/Heath International Limited. Using this website, they faked a total of 3,942 subscriptions and charged 10,381 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 812.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,316.03** was incurred via the website ready4mytruelove.com at the expense of 3,942 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T Design

Limited/Heath International Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,667,367 to 12,671,308.

Attempt (cases 12,671,309 to 12,707,370)

In addition, the accused submitted a further 36,062 fake subscriptions for the website ready4mytruelove.com in the period from 13 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 412,533.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,671,309 to 12,707,370.

**89. readyformylover.com (cases 12,707,371 to 12,740,176)**

Completion (cases 12,707,371 to 12,710,542)

The accused operated the website readyformylover.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 3,172 subscriptions and charged 8,184 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 May 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 948.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,895.56** was incurred via the website readyformylover.com at the expense of 3,172 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,707,371 to 12,710,542.

Attempt (cases 12,710,543 to 12,740,176)

In addition, the accused submitted a further 29,634 fake subscriptions for the readyformylover.com website in the period from 7 May 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 347,802.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,710,543 to 12,740,176.

**90. replicatelovewithme.com (cases 12,883,193 to 12,917,223)**

Completion (cases 12,883,193 to 12,886,626)

The accused operated the website replicatelovewithme.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 3,434 subscriptions and charged 9,272 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 March 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,962.94** was incurred via the website replicatelovewithme.com at the expense of 3,434 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,883,193 to 12,886,626.

Attempt (cases 12,886,627 to 12,917,223)

In addition, the accused submitted a further 30,597 fake subscriptions for the website replicatelovewithme.com in the period from 27 March 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 363,167.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,886,627 to 12,917,223.

**91. respectmyheart.com (cases 12,917,224 to 12,954,230)**

Completion (cases 12,917,224 to 12,920,907)

The accused operated the website respectmyheart.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 3,684

subscriptions and charged 9,796 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.16 up to a maximum of EUR 1,085.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 159,675.99** was incurred via the website respectmyheart.com at the expense of 3,684 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 12,917,224 to 12,920,907.

Attempt (cases 12,920,908 to 12,954,230)

In addition, the accused submitted a further 33,323 fake subscriptions for the website respectmyheart.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 401,962.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,920,908 to 12,954,230.

**92. respectmylove.com (cases 12,954,231 to 12,984,511)**

Completion (cases 12,954,231 to 12,957,327)

The accused operated the website respectmylove.com via the bogus merchant Topcard Limited. Using this website, they faked a total of 3,097 subscriptions and charged 8,032 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,087.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 134,577.27** was incurred via the website respectmylove.com at the expense of 3,097 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Topcard Limited. The individual

cases are listed in the table attached to the Arrest Warrant for cases 12,954,231 to 12,957,327.

Attempt (cases 12,957,328 to 12,984,511)

In addition, the accused submitted a further 27,184 fake subscriptions for the website respectmylove.com in the period from 8 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 326,356.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,957,328 to 12,984,511.

**93. roadtriptolove.com (cases 13,041,857 to 13,072,305)**

Completion (cases 13,041,857 to 13,044,648)

The accused operated the website roadtriptolove.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 2,792 subscriptions and charged 7,131 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 829.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,244.55** was incurred via the website roadtriptolove.com at the expense of 2,792 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,041,857 to 13,044,648.

Attempt (cases 13,044,649 to 13,072,305)

In addition, the accused submitted a further 27,657 fake subscriptions for the website roadtriptolove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 325,309.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,044,649 to 13,072,305.

## 94. rockandrolllloversmeet.com (cases 13,072,306 to 13,106,454)

Completion (cases 13,072,306 to 13,075,622)

The accused operated the website rockandrolllloversmeet.com via the bogus merchant Je Projects Limited. Using this website, they faked a total of 3,317 subscriptions and charged 8,806 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 April 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 769.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 147,222.62** was incurred via the website rockandrolllloversmeet.com at the expense of 3,317 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Je Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,072,306 to 13,075,622.

Attempt (cases 13,075,623 to 13,106,454)

In addition, the accused submitted a further 30,832 fake subscriptions for the website rockandrolllloversmeet.com in the period from 29 April 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 363,275.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,075,623 to 13,106,454.

## 95. rodeolovingsweethearts.com (cases 13,106,455 to 13,131,880)

Completion (cases 13,106,455 to 13,108,759)

The accused operated the website rodeolovingsweethearts.com via the bogus merchant Kings Media Sl. Using this website, they faked a total of 2,305

subscriptions and charged 6,202 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 October 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 87,730.85** was incurred via the website rodeolovingsweethearts.com at the expense of 2,305 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kings Media Sl. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,106,455 to 13,108,759.

Attempt (cases 13,108,760 to 13,131,880)

In addition, the accused submitted a further 23,121 fake subscriptions for the website rodeolovingsweethearts.com in the period from 3 October 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 262,451.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,108,760 to 13,131,880.

**96. rollingstonesmeet.com (cases 13,155,710 to 13,193,232)**

Completion (cases 13,155,710 to 13,159,292)

The accused operated the website rollingstonesmeet.com via the bogus merchant RBW Associates Limited. Using this website, they faked a total of 3,583 subscriptions and charged 9,712 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 153,733.55** was incurred via the website rollingstonesmeet.com at the expense of 3,583 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RBW Associates Limited. The

EXT-GARRONI-00991

individual cases are listed in the table attached to the Arrest Warrant for cases 13,155,710 to 13,159,292.

Attempt (cases 13,159,293 to 13,193,232)

In addition, the accused submitted a further 33,940 fake subscriptions for the website rollingstonesmeet.com in the period from 18 February 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 396,850.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,159,293 to 13,193,232.

**97. romanticloversdate.com (cases 13,193,233 to 13,273,603)**

Completion (cases 13,193,233 to 13,200,767)

The accused operated the website romanticloversdate.com via the bogus merchant R Consulting Limited. Using this website, they faked a total of 7,535 subscriptions and charged 21,774 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,742.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 351,493.13** was incurred via the website romanticloversdate.com at the expense of 7,535 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for R Consulting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,193,233 to 13,200,767.

Attempt (cases 13,200,768 to 13,273,603)

In addition, the accused submitted a further 72,836 fake subscriptions for the website romanticloversdate.com in the period from 7 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 873,831.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,200,768 to 13,273,603.

## 98. runbeyondlove.com (cases 13,363,691 to 13,402,705)

Completion (cases 13,363,691 to 13,367,528)

The accused operated the website runbeyondlove.com via the bogus merchant Heathbuild Limited. Using this website, they faked a total of 3,838 subscriptions and charged 10,635 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 856.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,846.40** was incurred via the website runbeyondlove.com at the expense of 3,838 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heathbuild Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,363,691 to 13,367,528.

Attempt (cases 13,367,529 to 13,402,705)

In addition, the accused submitted a further 35,177 fake subscriptions for the website runbeyondlove.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 421,606.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,367,529 to 13,402,705.

## 99. seafoodloversdate.com (cases 13,402,706 to 13,437,448)

Completion (cases 13,402,706 to 13,406,150)

The accused operated the website seafoodloversdate.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 3,445 subscriptions

and charged 9,221 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 March 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 142,141.45** was incurred via the website seafoodloversdate.com at the expense of 3,445 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,402,706 to 13,406,150.

Attempt (cases 13,406,151 to 13,437,448)

In addition, the accused submitted a further 31,298 fake subscriptions for the website seafoodloversdate.com in the period from 27 March 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 366,149.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,406,151 to 13,437,448.

### 100. secondchanceatloving.com (cases 13,437,449 to 13,477,564)

Completion (cases 13,437,449 to 13,441,453)

The accused operated the website secondchanceatloving.com via the bogus retailer Qu-T Design Limited/Heath International Limited. Using this website, they faked a total of 4,005 subscriptions and charged 11,477 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,468.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,977.44** was incurred via the website secondchanceatloving.com at the expense of 4,005 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Qu-T

Design Limited/Heath International Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,437,449 to 13,441,453.

Attempt (cases 13,441,454 to 13,477,564)

In addition, the accused submitted a further 36,111 fake subscriptions for the website secondchanceatloving.com in the period from 13 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 430,141.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,441,454 to 13,477,564.

**101. sincerelovearrives.com (cases 13,812,908 to 13,852,822)**

Completion (cases 13,812,908 to 13,816,676)

The accused operated the website sincerelovearrives.com via the bogus merchant Alete Limited. Using this website, they faked a total of 3,769 subscriptions and charged 10,347 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 January 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 949.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,036.76** was incurred via the website sincerelovearrives.com at the expense of 3,769 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alete Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,812,908 to 13,816,676.

Attempt (cases 13,816,677 to 13,852,822)

In addition, the accused submitted a further 36,146 fake subscriptions for the website sincerelovearrives.com in the period from 7 January 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 423,023.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,816,677 to 13,852,822.

**102. sincereloversmeet.com (cases 13,852,823 to 13,893,982)**

Completion (cases 13,852,823 to 13,856,910)

The accused operated the website sincereloversmeet.com via the bogus merchant Worldtell Limited. Using this website, they faked a total of 4,088 subscriptions and charged 11,107 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,185.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 176,541.37** was incurred via the website sincereloversmeet.com at the expense of 4,088 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Worldtell Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,852,823 to 13,856,910.

Attempt (cases 13,856,911 to 13,893,982)

In addition, the accused submitted a further 37,072 fake subscriptions for the website sincereloversmeet.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 422,925.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,856,911 to 13,893,982.

**103. singlepeopledating.com (cases 13,959,257 to 14,000,708)**

Completion (cases 13,959,257 to 13,963,284)

The accused operated the website singlepeopledating.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 4,028 subscriptions

and charged 11,407 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 912.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 174,291.73** was incurred via the website singlepeopledating.com at the expense of 4,028 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 13,959,257 to 13,963,284.

Attempt (cases 13,963,285 to 14,000,708)

In addition, the accused submitted a further 37,424 fake subscriptions for the website singlepeopledating.com in the period from 11 December 2028 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 438,999.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 13,963,285 to 14,000,708.

## 104. soccerloversmeetnow.com (cases 14,129,297 to 14,168,093)

Completion (cases 14,129,297 to 14,133,088)

The accused operated the website soccerloversmeetnow.com via the bogus merchant Astondale Limited. Using this website, they faked a total of 3,792 subscriptions and charged 11,084 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 914.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,150.59** was incurred via the website soccerloversmeetnow.com at the expense of 3,792 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Astondale Limited. The individual

EXT-GARRONI-00997

cases are listed in the table attached to the Arrest Warrant for cases 14,129,297 to 14,133,088.

<u>Attempt (cases 14,133,089 to 14,168,093)</u>

In addition, the accused submitted a further 35,005 fake subscriptions for the website soccerloversmeetnow.com in the period from 3 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 412,296.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,133,089 to 14,168,093.

**105. sparkinmyheart.com (cases 14,216,995 to 14,250,233)**

<u>Completion (cases 14,216,995 to 14,220,032)</u>

The accused operated the website sparkinmyheart.com via the bogus merchant Fox Internet Limited. Using this website, they faked a total of 3,038 subscriptions and charged 8,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,262.42** was incurred via the website sparkinmyheart.com at the expense of 3,038 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fox Internet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,216,995 to 14,220,032.

<u>Attempt (cases 14,220,033 to 14,250,233)</u>

In addition, the accused submitted a further 30,201 fake subscriptions for the website sparkinmyheart.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 352,735.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,220,033 to 14,250,233.

## 106. spendalifetimewithyou.com (cases 14,250,234 to 14,279,386)

Completion (cases 14,250,234 to 14,253,017)

The accused operated the website spendalifetimewithyou.com via the bogus merchant Liu Societa A Responsabilita Limitata. Using this website, they faked a total of 2,784 subscriptions and charged 6,500 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 December 2019 to 5 July 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 822.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 103,559.87** was incurred via the website spendalifetimewithyou.com at the expense of 2,784 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Liu Societa A Responsabilita Limitata. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,250,234 to 14,253,017.

Attempt (cases 14,253,018 to 14,279,386)

In addition, the accused submitted a further 26,369 fake subscriptions for the website spendalifetimewithyou.com in the period from 17 December 2019 to 5 July 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 311,092.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,253,018 to 14,279,386.

## 107. spiritualloveunite.com (cases 14,310,506 to 14,343,834)

Completion (cases 14,310,506 to 14,313,735)

The accused operated the website spiritualloveunite.com via the bogus merchant Powerpointers Limited. Using this website, they faked a total of 3,230 subscriptions

EXT-GARRONI-00999

and charged 8,811 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 May 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 803.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 144,652.81** was incurred via the website spiritualloveunite.com at the expense of 3,230 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Powerpointers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,310,506 to 14,313,735.

Attempt (cases 14,313,736 to 14,343,834)

In addition, the accused submitted a further 30,099 fake subscriptions for the spiritualloveunite.com website in the period from 7 May 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 356,165.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,313,736 to 14,343,834.

**108. sportsfiendsfindlove.com (cases 14,343,835 to 14,374,101)**

Completion (cases 14,343,835 to 14,346,548)

The accused operated the website sportsfiendsfindlove.com via the bogus merchant Echo Marketing Limited. Using this website, they faked a total of 2,714 subscriptions and charged 6,942 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 117,281.75** was incurred via the website sportsfiendsfindlove.com at the expense of 2,714 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Echo Marketing Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 14,343,835 to 14,346,548.

### Attempt (cases 14,346,549 to 14,374,101)

In addition, the accused submitted a further 27,553 fake subscriptions for the website sportsfiendsfindlove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 318,814.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,346,549 to 14,374,101.

### 109. steeringtowardslove.com (cases 14,473,119 to 14,504,306)

### Completion (cases 14,473,119 to 14,476,045)

The accused operated the website steeringtowardslove.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 2,927 subscriptions and charged 8,199 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.01 up to a maximum of EUR 639.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,613.21** was incurred via the website steeringtowardslove.com at the expense of 2,927 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,473,119 to 14,476,045.

### Attempt (cases 14,476,046 to 14,504,306)

In addition, the accused submitted a further 28,261 fake subscriptions for the website steeringtowardslove.com in the period from 28 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 331,898.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,476,046 to 14,504,306.

**110. sunrisechasersmeet.com (cases 14,593,756 to 14,630,477)**

Completion (cases 14,593,756 to 14,597,368)

The accused operated the website sunrisechasersmeet.com via the bogus merchant RBW Associates Limited. Using this website, they faked a total of 3,613 subscriptions and charged 9,717 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.15 up to a maximum of EUR 871.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 155,333.01** was incurred via the website sunrisechasersmeet.com at the expense of 3,613 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RBW Associates Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,593,756 to 14,597,368.

Attempt (cases 14,597,369 to 14,630,477)

In addition, the accused submitted a further 33,109 fake subscriptions for the website sunrisechasersmeet.com in the period from 18 February 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 382,612.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,597,369 to 14,630,477.

**111. surfsupforlove.com (cases 14,658,003 to 14,687,099)**

Completion (cases 14,658,003 to 14,660,732)

The accused operated the website surfsupforlove.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 2,730 subscriptions and

charged 7,192 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 August 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 774.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,151.01** was incurred via the website surfsupforlove.com at the expense of 2,730 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,658,003 to 14,660,732.

Attempt (cases 14,660,733 to 14,687,099)

In addition, the accused submitted a further 26,367 fake subscriptions for the website surfsupforlove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 308,315.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,660,733 to 14,687,099.

**112. tapasandlove.com (cases 14,789,866 to 14,818,782)**

Completion (cases 14,789,866 to 14,792,722)

The accused operated the website tapasandlove.com via the bogus merchant Sierra Marketing Limited. Using this website, they faked a total of 2,857 subscriptions and charged 7,412 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 August 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 826.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,431.61** was incurred via the website tapasandlove.com at the expense of 2,857 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sierra Marketing Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 14,789,866 to 14,792,722.

Attempt (cases 14,792,723 to 14,818,782)

In addition, the accused submitted a further 26,060 fake subscriptions for the website tapasandlove.com in the period from 22 August 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 309,082.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,792,723 to 14,818,782.

**113. tennisloversmeet.com (cases 14,907,457 to 14,943,312)**

Completion (cases 14,907,457 to 14,911,137)

The accused operated the website tennisloversmeet.com via the bogus merchant Dmt Towbars Limited. Using this website, they faked a total of 2,857 subscriptions and charged 10,322 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 983.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,279.47** was incurred via the website tennisloversmeet.com at the expense of 2,857 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dmt Towbars Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 14,907,457 to 14,911,137.

Attempt (cases 14,911,138 to 14,943,312)

In addition, the accused submitted a further 32,175 fake subscriptions for the website tennisloversmeet.com in the period from 30 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 399,520.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 14,911,138 to 14,943,312.

### 114. thedatingnetwork4u.com (cases 15,034,575 to 15,072,811)

Completion (cases 15,034,575 to 15,038,393)

The accused operated the website thedatingnetwork4u.com via the bogus merchant Andrewson Consultants Limited. Using this website, they faked a total of 3,819 subscriptions and charged 11,256 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 January 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,016.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,145.12** was incurred via the website thedatingnetwork4u.com at the expense of 3,819 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Andrewson Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,034,575 to 15,038,393.

Attempt (cases 15,038,394 to 15,072,811)

In addition, the accused submitted a further 34,418 fake subscriptions for the website thedatingnetwork4u.com in the period from 4 January 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 412,235.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,038,394 to 15,072,811.

### 115. thehourglassoflove.com (cases 15,201,237 to 15,233,242)

Completion (cases 15,201,237 to 15,204,243)

The accused operated the website thehourglassoflove.com via the bogus merchant Western Marketing Limited. Using this website, they faked a total of 3,007

EXT-GARRONI-01005

subscriptions and charged 7,939 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 919.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,602.78** was incurred via the website thehourglassoflove.com at the expense of 3,007 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Western Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,201,237 to 15,204,243.

Attempt (cases 15,204,244 to 15,233,242)

In addition, the accused submitted a further 28,999 fake subscriptions for the website thehourglassoflove.com in the period from 19 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 333,796.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,204,244 to 15,233,242.

**116. theillusionoflove.com (cases 15,233,243 to 15,268,893)**

Completion (cases 15,233,243 to 15,236,728)

The accused operated the website theillusionoflove.com via the bogus merchant Rbw Associates Limited. Using this website, they faked a total of 3,486 subscriptions and charged 9,049 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 February 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 876.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 143,877.66** was incurred via the website theillusionoflove.com at the expense of 3,486 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rbw Associates Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 15,233,243 to 15,236,728.

Attempt (cases 15,236,729 to 15,268,893)

In addition, the accused submitted a further 32,165 fake subscriptions for the website theillusionoflove.com in the period from 18 February 2010 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 368,539.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,236,729 to 15,268,893.

**117. thesinglelifeisover.com (cases 15,473,428 to 15,515,933)**

Completion (cases 15,473,428 to 15,477,587)

The accused operated the website thesinglelifeisover.com via the bogus merchant Task Contracting Limited. Using this website, they faked a total of 4,160 subscriptions and charged 11,449 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 840.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,715.77** was incurred via the website thesinglelifeisover.com at the expense of 4,160 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Task Contracting Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 15,473,428 to 15,477,587.

Attempt (cases 15,477,588 to 15,515,933)

In addition, the accused submitted a further 38,346 fake subscriptions for the website thesinglelifeisover.com in the period from 12 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 437,472.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 15,477,588 to 15,515,933.

## 118. welcomingdates.com (cases 16,231,104 to 16,262,290)

Completion (cases 16,231,104 to 16,234,062)

The accused operated the website welcomingdates.com via the bogus merchant Reach Marketing Limited. Using this website, they faked a total of 2,959 subscriptions and charged 7,676 individual monthly transactions to the credit cards of harmed credit card holders in the period from 28 June 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 774.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 125,413.05** was incurred via the website welcomingdates.com at the expense of 2,959 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Reach Marketing Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,231,104 to 16,234,062.

Attempt (cases 16,234,063 to 16,262,290)

In addition, the accused submitted a further 28,228 fake subscriptions for the website welcomingdates.com in the period from 28 June 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 323,640.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,234,063 to 16,262,290.

## 119. wineloversdating.com (cases 16,374,565 to 16,413,830)

Completion (cases 16,374,565 to 16,378,383)

The accused operated the website wineloversdating.com via the bogus merchant Quickstart Projects Limited. Using this website, they faked a total of 3,819

EXT-GARRONI-01008

subscriptions and charged 11,175 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 January 2019 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 967.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 174,019.33** was incurred via the website wineloversdating.com at the expense of 3,819 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Quickstart Projects Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,374,565 to 16,378,383.

<u>Attempt (cases 16,378,384 to 16,413,830)</u>

In addition, the accused submitted a further 35,447 fake subscriptions for the website wineloversdating.com in the period from 30 January 2019 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 431,917.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,378,384 to 16,413,830.

**120. wrestlingfansinlove.com (cases 16,499,309 to 16,538,204)**

<u>Completion (cases 16,499,309 to 16,503,299)</u>

The accused operated the website wrestlingfansinlove.com via the bogus merchant Alk Associates Limited. Using this website, they faked a total of 3,991 subscriptions and charged 11,978 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,319.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 190,626.24** was incurred via the website wrestlingfansinlove.com at the expense of 3,991 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Alk Associates Limited. The

individual cases are listed in the table attached to the Arrest Warrant for cases 16,499,309 to 16,503,299.

Attempt (cases 16,503,300 to 16,538,204)

In addition, the accused submitted a further 34,905 fake subscriptions for the website wrestlingfansinlove.com in the period from 11 December 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 426,500.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,503,300 to 16,538,204.

**121. yourlovescene.com (cases 16,676,085 to 16,710,647)**

Completion (cases 16,676,085 to 16,679,438)

The accused operated the website yourlovescene.com via the bogus merchant Mic Systems Limited. Using this website, they faked a total of 3,354 subscriptions and charged 8,738 individual monthly transactions to the credit cards of harmed credit card holders in the period from 27 March 2019 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 998.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,837.99** was incurred via the website yourlovescene.com at the expense of 3,354 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mic Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,676,085 to 16,679,438.

Attempt (cases 16,679,439 to 16,710,647)

In addition, the accused submitted a further 31,209 fake subscriptions for the website yourlovescene.com in the period from 27 March 2019 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

obtain a total amount of **EUR 360,976.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 16,679,439 to 16,710,647.

## IV. Summary

**A total of at least <u>8,654,041 subscriptions</u> were unlawfully faked via the FSX network during the period in question. In <u>1,311,961 cases</u> of these, the accused succeeded in unlawfully charging the credit cards of the harmed credit card holders, causing total losses of <u>EUR 73,631,688.29.</u> In addition, the accused submitted fake subscriptions to German payment service providers in <u>7,342,080 cases</u> totaling <u>EUR 88,752,968.33</u>. In this respect, the credit cards were not charged because the data used by the accused were either out of date or incorrect or the credit card limit had expired. In this respect, the computer fraud offenses remained at the stage of attempt.**

## D. Money laundering

After receipt of the monthly amounts in the escrow accounts of the acquirers, these were not - as is customary - paid directly to the relevant online merchants and supposed operating companies of the websites, but rather divided up via various elaborate financial constructs using a large number of other bogus companies and (escrow) accounts, recombined and - after deduction of the costs incurred for the operation of the system - ultimately transferred primarily to accounts in the US, although the companies had their headquarters in Europe.

More specifically, the flow of funds was as follows:

## I. Acquirer Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung

In a first step, the credit card payments at issue in the proceedings were collected on the escrow account of Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung located in the Federal Republic of Germany. Concardis Gesellschaft mit beschränkter Haftung is an account held with Commerzbank AG with IBAN ████████████████8301 (with sub-accounts for

USD, GBP, EUR) and Payone Gesellschaft mit beschränkter Haftung is two accounts also held with Commerzbank AG with IBAN ███████████████ 0602 and ████████████ 8301.

After the funds have been received in the above-mentioned escrow accounts of Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung at Commerzbank AG, the funds are split into <u>two</u> substantial <u>payment flows</u> by means of further transactions:

## 1. Payment flow I – Hamburg Commercial Bank AG:

<u>a) Step 1</u>

The funds are then transferred from the above-mentioned escrow account to escrow accounts of Unzer Luxembourg Société anonyme with Hamburg Commercial AG (hereinafter referred to as HCOB) situated in the Federal Republic of Germany. It is apparent from a communication from HCOB to FIU (Financial Intelligence Unit) that Unzer Luxembourg Société set up anonymous 1,108 escrow accounts for limited companies. These were 403 accounts for Cypriot, 691 accounts for UK and 14 accounts for Maltese limited companies. They included the above-mentioned online merchants of the WebOps network. The contracts were drawn up in such a way that it was not the various limited companies at issue in the proceedings that became contractual partners of HCOB, but rather only Unzer Luxembourg Société anonyme, which managed the accounts as a trustee for the limited companies and was itself managed as an account holder with HCOB. However, this cash flow primarily relates to funds received from the related WebOps network and is only included for the sake of completeness.

## 2. Payment flow II - Postbank:

The cash flow that went through Postbank is primarily attributable to income for the FSX network.

## (a) Summary

## Step 1:

The funds are then transferred from the above-mentioned escrow account of Concardis Gesellschaft mit beschränkter Haftung at Commerzbank AG with IBAN ████████████████ 8301 to escrow accounts of Unzer Luxembourg Société anonyme at Postbank in the Federal Republic of Germany, which Unzer Luxembourg S. A. set up for the individual merchants.

## Step 2:

The funds received here are transferred - as also in the payment flow I - on the same value date to main or pooling accounts of Unzer Luxembourg S.A. at Postbank AG. In the case of escrow accounts, the following three pooling accounts at Postbank with the following activities were identified:

| IBAN | Incoming transactions | Outgoing transactions | Time period |
|---|---|---|---|
| ████████ 6679 | EUR 47.3 million | EUR 43.1 million | 07.05.2018 to 09.07.2021 |
| ████████ 76 69 | USD 70.7 million | USD 68.1 million | 25.06.2018 to 21.05.2021 |
| ████████ 86 62 | GBP 10.9 million | GBP 9.7 million | 27.06.2018 to 17.06.2021 |

## c) Step 3 - Transfer from pooling accounts

## aa) Pooling account with IBAN ████████ 6679

## (1) Summary

In the period from 7 May 2018 to 9 July 2021, the above-mentioned pooling account received funds amounting to EUR 47.3 million. A partial amount of USD 43.9 million was transferred in 12,045 transactions from the merchant-related escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

EXT-GARRONI-01013

A total of EUR 43.1 million was transferred from the pooling account. The largest payees are Brooks Produktions Société anonyme (EUR 13.4 million) in France and the UK affiliate Internet Marketing Limited (EUR 10.4 million).

For 2,230 transactions, no recipient can be assigned to the account overviews. According to the results of the investigations to date, the accused used the "settlement solution" established by the accused Ruben Weigand in Unzer E-Com Gesellschaft mit beschränkter Haftung and already described above, as was the case with the HCOB pooling accounts.

### (2) Individual money laundering cases (cases 25,240,866 to 25,249,134)

In the period from 7 May 2018 to 5 July 2021, FSX Merchants transferred individual amounts of EUR 0.09 to EUR 45,047.00 in **7,312 individual transactions** to the account ███████████████6679. A total of **EUR 18,405,543.70** was received from these transfers.

From 29 June 2018 to 5 July 2021, individual amounts of EUR 2.00 to EUR 275,000.00 were transferred from the account ███████████████6679 in 956 individual transactions. An FSX merchant was specified as the purpose or contra account holder. A total of EUR 7,461,835.86 was transferred.

Between 7 May 2018 and 9 July 2021, incoming transactions totaling EUR 49,862,314.15 occurred on account ███████████████6679_EUR. Outgoing transactions amounted to EUR 43,198,458.15 in the same period.

From there, the funds were transferred in a large number of other transactions to different domestic and foreign accounts.

### bb) Pooling account with IBAN ███████████████7669

### (1) Summary

In the period from 25 June 2018 to 21 May 2021, funds in the amount of USD 70.7 million were received in the aforementioned pooling account. A partial amount of USD 66.4 million was transferred in 19,635 transactions from the merchant-related

collective escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

A total of USD 68.1 million was transferred from the pooling account, with the vast majority going to Canada (USD 49.7 million) and the USA (EUR 8.8 million). The largest payment recipient, which received USD 49.7 million in 668 transactions, is Greenwich Business Solutions Limited, based in a UPS branch in Vancouver. According to the results of the investigations so far, the people behind the "FSX" network are the economic beneficiaries.

### (2) Individual money laundering cases (cases 25,220,014 to 25,234,665)

In the period from 25 June 2018 to 21 May 2021, FSX merchants transferred individual amounts of USD 0.01 to USD 230,490.62 in **13,408 individual transactions** to the account ▇▇▇▇▇▇▇▇7669. A total of **USD 41,470,502.95 (EUR 36,286,019.13)** was received through these transfers.

From 29 June 2018 to 20 May 2021, individual amounts of USD 3.34 to USD 205,748.56 were transferred from the account ▇▇▇▇▇▇▇▇7669 in 1244 individual transactions. An FSX merchant was specified as the purpose or contra account holder. A total of USD 16,013,260.64 (EUR 14,069,065.62) was transferred.

Between 25 June 2018 and 21 May 2021, incoming transactions totaling USD 70,735,100.62 occurred on account ▇▇▇▇▇▇▇7669_USD. Outgoing transactions amounted to USD 68,152,338.95 in the same period.

From there, the funds were transferred in a large number of other transactions to different domestic and foreign accounts.

### cc) Pooling account with IBAN ▇▇▇▇▇▇▇▇▇8662

### (1) Summary

In the period from 27 June 2018 to 17 June 2021, funds in the amount of GBP 10.9 million were received in the aforementioned pooling account. A partial amount of GBP 10.5 million was transferred in 10,962 transactions from the merchant-related

collective escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

The outgoing payments amounted to GBP 9.7 million and were used in particular to pay the costs of the merchants, such as payments to the alleged fictitious managers of the bogus merchants. This involves transfers to more than 35 people with a transaction volume of GBP 240,000.

**(2) Individual money laundering cases GBP account (cases 25,234,666 to 25,240,865)**

In the period from 27 June 2018 to 17 June 2021, FSX Merchants transferred individual amounts of GBP 0.01 to GBP 22,516.70 in **5,364 individual transactions** to the account ████████████████8662. A total of **GBP 1,218,718.38 (EUR 1,370,993.11)** was received through these transfers.

From 29 June 2018 to 21 May 2021, individual amounts of GBP 0.92 to GBP 16,067.53 were transferred from the account ████████████████8662 in 836 individual transactions. An FSX merchant was specified as the purpose or contra account holder. A total of GBP 191,081.43 (EUR 214,388.27) was transferred.

Between 27 June 2018 and 17 June 2021, incoming transactions totaling GBP 10,994,321.11 occurred on account ████████████████8662_GBP. Outgoing transactions amounted to GBP 9,736,971.98 in the same period.

From there, the funds were transferred in a large number of other transactions to different domestic and foreign accounts.

**(3) Individual money laundering cases USD account (cases 25,249,135 to 25,249,159)**

In the period from 6 to 8 January 2021, FSX merchants transferred individual amounts of USD 14,395.09 to USD 90,000.00 in **25 individual transactions** to the account ████████████████0662. A total of **USD 1,338,473.88 (EUR 1,087,299.37)** was received through these transfers.

The ███████████████0662 account was in the red by USD 750,000.00 on 6 January 2021. With the above-mentioned transfers, the account was balanced.

Between 28 December 2018 and 30 June 2021, incoming and outgoing transactions totaling USD 2,345,907.25 occurred on account ███████████████0662_USD.

### III. Summary

The transfer of the funds from the accounts of the payment service providers, which transferred the fraudulent funds to escrow accounts for the first time, took place at the instigation of the network managers and thus at the instigation of the (co-) perpetrators of the predicate offense.

In the present case, the accused network operators have specific mechanisms for protecting the integrity of the economic and financial circuit, namely the obligation under money laundering law for banks or payment service providers (section 2 of the Money Laundering Act) to identify their customers (economic beneficiaries, section 3 paragraph 1 of the Money Laundering Act) and to ensure that they carry on their business (sections 10 et seq. Money Laundering Act), by providing false information about the background to their business activities (alleged establishment of a franchise system) and by using bogus or shell companies. The superordinated companies (such as Greenwich Business Solution Limited) - referred to as IBSP or management companies - are likewise just empty shells. Rather, their real business purpose was to collect and transfer funds. According to the results of the investigation, these are financial agents under the guise of a legal entity. In so far as those companies allegedly provided services to the merchants, the underlying invoices are merely bogus invoices. The accused merely built a façade to give the illegal business model a legal franchise façade, and to allow, undetected and under the cover of supposedly proper accounting, a multitude of accounts to divide and pool the incriminated funds.

By transferring the funds from the first account of collection (escrow accounts of the payment service providers) to other accounts of the online retailers, higher-level management companies or other domestic escrow accounts of a foreign payment service provider - in several cases -, they were "put into circulation" to conceal their criminal origin.

The tainting of the bank money on the above-mentioned "second-level accounts" continues through further transactions, so that the dispositions to the third-level, fourth-level accounts and so on each represent a renewed placing on the market of assets subjected to money laundering. If the payments - as here - are related to time and purpose, a natural unit of action is assumed in favor of the accused. Although payments were made into the accounts over several years, these were made with regularity in accordance with a settlement mode and on the basis of a mere decision to act, and they were linked in time due to their continuity. Figuratively speaking, the same euro has been laundered several times by a large number of transactions. The fragmentation of this process into many individual acts would only artificially break down the willful money laundering process.

**For the benefit of the accused, it is therefore assumed that in each transaction from the account receiving the fraudulent credit card payment to another account of a third party there is an independent (self-)laundering of money. The further transactions are connected to this transaction to form a natural unit of action.**

### E.

The personal and economic ties described above make it clear that the accused were aware of the overall processes and the function of each individual, and that each of them consciously and deliberately fulfilled their own role in this structure in order to contribute to the success of the system.

The operators of the fraudulent networks, the crime-as-a-service providers and the various bodies and senior employees of the German payment service providers joined forces over a long period of time to infiltrate the German financial center and create a shadow financial system in the Federal Republic of Germany, in addition to creating a credit card acceptance system for the collection of fraudulent funds and their subsequent concealment. which massively undermines the integrity of the financial center and the economic integrity of the location. During the period of the offence, the accused promoted the association from within, each according to their function and driven by a common intent, thereby assuming a position within the organization that identified them as members. The modus operandi used by the

accused was, as they were aware, only possible through the individual contributions of each of them.

## F. Grounds for Arrest

### 1. Risk of absconding pursuant to section 112 paragraph 2 number 2 of the Code of Criminal Procedure

The reason for arrest of the accused Andrew Garroni is the risk of absconding.

A risk of absconding is assumed if the assessment of the circumstances of the case makes it more likely that the accused will evade the criminal proceedings than that he will remain available for them. The assessment of the risk of absconding requires consideration of all the circumstances of the case, in particular the offenses with which the accused is charged, the personality of the accused, his living conditions, his previous life and his behavior after the offense. In cases such as the present one, in which an unconditional custodial sentence has already been imposed, it must be taken into account that pre-trial detention is not only intended to ensure that the criminal proceedings are carried out, but also to ensure that the custodial sentence imposed in the proceedings is enforced.

This is the case here. The accused Garroni is a citizen of the United States and has no family or professional contacts in the Federal Republic of Germany, apart from the connections to the co-accused living in Germany. In view of the large number of criminal gang-related and commercial (computer) fraud and money laundering acts of which he is accused, as well as the accusation of forming a criminal organization abroad, he can expect to be sentenced to a severe and lengthy prison sentence in the present proceedings. In particular, it should be noted that the law provides for a minimum prison sentence of one year for each of the 8,654,041 acts of gang-related and commercial computer fraud. In addition, it is particularly significant that at least 1,311,961 credit card holders from a large number of different countries also suffered financial losses as a result of the FSX network operated by him and that total losses of EUR 73,631,688.29 were incurred. Furthermore, the attempted loss amounted to EUR 88,752,968.33. Moreover, the modus operandi applied in committing both the fraud and the subsequent money laundering offenses reveals considerable criminal

energy and conspiratorial behavior on the part of the accused. The accused used the financial center of the Federal Republic of Germany as a hub for the collection and laundering of his criminal funds and severely shook the German financial system by creating a shadow financial system.

Although the expectation of punishment alone cannot justify the risk of absconding, it is the starting point for considering whether the incentive to abscond is so significant, even taking into account all other circumstances, that it justifies the assumption that the accused is likely to pursue it. Against the background of the above-mentioned considerable expected punishment, it can be assumed that the accused will not face the proceedings in Germany.

Furthermore, the results of the investigation show that the accused not only used payment service providers based in Germany to collect their fraudulent funds, but also in other European countries, such as Spain. In this respect, the accused Garroni has to fear prosecution not only in Germany, but also in other European countries, against the background of the judicial legal assistance that exists with almost all member states of the European Union in these proceedings.

In view of the expected recourse claims of the harmed parties and against the background of the asset recovery measures amounting to millions to be carried out in these proceedings, the accused Garroni is also likely to be threatened with the destruction of his economic existence, which further increases the already considerable incentive to flee.

It can also be assumed that the accused, at least at present, has considerable financial resources not only in his home country, but also stores assets in shell companies and escrow companies worldwide.

## 2. Risk of collusion pursuant to section 112 paragraph 2 number 3 of the Code of Criminal Procedure

The reason for arrest of the accused Garroni is also the risk of collusion.

Such a danger always exists if the specific conduct of the accused gives rise to the strong suspicion that he, while at large, will interfere with material or personal evidence and thereby make it more difficult to establish the truth. This is the case here. There is a strong suspicion that the accused has access to other, as yet unidentified servers of the criminal organization. Therefore, there is a justified risk that he will destroy or dispose of evidence on these servers after the investigation has been completed.

The pre-trial detention order is not disproportionate to the importance of the case and the expected sentence or measure.

Less drastic measures (sections 116, 116a of the Code of Criminal Procedure) do not justify the expectation that the purpose of pre-trial detention can also be achieved by them.

*[Ilegible signature]*            *[Round stamp:]*

Förger                            Local Court of Koblenz

Judge at the Local Court                    116

as additional supervising judge

EXT-GARRONI-01021

# **Rules applied:**

## **Section 263a of the German Criminal Code - Computer fraud:**

*(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or a third party, damages the assets of another person by influencing the result of a data processing operation by the incorrect design of the program, by the use of incorrect or incomplete data, by unauthorized use of data or otherwise by unauthorized interference with the operation, shall be punished with imprisonment of up to five years or a fine.*

*(2) Section 263 paragraphs 2 to 6 shall apply mutatis mutandis.*

*(3) Any person who prepares a criminal offense under paragraph 1 by*

- *1. Producing computer programs which have the purpose is to commit such an offense, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person, or*

- *2. Producing passwords or other security codes that are suitable for committing such an offence, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person,*

*shall be punishable by imprisonment of up to three years or a fine.*

*(4) In the cases referred to in paragraph 3, section 149 paragraphs 2 and 3 shall apply mutatis mutandis.*

## **Section 263 of the German Criminal Code – Fraud:**

*(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or for a third party, damages the property of another person by causing or maintaining an error by pretending false facts or by distorting or suppressing true facts, shall be punished with imprisonment of up to five years or a fine.*

*(2) The attempt is punishable.*

EXT-GARRONI-01022

*(3) 1In particularly serious cases, the punishment shall be imprisonment of six months to ten years. 2A particularly serious case is usually present when the offender*

- *1. is acting commercially or as a member of a gang that has joined to perpetrate forgery or fraud,*

- *2. causes a large-scale loss of assets or acts with the intention of putting large numbers of people at risk of loss of assets by continuing to commit fraud,*

- *3. causes financial hardship to another person,*

- *4. abuses their powers or position as a public official or European public office holder; or*

- *5. fakes an insurance claim after they or another person have set fire to an object of significant value for this purpose or has destroyed it in whole or in part by setting fire or has caused a ship to sink or become stranded.*

*(4) Section 243 paragraph 2 and sections 247 and 248a shall apply mutatis mutandis.*

*(5) Imprisonment of one year to ten years, in minor cases imprisonment of six months to five years, shall be imposed on a professional person who commits the fraud as a member of a gang that has joined to commit offenses in accordance with sections 263 to 264 or 267 to 269.*

*(6) The court may order supervision of conduct (section 68 paragraph 1).*


**Section 261 of the German Criminal Code – Money laundering:**

*(1) 1Any person who performs the following actions on an object resulting from an unlawful act,*

- *1. hiding,*

- *2. exchanging, transferring or transporting with the intention of preventing its discovery, seizure, or determination of its origin,*

- *3. obtaining for themselves or a third party; or*

- *4. storing or using for themselves or for a third party if they knew its origin at the time when they obtained it,*

*shall be punished by imprisonment of up to five years or a fine. 2In the cases referred to in sentence 1, points 3 and 4, this shall not apply to an object previously obtained by a third party without thereby committing an unlawful act. 3In the cases referred to in sentence 1, points 3 and 4, a person who accepts a fee for his activity as a criminal defense lawyer is only acting intentionally, if they had reliable knowledge of the origin of the fee at the time of its acceptance.*

*(2) Any person who conceals or disguises facts which may be relevant to the discovery, confiscation or tracing of the origin of an object referred to in section 1 shall also be punished.*

*(3) The attempt is punishable.*

*(4) Any person who commits an act under paragraph 1 or paragraph 2 as an obligor under section 2 of the Money Laundering Act shall be punished with imprisonment of three months up to five years.*

*(5) 1In particularly serious cases, the punishment shall be imprisonment of six months to ten years. 2A particularly serious case is usually present when the offender is acting commercially or as a member of a gang that has joined to commit money laundering on a continuing basis.*

*(6) 1Any person who, in the cases referred to in paragraphs 1 or 2, does not recognize that the goods referred to in paragraph 1 are concerned due to carelessness shall be punished with imprisonment of up to two years or a fine. 2In the cases referred to in paragraph 1, sentence 1, points 3 and 4, sentence 1 shall not apply to a defense lawyer who accepts a fee for his activities.*

*(7) Any person who is liable to prosecution for involvement in the predicate offense shall be punished in accordance with paragraphs 1 to 6 only if he places the object on the market and conceals its illegal origin.*

*(8) According to paragraphs 1 to 6, a person shall not be punished,*

- *1. who voluntarily reports the offense to the competent authority or voluntarily arranges for such a report to be made, if the offense had not already been discovered in whole or in part at that time and the offender knew this or had to reckon with it on a reasonable assessment of the facts, and*

- *2. who, in the cases referred to in paragraph 1 or 2, effects the freezing of the object under the conditions set out in point 1.*

EXT-GARRONI-01024

*(9) Objects resulting from an offense committed abroad shall be treated as objects within the meaning of paragraph 1 if the offense would be unlawful under German criminal law and*

- *1. is punishable at the location of the crime, or*

- *2. is punishable under any of the following European Union rules and conventions:*

  - *a) Article 2 or Article 3 of the Convention of 26 May 1997 drawn up on the basis of Article K.3 paragraph 2 letter (c of the Treaty on European Union on the fight against corruption involving officials of the European Communities or officials of Member States of the European Union (Federal Law Gazette 2002 II p. 2727, 2729),*

  - *b) Article 1 of Council Framework Decision 2002/946/JHA of 28 November 2002 on the strengthening of the penal framework to prevent the facilitation of unauthorized entry, transit and residence (OJ L 328, 5.12.2002, p. 1),*

  - *c) Article 2 or Article 3 of Council Framework Decision 2003/568/JHA of 22 July 2003 on combating corruption in the private sector (OJ L 192, 31.7.2003, p. 54),*

  - *d) Article 2 or Article 3 of Council Framework Decision 2004/757/JHA of 25 October 2004 laying down minimum provisions on the constituent elements of criminal acts and penalties in the field of illicit drug trafficking (OJ L 335, 11.11.2004, p. 8), as last amended by Delegated Directive (EU) 2019/369 (OJ L 66, 7.3.2019, p. 3),*

  - *e) Article 2 letter a of Council Framework Decision 2008/841/JHA of 24 October 2008 on combating organized crime (OJ L 300, 11.11.2008, p. 42),*

  - *f) Article 2 or Article 3 of Directive 2011/36/EU of the European Parliament and of the Council of 5 April 2011 on preventing and combating trafficking in human beings and protecting its victims, and replacing Council Framework Decision 2002/629/JHA (OJ L 101, 15.4.2011, p. 1),*

  - *g) Articles 3 to 8 of Directive 2011/93/EU of the European Parliament and of the Council of 13 December 2011 on combating the sexual abuse and sexual exploitation of children and child pornography, and replacing Council*

*Framework Decision 2004/68/JHA (OJ L 335, 17.12.2011, p. 1; L 18, 21.1.2012, p. 7); or*

○ *h) Articles 4 to 9, paragraphs 1 and 2 letter b or Articles 10 to 14 of Directive (EU) 2017/541 of the European Parliament and of the Council of 15 March 2017 on combating terrorism and replacing Council Framework Decision 2002/475/JHA and amending Council Decision 2005/671/JHA (OJ L 88, 31.3.2017, p. 6).*

*(10) 1Objects, to which the offense is related, may be confiscated. 2Section 74a shall apply. 3Sections 73 to 73e remain unaffected and shall take precedence over confiscation pursuant to section 74 paragraph 2, also in conjunction with sections 74a and 74c.*

## Section 129 of the German Criminal Code – Formation of criminal associations

*(1) 1Any person setting up an association or participating in an association as a member, where the subject matter or activity is to commit offenses and where the maximum punishment for these offences is imprisonment of at least 2 years, shall be punished with imprisonment of up to five years or a fine. 2Any person who supports such an association or who recruits members or supporters for it shall be punished with imprisonment of up to three years or a fine.*

*(2) An association is a long-term organization, independent of the definition of the roles of its members, continuity of membership and organization of more than two persons, pursuing an overriding common interest.*

*(3) Paragraph 1 shall not apply,*

• *1. if the association is a political party which the Federal Constitutional Court has not declared unconstitutional,*

• *2. the committing of criminal offenses is only a secondary purpose or activity; or*

• *3. insofar as the purposes or activity of the association concern offenses under section 84 to 87.*

*(4) Attempts to form an association as referred to in sentence 1 of paragraph 1 and in paragraph 2 shall be punishable.*

*(5) 1In particularly serious cases of the first sentence of paragraph 1, imprisonment of six months to five years shall be imposed. 2A particularly serious case is usually present when the offender belongs to the ringleaders or backers of the association. 3In the cases referred to in sentence 1 of paragraph 1, imprisonment of six months to ten years shall be imposed if the purpose or activity of the association is to meet the requirements of section 100b paragraph 2 number 1 letters a, c, d, e and g to n[2], offenses referred to in numbers 2 to 8 and 10 of the Code of Criminal Procedure, with the exception of the offenses referred to in section 100b paragraph 2 number 1 letter h of the Code of Criminal Procedure, in accordance with sections 239a and 239b of the Criminal Code.*

*(6) The court may waive the punishments provided for in paragraphs 1 and 4 in respect of persons whose guilt is negligible and whose involvement is of minor importance.*

*(7) The court may, at its discretion, reduce the punishment (section 49 paragraph 2) or refrain from punishment under these provisions if the offender*

- *1.voluntarily and seriously endeavors to prevent the continuation of the association or the commission of an offense consistent with its objectives; or*

- *2.voluntarily discloses their knowledge to a court office in good time in such a way that crimes, where the planning is known to them, can still be prevented;*

*if the offender achieves his objective of preventing the continuation of the association or if it is achieved without their efforts, they shall not be punished.*

### Sections 129b of the German Criminal Code – Criminal and terrorist organizations abroad

*(1) 1Sections 129 and 129a also apply to associations abroad. 2Where the offense relates to an association outside the Member States of the European Union, this shall apply only if the offence is committed by an activity carried out within the territorial scope of this Act or if the offender or victim is German or is present in Germany. 3In the cases referred to in sentence 2, the offense shall only be prosecuted with the authorization of the Federal Ministry of Justice and Consumer Protection. 4Authorization may be granted on a case-by-case basis or, more generally, for the prosecution of future acts relating to a particular group. 5In the decision regarding the*

*authorization, the Ministry shall take into account whether the association's efforts are directed against the fundamental values of a state order respecting human dignity or against peaceful coexistence of peoples and appear reprehensible when all the circumstances are considered.*

*(2) In the cases of sections 129 and 129a, in each case also in conjunction with paragraph 1, section 74a shall apply.*

[Ilegible signature]                    [Round stamp:]

Förger                                          Local Court of Koblenz

Judge at the Local Court                        116

as additional supervising judge

EXT-GARRONI-01028



**Rhineland-Palatinate**
District Attorney's Office of Koblenz

# Data carrier
## Attachments to Arrest Warrant
### Andrew Garroni



Dortmund, 26.06.2025



EXT-GARRONI-01029

**Section 263a of the German Criminal Code - Computer fraud:**

*(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or a third party, damages the assets of another person by influencing the result of a data processing operation by the incorrect design of the program, by the use of incorrect or incomplete data, by unauthorized use of data or otherwise by unauthorized interference with the operation, shall be punished with imprisonment of up to five years or a fine.*

*(2) Section 263 paragraphs 2 to 6 shall apply mutatis mutandis.*

*(3) Any person who prepares a criminal offense under paragraph 1 by*

- *1. Producing computer programs which have the purpose is to commit such an offense, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person, or*
- *2. Producing passwords or other security codes that are suitable for committing such an offence, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person,*

*shall be punishable by imprisonment of up to three years or a fine.*

*(4) In the cases referred to in paragraph 3, section 149 paragraphs 2 and 3 shall apply mutatis mutandis.*

**Section 263 of the German Criminal Code – Fraud:**

*(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or for a third party, damages the property of another person by causing or maintaining an error by pretending false facts or by distorting or suppressing true facts, shall be punished with imprisonment of up to five years or a fine.*

*(2) The attempt is punishable.*

*(3) 1In particularly serious cases, the punishment shall be imprisonment of six months to 10 years. 2A particularly serious case is usually present when the offender*

- *1.is acting commercially or as a member of a gang that has joined to perpetrate forgery or fraud,*
- *2.causes a large-scale loss of assets or acts with the intention of putting large numbers of people at risk of loss of assets by continuing to commit fraud,*
- *3.causes financial hardship to another person,*
- *4.abuses their powers or position as a public official or European public office holder; or*
- *5.fakes an insurance claim after they or another person have set fire to an object of significant value for this purpose or has destroyed it in whole or in part by setting fire or has caused a ship to sink or become stranded.*

*(4) Section 243 paragraph 2 and sections 247 and 248a shall apply mutatis mutandis.*

*(5) Imprisonment of one year to ten years, in minor cases imprisonment of six months to five years, shall be imposed on a professional person who*

*commits the fraud as a member of a gang that has joined to commit offenses in accordance with sections 263 to 264 or 267 to 269.*

*(6) The court may order supervision of conduct (section 68 paragraph 1).*

**Section 261 of the German Criminal Code – Money laundering:**

*(1) 1Any person who performs the following actions on an object resulting from an unlawful act,*

- *1.hiding,*
- *2.exchanging, transferring or transporting with the intention of preventing its discovery, seizure, or determination of its origin,*
- *3.obtaining for themselves or a third party; or*
- *4.storing or using for themselves or for a third party if they knew its origin at the time when they obtained it,*

*shall be punished by imprisonment of up to five years or a fine. 2In the cases referred to in sentence 1, points 3 and 4, this shall not apply to an object previously obtained by a third party without thereby committing an unlawful act. 3In the cases referred to in sentence 1, points 3 and 4, a person who accepts a fee for his activity as a criminal defense lawyer is only acting intentionally, if they had reliable knowledge of the origin of the fee at the time of its acceptance.*

*(2) Any person who conceals or disguises facts which may be relevant to the discovery, confiscation or tracing of the origin of an object referred to in section 1 shall also be punished.*

*(3) The attempt is punishable.*

*(4) Any person who commits an act under paragraph 1 or paragraph 2 as an obligor under section 2 of the Money Laundering Act shall be punished with imprisonment of three months up to five years.*

*(5) 1In particularly serious cases, the punishment shall be imprisonment of six months to 10 years. 2A particularly serious case is usually present when the offender is acting commercially or as a member of a gang that has joined to commit money laundering on a continuing basis.*

*(6) 1Any person who, in the cases referred to in paragraphs 1 or 2, does not recognize that the goods referred to in paragraph 1 are concerned due to carelessness shall be punished with imprisonment of up to two years or a fine. 2In the cases referred to in paragraph 1, sentence 1, points 3 and 4, sentence 1 shall not apply to a defense lawyer who accepts a fee for his activities.*

*(7) Any person who is liable to prosecution for involvement in the predicate offense shall be punished in accordance with paragraphs 1 to 6 only if he places the object on the market and conceals its illegal origin.*

*(8) According to paragraphs 1 to 6, a person shall not be punished,*

- *1.who voluntarily reports the offense to the competent authority or voluntarily arranges for such a report to be made, if the offense had not already been discovered in whole or in part at that time and the offender knew this or had to reckon with it on a reasonable assessment of the facts, and*
- *2.who, in the cases referred to in paragraph 1 or 2, effects the freezing of the object under the conditions set out in point 1.*

EXT-GARRONI-01031

*(9) Objects resulting from an offense committed abroad shall be treated as objects within the meaning of paragraph 1 if the offense would be unlawful under German criminal law and*

- *1.is punishable at the scene of the crime, or*
- *2.is punishable under any of the following European Union rules and conventions:*
    - *(a)Article 2 or Article 3 of the Convention of 26 May 1997 drawn up on the basis of Article K.3 paragraph 2 letter (c of the Treaty on European Union on the fight against corruption involving officials of the European Communities or officials of Member States of the European Union (Federal Law Gazette 2002 II p. 2727, 2729),*
    - *(b)Article 1 of Council Framework Decision 2002/946/JHA of 28 November 2002 on the strengthening of the penal framework to prevent the facilitation of unauthorized entry, transit and residence (OJ L 328, 5.12.2002, p. 1),*
    - *(c)Article 2 or Article 3 of Council Framework Decision 2003/568/JHA of 22 July 2003 on combating corruption in the private sector (OJ L 192, 31.7.2003, p. 54),*
    - *(d)Article 2 or Article 3 of Council Framework Decision 2004/757/JHA of 25 October 2004 laying down minimum provisions on the constituent elements of criminal acts and penalties in the field of illicit drug trafficking (OJ L 335, 11.11.2004, p. 8), as last amended by Delegated Directive (EU) 2019/369 (OJ L 66, 7.3.2019, p. 3),*
    - *(e)Article 2 letter a of Council Framework Decision 2008/841/JHA of 24 October 2008 on combating organized crime (OJ L 300, 11.11.2008, p. 42),*
    - *(f)Article 2 or Article 3 of Directive 2011/36/EU of the European Parliament and of the Council of 5 April 2011 on preventing and combating trafficking in human beings and protecting its victims, and replacing Council Framework Decision 2002/629/JHA (OJ L 101, 15.4.2011, p. 1),*
    - *(g)Articles 3 to 8 of Directive 2011/93/EU of the European Parliament and of the Council of 13 December 2011 on combating the sexual abuse and sexual exploitation of children and child pornography, and replacing Council Framework Decision 2004/68/JHA (OJ L 335, 17.12.2011, p. 1; L 18, 21.1.2012, p. 7); or*
    - *(h)Articles 4 to 9, paragraphs 1 and 2 letter b or Articles 10 to 14 of Directive (EU) 2017/541 of the European Parliament and of the Council of 15 March 2017 on combating terrorism and replacing Council Framework Decision 2002/475/JHA and amending Council Decision 2005/671/JHA (OJ L 88, 31.3.2017, p. 6).*

*(10) 1Objects, to which the offense is related, may be confiscated. 2Section 74a shall apply. 3Sections 73 to 73e remain unaffected and shall take precedence over confiscation pursuant to section 74 paragraph 2, also in conjunction with sections 74a and 74c.*

**_Paragraph 261 in the version valid until March 17, 2021_**

**_Section 261 Money laundering; concealment of unlawfully obtained assets_**

*(1) 1Anyone who conceals an object originating from an unlawful act referred to in sentence 2, conceals its origin, or thwarts or jeopardizes the investigation of the origin, discovery, confiscation, or seizure of such an object shall be punished with imprisonment from three months to five years. 2Unlawful acts within the meaning of sentence 1 are*

*1.crimes,*

*2.misdemeanors under*

*a)Sections 108e, 332 (1) and (3) and Section 334, in each case also in conjunction with Section 335a,*

*b)Section 29 (1) sentence 1 no. 1 of the Narcotics Act and Section 19 (1) no. 1 of the Precursor Control Act,*

*3.misdemeanors under Section 373 and Section 374 (2) of the Tax Code, in each case also in conjunction with Section 12 (1) of the Act on the Implementation of the Common Market Organizations and Direct Payments,*

*4.misdemeanors*

*a)under Sections 152a, 181a, 232 (1) to (3) sentence 1 and (4), Section 232a (1) and (2), Section 232b (1) and (2), Section 233 (1) to (3), Section 233a (1) and (2), Sections 242, 246, 253, 259, **263 to 264**, 265c, 266, 267, 269, 271, 284, 299, 326 (1), (2) and (4), § 328 (1), (2) and (4) and § 348,*

*b) pursuant to Section 96 of the Residence Act, Section 84 of the Asylum Act, Section 370 of the Tax Code, Section 119 (1) to (4) of the Securities Trading Act, Sections 143, 143a, and 144 of the Trademark Act, Sections 106 to 108b of the Copyright Act, Section 25 of the Utility Model Act, Sections 51 and 65 of the Design Act, Section 142 of the Patent Act, Section 10 of the Semiconductor Protection Act, and Section 39 of the Plant Variety Protection Act,*

*which have been committed commercially or by a member of a gang that has formed for the purpose of committing such acts on a continuing basis, and*

*5. offenses under Sections 89a and 89c and Sections 129 and 129a (3) and (5), in each case also in conjunction with Section 129b (1), as well as offenses committed by a member of a criminal or terrorist organization (Sections 129, 129a, in each case also in conjunction with Section 129b (1).*

*3Sentence 1 applies in cases of commercial or gang-related tax evasion pursuant to Section 370 of the Tax Code to the expenses saved and tax refunds and reimbursements unlawfully obtained as a result of the tax evasion, and in the cases referred to in sentence 2 no. 3 also to an object in respect of which taxes have been evaded.*

EXT-GARRONI-01033

*(2) Anyone who does any of the following with an item described in paragraph 1 shall also be punished*

*1. obtains for himself or a third party, or*

*2. keeps or uses for himself or a third party, if he knew the origin of the object at the time he obtained it.*

*(3) Attempted commission of the offense is punishable.*

*(4) 1In particularly serious cases, the penalty shall be imprisonment for a term of six months to ten years. 2A particularly serious case shall generally be deemed to exist if the offender acts commercially or as a member of a gang that has formed fr the purpose of continuing to commit money laundering.*

*(5) Anyone who, in the cases referred to in paragraph 1 or 2, recklessly fails to recognize that the object originates from an unlawful act referred to in paragraph 1 shall be punished with imprisonment of up to two years or a fine.*

*(6) The act is not punishable under paragraph 2 if a third party has previously acquired the object without thereby committing a criminal offense.*

*(7) 1Objects to which the offense relates may be confiscated. 2Section 74a shall apply.*

*(8) Objects referred to in paragraphs 1, 2, and 5 shall be treated as equivalent to those originating from an act of the type referred to in paragraph 1 committed abroad, if the act is also punishable at the place where it was committed.*

*Paragraph 129 of the German Criminal Code – Formation of criminal associations*

*(1) 1Any person setting up an association or participating in an association as a member, where the subject matter or activity is to commit offenses and where the maximum punishment for these offences is imprisonment of at least 2 years, shall be punished with imprisonment of up to five years or a fine. 2Any person who supports such an association or who recruits members or supporters for it shall be punished with imprisonment of up to three years or a fine.*

*(2) An association is a long-term organization, independent of the definition of the roles of its members, continuity of membership and organization of more than two persons, pursuing an overriding common interest.*

*(3) Paragraph 1 shall not apply,*

- *1.if the association is a political party which the Federal Constitutional Court has not declared unconstitutional,*
- *2.the committing of criminal offenses is only a secondary purpose or activity; or*
- *3.insofar as the purposes or activity of the association concern offenses under section 84 to 87.*

*(4) Attempts to form an association as referred to in sentence 1 of paragraph 1 and in paragraph 2 shall be punishable.*

*(5) 1In particularly serious cases of the first sentence of paragraph 1, imprisonment of six months to five years shall be imposed. 2A particularly serious case is usually present when the offender belongs to the ringleaders or backers of the association. 3In the cases referred to in sentence 1 of paragraph 1, imprisonment of six months to 10 years shall be imposed if the purpose or activity of the association is to meet the requirements of section 100b paragraph 2 number 1 letters a, c, d, e and g to n[2], offenses referred to in numbers 2 to 8 and 10 of the Code of Criminal Procedure, with the exception of the offenses referred to in section 100b paragraph 2 number 1 letter h of the Code of Criminal Procedure, in accordance with sections 239a and 239b of the Criminal Code.*

*(6) The court may waive the punishments provided for in paragraphs 1 and 4 in respect of persons whose guilt is negligible and whose involvement is of minor importance.*

*(7) The court may, at its discretion, reduce the punishment (section 49 paragraph 2) or refrain from punishment under these provisions if the offender*

- *1.voluntarily and seriously endeavors to prevent the continuation of the association or the commission of an offense consistent with its objectives; or*
- *2.voluntarily discloses their knowledge to a court office in good time in such a way that crimes, where the planning is known to them, can still be prevented;*

*if the offender achieves his objective of preventing the continuation of the association or if it is achieved without their efforts, they shall not be punished.*

(9) 1According to paragraphs 1 to 5, the following shall not be punished

1. anyone who voluntarily reports the offense to the competent authority or voluntarily initiates such a report, unless the offense had already been discovered in whole or in part at that time and the perpetrator knew this or, based on a reasonable assessment of the situation, should have expected this, and

2.in the cases referred to in paragraph 1 or paragraph 2, under the conditions specified in number 1, causes the object to which the offense relates to be seized.

2Furthermore, pursuant to paragraphs 1 to 5, anyone who is punishable for participation in the predicate offense shall not be punished. 3Immunity from punishment pursuant to sentence 2 shall be excluded if the perpetrator or participant places an object originating from an unlawful act referred to in paragraph 1, sentence 2, into circulation and thereby conceals the unlawful origin of the object.

**Sections 129b of the German Criminal Code – Criminal and terrorist organizations abroad**

*(1) 1Sections 129 and 129a also apply to associations abroad. 2Where the offense relates to an association outside the Member States of the European Union, this shall apply only if the offence is committed by an activity carried out within the territorial scope of this Act or if the offender or victim is German or is present in Germany. 3In the cases referred to in sentence 2, the offense shall only be prosecuted with the authorization of the Federal Ministry of Justice and Consumer Protection. 4Authorization may be granted on a case-by-case basis or, more generally, for the prosecution of future acts*

*relating to a particular group. 5In the decision regarding the authorization, the Ministry shall take into account whether the association's efforts are directed against the fundamental values of a state order respecting human dignity or against peaceful coexistence of peoples and appear reprehensible when all the circumstances are considered.*

*(2) In the cases of sections 129 and 129a, in each case also in conjunction with paragraph 1, section 74a shall apply.*

## Statute of limitations according to the German Criminal Code

### Section 78 Limitation period

(1) The statute of limitations precludes punishment for the offense and the imposition of measures (Section 11 (1) No. 8). Section 76a (2) remains unaffected.

(2) Crimes under Section 211 (murder) are not subject to a statute of limitations.

(3) Insofar as prosecution is subject to a statute of limitations, the limitation period shall be

1.

thirty years for offenses punishable by life imprisonment,

2.

twenty years for offenses punishable by a maximum term of imprisonment of more than ten years,

3.

ten years for offenses punishable by a maximum term of imprisonment of more than five years but not more than ten years,

4.

five years for offenses punishable by a maximum term of imprisonment of more than one year but not more than five years,

5.

three years for all other offenses.

(4) The period shall be based on the penalty prescribed by the law under which the offense is classified, without regard to any aggravating or mitigating circumstances provided for in the general provisions or for particularly serious or less serious cases.

### Section 78a Commencement

The limitation period shall commence as soon as the act has been completed. If a consequence pertaining to the act occurs later, the limitation period shall commence at that point in time.

**Section 78c Interruption**

(1) The limitation period shall be interrupted by

1.

the first interrogation of the accused, the notification that preliminary proceedings have been initiated against him, or the order for such interrogation or notification,

2.

any judicial interrogation of the accused or the order for such interrogation,

3.

any appointment of an expert by the judge or public prosecutor, if the accused has previously been interrogated or notified of the initiation of preliminary proceedings,

4.

any judicial seizure or search order and judicial decisions upholding such orders,

5.

**the arrest warrant**, the committal order, the order to appear, and judicial decisions upholding such orders,

**Section 79 Statute of limitations**

(1) A legally binding sentence or measure (Section 11 (1) No. 8) may no longer be enforced after the statute of limitations has expired.

(2) The enforcement of life sentences shall not be subject to a limitation period.

(3) The limitation period shall be

1.

twenty-five years for prison sentences of more than ten years,

2.

twenty years for prison sentences of more than five years but not more than ten years,

3.

ten years for prison sentences of more than one year but not more than five years,

4.

five years for prison sentences of up to one year and for fines of more than thirty daily rates,

5.

three years for fines of up to thirty daily rates.